# APPENDIX 1

## Exemplary Accused Products

| Apple Accused Products |
|---|
| iPhone 5s |
| iPhone 6 |
| iPhone 6 Plus |
| iPhone 6 S |
| iPhone 6 S Plus |
| iPad mini 2 |
| iPad mini 3 |
| iPad mini 4 |
| iPad Air |
| iPad Air 2 |
| iPad Pro 12.9” |
| Watch |
| TV |
| TV (4th gen) |
| MacBook Air 11-inch |
| MacBook Air 13-inch |
| Retina MacBook Air |
| MacBook Pro |
| Mac Mini |
| iMac |
| Mac Pro |

| Broadcom Accused Products |
|---|
| BCM43012 |
| BCM4313 |
| BCM43131 |
| BCM43142 |
| BCM43143 |
| BCM43162 |
| BCM4319 |
| BCM4321 |
| BCM43217 |
| BCM4322 |
| BCM43222 |
| BCM43224 |
| BCM43225 |
| BCM43227 |
| BCM43228 |
| BCM4323 |
| BCM43231 |
| BCM43234 |
| BCM43235 |
| BCM43236 |
| BCM43236B |
| BCM43237 |

| |
|---|
| BCM43238 |
| BCM4324 |
| BCM43241 |
| BCM43242 |
| BCM4325 |
| BCM4328 |
| BCM4329 |
| BCM4330 |
| BCM4331 |
| BCM4334 |
| BCM43340 |
| BCM43341 |
| BCM43342 |
| BCM4335 |
| BCM4336 |
| BCM43362 |
| BCM4339 |
| BCM4342 |
| BCM4343 |
| BCM43430 |
| BCM43431 |
| BCM43438 |
| BCM4345 |
| BCM43455 |
| BCM43460 |
| BCM4350 |
| BCM43516 |
| BCM4352 |
| BCM43520 |
| BCM43526 |
| BCM4354 |
| BCM43556 |
| BCM43558 |
| BCM4356 |
| BCM43566 |
| BCM43567 |
| BCM43569 |
| BCM43570 |
| BCM4358 |
| BCM4359 |
| BCM4360 |
| BCM43602 |
| BCM4366 |
| BCM43460 |
| BCM43462 |
| BCM43465 |
| BCM43525 |
| BCM4371 |
| BCM43907 |
| BCM43909 |
| BCM44362 |
| BCM4704 |
| BCM4706 |

| |
|---|
| BCM4716 |
| BCM4717 |
| BCM4717V |
| BCM4718 |
| BCM47186 |
| BCM47189 |
| BCM47452 |
| BCM4748 |
| BCM5356 |
| BCM5356U |
| BCM5357 |
| BCM53573 |
| BCM5358 |
| BCM5358U |
| BCM6361 |
| BCM6362 |
| BCM63168 |
| BCM63268 |
| BCM89359 |