1  QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
2  James R. Asperger (Bar No. 083188)
    jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
4  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
5
    Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
    Telephone:  (650) 801-5000
8  Facsimile:  (650) 801-5100

9  Attorneys for Plaintiff the California
    Institute of Technology

10

11

12                    UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California | CASE NO. 2:16-cv-3714-GW-AGR |
| 16 corporation, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL** |
| 17           Plaintiff, | **COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 18       vs. | **Complaint served: May 27, 2016** |
| 19 BROADCOM LIMITED, BROADCOM CORPORATION, | **Current response date: June 17, 2016** |
| 20 AVAGO TECHNOLOGIES LIMITED, and APPLE INC. | **New response date: July 18, 2016** |
| 21          Defendants. | |
| 22 | |

23

24

25

26

27

28

The parties hereby stipulate as follows:

1.    Plaintiff the California Institute of Technology ("Caltech") filed a Complaint against Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple") (collectively "Defendants") on May 26, 2016.

2.    An answer or response to Caltech's Complaint is due on June 17, 2016 by each Defendant.

3.    Broadcom and Apple have requested an extension of time to answer or otherwise respond to the Complaint.

4.    Caltech agreed to an extension of thirty days for Broadcom and Apple to answer or respond to the Complaint.

Accordingly, IT IS HEREBY STIPULATED that the time for Broadcom and Apple to answer or otherwise respond to the Complaint is extended until and including July 18, 2016.

DATED: June 16, 2016       Respectfully submitted,

By: */s/ James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Jennifer Yokoyama*

Jennifer Yokoyama
Senior Counsel
Patent Litigation for Apple Inc.

By:  */s/ Kristopher Dawes*

Kristopher Dawes
*Attorney for Defendants Broadcom
Limited, Broadcom Corporation, and
Avago Technologies Limited*