QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.<br><br>    Defendants. | CASE NO. 2:16-cv-3714-GW-AGR<br><br>**ATTESTATION AND CERTIFICATE OF SERVICE FOR DKT. 19** |

# FILER'S ATTESTATION

I, James Asperger, am the ECF user whose ID and password were used to file STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (Dkt. 19).  Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that Jennifer Yokoyama and Kristopher Dawes concurred in the filing of this document.

*/s/ James R. Asperger*

# CERTIFICATE OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following document:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (Dkt. 19)**

Has been served via email and FedEx on June 16, 2016, upon the following counsel:

Jennifer Yokoyama
jyokoyama@apple.com
Apple Inc.
1 Infinite Loop, MS 169-2NYJ
Cupertino, CA 95014

Kristopher Dawes
kris.dawes@broadcom.com
Broadcom
5300 California Avenue
Irvine, CA 92617

I declare under penalty of perjury that the above is true and correct.

Executed at San Diego, California, on June 16, 2016.

              */s/ Heather Bellville McCarthy*