1  MAYER BROWN LLP
   Cliff A. Maier (Bar No. 248858)
2  cmaier@mayerbrown.com
   Two Palo Alto Square
3  Suite 300
   3000 El Camino Real
4  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
5  Facsimile: (650) 331-2060

6  Attorneys for Defendants Broadcom Limited, Broadcom
   Corporation, Avago Technologies Limited and Apple Inc.
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11

12

13  The CALIFORNIA INSTITUTE OF         CASE NO. 2:16-cv-3714-GW-AGR
    TECHNOLOGY, a California
    corporation,                        **JOINT STIPULATION TO**
14                                       **EXTEND TIME TO RESPOND TO**
                         Plaintiff,      **COMPLAINT**
15
         vs.                            **Complaint served: May 27, 2016**
16                                       **Current response date: July 18, 2016**
    BROADCOM LIMITED, BROADCOM          **New response date: August 1, 2016**
17  CORPORATION, AVAGO
    TECHNOLOGIES LIMITED, and
18  APPLE INC.

19                       Defendants.
    .
20

21

22

23

24

25

26

27

28

The parties hereby stipulate as follows:

1.      Plaintiff the California Institute of Technology ("Caltech") filed a Complaint against Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple") (collectively "Defendants") on May 26, 2016.

2.      An answer or response to Caltech's Complaint was originally due on June 17, 2016 by each Defendant.

3.      The parties agreed to a first Stipulation (Dkt. No. 19) that extended the time to respond by thirty (30) days, which made a response due on July 18, 2016.

4.      Broadcom and Apple have requested a second extension of time to answer or otherwise respond to the Complaint.

5.      Caltech has agreed to an extension of fourteen (14) days for Broadcom and Apple to answer or otherwise respond to the Complaint.

Accordingly, IT IS HEREBY STIPULATED that the time for Broadcom and Apple to answer or otherwise respond to the Complaint is extended until and including August 1, 2016.

Dated:  July 14, 2016                    Respectfully submitted,

                                         By: */s/ Cliff A. Maier*

                                             Cliff A. Maier
                                             MAYER BROWN LLP
                                             cmaier@mayerbrown.com
                                             Two Palo Alto Square
                                             Suite 300
                                             3000 El Camino Real
                                             Palo Alto, CA 94306-2112
                                             Telephone: (650) 331-2000
                                             Facsimile: (650) 331-2060

                                             *Attorneys for Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited and Apple Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff California*
*Institute of Technology*

## **FILER'S ATTESTATION**

I, Cliff A. Maier, am the ECF user whose ID and password were used to file the foregoing JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that James R. Asperger concurred in the filing of this document.


*/s/ Cliff A. Maier*
Cliff A. Maier