1  MAYER BROWN LLP
   Cliff A. Maier (Bar No. 248858)
2  cmaier@mayerbrown.com
   Two Palo Alto Square
3  Suite 300
   3000 El Camino Real
4  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
5  Facsimile: (650) 331-2060

6  Attorneys for Defendants Broadcom Limited, Broadcom
7  Corporation, Avago Technologies Limited, and Apple Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW-AGR<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Complaint served: May 27, 2016**<br>**Current response date: July 18, 2016**<br>**New response date: August 1, 2016** |

    Having considered the parties' Joint Stipulation to Extend Time to Respond to Complaint, and good cause having been shown, the Court hereby **ORDERS** as follows:

    1.    The Joint Stipulation is **GRANTED**.

    2.    Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc. shall have up to and including August 1, 2016 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**.

Dated:_____    By:_____
                                                              The Honorable George H. Wu
                                                              United States District Court Judge