1  MAYER BROWN LLP
   Cliff A. Maier (Bar No. 248858)
2  cmaier@mayerbrown.com
   Two Palo Alto Square
3  Suite 300
   3000 El Camino Real
4  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
5  Facsimile: (650) 331-2060

6  Attorneys for Defendants Broadcom Limited, Broadcom
   Corporation, Avago Technologies Limited and Apple Inc.
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12

13 | The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, | CASE NO. 2:16-cv-3714-GW-AGR |
14 | | **CERTIFICATE OF SERVICE** |
15 | Plaintiff, | |
16 | vs. | |
17 | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC. | |
18 | | |
19 | Defendants. | |
20 | . | |

21

22

23

24

25

26

27

28

                                          CASE NO. 2:16-cv-3714-GW-AGR
                         CERTIFICATE OF SERVICE

1     I certify that all counsel of record is being served on July 14, 2016 with a copy of **NOTICE OF APPEARANCE OF CLIFF A. MAIER, JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**, and **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** via the Court's CM/ECF system.

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jimasperger@quinnemanuel.com

*Attorneys for Plaintiff California Institute of Technology*

                            */s/ Cliff A. Maier*
                            Cliff A. Maier