NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MAYER BROWN LLP
Cliff A. Maier (Bar No. 248858)
cmaier@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 321-2000
ATTORNEY(S) FOR: Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,

Plaintiff(s),

v.

BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.,

Defendant(s).

CASE NUMBER:

2:16-cv-3714-GW(AGRx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Broadcom Ltd., Broadcom Corp., Avago Technologies Ltd., & Apple
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| California Institute of Technology | Plaintiff |
| Broadcom Limited | Defendant.  Broadcom Limited is the ultimate parent of Broadcom Corportaion and Avago Technologies Limited.  Broadcom Limited is publically traded on the NASDAQ under the symbol AVGO. |
| Broadcom Corporation | Defendant |
| Avago Technologies Limited | Defendant |
| Apple Inc. | Defendant.  Apple Inc. is publically traded on the NASDAQ under the symbol AAPL. |

August 1, 2016
Date

/s/ Cliff A. Maier
Signature
Cliff A. Maier

CV-30 (05/13)              **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com

Attorney of record for (or name of party appearing in pro per):
Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.

Case 2:16-cv-03714-GW-AGR Document 27 Filed 08/01/16 Page 2 of 2 Page ID #:181

CV-30 (05/13)     **NOTICE OF INTERESTED PARTIES**

