1 | MAYER BROWN LLP
Cliff A. Maier (Bar No. 248858)
2 | cmaier@mayerbrown.com
Two Palo Alto Square
3 | Suite 300
3000 El Camino Real
4 | Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
5 | Facsimile: (650) 331-2060

6 | Attorneys for Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited and Apple Inc.
7

8

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, | CASE NO. 2:16-cv-3714-GW-AGR
14 | | **CERTIFICATE OF SERVICE**
15 | Plaintiff,
16 | vs.
17 | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.
18 |
19 | Defendants.
20 | .

CASE NO. 2:16-cv-3714-GW-AGR
CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on August 1, 2016 with a copy of **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** via the Court's CM/ECF system.

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jimasperger@quinnemanuel.com

*Attorneys for Plaintiff California Institute of Technology*

          */s/ Cliff A. Maier*
          Cliff A. Maier