1  MAYER BROWN LLP
   Cliff A. Maier (Bar No. 248858)
2  cmaier@mayerbrown.com
   Elspeth V. Hansen (Bar No. 292193)
3  ehansen@mayerbrown.com
   Two Palo Alto Square
4  Suite 300
   3000 El Camino Real
5  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
6  Facsimile: (650) 331-2060

7  Attorneys for Defendants Broadcom Limited, Broadcom
   Corporation, Avago Technologies Limited and Apple Inc.
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  The CALIFORNIA INSTITUTE OF          CASE NO. 2:16-cv-3714-GW-AGR
    TECHNOLOGY, a California
14  corporation,                         **CERTIFICATE OF SERVICE**

15                 Plaintiff,

16       vs.

17  BROADCOM LIMITED, BROADCOM
    CORPORATION, AVAGO
18  TECHNOLOGIES LIMITED, and
    APPLE INC.
19
                   Defendants.
20  .

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | I certify that all counsel of record is being served on August 1, 2016 with a copy of **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** via the Court's CM/ECF system. |

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jimasperger@quinnemanuel.com

*Attorneys for Plaintiff California Institute of Technology*

                                       */s/ Elspeth V. Hansen*
                                       Elspeth V. Hansen