Andrew S. DeCarlow, SBN 308091
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500 / Facsimile: (213) 625-0248

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s)<br>v.<br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:16-cv-03714-GW(AGRx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by Andrew S. DeCarlow.**

| Nolan, Brian W. | of | Mayer Brown LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 1221 Avenue of the Americas |
| 212-506-2517    212-849-5517 | | New York, New York 10020 |
| *Telephone Number*  *Fax Number* | | |
| bnolan@mayerbrown.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| DeCarlow, Andrew S. | of | MAYER BROWN LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 350 South Grand Avenue, 25th Floor |
| 308091    (213) 229-9500    (213) 625-0248 | | Los Angeles, CA 90071-1503 |
| *Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | |
| adecarlow@mayerbrown.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**