Andrew S. DeCarlow, SBN 308091
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500 / Facsimile: (213) 625-0248

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s) | CASE NUMBER<br><br>CV 16-3714-GW(AGRx) |
| v.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.,<br><br>Defendant(s). | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by Andrew S. DeCarlow.**

Hough, Duane David                                of

*Applicant's Name (Last Name, First Name & Middle Initial*

212-506-2500                  212-262-1910

*Telephone Number          Fax Number*

dhough@mayerbrown.com

*E-Mail Address*

Mayer Brown LLP
1221 Avenue of the Americas
13th Floor
New York, New York  10020

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

DeCarlow, Andrew S.                                of

*Designee's Name (Last Name, First Name & Middle Initial*

308091            (213) 229-9500    (213) 625-0248

*Designee's Cal. Bar No.      Telephone Number      Fax Number*

adecarlow@mayerbrown.com

*E-Mail Address*

MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X GRANTED

☐ DENIED:

    ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 2, 2016**

*[signature]*

**GEORGE H. WU, U.S. District Judge**