Andrew S. DeCarlow, SBN 308091
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500 / Facsimile: (213) 625-0248

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s)<br>v.<br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 16-3714-GW(AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by Andrew S. DeCarlow.**

Nolan, Brian W.
*Applicant's Name (Last Name, First Name & Middle Initial)*
212-506-2517                    212-849-5517
*Telephone Number*              *Fax Number*
bnolan@mayerbrown.com
*E-Mail Address*

of

Mayer Brown LLP
1221 Avenue of the Americas
13th Floor
New York, New York 10020

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

**and designating as Local Counsel**

DeCarlow, Andrew S.
*Designee's Name (Last Name, First Name & Middle Initial)*
308091            (213) 229-9500       (213) 625-0248
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
adecarlow@mayerbrown.com
*E-Mail Address*

of

MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

X GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 2, 2016**

*George H. Wu* (signature)

**GEORGE H. WU, U.S. District Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1