NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

James R. Asperger (Bar No. 83188)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel. (213) 443-3000 / Fax (213) 443-3100

ATTORNEY(S) FOR: Plaintiff the California Institute of Technology

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff(s),<br><br>v.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., and CYPRESS SEMICONDUCTOR CORPORATION.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:16-cv-3714-GW(AGRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___the California Institute of Technology___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation | Plaintiff |
| BROADCOM LIMITED, a corporation organized under the laws of the country of Singapore | Defendant |
| BROADCOM CORPORATION, a California corporation | Defendant |
| AVAGO TECHNOLOGIES LIMITED, a corporation organized under the laws of the country of Singapore | Defendant |
| APPLE INC., a California corporation | Defendant |
| CYPRESS SEMICONDUCTOR CORPORATION, a Delaware corporation | Defendant |

____8/15/2016____   /s/ James R. Asperger
Date                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff the California Institute of Technology