1
2
3
4

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

5
6
7
8
9

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

10

Attorneys for Plaintiff the California
Institute of Technology

11
12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16
17

The CALIFORNIA INSTITUTE OF
TECHNOLOGY, a California
corporation,

18                        Plaintiff,

19              vs.

20
21
22

BROADCOM LIMITED,
BROADCOM CORPORATION,
AVAGO TECHNOLOGIES LIMITED,
APPLE INC., AND CYPRESS
SEMICONDUCTOR CORPORATION

23                      Defendants.

CASE NO. 2:16-cv-3714-GW-AGRx

**STIPULATION AND [PROPOSED]
ORDER REGARDING CALTECH'S
RESPONSE TO BROADCOM'S
AND APPLE'S COUNTERCLAIMS
PURSUANT TO CIVIL L.R. 7-1**

24
25
26
27
28

## STIPULATION

Pursuant to Civil Local Rule 7-1, Plaintiff the California Institute of Technology ("Caltech") and Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), and Avago Technologies Limited ("Avago Ltd.") (collectively, "Broadcom") and Apple Inc. ("Apple"), by and through their respective counsel of record hereby stipulate and request that the Court enter an order modifying certain case deadlines as set forth below. In support of this request, the parties state as follows:

1.     Broadcom and Apple filed their answer and counterclaims to Caltech's initial complaint on August 1, 2016 (Dkt. No. 32).

2.     Caltech has not yet filed a response to the counterclaims filed by Broadcom and Apple on August 1, 2016.

3.     Caltech filed an amended complaint against Broadcom and Apple naming an additional defendant, Cypress Semiconductor Corporation, on August 15, 2016 (Dkt. No. 36).

4.     Caltech, Broadcom, and Apple agree and stipulate that Caltech will respond to any counterclaims Broadcom and Apple raise in their forthcoming response to Caltech's amended complaint and that Caltech does not have to file a response to the counterclaims Broadcom and Apple raised in the answer and counterclaims they filed on August 1, 2016.

1   **IT IS SO STIPULATED.**

2

3   DATED: August 21, 2016            Respectfully submitted,

4

5

6                                     By  /s/ *Todd M. Briggs*

7                                         Todd M. Briggs
                                          toddbriggs@quinnemanuel.com
8                                         QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
9                                         555 Twin Dolphin Drive, 5th Floor
10                                        Redwood Shores, California 94065
                                          Telephone:  (650) 801-5000
11                                        Facsimile:  (650) 801-5100
                                          *Attorneys for Plaintiff California*
12                                        *Institute of Technology*

13

14

15                                    By  /s/ *Cliff A. Maier*

16                                        Cliff A. Maier
                                          MAYER BROWN LLP
17                                        cmaier@mayerbrown.com
                                          Two Palo Alto Square
18                                        Suite 300
19                                        3000 El Camino Real
                                          Palo Alto, CA 94306-2112
20                                        Telephone: (650) 331-2000
                                          Facsimile: (650) 331-2060
21                                        *Attorneys for Defendants Broadcom*
22                                        *Limited, Broadcom Corporation, Avago*
                                          *Technologies Limited and Apple Inc.*
23

24

25

26

27

28

# FILER'S ATTESTATION

I, Todd Briggs, am the ECF user whose ID and password were used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING CALTECH'S RESPONSE TO BROADCOM'S AND APPLE'S COUNTERCLAIMS PURSUANT TO CIVIL L.R. 7-1**.  Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that Cliff A. Maier concurred in the filing of this document.

*/s/ Todd M. Briggs*