UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER REGARDING CALTECH'S RESPONSE TO BROADCOM'S AND APPLE'S COUNTERCLAIMS PURSUANT TO CIVIL L.R. 7-1** |

Before this Court is the Stipulation Regarding Plaintiff the California Institute of Technology's ("Caltech") response to counterclaims raised by Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), and Avago Technologies Limited ("Avago Ltd.") (collectively, "Broadcom") and Apple Inc. ("Apple"):

The Stipulation is GRANTED. Plaintiff Caltech will respond to any counterclaims Broadcom and Apple raise in their forthcoming response to Caltech's amended complaint, and Caltech does not have to file a response to the counterclaims Broadcom and Apple raised in the answer and counterclaims they filed on August 1, 2016.

**IT IS SO ORDERED.**

DATED: August __, 2016

---
Hon. George H. Wu
United States District Judge