| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JAMES R. ASPERGER, ESQ.<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 SOUTH FIGUEROA STREET<br>10TH FLOOR<br>LOS ANGELES, CA 90017 | | |
| Telephone No: 213-443-3000   FAX No: 213-443-3100 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court For The Central District Of California | | |
| Plaintiff: THE CALIFORNIA INSTITUTE OF TECHNOLOGY, ETC. | | |
| Defendant: BROADCOM LIMITED, ET AL. | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:16-CV-03714-GW(AGRX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; AMENDED COMPLAINT FOR PATENT INFRINGEMENT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. a. Party served:                CYPRESS SEMICONDUCTOR CORPORATION
   b. Person served:             BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.

4. Address where the party was served:    2710 GATEWAY OAKS DRIVE
                                           SUITE 150N
                                           SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Aug. 18, 2016 (2) at: 2:12PM

7. Person Who Served Papers:
   a. CHARLES J. WINDHEIM II

   First Legal
   1814 "I" Street
   Sacramento, CA 95814
   Telephone   (916) 444-5111
   Fax         (916) 443-3111
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   16-001
      (iii) County:              Placer

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Aug. 19, 2016

   (CHARLES J. WINDHEIM II)

Judicial Council Form                   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007                              3109253 .quiem.832817