QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>              Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CERTIFICATE OF SERVICE FOR DKT. 40** |

# CERTIFICATE OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following document:

**STIPULATION AND [PROPOSED] ORDER REGARDING CALTECH'S RESPONSE TO BROADCOM'S AND APPLE'S COUNTERCLAIMS PURSUANT TO CIVIL L.R. 7-1**

Has been served via mail on August 22, 2016, upon Cypress Semiconductor Corporation at:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833


I declare under penalty of perjury that the above is true and correct.

Executed at Redwood Shores, California, on August 23, 2016.


                                          */s/ Margaret Shyr*