| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART <br>   & SULLIVAN, LLP |
| 2 | James R. Asperger (Bar No. 083188) <br> jimasperger@quinnemanuel.com |
| 3 | 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 |
| 4 | Telephone:  (213) 443-3000 <br> Facsimile:  (213) 443-3100 |
| 5 | |
| 6 | Kevin P.B. Johnson (Bar No. 177129) <br> kevinjohnson@quinnemanuel.com |
| 7 | Todd M. Briggs (Bar No. 209282) <br> toddbriggs@quinnemanuel.com |
| 8 | 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 |
| 9 | Telephone:  (650) 801-5000 <br> Facsimile:  (650) 801-5100 |
| 10 | Attorneys for Plaintiff the California Institute of Technology |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION <br><br> Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx <br><br> **CERTIFICATE OF SERVICE FOR DKT. 44** |

CASE NO. 2:16-CV-03714-GW-AGRx

CERTIFICATE OF SERVICE FOR DKT. 44

**CERTIFICATE OF SERVICE**

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following document:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING CONFERENCE AND RULE 26(f) REPORT PURSUANT TO CIVIL L.R. 7-1**

Has been served via mail on August 25, 2016, upon Cypress Semiconductor Corporation at:

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

I declare under penalty of perjury that the above is true and correct.

Executed at Redwood Shores, California, on August 29, 2016.

                                                               */s/ Margaret Shyr*