1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>                    Defendants. | CASE NO. CV 16-3714-GW(AGRx)<br><br>**ORDER REGARDING SCHEDULING CONFERENCE AND RULE 26(f) REPORT PURSUANT TO CIVIL L.R.7-1** |

CASE NO. 2:16-CV-03714-GW-AGRx

Before this Court is the Stipulation Regarding Scheduling Conference and Rule 26(f) Report Pursuant to Civil L.R. 7-1 requested by Plaintiff the California Institute of Technology ("Caltech"), and Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), Avago Technologies Limited ("Avago Ltd.") (collectively, "Broadcom") and Apple Inc. ("Apple"):

The Stipulated Request is GRANTED.  The due date for the Joint Rule 26(f) Report and the date for the initial Scheduling Conference are rescheduled to the following dates, which are after Cypress responds to Caltech's Amended Complaint:

Joint Rule 26(f) Report Due:     September 19, 2016

Scheduling Conference:          September 26, 2016 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED:  August 26, 2016

_____
Hon. George H. Wu
United States District Judge