Name and address:
Peter E. Root - State Bar Number 142348
Kaye Scholer LLP
3000 El Camino Real, Building 2, Suite 400
Palo Alto, California 94306
Telephone: 650) 319-4500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>PLAINTIFF(S)<br>v.<br>BROADCOM LIMITED, et al.<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:16-CV-3714-GW- AWRx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this Request for Approval of Substitution or Withdrawal of Counsel (Form G-01), and submit a proposed Order on Request for Approval of Substitution or Withdrawal of Counsel (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I   WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter PHV in the field for CA Bar Number ):*

Name: Peter E. Root                                     CA Bar Number: 142348

Firm or agency: Kaye Scholer LLP

Address: 3000 El Camino Real, Building 2, Suite 400, Palo Alto, California 94306

Telephone Number: 650) 319-4500          Fax Number: 650) 319-4700

E-mail: peter.root@kayescholer.com

Counsel of record for the following party or parties: Cypress Semiconductor Corporation

Other members of the same firm or agency also seeking to withdraw: Michael J. Malecek

**SECTION II   NEW REPRESENTATION**

☐ No new counsel is necessary.  The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Cliff A. Maier                                        CA Bar Number: 248858

Firm or agency: Mayer Brown LLP

Address: Two Palo Alto Square, Suite 300, 3000 El Camino Real

Telephone Number: 650) 331-2000                  Fax Number: 650) 331-2060

E-mail: cmaier@mayerbrown.com

**SECTION III   SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the Withdrawing Attorney.  I have given notice as required by Local Rule 83-2.3.  I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: September 16  2016            Signature: /s/ Peter E. Root

                                             Name: Peter E. Root

*New Attorney   if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II.  I am a member in good standing of the Bar of this Court.

Date: September 16  2016            Signature: /s/ Cliff A. Maier

                                             Name: Cliff A. Maier

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above.  I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: September 16  2016            Signature: /s/ Terence Woodsome

                                             Name: Terence Woodsome

                                             Title: Associate General Counsel

# **ATTESTATION OF CONCURRENCE**

I, Peter E. Root, am the ECF User whose ID and password are being used to file this REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL.  I attest that, pursuant to United States District Court, Central District of California Local Rule 5-4.3.4(a)(2), concurrence in the filing of this document has been obtained from Cliff A. Maier and Terence Woodsome.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 16, 2016              */s/ Peter E. Root*
                                        Peter E. Root