NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MAYER BROWN LLP
Duane-David Hough (pro hac vice)
dhough@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020-1001
Tel: (212) 506-2500
(Fax: (212) 262-1910

ATTORNEY(S) FOR: Cypress Semiconductor Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., and CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendant(s) | CASE NUMBER:<br>2:16-cv-3714-GW(AGRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Cypress Semiconductor Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| California Institute of Technology | Plaintiff |
| Broadcom Limited | Defendant |
| Broadcom Corporation | Defendant |
| Avago Technologies Limited | Defendant |
| Apple Inc. | Defendant |
| Cypress Semiconductor Corporation | Defendant.  Cypress Semiconductor Corporation has no parent company.  It is publicly traded on the NASDAQ under the symbol CY. |

| | |
|---|---|
| September 19, 2016<br>Date | /s/ Duane-David Hough<br>Signature<br>Duane-David Hough<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Cypress Semiconductor Corporation |

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

