**Exhibit A**

| Event | Agreed Date | Caltech's Proposal | Defendants' Proposal |
|---|---|---|---|
| Fact Discovery Begins | Sept. 5, 2016 | | |
| Joint 26(f) Report due | Sept. 19, 2016 | | |
| Case Management Conference | Sept. 26, 2016 | | |
| Exchange of Initial Disclosures pursuant to Rule 26(a) | Sept. 26, 2016 (Apple/Broadcom) <br><br> Oct. 10, 2016 (Cypress) | | |
| Plaintiff to Serve Preliminary Infringement Contentions | Oct. 20, 2016 | | |
| Defendants to Serve Preliminary Invalidity Contentions | Dec. 15, 2016 | | |
| Exchange Claim Terms for Construction | Jan. 19, 2017 | | |
| Exchange Preliminary Claim Constructions | Feb. 9, 2017 | | |
| Joint Claim Construction Statement | Feb. 23, 2017 | | |
| Plaintiff to File Opening Claim Construction Brief | March 9, 2017 | | |
| Defendants to File Responsive Claim Construction Brief | March 30, 2017 | | |
| Amendment of Pleadings and Joinder of New Parties | Mar. 31, 2017 | | |

| Event | Agreed Date | Caltech's Proposal | Defendants' Proposal |
|---|---|---|---|
| Plaintiff to File Reply Claim Construction Brief | | April 20, 2017 | April 10, 2017[1] |
| Defendants to File Surreply Claim Construction Brief | | | April 21, 2017 |
| Claim Construction Discovery Complete | May 11, 2017 | | |
| Tutorial | May 17, 2017 | | |
| Claim Construction Hearing | May 18, 2017 | | |
| Substantial Completion of Document Production | May 11, 2017[2] | | |
| Plaintiff to Serve Final Identification of Accused Products | July 21, 2017 | | |
| Defendants to Serve Final Identification of Prior Art | July 21, 2017 | | |
| Defendants to Serve Identification of Opinions of Counsel | July 21, 2017 | | |
| Mediation Deadline | Aug. 9, 2017 | | |
| Post-Mediation Status Conference | Aug. 10, 2017 | | |
| Final Infringement Contentions | Aug. 25, 2017 | | |
| Final Invalidity | Sept. 15, 2017 | | |

---

[1] Because neither party bears the burden of proof in claim construction, Defendants believe that the parties should have equal opportunities to be heard. If the Court prefers, Defendants alternatively propose that the parties engage in simultaneous briefing, with both sides filing opening briefs on March 9, 2017 and both sides filing responsive briefs on April 13, 2017.

[2] This date is subject to the parties reaching a separate agreement regarding the production of e-mail.

| Event | Agreed Date | Caltech's Proposal | Defendants' Proposal |
|---|---|---|---|
| Contentions | | | |
| Fact Discovery Complete | Aug. 18, 2017[3] | | |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | Sept. 28, 2017 | | |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | Oct. 26, 2017 | | |
| Supplemental Expert Reports (*e.g.*, secondary considerations) | Nov. 9, 2017 | | |
| Expert Discovery Complete | Dec. 15, 2017 | | |
| Summary Judgment and Daubert Motions Due | Jan. 12, 2018 | | |
| Oppositions to Summary Judgement and Daubert Motions Due | Feb. 2, 2018 | | |
| Replies to Summary Judgement and Daubert Motions Due | Feb. 16, 2018 | | |
| Hearing on Summary Judgment and Daubert Motions | Mar. 1, 2018 | | |
| Pretrial Motion Filing Deadline | | Mar. 22, 2018 | Apr. 12, 2018 |
| Pretrial conference | | Apr. 19, 2018 | May 3, 2018 |

---

[3] Caltech reserves the right to seek a brief extension of this deadline to complete all outstanding discovery.

| Event | Agreed Date | Caltech's Proposal | Defendants' Proposal |
|---|---|---|---|
| Trial | | May 8, 2018 | TBD |