# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff(s)<br><br>v.<br><br>BROADCOM LIMITED, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>CV 16-3714-GW(AWRx)<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Cypress Semiconductor Corporation     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute   Cliff A. Maier, Mayer Brown LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

2 Palo Alto Square, Suite 300, 3000 El Camino Real
*Street Address*

Palo Alto, CA  94306                              cmaier@mayerbrown.com
*City, State, Zip*                                  *E-Mail Address*

(650) 331-2000             (650) 331-2060              248858
*Telephone Number*          *Fax Number*               *State Bar Number*

as attorney of record instead of   Peter E. Root and Michael J. Malecek, Kaye Scholer LLP
                                   List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**    ☒ GRANTED   ☐ DENIED

Dated  September 26, 2016

*signature: George H. Wu*

U. S. District Judge/~~Magistrate Judge~~