UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER REGARDING CASE SCHEDULE AND DISCOVERY LIMITS PURSUANT TO CIVIL L.R. 7-1** |

1  Before this Court is the Stipulation Regarding Case Schedule and Discovery
2  Limits submitted by Plaintiff the California Institute of Technology ("Caltech") and
3  Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation
4  ("Broadcom Corp."), and Avago Technologies Limited ("Avago Ltd.")
5  (collectively, "Broadcom"), Apple Inc. ("Apple") and Cypress Semiconductor
6  Corporation ("Cypress") (collectively, "Defendants"):

8  The Stipulation is GRANTED.

10  **IT IS SO ORDERED.**

13  DATED: October __, 2016

                                                          Hon. George H. Wu
                                                          United States District Judge