# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-cv-3714-GW(AGRx) |
| v. | |
| BROADCOM LIMITED, et al., | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Apple Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Mark D. Selwyn, Wilmer Cutler Pickering Hale and Dorr, LLP  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

950 Page Mill Road
*Street Address*

Palo Alto, CA  94304                    mark.selwyn@wilmerhale.com
*City, State, Zip*                       *E-Mail Address*

(650) 858-6031          (650) 858-6100          244180
*Telephone Number*       *Fax Number*           *State Bar Number*

as attorney of record instead of  Duane-David Hough, Brian W. Nolan, Cliff A. Maier, Elspeth V. Hansen,
*List **all** attorneys from same firm or agency who are withdrawing.*

Elizabeth D. Mann, and Andrew S. DeCarlow, Mayer Brown LLP


**is hereby**    ☐ **GRANTED**    ☐ **DENIED**


Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (12/14)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
AMECURRENT 722393097.1 30-Nov-16 09:00

