# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>BROADCOM LIMITED, et al.,<br><br>Defendant(s) | CASE NUMBER<br>2:16-cv-3714-GW(AGRx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Broadcom Limited, Broadcom Corporation, and Avago Technologies Ltd.</u>  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute <u>Mark D. Selwyn, Wilmer Cutler Pickering Hale and Dorr, LLP</u> who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>950 Page Mill Road</u>
*Street Address*

<u>Palo Alto, CA  94304</u>         <u>mark.selwyn@wilmerhale.com</u>
*City, State, Zip*              *E-Mail Address*

<u>(650) 858-6031</u>       <u>(650) 858-6100</u>       <u>244180</u>
*Telephone Number*       *Fax Number*         *State Bar Number*

as attorney of record instead of <u>Duane-David Hough, Brian W. Nolan, Cliff A. Maier, Elspeth V. Hansen,</u>
*List **all** attorneys from same firm or agency who are withdrawing.*

<u>Elizabeth D. Mann, and Andrew S. DeCarlow, Mayer Brown LLP</u>

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

Dated _____        _____
                                U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (12/14)       **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
AMECURRENT 722393093.1 30-Nov-16 08:59

