# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>BROADCOM LIMITED, et al.,<br><br>Defendant(s) | CASE NUMBER<br>2:16-cv-3714-GW(AGRx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Cypress Semiconductor Corporation    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Mark D. Selwyn, Wilmer Cutler Pickering Hale and Dorr, LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

950 Page Mill Road
*Street Address*

Palo Alto, CA  94304                                    mark.selwyn@wilmerhale.com
*City, State, Zip*                                          *E-Mail Address*

(650) 858-6031            (650) 858-6100            244180
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Duane-David Hough, Brian W. Nolan, Cliff A. Maier, Elspeth V. Hansen,
*List **all** attorneys from same firm or agency who are withdrawing.*

Elizabeth D. Mann, and Andrew S. DeCarlow, Mayer Brown LLP

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**


Dated _____                _____
                                             U. S. District Judge/U.S. Magistrate Judge

