UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3714-GW (AGRx) | Date | January 18, 2017 |
|---|---|---|---|
| Title | The California Institute of Technology v. Broadcom Limited, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   **RE REQUEST FOR DISCOVERY CONFERENCE**

The Court Clerk received emails from counsel for both sides on January 13 and 17, 2017. Plaintiff's counsel requests a discovery conference, and defense counsel contends such a conference is unnecessary at this juncture.

This court's procedures permit counsel to contact the CRD to request a discovery conference that would address discovery disputes. (*See* Judges Procedures and Schedules, www.cacd.uscourts.gov.) Counsel may contact the CRD by email to request a discovery conference. However, such emails should not contain argument on the issues to be addressed. Such emails are rejected because they are not part of the official docket. Counsel have the opportunity to address the court on the merits of the discovery disputes at the discovery conference, and the court sets a briefing schedule at the discovery conference if necessary.

That said, it appears to the court that counsel have not adequately met and conferred regarding a deadline for Defendants' production of documents responsive to seven "high priority' categories. Plaintiff seeks a deadline of February 2, 2017, and Defendants propose mid-February, which the court interprets as Friday, February 17, 2017. The difference between the alternative proposals is not material and should be resolved informally. Counsel did not have the benefit of the District Judge's minute order dated January 17, 2017, which establishes a date certain by which the protective order and ESI order would issue. (Dkt. No. 91.)

IT IS ORDERED that counsel meet and confer regarding the proposed deadline for Defendants' production of documents responsive to the seven "high priority" categories. In the unlikely event that counsel do not resolve this dispute, counsel may request a telephonic discovery conference by contacting the Court Clerk in accordance with this Order.

                                                                                                                  :
                                                      Initials of Preparer         mp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3714-GW (AGRx) | Date | January 18, 2017 |
|---|---|---|---|
| Title | The California Institute of Technology v. Broadcom Limited, et al. | | |