1  QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
2  James R. Asperger (Bar No. 083188)
   jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
   Telephone: (650) 801-5000
8  Facsimile: (650) 801-5100

9  Attorneys for Plaintiff the California
   Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>           Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL** |

# [PROPOSED] ORDER

Having considered the papers, the Court GRANTS Plaintiff California Institute of Technology's ("Plaintiff" or "Caltech") Application to File Under Seal, and the following documents are hereby SEALED:

- Designated Portions of Caltech's Response to Defendants' Supplemental Submission Concerning Motion to Disqualify Dr. Matthew Shoemake;
- Designated Portions of Exhibit 9 to the Shyr Declaration in Support of Caltech's Response to Defendants' Supplemental Submission Concerning Motion to Disqualify Dr. Matthew Shoemake ("Shyr Declaration");
- Exhibit 11 to the Shyr Declaration;
- Exhibit 12 to the Shyr Declaration; and
- Exhibit 13 to the Shyr Declaration.

IT IS SO ORDERED.

DATED: _____, 2017

By_____