QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>            Plaintiff,<br><br>     vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>            Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following documents

- Declaration of Brian Biddinger in Support of Caltech's Application to File Under Seal (Dkt. 179-0);
- Caltech's Response to Defendants' Supplemental Submission Concerning Motion to Disqualify Dr. Matthew Shoemake (Dkt. 179-1);
- Exhibit 9 to the Shyr Declaration in Support of Caltech's Response to Defendants' Supplemental Submission Concerning Motion to Disqualify Dr. Matthew Shoemake ("Shyr Declaration") (Dkt. 179-2);
- Exhibit 11 to the Shyr Declaration (Dkt. 179-3);
- Exhibit 12 to the Shyr Declaration (Dkt. 179-4); and
- Exhibit 13 to the Shyr Declaration (Dkt. 179-5).

Have been served via email, upon the following counsel:

Mark D. Selwyn
Mark.Selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6031
Facsimile:  (617) 526-5000

James M. Dowd
James.Dowd@wilmerhale.com
Aaron Thompson
Aaron.Thompson@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 443-6309
Facsimile:  (213) 443-5400

Attorneys for Defendants and Counter-

-1-

CASE NO. 2:16-CV-03714-GW-AGRx
CERTIFICATE OF SERVICE

1  Claim Plaintiffs *Broadcom Limited,*
2  *Broadcom Corporation, Avago*
   *Technologies Limited, Apple Inc., and*
3  *Cypress Semiconductor Corporation*
4
5
6  I declare under penalty of perjury that the above is true and correct.  Executed at
7  Redwood Shores, CA on April 27, 2017.
8
9                                  Respectfully submitted,
10
11
12                             By */s/ Margaret Shyr*
13                                  Margaret H. Shyr
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28