QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California
Institute of Technology

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE PURSUANT TO CIVIL L.R. 7-1** |

# **STIPULATION**

Pursuant to Civil Local Rule 7-1 and the Court's instructions at the April 20 and May 1, 2017 hearings, Plaintiff the California Institute of Technology ("Caltech") and Defendants Broadcom Limited ("Broadcom Ltd."), Broadcom Corporation ("Broadcom Corp."), and Avago Technologies Limited ("Avago Ltd.") (collectively, "Broadcom"), Apple Inc. ("Apple"), and Cypress Semiconductor Corporation ("Cypress") (collectively, "Defendants") by and through their respective counsel of record hereby stipulate to the following amendment of the case schedule that was stipulated by the parties on October 1, 2016 (Dkt. 64).[1] The schedule incorporates the tutorial and hearing dates set by the Court during the May 1, 2017 hearing (Dkt. 185), and the parties recognize that the dates following the Claim Construction Hearing will be revisited by the Court following the Claim Construction Hearing. (*See* September 26, 2016 Case Management Conference Hearing Tr. at 19.)

| Event | Current Date | Proposed Date |
|---|---|---|
| Exchange '781 Claim Terms for Construction | N/A | May 5, 2017 |
| Exchange Preliminary '781 Claim Constructions | N/A | May 10, 2017 |
| Claim Construction Discovery Complete | May 11, 2017 | May 11, 2017 |
| Supplemental Joint Claim Construction Statement With '781 Claim Terms And Constructions | N/A | May 12, 2017 |
| Opening '781 Claim Construction Briefs | N/A | May 30, 2017 |

---

[1] The parties have already completed briefing on disputed terms relating to the '710, '032, and '833 patents. During a telephone conference with the Court held on March 6, 2017, the Court determined that disputed terms relating to the '781 patent would be briefed after the Court's hearing on Defendants' Motion for Summary Judgment under 35 U.S.C. § 101 (Dkt. 108).

| Event | Current Date | Proposed Date |
|---|---|---|
| Tutorial | May 17, 2017 | June 15, 2017 |
| Responsive '781 Claim Construction Briefs | N/A | June 16, 2017 |
| Claim Construction Hearing | May 18, 2017 | June 29, 2017 |

**IT IS SO STIPULATED.**

DATED: May 5, 2017                    Respectfully submitted,


By */s/ Todd M. Briggs*
Todd M. Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
*Attorneys for Plaintiff California
Institute of Technology*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By */s/ Mark D. Selwyn*
   Mark D. Selwyn
WILMER CUTLER PICKERING
HALE AND DORR LLP
Mark.Selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6031
Facsimile: (617) 526-5000

James M. Dowd
James.Dowd@wilmerhale.com
Aaron Thompson
Aaron.Thompson@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

*Attorneys for Defendants and Counter-Claim Plaintiffs Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation*

-3-
CASE NO. 2:16-CV-03714-GW-AGRx
STIPULATION PURSUANT TO CIVIL L.R. 7-1

## FILER'S ATTESTATION

I, Todd Briggs, am the ECF user whose ID and password were used to file this **STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE REGARDING CLAIM CONSTRUCTION PURSUANT TO CIVIL L.R. 7-1**. Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that Mark D. Selwyn concurred in the filing of this document.

*/s Todd M. Briggs*