QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>             Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION SCHEDULE** |

# [PROPOSED] ORDER

Having considered the parties' Joint Stipulation Regarding the Claim Construction Schedule Pursuant to Civil L.R. 7-1, the Court hereby GRANTS the Joint Stipulation and amends the case schedule as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Exchange '781 Claim Terms for Construction | N/A | May 5, 2017 |
| Exchange Preliminary '781 Claim Constructions | N/A | May 10, 2017 |
| Claim Construction Discovery Complete | May 11, 2017 | May 11, 2017 |
| Supplemental Joint Claim Construction Statement With '781 Claim Terms And Constructions | N/A | May 12, 2017 |
| Opening '781 Claim Construction Briefs | N/A | May 30, 2017 |
| Tutorial | May 17, 2017 | June 15, 2017 |
| Responsive '781 Claim Construction Briefs | N/A | June 16, 2017 |
| Claim Construction Hearing | May 18, 2017 | June 29, 2017 |

**IT IS SO ORDERED.**

DATED: _____, 2017

By_____
Honorable George H. Wu
United States District Judge