Name and address:
Ron Hagiz
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY<br><br>                                         Plaintiff(s)<br>v.<br>BROADCOM LIMITED, et al.<br><br>                                         Defendant(s). | CASE NUMBER<br>2:16-cv-3714-GW (AGRx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Hagiz, Ron       of   Quinn Emanuel Urquhart & Sullivan, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   51 Madison Avenue, 22nd Floor
212-849-7453    212-849-7100                                  New York, New York  10010
*Telephone Number*   *Fax Number*
ronhagiz@quinnemanuel.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
The California Institute of Technology

*Name(s) of Party(ies) Represented*                           ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Asperger, James Robert     of   Quinn Emanuel Urquhart & Sullivan, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 South Figueroa St., 10th FL
83188       213-443-3223    213-443-3100                     Los Angeles, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jimaperger@quinnemanuel.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                              **U.S. District Judge/U.S. Magistrate Judge**