# ATTACHMENT A

| Event | Proposed Date | Source |
|---|---|---|
| Meet and confer regarding Defendants' identification of representative products | September 13, 2017 (this date is Defendants' proposal; specific date not set by the Court during the hearing) | *See* Ex. 2, Transcript from 7/31/17 Scheduling Conference at 8:19-20 ("I tell you what, I want the parties to meet and confer.") |
| Plaintiff to Serve Final Identification of Accused Products | September 15, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18 ("I have seen the joint scheduling report, and I will agree with the parts that the parties are agreeing upon."); Dkt. 217 at 2. |
| Defendants to Serve Identification of Opinions of Counsel | September 15, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Submit joint report of 10 pages (5 pages per side) regarding Defendants' identification of representative products | September 28, 2017 (this date is Defendants' proposal; specific date not set by the Court during the hearing) | *See* Ex. 2, Transcript from 7/31/17 Scheduling Conference at 8:21-9:1 ("If you can't reach an agreement, then give me a one page, not one page, a single document. I will limit it to, let's say, 10 pages, five pages for each side, state what their position is.") |
| Mediation Deadline | October 4, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling |

1

ATTACHMENT A
DEFENDANTS' MOTION FOR CLARIFICATION OF MINUTE ORDER
CASE NO. 2:16-cv-3714-GW-AGRx

| Event | Proposed Date | Source |
|---|---|---|
| | | Conference at 3:16-18; Dkt. 217. |
| Post-Mediation Status Conference | October 5, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Plaintiffs rank asserted claims with descriptions of the bases for their rankings | October 11, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 10:15-17 ("[I]f you want 20 [claims], give me 20 in the order of preference.") and 11:5-10 ("October 11 for prior asserted claims . . . . We will give you the lists on October 11th.") |
| Fact Discovery Complete | October 13, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Defendants respond to Plaintiffs' ranking of asserted claims | October 18, 2017 (this date is Defendants' proposal; specific date not set by the Court during the hearing) | See Ex. 2, Transcript from 7/31/17 Scheduling Conference at 11:16-20 ("And I will also allow the other side to respond to why you think that this particular item is not important or as important to be resolved so that I get a better sense of the positions of both sides as to these particular matters.") |

| Event | Proposed Date | Source |
|---|---|---|
| Final Infringement Contentions | October 20, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Resolution of the rankings for the Plaintiff's asserted claims | October 23, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 13:14-14:2 ("So why don't we say since you are giving me that stuff on October the 11th, why don't I put that one for the 23rd of October to resolve.") |
| Defendants rank prior art with descriptions of the bases for their rankings | October 31, 2017 | *See* Ex. 2, Transcript from 7/31/17 Scheduling Conference at 13:2-3 ("October 31st should give them plenty of time.") |
| Plaintiffs respond to Defendants' ranking of prior art | November 6, 2017 (this date is Defendants' proposal; specific date not set by the Court during the hearing) | *See* Ex. 2, Transcript from 7/31/17 Scheduling Conference at 11:16-20 ("And I will also allow the other side to respond to why you think that this particular item is not important or as important to be resolved so that I get a better sense of the positions of both sides as to these particular matters.") |

| Event | Proposed Date | Source |
|---|---|---|
| Resolution of the rankings for Defendants' prior art | November 9, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 13:23-14:1 ("[W]hy don't we put that one for November 9th to be resolved.") |
| Final Invalidity Contentions | November 10, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | November 17, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | December 21, 2017 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Supplemental Expert Reports (*e.g.*, secondary considerations) | January 11, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Expert Discovery Complete | February 9, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Summary Judgment and *Daubert* Motions Due | March 9, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |

| Event | Proposed Date | Source |
|---|---|---|
| Oppositions to Summary Judgment and *Daubert* Motions Due | March 30, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Replies to Summary Judgment and *Daubert* Motions Due | April 13, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Hearing on Summary Judgment and *Daubert* Motions | April 26, 2018 | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 3:16-18; Dkt. 217. |
| Pretrial Motion Filing Deadline | TBD, 2018 (the Court previously set June 26, 2018 for trial, however, Defendants' counsel has a conflict on June 26; Defendants are working with Plaintiff to find a new trial date) | *See* Ex. 2, Transcript from 7/31/17 Scheduling Conference at 4:17-4:20. |
| Pretrial Conference | TBD, 2018 (the Court previously set June 26, 2018 for trial, however, Defendants' counsel has a conflict on June 26; Defendants are working with Plaintiff to find a new trial date) | Ex. 2, Transcript from 7/31/17 Scheduling Conference at 4:17-4:20. |
| Trial | TBD, 2018 (the Court previously set June 26, 2018 for trial, however, Defendants' counsel has | *See* Ex. 2, Transcript from 7/31/17 Scheduling |

ATTACHMENT A
DEFENDANTS' MOTION FOR CLARIFICATION OF MINUTE ORDER
CASE NO. 2:16-cv-3714-GW-AGRx

| Event | Proposed Date | Source |
|---|---|---|
| | a conflict on June 26; Defendants are working with Plaintiff to find a new trial date) | Conference at 4:17-14:20. |