# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY SCHEDULE AND MINUTE ORDER** |

| | |
|---|---|
| 1 | BROADCOM LIMITED, |
| 2 | BROADCOM CORPORATION, |
| 3 | AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS |
| 4 | SEMICONDUCTOR CORPORATION, |
| 5 | Counterclaim-Plaintiffs, |
| 6 | vs. |
| 7 | THE CALIFORNIA INSTITUTE OF |
| 8 | TECHNOLOGY, |
| 9 | Counterclaim-Defendant. |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO CLARIFY
CASE NO. 2:16-CV-3714-GW-AGRX

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY SCHEDULE AND MINUTE ORDER

HAVING CONSIDERED the Parties' papers and arguments in connection with Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation's Motion to Clarify Schedule and Minute Order, it is hereby ORDERED that the motion is GRANTED.

The Court sets the following schedule:

| Event | Date |
| --- | --- |
| Meet and confer regarding Defendants' identification of representative products | September 13, 2017 |
| Plaintiff to Serve Final Identification of Accused Products | September 15, 2017 |
| Defendants to Serve Identification of Opinions of Counsel | September 15, 2017 |
| Submit joint report of 10 pages (5 pages per side) regarding Defendants' identification of representative products | September 28, 2017 |
| Mediation Deadline | October 4, 2017 |
| Post-Mediation Status Conference | October 5, 2017 |
| Plaintiffs rank asserted claims with descriptions of the bases for their rankings | October 11, 2017 |
| Fact Discovery Complete | October 13, 2017 |
| Defendants respond to Plaintiffs' ranking of asserted claims | October 18, 2017 |
| Final Infringement Contentions | October 20, 2017 |

| Event | Date |
|---|---|
| Resolution of the rankings for the Plaintiff's asserted claims | October 23, 2017 |
| Defendants rank prior art with descriptions of the bases for their rankings | October 31, 2017 |
| Plaintiffs respond to Defendants' ranking of prior art | November 6, 2017 |
| Resolution of the rankings for Defendants' prior art | November 9, 2017 |
| Final Invalidity Contentions | November 10, 2017 |
| Opening Expert Reports (reports for issues on which a party bears the burden of proof) | November 17, 2017 |
| Rebuttal Expert Reports (reports for issues on which a party does not bear the burden of proof) | December 21, 2017 |
| Supplemental Expert Reports (*e.g.*, secondary considerations) | January 11, 2018 |
| Expert Discovery Complete | February 9, 2018 |
| Summary Judgment and *Daubert* Motions Due | March 9, 2018 |
| Oppositions to Summary Judgment and *Daubert* Motions Due | March 30, 2018 |
| Replies to Summary Judgment and *Daubert* Motions Due | April 13, 2018 |
| Hearing on Summary Judgment and *Daubert* Motions | April 26, 2018 |
| Pretrial Motion Filing Deadline | TBD, 2018 (the Parties shall jointly submit a new trial date) |
| Pretrial Conference | TBD, 2018 (the Parties shall jointly submit a new trial date) |

| Event | Date |
|---|---|
| Trial | TBD, 2018 (the Parties shall jointly submit a new trial date) |

**IT IS SO ORDERED** this \_\_\_\_\_ day of _____, 2017.


By: _____
      Honorable George H. Wu
      United States District Judge