(COUNSEL OF RECORD LISTED ON SIGNATURE PAGE)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**NOTICE OF MOTION AND JOINT MOTION TO CHANGE HEARING DATE ON DEFENDANTS' RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW (DKT. 222)**<br><br>The Hon. George H. Wu<br>United States District court Judge<br>Hearing Date: September 25, 2017<br>Time: 8:30AM<br>Place: Courtroom 9D<br><br>Trial Date: June 26, 2018 |

Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation ("Defendants") respectfully submit this joint motion to change the hearing date scheduled on Defendants' Renewed Motion to Stay Pending *Inter Partes* Review (Dkt. 222). The hearing on Defendants' Motion is currently scheduled for September 25, 2017 at 8:30 AM in front of Judge Wu. To accommodate the schedule of counsel, Caltech requested that this hearing date be rescheduled to October 5, 2017 and Defendants agreed. Under this schedule, Caltech's opposition to Defendants' Motion is due on September 14, 2017 and Defendants' Reply to its Motion is due on September 21, 2017. Therefore, the Parties respectfully request that this Court enter an order rescheduling the hearing date on Defendants' Renewed Motion to Stay Pending *Inter Partes* Review (Dkt. 222) to October 5, 2017.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

1
2  DATED: August 31, 2017
3
4  By: */s/ James R. Asperger*  By: */s/ Mark D. Selwyn*
5    James R. Asperger  Mark D. Selwyn
     jimasperger@quinnemanuel.com  Mark.Selwyn@wilmerhale.com
6    QUINN EMANUEL URQUHART &  WILMER CUTLER PICKERING
     SULLIVAN, LLP  HALE AND DORR LLP
7    865 S. Figueroa St., 10th Floor  950 Page Mill Road
     Los Angeles, California 90017  Palo Alto, CA 94304
8    Telephone: (213) 443-3000  Telephone: (650) 858-6031
     Facsimile: (213) 443-3100  Facsimile: (617) 526-5000
9                              James M. Dowd
     *Attorney for Plaintiff California*  James.Dowd@wilmerhale.com
10   *Institute of Technology*  350 South Grand Avenue, Suite 2100
                              Los Angeles, CA 90071
11                            Telephone: (213) 443-6309
                              Facsimile: (213) 443-5400
12
                              *Attorneys for Broadcom Limited,*
13                            *Broadcom Corporation, Avago*
                              *Technologies Limited, Apple Inc.,*
14                            *Broadcom Inc., and Cypress*
                              *Semiconductor Corporation*
15
16
17
18
19
20
21
22
23
24
25
26
27
28