QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO CHANGE HEARING DATE ON DEFENDANTS' RENEWED MOTION TO STAY PENDING *INTER PARTES* REVIEW (DKT. 222)**<br><br>The Hon. George H. Wu<br>United States District court Judge<br>Hearing Date: September 25, 2017<br>Time: 8:30AM<br>Place: Courtroom 9D<br><br>Trial Date: June 26, 2018 |

Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation ("Defendants") have filed a Joint Motion to Change the Hearing Date on Defendants Renewed Motion to Stay Pending *Inter Partes* Review (Dkt. 222).

Having considered the Parties' submissions, the Parties' Joint Motion is hereby GRANTED as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Opposition Due | September 4, 2017 | September 14, 2017 |
| Defendants' Reply Brief Due | September 11, 2017 | September 21, 2017 |
| Hearing Date | September 25, 2017 at 8:30 AM | October 5, 2017 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: _____  _____

GEORGE H. WU

United States District Judge