1

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

2

3

4

5

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

6

7

8

9

10

11

12

Attorneys for Defendants *Broadcom Limited,
Broadcom Corporation, Avago Technologies
Limited, Apple Inc., and Cypress Semiconductor
Corporation*

13

14

**UNITED STATES DISTRICT COURT**

15

**CENTRAL DISTRICT OF CALIFORNIA**

16

17

The CALIFORNIA INSTITUTE OF
TECHNOLOGY, a California
corporation,

CASE NO. 2:16-cv-3714-GW(AGRx)

18

**CERTIFICATE OF SERVICE**

19

Plaintiff,

Hon. Alicia G. Rosenberg

20

v.

21

BROADCOM LIMITED, BROADCOM
CORPORATION, AVAGO
TECHNOLOGIES LIMITED, APPLE
INC., AND CYPRESS
SEMICONDUCTOR CORPORATION,

22

23

24

Defendants.

25

26

27

28

1

2

BROADCOM CORPORATION and
APPLE INC.,

3

Counterclaim-Plaintiffs,

4

v.

5

6

The CALIFORNIA INSTITUTE OF
TECHNOLOGY, a California
corporation,

7

Counterclaim-Defendant.

8

9

CYPRESS SEMICONDUCTOR
CORPORATION,

Counterclaim-Plaintiff,

10

11

v.

12

The CALIFORNIA INSTITUTE OF
TECHNOLOGY, a California
corporation,

13

Counterclaim-Defendant.

14

15        I, Tiffany Tejeda-Rodriguez, declare that I am over the age of eighteen years

16  and not a party to this action.  I am employed in Los Angeles County, California.

17  My business address is Wilmer Hale, LLP, 350 South Grand Avenue, Suite 2100,

18  Los Angeles, California 90071.  On October 9, 2017, I caused to be served the

19  below named document(s) described as:

20      • **Defendants' Opposition to Plaintiff's Motion to Compel Disclosure**

21        **of Revenues for Accused Products;**

22      • **Exhibits A-K**

23  ☐  By transmitting via facsimile the document(s) listed above to the fax
        number(s) set forth below on this date before 5:00 p.m.

24

25  ☐  By placing the document(s) listed above in a sealed envelope with postage
        prepaid, via First Class Mail, in the United States mail at Palo Alto,

26        California addressed as set forth below.

27

28

1

1
2
3

☐   By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

4
5

☐   By placing the document(s) listed above in a sealed envelope and causing them to be served via hand delivery addressed as set forth below:

6
7

☑   By causing the document(s) listed above to be transmitted by e-mail to the following e-mail address as set forth below.

8
9
10

☐   By electronically filing the document(s) listed above with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the person(s) listed below.

11
12

Edward J DeFranco
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
Phone: 212-849-7000 / Fax: 212-849-7100
Email: eddefranco@quinnemanuel.com

Plaintiff and Counter-
Defendant The California
Institute of Technology

13
14
15
16
17
18

James R. Asperger
Heather Elizabeth Belville
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jimasperger@quinnemanuel.com
Email: heatherbelvillemccarthy@quinnemanuel.com

19
20
21
22
23
24
25
26
27
28

Kevin P.B. Johnson
Todd M. Briggs
QUINN EMANUEL URQUHART AND
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com

2

1    Email: toddbriggs@quinnemanuel.com

2

3        I declare under penalty of perjury under the laws of the United States that the

4    foregoing is true and correct.

5        Executed on October 9, 2017 at Los Angeles, California.

6

7

8            Tiffany Tejeda-Rodriguez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3