QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| The CALIFORNIA INSTITUTE OF TECHNOLOGY, | CASE NO. 2:16-cv-3714-GW-AGRx |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION | |
| Defendants. | |

# CERTIFICATE OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following documents:

- Memorandum in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit A to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit B to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit C to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit D to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit E to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference;
- Exhibit G to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference; and
- Exhibit H to the Declaration of Todd M. Briggs in Support of Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct An Additional Discovery Conference

| | |
|---|---|
| 1 | Have been served via email, upon the following counsel: |
| 2 | Mark D. Selwyn |
| 3 | Mark.Selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | 950 Page Mill Road |
| 5 | Palo Alto, California 94304<br>Telephone:  (650) 858-6031 |
| 6 | Facsimile:   (617) 526-5000 |
| 7 | |
| 8 | James M. Dowd<br>James.Dowd@wilmerhale.com |
| 9 | Aaron Thompson<br>Aaron.Thompson@wilmerhale.com |
| 10 | 350 South Grand Avenue, Suite 2100 |
| 11 | Los Angeles, California 90071<br>Telephone:  (213) 443-6309 |
| 12 | Facsimile:   (213) 443-5400 |
| 13 | |
| 14 | Attorneys for Defendants and Counter-Claim Plaintiffs<br>*Broadcom Limited, Broadcom Corporation, Avago* |
| 15 | *Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation* |
| 16 | |
| 17 | |
| 18 | I declare under penalty of perjury that the above is true and correct.  Executed at |
| 19 | Washington, D.C. on November 17, 2017. |
| 20 | |
| 21 | Respectfully submitted, |
| 22 | |
| 23 | |
| 24 | |
| 25 | By */s/ Maissa Chouraki*<br>     Maissa Chouraki |
| 26 | |
| 27 | |
| 28 | |