# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-03714 GW (AGRx) | Date | November 17, 2017 |
|---|---|---|---|
| Title | *The California Institute of Technology v. Broadcom Limited et al* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                                                    None Present

**PROCEEDINGS:     IN CHAMBERS - COURT ORDER**


The Court has received the parties' "Stipulation regarding Continuance of Hearing Date for Plaintiff's Motion to Permit Magistrate Judge Rosenberg to Conduct an Additional Discovery Conference," Docket No. 325. Plaintiff's motion was filed on November 9, 2017 and originally set for hearing on December 7. Docket Nos. 308, 317. The stated reason for the stipulation is counsels' unavailability to attend the hearing. Additionally, the stipulation asks for a continuation of the briefing schedule should the stipulation be granted.

The stipulation is DENIED. Defendants are to respond to the motion by November 28; Plaintiff to file its reply by December 5. The matter will stand submitted without oral argument.

:

Initials of Preparer     JG