1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Mark D. Selwyn (SBN 244180)
   Mark.Selwyn@wilmerhale.com
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   WILMER CUTLER PICKERING
6  HALE AND DORR LLP
   James M. Dowd (SBN 259578)
7  James.Dowd@wilmerhale.com
   350 South Grand Avenue, Suite 200
8  Los Angeles, CA 90071
   Telephone: (213) 443-5300
9  Facsimile: (213) 443-5400

10 Attorneys for Defendants *Broadcom Limited,
   Broadcom Corporation, Avago Technologies
11 Limited, Apple Inc., and Cypress Semiconductor Corporation*

12 Additional Counsel and Parties listed on signature page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**JOINT REPORT REGARDING OUTSTANDING DISCOVERY ISSUES FOR MARCH 16, 2018 HEARING PURSUANT TO DKT. 419**<br><br>Ctrm: 10, Spring Street<br>Judge: Hon. George H. Wu |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Counterclaim-Defendant. |

Pursuant to the Court's Order Regarding Plaintiff's and Defendants' Motions to Compel Discovery (Dkt. 419), the parties submit that the following issue remains unresolved and is ripe for discussion at the March 16, 2018 Discovery Hearing: Defendants' request for a Rule 30(b)(6) witness prepared to address Topic 21. The parties will also be prepared to discuss any remaining questions the Court may have regarding Exhibit 341.

Dated: March 15, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/Mark Selwyn
Mark D. Selwyn (SBN 244180)
Mark.Selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (SBN 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., Broadcom Inc., and Cypress Semiconductor Corporation*

By: */s/Todd Briggs*
Todd Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5020
Facsimile: (650) 801-5100

Attorney for *The California Institute of Technology*

-2-

CASE NO. 2:16-cv-3714-GW-AGRx
JOINT REPORT REGARDING
OUTSTANDING DISCOVERY ISSUES