QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>            Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CALTECH'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 103 BASED ON IPR ESTOPPEL UNDER 35 U.S.C. § 315(e)(2)**<br><br>Hon. George H. Wu<br>United States District Court Judge<br>Hearing Date: December 6, 2018<br>Time: 8:30 AM<br>Place: Courtroom 9D |

PLEASE TAKE NOTICE that on December 6, 2018 at 8:30 a.m., Plaintiff California Institute of Technology ("Caltech") will and hereby does move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to grant Caltech's partial summary judgment of validity under § 103 based on IPR estoppel under 35 U.S.C. § 315(e)(2) with respect to claims 13 and 22 of U.S. Patent No. 7,916,781, and claims 11 and 18 of U.S. Patent No. 7,421,032.

This motion is based on this Notice of Motion and Motion; the concurrently-filed Memorandum in Support of Caltech's Motion for Partial Summary Judgment of Validity; the concurrently-filed Declaration of Todd M. Briggs (and exhibits thereto); Caltech's Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiff's Motion for Partial Summary Judgment of Validity; the concurrently-lodged [Proposed] Order Granting Caltech's Motion for Partial Summary Judgment of Validity; the files and records in this action; and any such additional argument or materials as may be submitted to the Court before the time of the decision in this matter.

This motion is made following the conference of counsel pursuant to C.D. Cal. L.R. 7-3, which took place telephonically on September 21, 2018.

## **RELIEF REQUESTED**

Caltech respectfully requests that the Court grant Caltech's Motion.

DATED: October 16, 2018          Respectfully submitted,

                                        By *_/s/ James R. Asperger_*
                                           James R. Asperger
                                           jimasperger@quinnemanuel.com
                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
                                           865 S. Figueroa St., 10th Floor
                                           Los Angeles, California 90017
                                           Telephone: (213) 443-3000
                                           Facsimile: (213) 443-3100

                                           *Attorneys for Plaintiff California Institute of Technology*