QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**DECLARATION OF TODD M. BRIGGS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 103 BASED ON IPR ESTOPPEL UNDER 35 U.S.C. § 315(e)(2)**<br><br>Hon. George H. Wu<br>United States District Court Judge<br>Hearing Date: December 6, 2018<br>Time: 8:30 AM<br>Place: Courtroom 9D |

I, Todd M. Briggs, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff California Institute of Technology ("Caltech"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify competently to those facts.

2. Attached hereto as **Exhibit A** is chart indicating Defendants' knowledge of certain prior art references.

3. Attached hereto as **Exhibit B** is a true and correct copy of the petition filed in IPR2017-00297.

4. Attached hereto as **Exhibit C** is a true and correct copy of the petition filed in IPR2017-00423.

5. Attached hereto as **Exhibit D** is a true and correct copy of the petition filed in IPR2017-00700.

6. Attached hereto as **Exhibit E** is a true and correct copy of the petition filed in IPR2017-00701.

7. Attached hereto as **Exhibit F** is a true and correct copy of the petition filed in IPR2017-00728.

8. Attached hereto as **Exhibit G** is a true and correct copy of the institution decision issued in IPR2017-00297.

9. Attached hereto as **Exhibit H** is a true and correct copy of the institution decision issued in IPR2017-00423.

10. Attached hereto as **Exhibit I** is a true and correct copy of the institution decision issued in IPR2017-00700.

11. Attached hereto as **Exhibit J** is a true and correct copy of the institution decision issued in IPR2017-00701.

12. Attached hereto as **Exhibit K** is a true and correct copy of the institution decision issued in IPR2017-00728.

13.     Attached hereto as **Exhibit L** is a true and correct copy of the final written decision issued in IPR2017-00297.

14.     Attached hereto as **Exhibit M** is a true and correct copy of the final written decision issued in IPR2017-00700.

15.     Attached hereto as **Exhibit N** is a true and correct copy of the final written decision issued in IPR2017-00728.

16.     Attached hereto as **Exhibit O** is a true and correct copy of the joint motion to limit the petition in IPR2017-00297.

17.     Attached hereto as **Exhibit P** is a true and correct copy of the order granting the joint motion to limit the petition in IPR2017-00297.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of the joint motion to limit the petition in IPR2017-00700.

19.     Attached hereto as **Exhibit R** is a true and correct copy of the order granting the joint motion to limit the petition in IPR2017-00700.

20.     Attached hereto as **Exhibit S** is a true and correct copy of a letter sent from Todd M. Briggs to James M. Dowd on September 11, 2018.

21.     Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the Amended Expert Report of Dr. Frey Regarding Invalidity (Vol. 3).

22.     Attached hereto as **Exhibit U** is a true and correct copy of excerpts from the Amended Expert Report of Dr. Frey Regarding Invalidity (Vol. 4).

23.     Attached hereto as **Exhibit V** is a true and correct copy of excerpts from the Amended Expert Report of Dr. Frey Regarding Invalidity (Vol. 1).

24.     Attached hereto as **Exhibit W** is a true and correct copy of Defendants' Invalidity Contentions, served in this case on December 22, 2016.

25.     Attached hereto as **Exhibit X** is a true and correct copy of excerpts from the Declaration of James A. Davis, Ph.D., submitted in IPR2017-00700.

26.     Attached hereto as **Exhibit Y** is a true and correct copy of excerpts from the Declaration of James A. Davis, Ph.D., submitted in IPR2017-00423.

27. Attached hereto as **Exhibit Z** is a true and correct copy of the petition filed in IPR2017-00210.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the final written decision issued in IPR2015-00059.

29. Attached hereto as **Exhibit BB** is a true and correct copy of the Declaration of Brendan Frey, Ph.D, submitted in connection with IPR2017-00700.

30. Attached hereto as **Exhibit CC** is a true and correct copy of excerpts from the Declaration of James A. Davis, Ph.D., submitted in IPR2017-00210.

31. Attached hereto as **Exhibit DD** is a true and correct copy of the petition filed in IPR2015-00059.

32. Attached hereto as **Exhibit EE** is a true and correct copy of excerpts from the Expert Report of Dr. Brendan Frey Regarding Invalidity, originally submitted in Cal. Inst. of Tech. v. Hughes Commc'ns Inc., No. 2:13-cv-07245-MRP-JEM, and submitted by Apple in connection with IPR2017-00423.

33. Attached hereto as **Exhibit FF** is a true and correct copy of the decision to modify the institution decision in IPR2017-00297.

34. Attached hereto as **Exhibit GG** is a true and correct copy of the decision to modify the institution decision in IPR2017-00700.

35. Attached hereto as **Exhibit HH** is a true and correct copy of excerpts from the Amended Expert Report of Dr. Frey Regarding Invalidity (Vol. 2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2018.

Respectfully submitted,

By: /s/ *Todd M. Briggs*
    Todd M. Briggs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28