QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, and APPLE INC.<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED BRIEFING AND HEARING DATE OF CALTECH'S MOTION TO EXCLUDE DEFENDANTS' LATE PRODUCED DOCUMENTS AND DR. HENRY PFISTER'S UNTIMELY EXPERT DEPOSITION TESTIMONY**<br><br>Hon. George H. Wu<br>United States District Court Judge |

To All Parties and To Their Attorneys of Record:

**Please Take Notice** that pursuant to Local Rule 7-19, Plaintiff California Institute of Technology ("Plaintiff" or "Caltech"), hereby applies *ex parte* for an Order setting an expedited briefing schedule and hearing date for Caltech's Motion to Exclude Defendants' Late-Produced Documents and Dr. Henry Pfister's Untimely Expert Deposition Testimony ("Motion"), lodged concurrently herewith.

Good cause exists for granting this *ex parte* application, as set forth in the accompanying Memorandum of Points and Authorities ("Memorandum"), Declaration of Todd Briggs in Support of Plaintiff's *Ex Parte* Application ("Briggs Decl.") and exhibits attached thereto, and Proposed Order Granting Plaintiff's *Ex Parte* Application. In particular, under Local Rule 6.1, the earliest this Motion would be heard under the normal schedule for motions is on May 6, 2019, two weeks after the scheduled deposition of Dr. Paul H. Siegel. Dr. Siegel is familiar with and co-authored the many documents and source code that were produced for the first time at Dr. Pfister's deposition on March 29, 2019, which are at issue in Caltech's Motion. Without clear guidance on whether Defendants can rely on these documents and source code, Defendants will likely reintroduce the newly produced documents and source code at Dr. Siegel's deposition to elicit additional late-produced expert testimony from Dr. Siegel. In addition, without clear guidance on which topics Dr. Siegel can testify, Caltech will not be able to adequately prepare for his deposition. Of the documents and source code that were recently produced at Dr. Pfister's deposition, 800 pages are source code. Caltech will need to spend significant time and expense to review that source code with its expert in order to adequately prepare for Dr. Siegel's deposition. Caltech's proposed schedule provides each side with sufficient time to brief the issues raised by Caltech's Motion, while also ensuring that there is clarity regarding the issues before the scheduled deposition of Dr. Siegel.

1  Copies of this *ex parte* application and the supporting papers have been
2  served on all Parties listed on the attached proof of service, and pursuant to Local
3  Rule 7-19, the name, address, telephone number, and email address of counsel for
4  Defendants are attached to the Memorandum in support hereof.

7  DATED: April 8, 2019        Respectfully submitted,

By * /s/ James R. Asperger*
James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff California
Institute of Technology*