QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbrigg@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff
THE CALIFORNIA INSTITUTE OF TECHNOLOGY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiff,<br><br>    vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>      Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**L.R. 79-5.2.2 DECLARATION OF TODD M. BRIGGS IN SUPPORT OF CALTECH'S *EX PARTE* APPLICATION FOR EXPEDITED BRIEFING** |

I, Todd M. Briggs, declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP. I am a member of the bar of the State of California and admitted before this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I would testify competently to those facts.

1. On April 6, 2019, Caltech contacted counsel for Defendants to request a meet and confer on April 7, 2019 regarding Caltech's Motion to Exclude Defendants' Late-Produced Documents and Dr. Henry Pfister's Untimely Expert Deposition Testimony ("Caltech's Motion").

2. In the correspondence, Caltech proposed an expedited briefing schedule for Caltech's Motion and requested Defendants' position on the proposed briefing schedule.

3. On April 8, 2019, Deepa Acharya contacted counsel for Defendants seeking a response to Caltech's request to meet and confer. Ms. Acharya left a voicemail for Aaron Thompson, Defendants' counsel, explaining the basis of Caltech's Motion and the basis for seeking ex parte relief for an expedited schedule.

4. Following Ms. Acharya's voicemail, Caltech again contacted Defendants to again request a response on Caltech's proposal.

5. Caltech provided notice of this ex parte application on April 6, 2019, and advised counsel for Defendants of the date and substance of the ex parte by voicemail on April 8, 2019. Counsel for Defendants have indicated they oppose the application.

6. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Margaret Shyr to James Dowd, amongst others, on April 6, 2019, and the follow-up emails between Ms. Shyr sent to Aaron Thompson on April 8, 2019.

7. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts of deposition testimony from Dr. Pfister's March 29, 2019 deposition.

2. Attached hereto as **Exhibit 3** is a true and correct copy of an email sent from Brett Hammon to Todd M. Briggs, amongst others, on April 17, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 8, 2019

By /s/ *Todd M. Briggs*
Todd M. Briggs
toddbriggs@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorney for Plaintiff California Institute of Technology*