QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, APPLE INC., AND CYPRESS SEMICONDUCTOR CORPORATION<br><br>  Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING CALTECH'S *EX PARTE* APPLICATION FOR EXPEDITED BRIEFING**<br><br>Ctrm: 9D, 350 West 1st Street<br>Judge: George H. Wu |

Case No. 2:16-cv-3714-GW-AGRx
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION

# ORDER

Having considered the papers, the Court GRANTS Plaintiff California Institute of Technology's ("Plaintiff" or "Caltech") *Ex Parte* Application for Expedited Briefing and Hearing Date, shortening the Local Rule 6-1 time for setting the hearing following notice and service of a motion to the below identified schedule, and setting the hearing on Caltech's concurrently filed Motion to Exclude Defendants' Late-Produced Documents and Dr. Henry Pfister's Untimely Expert Deposition Testimony ("Caltech's Motion") for Monday, April 15, 2019.

It is HEREBY ORDERED that Caltech's Motion shall be heard on Monday, April 15, 2019 at 8:30 AM and the Parties will brief this Motion according to the following schedule:

| Event | Date |
|---|---|
| Caltech files its Motion to Exclude Defendants' Late-Produced Documents and Dr. Henry Pfister's Untimely Expert Deposition Testimony | April 8, 2019 |
| Defendants Responsive Brief Due | April 10, 2019 |
| Caltech's Reply Brief Due | April 12, 2019 |
| Hearing on Caltech's Motion | April 15, 2019, 8:30 AM |

IT IS SO ORDERED

DATED: _____, 2019

By_____
Honorable George H. Wu
United States District Court Judge