**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400

Attorneys for Defendants Broadcom
Limited, Broadcom Corporation, Avago
Technologies Limited, and Apple Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-3714-GW(AGRx)<br><br>**DECLARATION OF DR. ANDREW BLANKSBY IN SUPPORT OF BROADCOM'S AND APPLE'S OPPOSITION TO CALTECH'S MOTION TO EXCLUDE OPINIONS OF DR. STARK AND DR. BLANKSBY** |

|     |     |
| --- | --- |
| 1   | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC., |
| 2   |     |
| 3   |     |
| 4   | vs. |
| 5   | THE CALIFORNIA INSTITUTE OF TECHNOLOGY, |
| 6   |     |
| 7   | Counterclaim-Defendant. |
| 8   |     |

I, Andrew Blanksby, Ph.D., declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters discussed in this declaration. I could and would testify competently regarding the matters discussed in this declaration if called to do so.

2. I received a Bachelor's Degree in Electrical and Electronic Engineering in 1993, a Doctor of Philosophy in Electrical and Electronic Engineering in 1999, and a Master of Business Administration in 2005 from the University of Adelaide.

3. I have been employed at Broadcom since 2005. My current title at Broadcom is Distinguished Engineer – Wireless connectivity Group. As part of my job, I am responsible for the development of Low-Density Parity-Check ("LDPC") technology for Broadcom wireless local area network devices, including development of physical layer algorithms for Wi-Fi products. At Broadcom, I have been a lead developer of the LDPC technology used by Broadcom, including the Broadcom products that I understand are accused of infringement in this case.

4. Attached as Exhibit B-1 to this declaration is a copy of my curriculum vitae, which more fully sets forth my experiences and qualifications.

5. Docket 996-15 is a true and correct copy of my Amended Disclosure and Declaration submitted in this case on November 9, 2018.

6. Attached as Exhibit B-2 is a true and correct copy of portions of my December 14, 2018 deposition transcript.

7. The facts, information, and opinions set forth in Docket 996-15, subject to the corrections I made during my December 14, 2018 deposition (Exhibit B-2 at 17:22-23:8), are true and correct to the best of my knowledge and belief.

- 1 -

8. If called upon to testify as to the facts, information, and opinions set forth in Docket 996-15, I am able to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, 2019

Dr. Andrew Blanksby

# EXHIBIT B-1

# Andrew Blanksby

## Summary

Accomplished engineer with specialty in mapping complex algorithms into silicon.

Expert in the implementation of digital signal processing algorithms, particularly Low-Density Parity Check (LDPC) encoders and decoders.

Experienced practitioner of High-Level Synthesis (HLS) to accelerate design development - turning C++/SystemC directly into logic gates.

## Experience

*Broadcom, Wireless Connectivity Division, 2016 – Present*
Lead development of Low-Density Parity-Check (LDPC) technology for WLAN used in major smart phones and tablets.

*Broadcom, Office of the CTO, 2005 - 2016*
Lead development of Low-Density Parity-Check (LDPC) technology for WLAN used in major smart phones, tablets, and access points by companies such as Apple, Samsung, and LG.
Technical lead of LDPC technology for 10GBaseT Ethernet, WiGig, and mmWave backhaul.
Contributor to global standards such as IEEE 802.11ad, 802.11ac, and 802.11ax.

*Gnome Technologies, Technical Director, 2003 – 2005*
Product development and technical marketing of a distributed software platform for cellular data telemetry applications used in the Australian electrical and gas distribution industry.

*Bell Laboratories Research, 1995 – 2003*
Demonstrated the world's first LDPC decoder integrated circuit.
Architected an LDPC encoder/decoder to substantially increase the span of long-haul optical fiber links.
Developed a modem integrated circuit for fixed wireless applications containing a novel adaptive equalizer and parallel decision feedback decoder for multi-rate trellis coded modulation.
Key member of the team that developed the world's first single-chip CMOS digital color video camera.

## Education

*Master of Business Administration, University of Adelaide, Aug 2005*
Valedictorian Class of 2005

*Doctor of Philosophy in Electrical & Electronic Engineering, University of Adelaide, Oct 1999*
Ph.D thesis title "Color Cameras in Standard CMOS"

*Bachelor of Engineering (Electrical & Electronic), University of Adelaide, May 1993*
First Class Honors

## Awards

2014 Invited to Frontiers of Engineering Symposium, National Academy of Engineering

2013 Broadcom Distinguished Engineer for recognition of exceptional expertise, leadership and execution. Less than 1% of Broadcom technical staff receive this honor.

2005 Most Outstanding MBA Graduate, Newmont Australia Prize, University of Adelaide Graduate School of Management

1998 IEEE Journal of Solid-State Circuits Best Paper Award

### Papers
"A 16TX/16RX 60GHz 802.11ad Chipset with Single Coaxial Interface and Polarization Diversity", Proc of the IEEE Int Solid-State Circuits Conference, pp 344-346, Feb 2014

"LDPC code set for mmWave communication", ACM Int. Workshop on mmWave Communcations, pp 39-44, 2010

"A 690-mW 1-Gbit/s 1024-bit rate-1/2 low-density parity-check code decoder", IEEE Journal of Solid-State Circuits, Vol. 37, No. 3, pp 404-412, March 2002

"A low power normalized-LMS decision feedback equalizer for a wireless packet modem", Proc. Int. Symp. Low Power Electronics and Design, pp 290-294, August 2002

"Parallel decoding architectures for low-density parity-check codes", Proc. of Int. Symp. on Circuits and Systems, Vol. 4, pp 742-745, May 2001

"Reduced-state sequence estimation with tap-selectable decision feedback", Proc. of IEEE Int. Conference on Communications, pp 372-376, June 2000

"Performance analysis of a color CMOS photogate image sensor", IEEE Transactions on Electron Devices, pp 55-64, Jan. 2000

"A 220mW, 3.3V, CMOS color camera IC producing 352x288 24b video at 30 frames/s", IEEE Journal of Solid-State Circuits, pp 2092-2103, Dec. 1998

"A 220mW, 3.3V, CMOS color camera IC producing 352x288 24b video at 30 frames/s", Proc. of the IEEE Int. Solid-State Circuits Conference, pp 168-169, Feb. 1998

"Noise performance of a color CMOS photogate image sensor", Proc. of IEEE Int. Electron Devices Meeting, pp 205-208, Dec. 1997

"An insect vision-based motion detection chip", IEEE Journal of Solid-State Circuits, Vol. 32, No. 2, pp 279-284, Feb. 1997

"Low level visual motion processing using local motion detectors", Proc. of Int. Conference on Neural Networks, pp 1-6, Nov. 1995

### Patents
22 issued patents

### Memberships
IEEE member

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT B-2