UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 16-3714-GW(AGRx)** | Date | June 17, 2019 |
|---|---|---|---|

| Title | ***The California Institute of Technology v. Broadcom Limited, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie E. Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| James R. Asperger | Mark D. Selwyn |
| Todd M. Briggs | James M. Dowd |
| | Jason F. Choy |

**Proceedings:   BROADCOM'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AS TO EXTRATERRITORIAL SALES [975];**

Court and counsel confer. The Tentative circulated is adopted as the Court's Final Ruling. Broadcom's Motion is GRANTED IN PART and DENIED IN PART.

                                                                                                      : 05
                                                                                                    **JG**

---

CV-90                                **CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk JG