QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Plaintiff the California
Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC. <br><br> Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx <br><br> **MEMORANDUM IN SUPPORT OF PLAINTIFF CALTECH'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON "COPYING" SECONDARY CONSIDERATION OF NON-OBVIOUSNESS** <br><br> <mark>**Filed Under Seal**</mark> <br><br> Hon. George H. Wu <br> United States District Court Judge <br> Hearing Date:  September 12, 2019 <br> Time:  8:30 AM <br> Place: Courtroom 9D |

Case No. 2:16-cv-3714-GW-AGRx

MEMORANDUM IN SUPPORT OF CALTECH'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON "COPYING" SECONDARY CONSIDERATION OF NON-OBVIOUSNESS