QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California
Institute of Technology

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.<br><br>        Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CALTECH'S RESPONSE TO DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW, AND CALTECH'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW ISO CALTECH'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON "COPYING" SECONDARY CONSIDERATION OF NON-OBVIOUSNESS**<br><br>**Filed Under Seal**<br>  Hon. George H. Wu<br>  United States District Court Judge<br>  Hearing Date: June 6, 2019<br>  Time: 8:30 AM<br>  Place: Courtroom 9D |

CALTECH'S STATEMENT OF FACTS AND LAW AND RESPONSE TO DEFENDANTS' STATEMENT ISO OPPOSITION TO MSJ OF "COPYING" SECONDARY CONSIDERATION OF NON-OBVIOUSNESS