**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CALTECH'S REPLY IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. LORIN HITT, DR. WAYNE STARK, DR. ANDREW BLANKSBY, AND MR. VINCENT THOMAS RELATING TO DAMAGES**<br><br>Hon. George H. Wu<br>United States District Court Judge<br>Hearing Date: September 12, 2019<br>Time: 8:30 AM<br>Place: Courtroom 9D |