QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California
Institute of Technology

*Additional Counsel Listed On Signature Page*

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

Attorneys for Defendants Broadcom
Limited, Broadcom Corporation, Avago
Technologies Limited, and Apple Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Counterclaim-Defendant. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**JOINT REPORT REGARDING ISSUES TO BE RESOLVED BY THE JURY**<br><br>Hon. George H. Wu<br>United States District Judge |

1  Pursuant to the Court's direction at the November 21, 2019 hearing, Plaintiff
2  California Institute of Technology ("Caltech") and Defendants Broadcom Limited,
3  Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom")
4  and Apple Inc. ("Apple," and together with Broadcom, "Defendants") together
5  submit this joint report regarding the issues that are to be resolved by the jury.

6  Attached as Exhibits 1 and 2 are the proposed verdict forms served by each of
7  the parties. The parties reserve their right to revise these forms to reflect changes
8  discussed during the meet and confer process and other case developments.

9  Additional information on the issues to be resolved by the jury is contained in
10  the parties' respective Memoranda of Contentions of Law and Fact. *See* Dkt. 1617
11  and 1618.

12  Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing party hereby attests that all
13  signatories listed concur in this filing's content and have authorized this filing.

1  DATED: November 27, 2019        Respectfully submitted,

By */s/ Todd M. Briggs*
   Todd M. Briggs
   toddbriggs@quinnemanuel.com
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
   Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
   *Attorneys for Plaintiff California*
   *Institute of Technology*

By */s/ Aaron S. Thompson*
   Aaron S. Thompson (Bar No. 272391)
   aaron.thompson@wilmerhale.com
   WILMER CUTLER PICKERING
      HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
   Tel: (213) 443-5300
   Fax: (213) 443-5400
   *Attorneys for Defendants Broadcom*
   *Limited, Broadcom Corporation, Avago*
   *Technologies Limited, and Apple Inc.*