# EXHIBIT 1

QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California
Institute of Technology

*Additional Counsel Listed On Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CALTECH'S PROPOSED VERDICT FORM**<br><br>Hon. George H. Wu<br>United States District Court Judge |

Pursuant to the Court's Standing Order re: Final Pre-Trial Conferences for Civil Jury Trials, Local Rule 16, and the parties' agreed upon schedule for pre-trial exchanges, Plaintiff California Institute of Technology ("Caltech") provides its Proposed Verdict Form (the "Verdict Form").

Caltech reserves the right to amend or supplement its Verdict Form until trial in light of any case developments, including, but not limited to, address: (1) Defendants' objections, responses, positions, or proposed revisions to the Verdict Form or Defendants' pre-trial disclosures; and (2) any rulings by the Court on *Daubert* motions, summary judgment motions, or other pre-trial motions.

DATED: November 4, 2019     Respectfully submitted,

By    */s/ James R. Asperger*
James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

## I. INFRINGEMENT

**Question 1:** Has Caltech proven that it is more likely than not that Defendants infringed the following claims of the '710 Patent?

**CLAIM 20**

APPLE: ____ YES (for Caltech) ____ NO (for Apple)

BROADCOM: ____ YES (for Caltech) ____ NO (for Broadcom)

**CLAIM 22**

APPLE: ____ YES (for Caltech) ____ NO (for Apple)

BROADCOM: ____ YES (for Caltech) ____ NO (for Broadcom)

**Question 2:** Has Caltech proven that it is more likely than not that Defendants induced infringement of the following claims of the '710 Patent?

**CLAIM 20**

APPLE: ____ YES (for Caltech) ____ NO (for Apple)

BROADCOM: ____ YES (for Caltech) ____ NO (for Broadcom)

**CLAIM 22**

APPLE: ____ YES (for Caltech) ____ NO (for Apple)

BROADCOM: ____ YES (for Caltech) ____ NO (for Broadcom)

**Question 3:** Has Caltech proven that it is more likely than not that Defendants infringed the following claims of the '032 Patent?

    **CLAIM 11**
    APPLE:        ____ YES (for Caltech)    ____ NO (for Apple)
    BROADCOM:    ____ YES (for Caltech)    ____ NO (for Broadcom)

    **CLAIM 18**
    APPLE:        ____ YES (for Caltech)    ____ NO (for Apple)
    BROADCOM:    ____ YES (for Caltech)    ____ NO (for Broadcom)

**Question 4:** Has Caltech proven that it is more likely than not that Defendants induced infringement of the following claims of the '032 Patent?

    **CLAIM 11**
    APPLE:        ____ YES (for Caltech)    ____ NO (for Apple)
    BROADCOM:    ____ YES (for Caltech)    ____ NO (for Broadcom)

    **CLAIM 18**
    APPLE:        ____ YES (for Caltech)    ____ NO (for Apple)
    BROADCOM:    ____ YES (for Caltech)    ____ NO (for Broadcom)

**Question 5:** Has Caltech proven that it is more likely than not that Defendants infringed the following claims of the '781 Patent?

    **CLAIM 13**

        APPLE:        ____ YES (for Caltech)        ____ NO (for Apple)

        BROADCOM:    ____ YES (for Caltech)        ____ NO (for Broadcom)

    **CLAIM 22**

        APPLE:        ____ YES (for Caltech)        ____ NO (for Apple)

        BROADCOM:    ____ YES (for Caltech)        ____ NO (for Broadcom)

**Question 6:** Has Caltech proven that it is more likely than not that Defendants induced infringement of the following claims of the '781 Patent?

    **CLAIM 13**

        APPLE:        ____ YES (for Caltech)        ____ NO (for Apple)

        BROADCOM:    ____ YES (for Caltech)        ____ NO (for Broadcom)

    **CLAIM 22**

        APPLE:        ____ YES (for Caltech)        ____ NO (for Apple)

        BROADCOM:    ____ YES (for Caltech)        ____ NO (for Broadcom)

**If you answered yes for one or both Defendants to Questions 1 through 6, please answer Question 7.**

**Question 7:** **Has Caltech proven that it is more likely than not that the infringement was willful?**

    APPLE:        ____ YES (for Caltech)      ____ NO (for Apple)

    BROADCOM:    ____ YES (for Caltech)      ____ NO (for Broadcom)

**II.    DAMAGES**

**If you answered yes for one or both Defendants to any of Questions 1 through 6, please answer Question 8.**

<u>**Question 8**</u>:  What amount of damages do you award Caltech for each Defendant's infringement through _____, 2019?

      APPLE:              $_____

      BROADCOM:     $_____

**PLEASE SIGN AND DATE THIS FORM ON THE LINES PROVIDED BELOW**

_____           _____
Date                                                                                            Foreperson