# EXHIBIT 2

I. **ALLEGED INFRINGEMENT**

Question 1: Has Caltech met its burden to prove by a preponderance of the evidence that Broadcom and Apple have infringed the '710 patent?

      ____ YES    ____ NO

Question 2: Has Caltech met its burden to prove by a preponderance of the evidence that Broadcom and Apple have infringed the '032 patent?

      ____ YES    ____ NO

Question 3: Has Caltech met its burden to prove by a preponderance of the evidence that Broadcom and Apple have infringed the '781 patent?

      ____ YES    ____ NO

---

**IF YOU ANSWERED "NO" TO QUESTIONS 1-3, THEN DO NOT ANSWER QUESTIONS 4-7. PLEASE TURN TO PAGE 3 OF THE VERDICT FORM, AND SIGN AND DATE THE FORM.**

## II.   ALLEGED DAMAGES

Question 4:  Has Caltech met its burden to prove by a preponderance of the evidence that Caltech has not practiced any claim of the '710, '032, or '781 patents in any of its products?

　　____ YES　　　　　____ NO

---

**IF YOU ANSWERED "NO" TO QUESTION 4, THEN DO NOT INCLUDE IN YOUR ANSWER TO QUESTION 7 ANY AMOUNT OF MONEY FOR ACTIVITIES BEFORE MAY 26, 2016.**

---

Question 5:  For chips sold by Broadcom that are never imported in the United States, where do you find that the sale of those chips takes place?

　　_____ Outside the United States　　　　　_____ Inside the United States

---

Question 6:  If you found one or more claims of the '710, '032, or '781 patents infringed, what amount(s) do you find is a reasonable royalty to be paid by Broadcom and/or Apple?

*You may find that a reasonable royalty for any particular product may be owed by Broadcom, or by Apple, but not by both.  As noted above, if you answered "NO" to Question 4, do not include any amount of money for activities before May 26, 2016.*

　　BROADCOM:　　$_____

　　APPLE:　　　　$_____

Question 7:  Is the amount(s) of money you awarded a lump sum for the lifetime of the patent(s), or an amount based on a running royalty for past use of the patent(s) only (check one)?

　　☐ Lump sum　　　　　***OR***　　☐ Running royalty

2

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**PLEASE SIGN AND DATE THIS FORM ON THE LINES PROVIDED BELOW**

_____          _____
Date                                                                    Foreperson