MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**BROADCOM AND APPLE'S NOTICE OF MOTION AND MOTION TO ENFORCE DAUBERT ORDER EXCLUDING $1.40 RATE OPINION OF DR. DAVID J. TEECE**<br><br>Hon. George H. Wu<br>United States District Judge<br>Hearing Date: September 12, 2019<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

| | |
|---|---|
| 1 | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC., |
| 2 | |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | vs. |
| 6 | THE CALIFORNIA INSTITUTE OF TECHNOLOGY, |
| 7 | |
| 8 | Counterclaim-Defendant. |

1  PLEASE TAKE NOTICE that on December 19, 2019, at 8:30 a.m., Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple") will move to enforce the Court's Daubert order (Dkt. 1628) to exclude the $1.40 rate opinion of Caltech's expert Dr. David J. Teece.

This motion is made pursuant to this Notice of Motion; the concurrently filed Memorandum in Support of Broadcom and Apple's Motion; and the Declaration of James Dowd in Support of Broadcom and Apple's Motion, and exhibits thereto.

**RELIEF REQUESTED**

Broadcom and Apple request the Court to exclude Dr. Teece from offering testimony regarding his $1.40 rate opinion.

DATED: December 11, 2019        Respectfully submitted,

By:  /s/ *James M. Dowd*
JAMES M. DOWD
james.dowd@wilmerhale.com
AARON S. THOMPSON
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300
Fax: (213) 443-5400

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*