MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　Defendants.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　vs.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. George H. Wu<br>United States District Judge |

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 79-5 and the Court's Guide to Electronically Filing Under-Seal Documents in Civil Cases, Defendants Broadcom Inc., Broadcom Corporation, Avago Technologies Ltd., (collectively, "Broadcom"), and Apple Inc. ("Apple") submit this application to the Court for an order sealing their Memorandum In Support Of Motion To Enforce Daubert Order Excluding $1.40 Rate Opinion Of Dr. David J. Teece ("Motion"):

- Broadcom and Apple's Motion.
- Exhibit 1 to the Declaration of James M. Dowd In Support Of Broadcom And Apple's Motion.

Defendants seek to file these materials under seal for the reasons set forth in the accompanying Declaration of James M. Dowd in Support of Application to File Documents Under Seal and because they include information designated as "CONFIDENTIAL – ATTORNEY EYES' ONLY" or has been previously filed under seal.

For the foregoing reasons, Defendants respectfully request that the Court grant their application to file under seal.

DATED:  December 11, 2019

By:   /s/ *James M. Dowd*
JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

1
2
3

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-