QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**DECLARATION OF BRIAN P. BIDDINGER IN SUPPORT PLAINTIFF CALTECH'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON DAMAGES** |
|---|---|

I, Brian P. Biddinger, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff California Institute of Technology ("Caltech"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is true and correct copy of excerpts from the January 21, 2020 afternoon trial transcript in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

3. Attached hereto as Exhibit B is true and correct copy of the designated deposition testimony from the September 26, 2017 deposition of Michael Hurlston in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

4. Attached hereto as Exhibit C is true and correct copy of excerpts from the January 22, 2020 morning trial transcript in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

5. Attached hereto as Exhibit D is true and correct copy of excerpts from the September 2, 2018 Corrected Rebuttal Expert Report of Vincent A. Thomas in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

6. Attached hereto as Exhibit E is true and correct copy of trial exhibit PTX 635 in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

7. Attached hereto as Exhibit F is true and correct copy of excerpts from the January 22, 2020 afternoon trial transcript in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

8. Attached hereto as Exhibit G is true and correct copy of trial exhibit PTX 147 in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

9. Attached hereto as Exhibit H is true and correct copy of trial exhibit PTX 611 in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

10. Attached hereto as Exhibit I is true and correct copy of the designated deposition testimony from the August 4, 2017 deposition of Aaron Schafer in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

11. Attached hereto as Exhibit J is true and correct copy of excerpts from the January 23, 2020 trial transcript in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

12. Attached hereto as Exhibit K is true and correct copy of excerpts from the January 15, 2020 morning trial transcript in *The California Inst. of Tech. v. Broadcom Ltd. et al.*, No. 2:16-cv-3714-GW-AGRx (C.D. Cal.).

Executed on this 25th day of January, 2020.

  /s/ Brian P. Biddinger
Brian P. Biddinger