```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3             HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

 4


 5   THE CALIFORNIA INSTITUTE OF
     TECHNOLOGY,
 6
                      Plaintiff,
 7
        vs.                                  Case No. CV 16-3714-GW
 8
     BROADCOM LIMITED, et al,
 9
                      Defendants.
10   _____/

11

12

13
                          REPORTER'S TRANSCRIPT OF
14                    JURY TRIAL - DAY 5 PM SESSION
                        TUESDAY, JANUARY 21, 2020
15                              1:05 P.M.
                         LOS ANGELES, CALIFORNIA
16

17

18

19

20

21

22

23   _____

              TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
24                FEDERAL OFFICIAL COURT REPORTER
                  350 WEST FIRST STREET, ROOM 4311
25                 LOS ANGELES, CALIFORNIA  90012
                          (213) 894-2849
```

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 02:14PM | 1 | again who? |
| 02:14PM | 2 |         MS. MCCRACKEN:  Aaron Schafer, Your Honor. |
| 02:14PM | 3 |         THE COURT:  All right.  And let me just remind the |
| 02:14PM | 4 | jury, remember last time I indicated that -- I presume again |
| 02:14PM | 5 | there's going to be a transcript at the bottom of the screen |
| 02:14PM | 6 | for the deposition testimony, okay. |
| 02:14PM | 7 |     I already told you what a deposition was last time.  I'm |
| 02:14PM | 8 | sure you remember that. |
| 02:14PM | 9 |     But also remember that I told you that if there is a |
| 02:14PM | 10 | transcript of the testimony, it is the -- what you hear is the |
| 02:14PM | 11 | evidence.  The transcript is just to assist you.  But if you |
| 02:14PM | 12 | hear something different than what appears on the bottom of the |
| 02:14PM | 13 | screen, what you hear controls, okay?  All right. |
| 02:14PM | 14 |         MR. ASPERGER:  Your Honor, there's a two-sentence |
| 02:14PM | 15 | introduction about who he is too. |
| | 16 |         THE COURT:  Okay. |
| 02:14PM | 17 |         MR. ASPERGER:  I have got it if you don't have it in |
| 02:14PM | 18 | front of you. |
| 02:14PM | 19 |         THE COURT:  Well, actually, you can just simply read |
| 02:14PM | 20 | it, that's fine.  I presume there is no objection to that. |
| 02:14PM | 21 |         MR. ASPERGER:  Yeah, the introduction, ladies and |
| 02:14PM | 22 | gentlemen, is that, as the Court told you, you are now going to |
| 02:14PM | 23 | hear deposition testimony of Aaron Schafer taken on August 4th, |
| 02:15PM | 24 | 2017.  Mr. Schafer is Apple's senior director of procurement. |
| 02:15PM | 25 |     (Video deposition played in open court.) |

```
03:26PM   1    can be shown to the jury while the video plays PTX-143, 144,
03:27PM   2    146, 147, 10, 154, 155, 134, and 135.
03:27PM   3               THE COURT:  All right.
03:27PM   4               MR. MUELLER:  No objection, Your Honor, just under
03:27PM   5    seal.
03:27PM   6               THE COURT:  All right.  They are admitted under
03:27PM   7    seal.
03:27PM   8               (Plaintiff's Trial Exhibits 143, 144, 146, 147, 10,
03:27PM   9    154, 155, 134, and 135 received into evidence.)
03:27PM  10         (Video played in open court.)
04:27PM  11               THE COURT:  All right.
04:27PM  12               MR. ASPERGER:  So, Your Honor, that concludes the
04:27PM  13    testimony of Mr. Hurlston.  We have one more short witness by
04:27PM  14    deposition, Danny George, and Ms. McCracken will introduce him
04:27PM  15    and move in any relevant exhibits.
04:27PM  16               THE COURT:  All right.  That next witness doesn't
04:27PM  17    have -- need to seal the courtroom for, do we?
04:27PM  18               MR. MUELLER:  Yes, I believe so, Your Honor.
04:27PM  19               THE COURT:  Okay.
04:27PM  20               MS. MCCRACKEN:  You will now be shown the video
04:27PM  21    deposition of Danny George taken in this case on
04:27PM  22    September 21st, 2017.
04:27PM  23        Mr. George is a senior director of licensing at Broadcom.
04:28PM  24        And, Your Honor, before the video is shown, we would move
04:28PM  25    into evidence PTX-129 so that it can be shown to the jury.
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:   January 21, 2020

      /s/ TERRI A. HOURIGAN
_____
TERRI A. HOURIGAN, CSR NO. 3838, CCRR
Federal Official Court Reporter

**UNITED STATES DISTRICT COURT**