**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**
Case 2:16-cv-03714-GW-AGR Document 2012-3 Filed 01/25/20 Page 1 of 1 Page ID #:134580

# EXHIBIT B