```
 1                  UNITED STATES OF AMERICA
                   UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
 3
                             - - -
 4                  HONORABLE GEORGE H. WU
              UNITED STATES DISTRICT JUDGE PRESIDING
 5                           - - -

 6
       THE CALIFORNIA INSTITUTE OF        )
 7     TECHNOLOGY,                        )
                                          )
 8                    PLAINTIFF,          )
                                          )   CASE NO.:
 9     VS.                                )   CV 16-3714-GW
                                          )
10     BROADCOM LIMITED, ET AL.,          )
                                          )
11                    DEFENDANT.          )
       _____)
12

13


14
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                         (A.M. SESSION)

16              WEDNESDAY, JANUARY 15, 2020

17                 LOS ANGELES, CALIFORNIA

18

19

20

21

22

23             LAURA MILLER ELIAS, CSR 10019
               FEDERAL OFFICIAL COURT REPORTER
24             350 WEST 1ST STREET, ROOM 4455
               LOS ANGELES, CALIFORNIA 90012
25                  PH:  (213)894-0374
```

1          So it has become a de facto standard, and I'll say
2  what that means is Apple had, you know, kind of the market
3  power, the presence in the market so when they say this is
4  what we want, that's what they're going to get, and that's
5  what Broadcom is going to provide.  And Broadcom answered
6  that call.
7          If we look at Slide 37.  Since then, there are
8  about 590 million of these infringing Wi-Fi chips in Apple
9  products in the U.S. and over 990 million Broadcom chips in
10 Apple's products outside the U.S.  There are total of about
11 1.5 billion infringing Apple products and Broadcom chips.
12         Why was this invention demanded?  Why was it in
13 demand?  Well, we'll show you again not just -- present to
14 you not just the testimony of Dr. Shoemake, our expert, but
15 you'll see the documents that Broadcom and Apple authored at
16 the time.
17         For example, Apple, this is 43, explained that this
18 is a presentation in October 2010 for its communication
19 standards and architecture.  LDPC, more robust encoding by
20 adding parity check-based error correction therefore proving
21 link robustness.
22         You'll see Broadcom's documents.
23         Let's look at 34.  Again, that October 2000 team
24 presentation where they -- they went and compared, you know,
25 Caltech's technology to the other technology, here's what

CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES     )
                          )  SS.
STATE OF CALIFORNIA       )

I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES.


DATE:  JANUARY 16, 2020


   /s/   LAURA MILLER ELIAS
LAURA MILLER ELIAS, CSR 10019
FEDERAL OFFICIAL COURT REPORTER