| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 |   HALE AND DORR LLP<br>Mark D. Selwyn (Bar No. 244180) |
| 3 | Mark.Selwyn@wilmerhale.com<br>950 Page Mill Road |
| 4 | Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
| 5 | Facsimile: (650) 858-6100 |
| 6 | James M. Dowd (Bar No. 259578)<br>James.Dowd@wilmerhale.com |
| 7 | 350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071 |
| 8 | Telephone: (213) 443-6309<br>Facsimile: (213) 443-5400 |
| 9 | Attorneys for Defendants Broadcom |
| 10 | Limited, Broadcom Corporation, Avago<br>Technologies Limited, and Apple Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>               Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>               Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**BROADCOM AND APPLE'S NOTICE OF SUBMISSION OF PROPOSED FINAL JURY INSTRUCTIONS**<br><br>**FILED UNDER SEAL**<br><br>Hon. George H. Wu<br>United States District Judge |

| | |
|---|---|
| BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC., | |
| | Counterclaim-Plaintiffs, |
| vs. | |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, | |
| | Counterclaim-Defendant. |

1. ████████████████████████████████████████
2. ████████████████████████████████████████████████
3. ████████████████████████████████████████████████
4. ████████████████████████████████████████████████
5. ████████████████████████████████████████████████
6. ████████████████████████████████████████████████
7. ████████████████████████████████████████████████
8. ██████████████████████████████
9. ████████████████████████████████████████████
10. ████████████████████████████████████████████████
11. ████████████████████████████████████████████████
12. ████████████████████████████████████████████████
13. ████████████████████████████████████████████████
14. ████████████████████████████
15. ████████████████████████████████████████████
16. ████████████████████████████████████████████
17. ████████████████████████████████████████████████
18. ████████████████████████████████████████████
19. ██████
20.
21.
22.
23.
24.
25.
26.
27.
28.

-1-

DATED: January 27, 2020

Respectfully submitted,

By: /s/ *Mark D. Selwyn*
MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

JAMES M. DOWD
james.dowd@wilmerhale.com
AARON S. THOMPSON
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300
Fax: (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*