# Exhibit 1

**I.**     **INFRINGEMENT**

**Question 1:**  Has Caltech proven that it is more likely than not that Apple infringed Claim 20 of the '710 Patent?

     ____ YES              ____ NO

**Question 2:**  Has Caltech proven that it is more likely than not that Broadcom infringed Claim 20 of the '710 Patent?

     ____ YES              ____ NO

**Question 3:**  Has Caltech proven that it is more likely than not that Apple infringed Claim 22 of the '710 Patent?

     ____ YES              ____ NO

**Question 4:**  Has Caltech proven that it is more likely than not that Broadcom infringed Claim 22 of the '710 Patent?

     ____ YES              ____ NO

**Question 5:**  Has Caltech proven that it is more likely than not that Apple infringed Claim 11 of the '032 Patent?

     ____ YES              ____ NO

**Question 6:**  Has Caltech proven that it is more likely than not that Broadcom infringed Claim 11 of the '032 Patent?

1

\_\_\_\_ YES  \_\_\_\_ NO

**Question 7:** Has Caltech proven that it is more likely than not that Apple infringed Claim 18 of the '032 Patent?

\_\_\_\_ YES  \_\_\_\_ NO

**Question 8:** Has Caltech proven that it is more likely than not that Broadcom infringed Claim 18 of the '032 Patent?

\_\_\_\_ YES  \_\_\_\_ NO

**Question 9:** Has Caltech proven that it is more likely than not that Apple infringed Claim 13 of the '781 Patent?

\_\_\_\_ YES  \_\_\_\_ NO

**Question 10:** Has Caltech proven that it is more likely than not that Broadcom infringed Claim 13 of the '781 Patent?

\_\_\_\_ YES  \_\_\_\_ NO

**If you answered yes for one or both Defendants to Questions 1 through 10, please answer Questions 11 and 12.**

**Question 11:**  Has Caltech proven that it is more likely than not that Apple's conduct after being sued for infringement was willful?

\_\_\_\_ YES         \_\_\_\_ NO

**Question 12:**  Has Caltech proven that it is more likely than not that Broadcom's conduct after being sued for infringement was willful?

\_\_\_\_ YES         \_\_\_\_ NO

II.   **DAMAGES**

**If you answered yes for one or both Defendants to any of Questions 1 through 10, please answer Question 13.**

**Question 13**:  What amount of damages do you award Caltech for each Defendant's infringement through September 2019?

      APPLE:        $_____

      BROADCOM:    $_____

**PLEASE SIGN AND DATE THIS FORM ON THE LINES PROVIDED BELOW**

_____      _____
Date                                                 Foreperson