**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>        Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>        Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' MEMORANDUM IN FURTHER SUPPORT OF THEIR ORAL MOTIONS FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(A)**<br><br>Hon. George H. Wu<br>Trial: January 14, 2020<br>Time: 8:30 AM<br>Place: Courtroom 9D |

Case No. 2:16-cv-3714-GW-AGRx
DEFS.' MEM. IN FURTHER SUPPORT OF THEIR PRE-VERDICT ORAL RULE 50(A) JMOL MOTS.

ActiveUS 178005070v.22

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC., | |
| | Counterclaim-Plaintiffs, |
| vs. | |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, | |
| | Counterclaim-Defendant. |

Case No. 2:16-cv-3714-GW-AGRx
DEFS.' MEM. IN FURTHER SUPPORT OF THEIR PRE-VERDICT ORAL RULE 50(A) JMOL MOTS.

ActiveUS 178005070v.22