UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 16-3714-GW-AGRx | Date | January 24, 2020 |
|---|---|---|---|
| Title: | *The California Institute of Technology v. Broadcom Limited, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Laura Elias / Terri A. Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| J. Asperger; R. McCracken; T. Briggs; B. Biddinger, et al. | M. Selwyn; J. Dowd; J. Mueller; M. Sooter, et al. |

\_\_\_\_ Day Court Trial      9th Day Jury Trial

\_\_\_\_ One day trial:  \_\_\_\_ Begun (1ˢᵗ day);  ✔ Held & Continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
✔ Witnesses called, sworn and testified.   ✔ Exhibits Identified   ✔ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.                  \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_ is \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted.  \_\_\_\_ denied.  \_\_\_\_ submitted.
✔ Motion for Judgment/Directed Verdict by  Defendants  is \_\_\_\_ granted.  \_\_\_\_ denied.  ✔ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to  January 27, 2020 at 9:30 a.m.  for further trial.
✔ Other:  Open issues are discussed on the record.

                                                        7   :   25
                                Initials of Deputy Clerk  \_\_\_\_

cc: