UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-3714-GW-AGRx |
| Title: | *The California Institute of Technology v. Broadcom Limited, et al.* |
| Date | January 27, 2020 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Terri A. Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| J. Asperger; R. McCracken; T. Briggs; B. Biddinger, et al. | M. Selwyn; J. Dowd; J. Mueller; M. Sooter, et al. |

\_\_\_ Day Court Trial   10th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   ✔ Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
✔ Witnesses called, sworn and testified.   ✔ Exhibits Identified   ✔ Exhibits admitted.
✔ Plaintiff(s) rest.   ✔ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
✔ Renewed Motion for Judgment by   Defendants   is \_\_\_ granted.   \_\_\_ denied.   ✔ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to   January 29, 2020 at 8:45 a.m.   for further trial.
✔ Other:   Court reviews final jury instructions with counsel on the record.

5 : 30

Initials of Deputy Clerk \_\_\_

cc: