UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 16-3714-GW-AGRx | Date | January 28, 2020 |
|---|---|---|---|
| Title: | *The California Institute of Technology v. Broadcom Limited, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| J. Asperger; R. McCracken; T. Briggs; B. Biddinger, et al. | M. Selwyn; J. Dowd; J. Mueller; M. Sooter, et al. |

\_\_\_ Day Court Trial  11th Day Jury Trial

\_\_\_ One day trial: \_\_\_ Begun (1st day); ✔ Held & Continued; \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
\_\_\_ Witnesses called, sworn and testified. \_\_\_ Exhibits Identified \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest. \_\_\_ Defendant(s) rest.
✔ Closing arguments made by ✔ plaintiff(s) ✔ defendant(s). ✔ Court instructs jury.
\_\_\_ Bailiff(s) sworn. \_\_\_ Jury retires to deliberate. \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of \_\_\_ plaintiff(s) \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled. \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists \_\_\_ Filed jury notes. \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by \_\_\_ plaintiff(s) \_\_\_ defendant(s).
\_\_\_ Case submitted. \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Renewed Motion for Judgment by Defendants is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
✔ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✔ Case continued to January 29, 2020 at 8:20 a.m. for jury deliberations.
✔ Other: Court reviews final jury instructions with counsel on the record.

5 : 30
Initials of Deputy Clerk _____

cc: