UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-3714-GW-AGRx | Date | January 29, 2020 |
| Title: | *The California Institute of Technology v. Broadcom Limited, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| J. Asperger; R. McCracken; T. Briggs; B. Biddinger, et al. | M. Selwyn; J. Dowd; J. Mueller; M. Sooter, et al. |

_____ Day Court Trial    12th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   ✔ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
✔ Bailiff(s) sworn.    ✔ Jury retires to deliberate.    _____ Jury resumes deliberations.
✔ Jury Verdict in favor of    ✔ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.    ✔ Polling waived.
✔ Filed Witness & Exhibit Lists    ✔ Filed jury notes.    ✔ Filed jury instructions.
_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Renewed Motion for Judgment by    Defendants    is   _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✔ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to _____ for jury deliberations.
✔ Other:   A telephone conference re stay of matter pending settlement discussions and/or post-trial motions is set for February 6, 2020 at 8:30 a.m.

                                                                              1  :  00
                                            Initials of Deputy Clerk _____

cc: