

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 16-3714-GW-AGRx

Title:  The California Institute of Technology v. Broadcom Limited, et al.

Date:  01/29/2020                                Time:  9:55

JURY NOTE NUMBER  1

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

  X        THE JURY REQUESTS THE FOLLOWING:
May we have the claims construction board as reference?

SIGNED: **REDACTED**