

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BROADCOM LIMITED AND APPLE, INC.,<br><br>　　　　　　Defendants. | No. CV 16-3714-GW-AGRx<br><br>**JURY VERDICT** |

CALIFORNIA INSTITUTE OF TECHNOLOGY v. BROADCOM LIMITED and APPLE, INC., Case No. 2:16-cv-3714-GW-(AGRx) – Verdict Form

I.     INFRINGEMENT

**Question 1:** Has Caltech proven that it is more likely than not that one or both Defendants infringed Claim 20 of the '710 Patent?

    As to Broadcom:    ✓ YES      ___ NO

    As to Apple:    ✓ YES      ___ NO

**Question 2:** Has Caltech proven that it is more likely than not that one or both Defendants infringed Claim 22 of the '710 Patent?

    As to Broadcom:    ✓ YES      ___ NO

    As to Apple:    ✓ YES      ___ NO

**Question 3:** Has Caltech proven that it is more likely than not that one or both Defendants infringed Claim 11 of the '032 Patent?

    As to Broadcom:    ✓ YES      ___ NO

    As to Apple:    ✓ YES      ___ NO

**Question 4:** Has Caltech proven that it is more likely than not that one or both Defendants infringed Claim 18 of the '032 Patent?

    As to Broadcom:    ✓ YES      ___ NO

    As to Apple:    ✓ YES      ___ NO

**Question 5:** Has Caltech proven that it is more likely than not that one or both Defendants infringed Claim 13 of the '781 Patent?

    As to Broadcom:    ✓ YES      ___ NO

    As to Apple:    ✓ YES      ___ NO

**IF YOU ANSWERED "NO" TO QUESTIONS 1-5, THEN DO NOT ANSWER ANY FURTHER QUESTIONS. PLEASE TURN TO THE END OF THE VERDICT FORM, AND SIGN AND DATE THE FORM.**

**If you answered "yes" for <u>Broadcom</u> to any of Questions 1 through 5, please answer Questions 6.**

**Question 6**: Has Caltech proven that it is more likely than not that Broadcom willfully infringed any of the asserted claims of the '710, '032, or '781 Patents after this lawsuit was filed?

\_\_\_\_ YES     √ NO

**If you answered "yes" for <u>Apple</u> to any of Questions 1 through 5, please answer Question 7.**

**Question 7**: Has Caltech proven that it is more likely than not that Apple willfully infringed any of the asserted claims of the '710, '032, or '781 Patents after this lawsuit was filed?

\_\_\_\_ YES     √ NO


## II.  DAMAGES

**If you answered "yes" for <u>Broadcom</u> to any of Questions 1 through 5, please answer Questions 8 and 9.**

**Question 8**: What amount of damages do you award Caltech for Broadcom's infringement?

Dollar Amount:     $ 270,241,171

**Question 9**: Are your awarded damages for Broadcom's infringement based on a running royalty or a lump sum calculation of damages?

☑ Running royalty     **OR**     ☐ Lump sum

If you answered "yes" for <u>Apple</u> to any of Questions 1 through 5, please answer Questions 10 and 11.

**Question 10**: What amount of damages do you award Caltech for Apple's infringement?

Dollar Amount:   $ 837,801,178

**Question 11**: Are your awarded damages for Apple's infringement based on a running royalty or a lump sum calculation of damages?

☑ Running royalty   <u>**OR**</u>   ☐ Lump sum

## III.   SIGNATURE

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**PLEASE SIGN AND DATE THIS FORM ON THE LINES PROVIDED BELOW**

01/29/2020                              **REDACTED**
Date

3