

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE


THE CALIFORNIA INSTITUTE OF
TECHNOLOGY,

                        Plaintiff,

   vs.                       Case No. CV 16-3714-GW

BROADCOM LIMITED, et al,

                        Defendants.
_____/


REPORTER'S TRANSCRIPT OF
JURY TRIAL - DAY 2 PM SESSION
TUESDAY, JANUARY 14, 2020
12:45 P.M.
LOS ANGELES, CALIFORNIA


_____

TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

```
 1                    APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       QUINN EMANUEL URQUHART and SULLIVAN
         BY:  BRIAN P. BIDDINGER
 5       Attorneys at Law
         51 Madison Avenue 22nd Floor
 6       New York, New York 10010
         brianbiddinger@quinnemanuel.com
 7

 8       QUINN EMANUEL URQUHART and SULLIVAN
         BY:  JAMES R. ASPERGER
 9           RACHAEL LYNN BALLARD MCCRACKEN
             WILLIAM C. PRICE
10       Attorneys at Law
         865 South Figueroa Street, 10th Floor
11       Los Angeles, California  90017
         rachaelmccracken@quinnemanuel.com
12

13       QUINN EMANUEL URQUHART and SULLIVAN
         BY:  TODD M. BRIGGS
14       Attorneys at Law
         555 Twin Dolphin Drive, 5th Floor
15       Redwood Shores, California  94065
         toddbriggs@quinemanuel.com
16

17   ALSO APPEARING:  Chantal D'Appuzzo

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

```
 1                    APPEARANCES OF COUNSEL:

 2

 3    FOR THE DEFENDANT:

 4        WILMER CUTLER PICKERING HALE and DORR, LLP
          BY:  JAMES M. DOWD
 5             JAMES FRANCIS CHOY
          Attorneys at Law
 6        350 South Grand Avenue, Suite 2100
          Los Angeles, California  90071
 7        jason.choy@wilmerhale.com

 8
          WILMER CUTLER PICKERING HALE and DORR, LLP
 9        BY:  MARK D. SELWYN
          Attorney at Law
10        950 Page Mill Road
          Palo Alto, California  94304
11        mark.selwyn@wilmerhale.com

12        WILMER CUTLER PICKERING HALE and DORR, LLP
          BY:  JOSEPH J. MUELLER
13        Attorney at Law
          60 State Street
14        Boston, Massachussets 02109
          joseph.mueller@wilmerhale.com
15
          WILMER CUTLER PICKERING HALE and DORR, LLP
16        BY:  MARY V. SOOTER
          Attorney at Law
17        1225 Seventeenth Street, Suite 2600
          Denver, Colorado  80202
18        mindy.sooter@wilmerhale.com

19
      ALSO APPEARING:    Marc Breverman
20                       Benjamin Huh

21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**



```
 1                          WITNESS INDEX
 2                            *  *  *
       WITNESS:                                    PAGE
 3
 4                          (NONE)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT

EXHIBIT INDEX

\* \* \*

EXHIBIT NO.                                    PAGE

(NONE ADMITTED.)

```
 1              LOS ANGELES, CALIFORNIA; TUESDAY, JANUARY 14, 2020

 2                              12:45 P.M.

 3                               --oOo--

 4

 5             (Previous matter heard.)

 6             THE COURT:  Also, counsel on the Caltech matter.  I

 7   have altered the last instruction on the proposed jury

 8   instructions.  The regular Ninth Circuit jury instruction.  So

 9   let me just give -- you can come up and I will give each side a

10   copy of this.  It's just that the original language was more

11   general and doesn't reference the fact that they're going to

12   get tutorials.  I just want to let them know they are getting

13   tutorials.

14             MR. ASPERGER:  Thank you, Your Honor.

15             MR. MUELLER:  Thank you, Your Honor.

16             THE COURT:  You're welcome.

17                  (Brief interruption in trial.)

18             MR. MUELLER:  Your Honor, may Mr. Asperger and I

19   approach sidebar real briefly?

20             THE COURT:  Sure, but why sidebar?  Why so modest

21   now?  Unless you are going to tell me that my heart's desire is

22   coming true.

23             MR. MUELLER:  We will tell you that later.

24             THE COURT:  I'll make cookies for everybody.

25             (Sidebar begins.)
```

1          MR. MUELLER:  (Inaudible.)

2          THE COURT:  So you're talking about the woman in the

3   back row?

4          MR. MUELLER:  I think that's right.  I'm not sure.

5          THE COURT:  Okay.  Sure.  All right.

6          (Sidebar ends.)

7          THE COURT:  All right.  Let me ask on Caltech, let

8   me call that matter at this point in time.

9       I just want to have a couple of housekeeping matters at

10  this point so I just want to make sure that -- as I have

11  indicated, I have given you guys a new page 5, preliminary

12  regular set of jury instructions, and the reason I did that is

13  because the order in which the initial items would be presented

14  to the jury is now reflected on that.  And I think the order

15  that I have chosen is slightly different than the ones that we

16  originally talked about, and I just want to make sure that

17  that's not a problem.

18      At this point in time, the first thing that will happen

19  once the jury is sworn in, is that there -- we will present the

20  video describing the patent filing process and the practices

21  regarding the Patent and Trademark Office, the standard video.

22      And then thereafter, I would read to the jury a

23  preliminary set of jury instructions -- well, let me take a

24  step back.

25      By definition, I will have already given the jury, because

1    I'm referencing this in the original set of jury

2    instructions -- in other words, the standard Ninth Circuit jury

3    instructions, I will be referring to that, because I will be

4    giving that to them.  After that, we will be doing the video

5    from the FJC.  And thereafter, then I will give them a

6    preliminary set of jury instructions that are specific to

7    patent cases.  And then I will -- we will give them the

8    tutorial, technology tutorial.  And then thereafter, then I --

9    at the -- parties are given the opportunity to make opening

10   statements.

11        Is that what is understood by both sides?

12            MR. MUELLER:  Yes, Your Honor.

13            MR. ASPERGER:  That is what's understood.  Thank

14   you, Your Honor.

15            THE COURT:  Neither side has an objection to that?

16            MR. ASPERGER:  No objection.

17            MR. MUELLER:  No objection.

18            THE COURT:  Great.  So let me just ask Javier, do

19   they have all of the jurors downstairs?

20            THE COURTROOM DEPUTY:  Let me check.

21            THE COURT:  We have new faces.

22            MR. MUELLER:  Our corporate representative, Your

23   Honor, Dr. Andrew Blanksby is sitting with us.

24            THE COURT:  Okay.

25            MR. ASPERGER:  And, Your Honor, this is a member of

1    our team, Dave Weinberg.

2            THE COURT:  Let me make sure, we have no jurors in

3    this case in the courtroom at this point in time because they

4    should have gone down to the first floor.  I just want to make

5    sure we have no jurors.  Are you a juror?

6            PROSPECTIVE JUROR:  Yes.

7            THE COURT:  Oh, okay.  Let me ask you -- I

8    apologize.  You should have gone down to the first floor and

9    check in at the first floor.

10           PROSPECTIVE JUROR:  Okay.

11           THE COURT:  Because as soon as all of the jurors are

12   collected on the first floor, then we're going to bring you up.

13   And so that's probably the reason why they are wondering why

14   they are not all there.  Thank you very much.

15           PROSPECTIVE JUROR:  Thank you.

16           MR. MUELLER:  And, Your Honor, Jamie Laird, a member

17   of our team, will be sitting here too for jury selection.

18           THE COURT:  Okay.  Is there going to be enough room

19   for everybody?

20           MR. MUELLER:  I think we're good.  I think we're

21   good.

22           THE COURT:  What did they say?

23           THE COURTROOM DEPUTY:  She's checking on them now.

24           THE COURT:  Okay.  Tell her the one juror was

25   sitting in the courtroom, we're sending her down.

```
 1              THE COURTROOM DEPUTY:  I did.
 2              THE COURT:  Okay.  Great.  Let me just ask counsel
 3    also, did you have an opportunity to look at the Court's
 4    preliminary instructions, the regular ones?
 5         Are there any problems other than the reference to
 6    affirmative defense, which I will now remove?
 7              MR. MUELLER:  No objections, Your Honor.
 8              MR. ASPERGER:  No objection, Your Honor.
 9              THE COURT:  Okay.  What I will do is I will print
10    out a set -- let me ask, if I print out a set and give it to
11    Caltech's counsel, you will make sure that it gets in, right?
12              MR. ASPERGER:  Yes, Your Honor.
13              THE COURT:  Okay.  All right.  I will make a final
14    copy of this and I will give it to them now.  So I will be back
15    in about three minutes.
16              MR. ASPERGER:  Thank you, Your Honor.
17                         (Brief recess.)
18              THE COURTROOM DEPUTY:  Please remain seated and come
19    to order.
20              THE COURT:  Are they all here?
21              THE COURTROOM DEPUTY:  They are still missing one, I
22    think.
23              THE COURT:  Okay.  This is a set of jury
24    instructions for each side.  This is the preliminary regular
25    jury instructions.
```

```
 1              (Pause in proceedings.)
 2              THE COURTROOM DEPUTY:  All jurors are here.
 3              THE COURT:  Let me ask the parties, all of the
 4    jurors are here, any point with me bringing them up at this
 5    point in time?
 6              MR. MUELLER:  No, Your Honor.
 7              THE COURT:  Okay.
 8              MR. ASPERGER:  No, Your Honor.
 9              THE COURT:  And let me ask Javier, are you going to
10    go down and pick them up or are you going to have --
11              THE COURTROOM DEPUTY:  No, they're going to come up
12    and I'm just going to take roll and make sure they are here.
13              THE COURT:  All right.  Great.  Why don't you do
14    that, Javier.
15         And let me just indicate to counsel, what I'm going to do
16    is I was going to go through a little introductory spiel with
17    the prospective jurors.
18         The only problem now is that screen is in the way.  Why
19    don't we do this, why don't we have you guys move the screen,
20    the other side, against the wall there, and then let me have
21    all of the people who are sitting in the -- what is your right
22    side of the courtroom, my left side of the courtroom, can we
23    have you go over to the other side, and let me have all the
24    jurors sit in that section there?  And then I can do a
25    presentation to them.
```

1       And what we will do is after they come up -- you also need

2   to move the screen sideways, if possible, so that -- in other

3   words, the jurors are -- the jurors and the audience should be

4   able to see me.

5       And if you break it, you've bought it.  Still.  That will

6   always be the rule in this courtroom.

7       And if that happens, Caltech is going to insist on a

8   Samsung TV.  I just thought I would bring that up.

9           (Pause in proceedings.)

10          THE COURT:  All right.  Let's bring in the jury.

11          (JURY PANEL ENTERS COURTROOM AT 1:25 P.M.)

12          THE COURT:  All right.  Good afternoon, ladies and

13  gentlemen.  Hopefully you had a very nice day so far.

14      At this point in time, let me just explain a couple of

15  things about how I operate in this courtroom and give you some

16  initial, I guess, concepts that -- legal concepts that might

17  apply in this case.

18      And then after that, we will start the voir dire portion

19  of the trial.

20      And the voir dire portion of the trial is actually the

21  portion that I select -- or I and counsel select the jurors in

22  the case.

23      As I have indicated to you, this is a civil case, not a

24  criminal case, but a civil case, which has been brought by -- I

25  guess there's one juror there that is sitting behind the screen

 1    and can't see me.

 2        I'm talking about the woman in front of you.  I will kind

 3    of lean over here.  Not that I'm that good to look at, but just

 4    in case.

 5        All right.  So as I indicated, this is a civil lawsuit

 6    that has been brought by Caltech against the defendants, who

 7    are Broadcom and related companies, and also Apple Inc., for

 8    patent infringement.

 9        And since this is a civil case, we will not have 12

10    jurors.  We will only have nine jurors in this case.

11        But the jurors have to reach a unanimous verdict on any

12    issue that is involved in this case.  And the burden is

13    initially on the plaintiff to prove its case by a preponderance

14    of the evidence.

15        In a criminal case, it's a very high standard of proof,

16    it's called proof beyond a reasonable doubt.  But in civil

17    cases, the standard of proof is much lower, it is a

18    preponderance of the evidence.  And what a preponderance of the

19    evidence means is that simply, according to the jurors'

20    perception and weight of the evidence, the juror finds that the

21    weight on one side of an issue is heavier or greater than the

22    juror -- than the weight on -- why is it so hard to say in the

23    afternoon?  I usually do this in the morning, it's easier to

24    say.

25        It weighs more than the evidence on the other side.  So an

14

example, if a juror was visually inclined, if you put the
evidence on a scale and the scale tips ever so slightly, there
is a preponderance of the evidence.  Or if you are
mathematically inclined, if the evidence on one side is above
50 percent, it could be 50.0001, it also would be a
preponderance of the evidence.

In other words, the evidence on one side weighs more than
the evidence on the other side.

And the purpose of having a trial is to determine if the
plaintiff can meet its burden of proof in this regard.  And the
way that we do a trial, the whole purpose of the trial is to
present evidence to the jury for the jury to weigh and to apply
the law to the evidence and reach a just verdict regardless of
the consequences to one side or the other.

And so the question you might initially have is, well,
what is evidence?

There are basically four types of evidence that can come
in during a trial.

The first type of evidence that you will get is the
testimony of witnesses.

In other words, witnesses will be called into court.  They
will be sworn in.  They will be questioned by the attorneys.
They will be seated to my left.

And so the first type of evidence you can consider is the
testimony of witnesses.

1      Now, I will tell you now, and I will be repeating this

2  throughout the course of the trial, the questions and

3  statements by attorneys are not evidence except in one

4  exceptional situation which I will tell you in a moment.

5  Otherwise, whatever an attorney says is not evidence.

6      The first type of evidence that you can consider is the

7  testimony of witnesses which are the responses of that witness

8  to questions that are raised by the attorney.

9      So assume that we have a situation where we have a

10  witness, the witness is asked a question by the attorney, the

11  witness gives an answer.  Obviously, we have evidence at that

12  point in time.

13      However, if we have a situation where we have a brief

14  interruption -- let me also indicate, during this trial, in

15  addition to having this case, I have other cases as well, and

16  also I'm doing a trial simultaneous with this trial as well.

17  But we apparently have a verdict in that other trial, so I will

18  be taking that verdict momentarily.  But that is an aside.  You

19  don't have to worry about that after today.

20      So the first type of evidence that a jury can consider is

21  the testimony of witnesses.  But again, if -- assume it's a

22  situation where the attorney asks the witness a question, the

23  witness -- sorry, the question has within it some sort of

24  supposition or element, and the witness answers the question

25  but the witness does not adopt that supposition or element,

again, at that point in time there is no evidence on that

supposition or element because, again, it is the testimony of

the witness.  It is not the question of the attorneys that

constitutes the first type of evidence that you can consider.

The second type of evidence that you can consider are

things that are presented to one of your five senses during the

course of the trial that are incorporated into what we call

exhibits.

And if it's an exhibit that is admitted in trial, then at

that point in time you can consider that item.

For example, it could be an audiotape that is played for

the jury, in which case if you heard it and it's admitted as an

exhibit you can consider that.

It might be an agreement that is contained in a writing

that you read, or it could be a photograph which you are shown

which is presented to your sense of sight, in other words,

something that is presented to one of your five senses,

although generally most lawsuits don't involve anything with

taste or smell, although I had a case once that involved

something about feeling, but we won't go into that one now.

So it's something that is presented to one of your five

senses, incorporated into an exhibit.  If the exhibit is

admitted, you can consider that as an item of evidence.

The third type of evidence that you can consider are

stipulations.

1        In other words, even though I have told you that attorneys

2   -- whatever is said by an attorney is not evidence, if both

3   sides agree to a fact, in other words, if both sides stipulate

4   to a fact, you have to accept that fact as being true.

5        So the third type of evidence you can consider are

6   stipulations of the parties as to facts.  That's the third type

7   of evidence.

8        The fourth type of evidence, the last type of evidence is

9   a little bit rarer.  It's things that the Court will instruct

10  you that the Court will allow judicial notice of.

11       In other words, there are certain things that are beyond

12  dispute.  And if the Court elects to accept that particular

13  item as something that can go in as evidence, I will tell the

14  jury the Court has elected to take judicial notice of this

15  particular fact.

16       For example, I could take judicial notice of the fact that

17  today, which is January -- I might just get this wrong, but

18  hopefully I will get this right -- today is Tuesday, January

19  the 14th, which I think it is today.  Isn't it?  Okay.  Yes, it

20  is.  I could tell you that January 14th, 2020, was a Tuesday.

21       And if I tell you that I have taken judicial notice of

22  that fact, you have to accept that fact as being true.  So that

23  is the fourth type of evidence that you can consider, items

24  that the Court has instructed you that you are to take as true

25  because the Court has taken judicial notice of that.

 1        So there are these four types of evidence.  The purpose of

 2   having this trial is to determine the facts in the case based

 3   on the evidence that is offered during the course of the trial,

 4   and you can only consider the evidence that is offered during

 5   the course of the trial.

 6        And so, therefore, let me just tell you a couple of

 7   tangential rules.  First of all, you cannot on your own attempt

 8   to get your own evidence.

 9        In other words, you are not attorneys.  You are not

10   advocates for one side or the other.  If you are a juror in

11   this case, you are -- well, not disinterested because you would

12   be interested unless the attorneys are boring.  You are --

13   let's put it this way -- noncommitted weighers of the fact.

14        And so, in other words, you are to get the evidence, weigh

15   the evidence, and reach certain conclusions if you can do so in

16   this case.  So you are not on your own to try to get additional

17   evidence.

18        This means, for example, that if you hear terms that are

19   used during the course of the trial and nobody explains what

20   those terms are, you cannot on your own plug into the Internet

21   and see -- and Google or whatever other types of, you know,

22   avenues are provided for in the Internet world to try to find

23   out either the definitions of things or locations of things or

24   anything that has to do with this case.

25        Do all of you understand that?

1      I need kind of like an audible yes.

2           PROSPECTIVE JURORS:  Yes.

3           THE COURT:  Okay.  And if I find out that a juror

4   has decided to elect to conduct some sort of independent

5   investigation or to try to look up individual items that are

6   involved in the case, I may have to declare a mistrial, which

7   means I have to start the case over again.  And that would be

8   very bad because I would have to inconvenience many more people

9   than I otherwise would want to, and so I would have to start

10  the case over which would be at great expense.

11      Do all of you understand that?

12          PROSPECTIVE JURORS:  Yes.

13          THE COURT:  Okay.  I usually give an example at this

14  point in time of a situation where that has arisen.  But it's a

15  fictional situation because it was in that movie.  How many of

16  you ever saw the movie *Suspect* with Cher.

17      No?  You are probably all too young.

18      There's a couple people.  Woman there, you are not old

19  enough, but we will assume you saw it on TV.

20          PROSPECTIVE JUROR:  Briefly.

21          THE COURT:  Okay.  What the premise of that movie

22  was is that we had Cher who was playing -- it's a fictional

23  movie, obviously, because she's playing an attorney.  And she's

24  representing the other star in the case which is Liam Neeson

25  which who is accused of murder.

1       The third star is Dennis Quaid.  And Dennis Quaid winds up

2   being on the jury on this murder case that Cher is representing

3   Liam Neeson on.  And what happens is that, you know, Dennis

4   Quaid sits in the jury box, and he hears the evidence and at

5   the end of the day, after the jury is released for that day, he

6   goes out and he looks at the scene of the crime.  He starts

7   investigating and things of that sort.

8       That is clearly improper.  If I find out a juror has done

9   that, I will have to declare a mistrial.  So, therefore, all of

10  you understand you are not on your own to try to find out

11  information and investigate the case?

12      Do all of you understand that?

13          PROSPECTIVE JURORS:  Yes.

14          THE COURT:  Also, in considering the evidence, you

15  can, of course, use your common sense.  Using common sense is

16  not investigating, using common sense is like flexing a muscle.

17  And it's always good to use common sense.  So you can all

18  obviously use your common sense in regards to evidence.

19      However, in considering the evidence you have to follow my

20  instructions on the law.  And the way that I will be giving you

21  these instructions are one of two ways.

22      The first way is what I'm doing now.  In other words, I'm

23  telling you what the law is.

24      If I tell you what the law is, either orally or in writing

25  in jury instructions, you have to follow my instructions on the

1    law even if you disagree with them.

2        Do all of you understand that?

3           PROSPECTIVE JURORS:  Yes.

4           THE COURT:  Okay.  The second way is that if during

5    the course of the trial, sometimes if -- there might be a

6    dispute between the parties as to whether or not an item of

7    evidence comes in.

8        And I will make rulings on the law in this way by

9    basically indicating I will allow an item of evidence to come

10    in or I may not allow an item of evidence to come in.

11        Once I've made my ruling, you have to accept my ruling and

12    follow it.

13        Do all of you understand that?

14           PROSPECTIVE JURORS:  Yes.

15           THE COURT:  Let me give you an example.  Let's

16    assume, for example, we have a witness who is on the stand and

17    is asked a question.  The witness answers the question.

18    Obviously then we have an item of evidence.

19        Let's assume the attorney on the other side objects to the

20    answer that was given by the witness and moves to strike the

21    answer.  If I agree with that objecting attorney, I will say,

22    "I sustain the objection, I strike the answer."

23        If I strike the answer, that means that answer is stricken

24    from the trial, and you cannot consider it.  So, therefore,

25    even though you heard it, you cannot consider it for purposes

1    of reaching a verdict in this case.

2         Do all of you understand that?

3              PROSPECTIVE JURORS:  Yes.

4              THE COURT:  Okay.  Now, during the course of the

5    trial, you may hear references to direct and circumstantial

6    evidence.

7         Direct evidence which direct -- evidence which directly

8    proves a fact.  It is evidence which, if you accept it,

9    establishes that fact.

10         For example, let's assume that we have a case where the

11   issue in the case is whether or not Johnny swam in a swimming

12   pool.  And we have a witness who testifies I was walking along.

13   I turned the corner.  I saw the pool.  I saw Johnny jump into

14   the pool.  I saw him swim.

15         If you accept that witness's testimony, that is direct

16   evidence of the fact that Johnny swam in the pool.

17         But let's assume that we had another witness who testified

18   as follows:  I was walking along.  There was a wall, and I

19   couldn't see past the wall.  But as I was walking next to the

20   wall, I heard the sound of a splash.  And about ten seconds

21   later, I passed the wall, and I saw this pool.  And the pool --

22   the water in the pool was moving up and down.  There was nobody

23   next to the pool except Johnny.  Johnny was standing there all

24   wet.

25         Now, if you believe that witness's testimony, you can

1    infer the existence of another fact such as the fact that

2    Johnny swam in the pool because of the situation which was

3    there was no other person around the pool.  There was the sound

4    of a splash.  The water in the pool was moving up and down.

5    And there is nobody next to the pool except Johnny, and Johnny

6    is standing there all wet.

7          Some people seem to think that that type of evidence,

8    which is referred to as circumstantial evidence, is not to be

9    considered as seriously as direct evidence.  But unless I

10   instruct you otherwise, any issue in this case can be

11   established by direct evidence, by circumstantial evidence, or

12   by a combination of direct and circumstantial evidence.

13         In other words, both types of evidence are acceptable as a

14   means of proof.  It's up to the jury to give as much weight as

15   the juror feels that evidence is entitled to.

16         Do you understand that?

17              PROSPECTIVE JURORS:  Yes.

18              THE COURT:  Okay.  I'm almost done at this point

19   with this stuff.

20         Let me also -- let me also ask you to keep an open mind

21   throughout the course of the trial.

22         Don't try to form an opinion about anything until you have

23   heard all of the evidence, because if you make up your mind

24   early on, you might wind up favoring the plaintiff because the

25   plaintiff gets the first opportunity to present evidence to

```
 1   you.
 2        Also, even after you have heard all the evidence, until
 3   you hear the Court's final instructions on the law and the
 4   closing arguments of counsel, you might not be fully aware of
 5   everything that the lawsuit involves, because, again, even
 6   though I'm going to be giving you a preliminary set of jury
 7   instructions, it's the final set of jury instructions that are
 8   going to control your deliberations.
 9        So please keep an open mind until you have heard all the
10   evidence, the instructions on the law, and also the closing
11   arguments of counsel.
12        Insofar as closing arguments are concerned, even though I
13   have told you that statements made by the attorneys are not
14   evidence, however, at a closing argument, the attorney is going
15   to attempt to persuade you as to how you should view the
16   evidence.
17        And sometimes if a juror finds the particular argument of
18   an attorney persuasive, they may look at the evidence
19   differently than they originally had seen that evidence.  And
20   that is entirely proper to base a decision on the persuasive
21   value of arguments that are made by counsel so long as the
22   facts -- sorry -- so long as the evidence supports a particular
23   fact that the attorney is arguing.
24        Do all of you understand that?
25             PROSPECTIVE JURORS:  Yes.
```

1          THE COURT:  Okay.  Now, also, until this case is

2    completed, you are not to have any discussions with any of the

3    parties, the witnesses, or anyone else about this case until

4    you have been given the case and are in the jury room, and you

5    can obviously at that point then discuss the matter to your

6    heart's content in the jury room.

7          But until such time as that happens, you are not to

8    discuss this case with anyone.

9          Do all of you understand that?

10          PROSPECTIVE JURORS:  Yes.

11          THE COURT:  Okay.  You can, of course, tell your

12    employer, if you have an employer, that you are on a jury or

13    you can mention to your loved ones the fact that you are on a

14    jury, but, for example, I know that when you go home, and if

15    you are on this jury, your loved ones are going to run up to

16    you and they want to know everything you did today, and you

17    have to respond to them, I can't talk to you at this point in

18    time about what I did during the day because I have been

19    instructed by the judge not to talk to you about that stuff.

20          Do all of you understand that?

21          PROSPECTIVE JURORS:  Yes.

22          THE COURT:  Okay.  Now, also, that means that for

23    example, if you see people that are involved in this case,

24    don't attempt to talk with them, even if you are trying to be

25    friendly and say hello.

1        In fact, if you say hello to somebody involved in this

2   case, if they don't respond to you, don't assume that that

3   person is unfriendly.

4        Actually, the reason why they are not talking to you at

5   that point in time is they are under an order from this Court

6   not to talk with the jurors until the case is over.

7        Do all of you understand?

8            PROSPECTIVE JURORS:  Yes.

9            THE COURT:  Okay.  And also, I do allow jurors to

10  ask questions in civil cases.

11       The way that I do that is that at the end of each

12  witness's testimony, I will turn to the jury and say, do any of

13  you have any questions for the witness.

14       If you have a question for the witness, what I need for

15  you to do is write that question on a sheet of paper, and I

16  will need to discuss that question with the attorneys.

17       As I will indicate to you later on, both myself and the

18  attorney, we are all obligated to follow what are called Rules

19  of Evidence.

20       And so, therefore, certain types of evidence cannot come

21  in during the course of the trial for various reasons.  And

22  these rules have been set out in writing.

23       And so those rules are binding on me and also on the

24  attorneys.  So a juror may ask a question, which under the

25  Rules of Evidence, would be improper, and if that is the

situation, then I will not ask the question.

But if there is no problem with the question under the Rules of Evidence, then I will ask the question.

Also, you don't have to worry about the way you phrase the question because if there is a problem with a juror's question, but the problem arises from the phrasing of the question, I will change the wording of the question to make it acceptable under the Rules of Evidence, so I will ask the question at that point in time.

But when I give the jurors an opportunity to ask questions, that does not mean that I want jurors to ask questions.

Again, you're not investigators or triers of the case. You are independent triers of the fact.

The reason I allow jurors to ask questions, sometimes I find that sometimes a juror will have a particular question in mind that if that question is not answered, sometimes the jurors -- some jurors get kind of like discombobulated and they stop focusing on what's happening in front of them because they are so fixated about a particular question they have.

So for that reason, I do allow jurors to ask questions during the course of the trial.

Also, if -- at some point in time, there might be a situation where a juror may hear a term and the term is not explained.  Obviously, I will allow a juror to ask for the

 1    meaning of that term to help the juror understand the evidence,

 2    and that's not a particular problem.

 3        So I do allow jurors to ask questions, I'm not encouraging

 4    you necessarily to ask questions.  I'm just doing that in a

 5    situation where it would be helpful to the jurors in terms of

 6    their deliberations in the case.

 7        Do I have anything else I need to tell you?  Not at this

 8    point in time.

 9        At this point, we will start, however, the voir dire

10    process.

11        And let me explain the voir dire process for you.

12        I originally give two explanations for the voir dire.  The

13    first explanation is to tell you that under the laws that are

14    applicable to this trial, the attorneys can seek to excuse a

15    juror for a particular reason or no reason whatsoever.

16        In other words, you may remind an attorney of somebody

17    they went to high school with that used to beat them up at

18    noontime, and for that reason they could seek to exclude you.

19        However, to allow the attorneys to exercise their

20    authority or power in this particular area with the modicum of

21    discretion and intelligence, they need to know a little bit

22    about you, about your background, and about the views that you

23    have or might have on issues that will or might arise during

24    the course of this trial.

25        That's the first explanation of the voir dire process.

1        The better explanation is the second explanation, but I

2    don't give it first because it's not as funny.

3        The better explanation for the voir dire process is to let

4    you know that both sides in this case, both the plaintiffs and

5    the defendants, are entitled to a fair and an impartial jury.

6        In other words, they are entitled to a jury that can hear

7    the evidence, that can understand the evidence, that can listen

8    to the evidence, that can weigh the evidence, and reach a just

9    verdict regardless of consequences of one side or the other.

10   So, therefore, in order to ensure that both sides get this fair

11   and impartial jury, we need, again, to know about you and about

12   your background and about the views that you have on this

13   particular matter.

14       Now, do all of you recall the oath that you took

15   yesterday?

16            PROSPECTIVE JURORS:  Yes.

17            THE COURT:  Okay.  You promised to give us honest

18   and truthful answers to the questions that we ask.  And the

19   first thing that we gave to you is this questionnaire form and

20   we have those -- the answers to those questions.  We will

21   follow that up with questions that I will have either based

22   upon your responses to the answers -- sorry, to the questions

23   in your answers to the questionnaire form, and I also may have

24   some general questions that can be answered either "yes" or

25   "no," and I will have follow-up questions on that.

1       Once I have completed my questioning, the attorneys will

2   be allowed a brief period of time to ask questions as well.

3   But the mere fact that the attorneys do not ask as many

4   questions as I do does not mean that they are not interested in

5   you.  For all intents and purposes, they are very, very

6   interested in you, but I place a time limit on the amount of

7   time that I will allow them to ask questions because we want to

8   get this trial done within a reasonable period of time.  Not

9   that they would abuse that little area that they have, but I

10  have decided to limit the amount of time I have given them to

11  ask questions.

12      Do all of you understand that?

13          PROSPECTIVE JURORS:  Yes.

14          THE COURT:  Okay.  And now, if at any point in time

15  you are asked a question and you have any reluctance at all to

16  give an answer in open court because you think well, if I

17  answer that question truthfully, it might seem like I'm biased.

18  Well, first of all, I think if we're all honest with ourselves,

19  everybody has biases of one sort or another.  But the mere fact

20  that you have a bias does not necessarily mean that you cannot

21  serve as a juror in a case.

22      For example, if this case were one that involved the issue

23  of whether or not a party to the lawsuit was driving while

24  intoxicated, let's say we had a prospective juror who had a son

25  or daughter who was killed by a drunk driver, I think all of us

1    would agree that that person should not serve as a juror in

2    that type of case.  And that is not to say that that person is

3    unfair or unreasonable, but it's also just simply to recognize

4    that person may have a reaction to the evidence in that case,

5    which would be so bound by emotion that they could not fairly

6    weigh the evidence in the entire case.

7        So that person probably could serve as a juror in a case

8    which involved let's say a breach of contract or another type

9    of tort case or even a patent case, but that simply recognizes

10   that person probably should not serve as a juror on a -- where

11   the issue is whether or not a person was driving while

12   intoxicated.

13       Do all of you understand that?

14           PROSPECTIVE JURORS:  Yes.

15           THE COURT:  Okay.  So if at any point in time you

16   have a response that you are just reluctant in any way to give

17   an answer in open court, feel free to ask for a sidebar.  I

18   will always allow a sidebar, and you can answer outside of the

19   hearing of other persons in the courtroom.

20       Do all of you understand that?

21           PROSPECTIVE JURORS:  Yes.

22           THE COURT:  All right.  Now, the way that we're

23   going to do the voir dire process is my clerk will read out the

24   names of the jurors and their 16 seats.  And so the seats will

25   be filled up.  And there will be four jurors in the front row

```
 1    because there are 20 of you at this point in time.
 2         And what will happen thereafter is I will start with the
 3    first juror in the first seat and go through their -- just some
 4    questions I had on the questionnaire forms.  And once I have
 5    done that, then I will be asking more general questions as
 6    well.
 7         And once I finish my questioning, then the attorneys will
 8    be allowed to raise some questions for themselves.
 9         Do any of you have any questions at this point in time?
10              PROSPECTIVE JURORS:  No.
11              THE COURT:  No?  Okay.  We're all eager to start.
12    Good.  Let me have the clerk read out --
13              THE COURTROOM DEPUTY:  Judge, what about the note?
14              THE COURT:  Oh, that's right, I do have Integon.
15         Let me do this -- before we do that, my clerk just
16    reminded me, I should take the verdict in the other case.  So
17    let me do this:  Let me excuse, unless you want to sit and see
18    the verdict, I mean, you are free to do that as well, but I
19    need to take a verdict, and it will probably take me about
20    15 minutes to take the verdict.
21         So, if you want to, you can leave and come back at five
22    after 2:00, and we will start again at that point in time, or
23    you can sit and watch the verdict.  Feel free to do either.
24    It's not going to be a problem, okay?
25              And let me have counsel -- you can leave all of your stuff
```

```
 1   there, but just vacate the seats.

 2                 MR. MUELLER:  Thank you, Your Honor.

 3              (JURY PANEL EXITS COURTROOM AT 1:49 P.M.)

 4                          (Recess.)

 5            (JURY ENTERS COURTROOM AT 2:07 P.M.)

 6              THE COURTROOM DEPUTY:  You may be seated.

 7              THE COURT:  Do we have 20?

 8              THE COURTROOM DEPUTY:  I'll count.

 9              THE COURT:  Oh, there is somebody behind you,

10   Javier.

11              THE COURTROOM DEPUTY:  Now we have 20.

12              THE COURT:  Now we have 20.  Okay.  All right.  One

13   other thing before we start the voir dire portion, let me just

14   ask all of the jurors.

15       If at any point in time during the trial, if you can't

16   hear what is going on, or if there is something that is

17   distracting you from, you know, the evidence or the

18   presentation that is being made, for example, if it's too hot

19   or too cold, or if there is anything else, for example, if you

20   hear the meaning of a term and you want the term explained,

21   will all of you promise to raise your hand and bring this

22   particular situation to my attention?

23       Will all of you promise to do that?

24              PROSPECTIVE JURORS:  Yes.

25              THE COURT:  So, therefore, if during the course of
```

```
 1   this trial nobody has their hand raised, I will presume that
 2   everybody can hear and understand what's going on and there's
 3   nothing distracting the individual jurors, okay?
 4        All right.  Let me have the clerk read out the jurors'
 5   names, and we will put them in the seats.
 6             THE COURTROOM DEPUTY:  Please step forward.  Linda
 7   Castaneda.  Felix Molina.  Lauren Calderon.  Sandina Samel.
 8             THE COURT:  While he's doing that, let me have -- I
 9   will let you finish and then I need to ask counsel something on
10   sidebar in a moment.
11             THE COURTROOM DEPUTY:  Emilio Mendoza.  Wynn Kwok.
12   Dominic Maldonado.  Ardriono Aldridge.  Kim Amarna.  Lisa Marie
13   Baragan.  Joseph Seitz.  David Marinez.  Florence Okano.
14   Crystal Kelley.  Elizabeth Gahaghan.  Michelle Martin.  Olivia
15   Sierra.  Nhugn Nguyen.
16             THE COURT:  Oh, Javier -- never mind, you are doing
17   it right.  Not a problem.
18             THE COURTROOM DEPUTY:  Mr. Bladimir Martinez.
19             THE COURT:  No, actually, Ms. Nuygen should be after
20   Ms. Sierra.  It should be Sierra, Nuygen, and then Martinez.
21             THE COURTROOM DEPUTY:  Okay.  Martinez.  Okay.
22             THE COURT:  No, she is -- no, it should be --
23   Mr. Martinez should be after Ms. Nuygen.
24        No, it should be Sierra, Nuygen, and then Martinez.
25        Kind of like musical chairs without the music, and it's
```

 1    not fun.  Other than that, it's kind of like musical chairs.

 2        All right.  What I'm going to do now is I'm going to give

 3    each juror their own number.  I'm going to refer to you by

 4    numbers from now on because I find numbers are so much more

 5    personable.  And if you ever noticed -- I don't know if you

 6    noticed, I cannot pronounce names that have more than two

 7    letters in it for some reason.

 8        So, ma'am, you are Juror No. 1.  Ma'am, Juror No. 2.  Sir,

 9    Juror No. 3.  Ma'am, Juror No. 4.  Ma'am, Juror No. 5.  Sir,

10    Juror No. 6.  Sir, Juror No. 7.  And last in the row is Juror

11    No. 8.

12        Sir, in the front row, Juror No. 9.  Ma'am, Juror No. 10.

13    Ma'am, Juror No. 11.  Sir, Juror No. 12.

14        Let me ask you, are you Asian at all?

15            PROSPECTIVE JUROR:  Me?

16            THE COURT:  Yeah.

17            PROSPECTIVE JUROR:  No.

18            THE COURT:  Because if you were Chinese, you'd know

19    13 is an extremely lucky number.  And that is your number,

20    you're Juror No. 13.

21        Ma'am, you're Juror No. 14.  Ma'am, Juror No. 15.  Last in

22    the row, Juror No. 16.

23        In the front row, ma'am, Juror No. 17.  Ma'am, Juror No.

24    18.  Ma'am, Juror No. 19.  And last, but not least, Juror No.

25    20.

1        All right.  Let me ask Juror No. 1, I'm just looking now

2   at your questionnaire form, and I just have some questions.

3        You are currently indicating you're in two years of

4   college.  What's your area of study?

5             PROSPECTIVE JUROR:  Right now, I'm going for

6   nursing.

7             THE COURT:  Sorry, nursing?

8             PROSPECTIVE JUROR:  Nursing.

9             THE COURT:  Okay.  And you also indicate that in

10  terms of getting your news, you rely on TV, online social

11  media.  Which do you say is your primary source of news?

12            PROSPECTIVE JUROR:  Social media.

13            THE COURT:  And which types of -- do you know like

14  specific sites that you primarily are getting your news from?

15            PROSPECTIVE JUROR:  Twitter.

16            THE COURT:  What?

17            PROSPECTIVE JUROR:  Twitter.

18            THE COURT:  Twitter?

19            PROSPECTIVE JUROR:  Uh-huh.

20            THE COURT:  Okay.  But, in other words, you just

21  look at Twitter, whatever is on Twitter, you're looking at?

22            PROSPECTIVE JUROR:  Uh-huh.

23            THE COURT:  A lot of stuff on Twitter is not news,

24  though.

25            PROSPECTIVE JUROR:  Mostly like on breaking news.

```
 1                THE COURT:  Oh, okay.

 2                PROSPECTIVE JUROR:  Like -- yeah.

 3                THE COURT:  Okay.  So not -- primarily breaking

 4    news?

 5                PROSPECTIVE JUROR:  Right.

 6                THE COURT:  Okay.  All right.  And you also indicate

 7    that you have several products from Apple.  Let me ask, did you

 8    yourself purchase all of those products or were some of them

 9    given to you?

10                PROSPECTIVE JUROR:  Everything, except the MacBook.

11                THE COURT:  Okay.  So you purchased yourself

12    everything but the MacBook?

13                PROSPECTIVE JUROR:  Yes.

14                THE COURT:  Okay.  In terms of all of those other

15    Apple products, did you actually research the products and, you

16    know, do like a comparison between let's say an iPhone versus a

17    Samsung phone, or, you know, other products, or did you

18    primarily just go straight toward the Apple product?

19                PROSPECTIVE JUROR:  I primarily went straight for

20    them, but my whole family has them.

21                THE COURT:  Okay.  So, in other words, is there

22    anybody else in your family that is like a techie-type person

23    that -- so, in other words, they just all decided to get Apple?

24                PROSPECTIVE JUROR:  Yes.

25                THE COURT:  So they're saying they have really good
```

```
 1    advertising; is that what you are saying?

 2              PROSPECTIVE JUROR:  In a way, yeah.

 3              THE COURT:  Okay.  All right.  And you indicate that

 4    you have a favorable opinion of Apple, you think they are a

 5    very good company.  Let me ask, obviously Apple is one of the

 6    parties in this case, do you think you would be affected at all

 7    as a juror in this case because you have a favorable opinion of

 8    Apple products?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  No?  Okay.  Also, you indicate that

11    insofar as the answer to how important is Wi-Fi to your daily

12    life, you said eight.  Why didn't you say like ten or, I mean,

13    why did you use choose the number eight?

14              PROSPECTIVE JUROR:  Because I'm not always on my

15    phone.  So, I mean, if I need it, but it's not a necessity.

16              THE COURT:  Okay.  All right.  Thank you.

17         The next juror, who I refer to as Juror No. 2.

18         Now, you indicated you are a special education teacher.

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Is there a particular subject that you

21    teach?  For example, you reference here history and language

22    arts.

23         Are those the areas that you teach in?

24              PROSPECTIVE JUROR:  Yes, I teach English and ancient

25    civilization.
```

1          THE COURT:  Okay.  And you indicate that, you know,

2    you have a strong opinion of the legal system and that you are

3    unhappy and upset about various verdicts that you referenced in

4    your answer to your -- in the questionnaire form.

5        Why do you feel so strongly about those particular

6    verdicts?  Do you think that they were wrong or do you think it

7    was somebody didn't get a fair trial or do you think there was

8    a cover-up?  Why exactly do you feel so strongly about those

9    matters?

10          PROSPECTIVE JUROR:  I didn't agree with the verdict.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  And I thought it was just unfair

13   to the victims' families.

14          THE COURT:  Okay.  Let me just ask, one of the cases

15   that obviously you referred to -- not obvious, but one of the

16   cases you referred to is the OJ Simpson case.  I'm presume

17   you're talking about the criminal case, not the civil case.

18          PROSPECTIVE JUROR:  The criminal case.

19          THE COURT:  The criminal case.  Okay.  Thank you.

20   And also, another question you had was that you indicated that

21   your father designed a particular item when he was working at

22   Hughes Helicopters.  Do you know whether or not that particular

23   designed item, was -- was there ever a patent applied for or

24   obtained because of that particular design; do you know?

25          PROSPECTIVE JUROR:  I don't think so.  It was when I

 1   was pretty young.

 2              THE COURT:  Okay.

 3              PROSPECTIVE JUROR:  But he was acknowledged by

 4   Hughes Helicopters, by his supervisor, the team that he worked

 5   with, they were working on something.

 6              THE COURT:  Okay.  So they were happy with his

 7   design?

 8              PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  Okay.

10              PROSPECTIVE JUROR:  And they gave him credit for it,

11   I guess.

12              THE COURT:  Do you know whether or not he got

13   anything other than recognition?  In other words, obviously,

14   when you say he got credit, he got recognition.  Do you know

15   whether or not he got any like financial bonus or anything like

16   that as a result of the design?

17              PROSPECTIVE JUROR:  If he did, I don't -- I don't

18   recall.  I mean, if he told me, I don't remember.

19              THE COURT:  Okay.

20              PROSPECTIVE JUROR:  I was probably in middle school,

21   upper elementary when that happened.

22              THE COURT:  Okay.  But it -- the way you described

23   it is it was for some sort of drill machine, in other words.

24   So was it a particular type of drill or was it the way the

25   machine operated or -- if you happen to recall.

1          PROSPECTIVE JUROR:  Well, I know at that time he was

2    working on the Apache helicopter.  That was a big thing that

3    was -- it was a big project.

4          THE COURT:  Okay.

5          PROSPECTIVE JUROR:  So we didn't know what he was

6    working on until after the fact.  And then --

7          THE COURT:  So let me ask you this:  So was it

8    something that was supposed to be hush-hush because it had

9    something to do with the military?

10          PROSPECTIVE JUROR:  In a sense.  In a sense.

11          THE COURT:  Okay.  Let me ask, did you ever see him

12    working on that design at all?

13          PROSPECTIVE JUROR:  No, we were never allowed.

14          THE COURT:  Okay.  So you don't know how he did it.

15    In other words, you don't know whether or not he just walked

16    into a room and thought oh, this is a good idea and wrote it

17    down, or if he spent months and months designing and building

18    models, you don't know how he did it.

19          PROSPECTIVE JUROR:  It would have been on the job

20    site and we weren't allowed to go there.

21          THE COURT:  All right.  And also a similar question,

22    you answered that you receive your news from a variety of

23    sources.  Let me ask, which one would you say is your primary

24    source for getting news?

25          PROSPECTIVE JUROR:  I would say I guess the

```
 1    Internet.  Like on my phone when I wake up, I might glance at
 2    something.
 3              THE COURT:  Okay.  What particular sites would you
 4    be glancing at?
 5              PROSPECTIVE JUROR:  Like Twitter, BBC News, Fox,
 6    CNN, LA Times.
 7              THE COURT:  Okay.  Wow.  A lot of sites.
 8              PROSPECTIVE JUROR:  Yeah, just --
 9              THE COURT:  Okay.  But there's none that you favor
10    more than the others?  In other words, it's uniform pretty
11    much?  You are viewing a lot of different sites?
12              PROSPECTIVE JUROR:  I like, like, the breaking
13    headlines on Twitter, Twitter news.
14              THE COURT:  I hate to break the news to you, but I
15    don't get Twitter, I don't have Twitter.  Am I missing out on
16    life?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  Thank you.
19         And you also indicated you have some experience with
20    software because you're primarily using the software for
21    teaching purposes.
22              PROSPECTIVE JUROR:  Yes.
23              THE COURT:  You don't have any idea how -- in other
24    words, you use the software, but you don't have any idea how
25    the software is created or what goes into it, do you?
```

```
 1              PROSPECTIVE JUROR:  No.  I received training and I

 2   use it.

 3              THE COURT:  So you don't know how actually software

 4   is created in that particular instance?  In other words --

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  And if there was something wrong with

 7   the software, you would call IT, you wouldn't try to do

 8   anything yourself?

 9              PROSPECTIVE JUROR:  Sometimes I have been able to

10   figure something out.  With a colleague, we can figure it out

11   amongst ourselves.  If not, I would call IT.

12              THE COURT:  All right.  Thank you.  Also -- you also

13   indicate that in your view, in regards to patents, if someone

14   designs or makes something, it is theirs.

15         And also that if someone made something, designed it, et

16   cetera, it belongs to them.  Let me ask, do you understand that

17   sometimes insofar as designs are concerned, in order to get

18   protection for certain types of designs, you have to get a

19   patent or you have to get something that recognizes, you know,

20   your ability to claim that particular design or particular

21   invention.  Do you understand that?

22              PROSPECTIVE JUROR:  Like a copyright?

23              THE COURT:  It's under -- well, a copyright is --

24   copyright is more considered by like literary or design --

25   certain designs and things of that sort whereas patents usually
```

1  cover like particular types of technological inventions,

2  although there's some times you can have a design patent too,

3  so they kind of overlap.

4       But in general, for intellectual property, in order to get

5  something for a particular design or something of that sort,

6  you have to apply to the government or gain some recognition of

7  the existence of your rights in that particular item of

8  intellectual property.

9       Do you understand that?

10            PROSPECTIVE JUROR:  Yes.

11            THE COURT:  Okay.  Other than that, however, you

12  don't know anything about, like, the process of getting patents

13  and stuff like that?

14            PROSPECTIVE JUROR:  No.

15            THE COURT:  Okay.  And also you indicated you have a

16  favorable opinion of Apple and a favorable opinion of Caltech

17  and were neutral toward Broadcom.  Again, would the favorable

18  opinion of Apple and Caltech, do you think that would affect

19  you as a juror in this case?

20            PROSPECTIVE JUROR:  No.

21            THE COURT:  Okay.  Also, you indicate that as to

22  Caltech, you like them because you follow Dr. Lucy.

23            PROSPECTIVE JUROR:  On Twitter.

24            THE COURT:  Okay.  Only when there is an earthquake

25  or otherwise?

```
 1                    PROSPECTIVE JUROR:  I heard about her.  I think
 2       she's amazing.
 3                    THE COURT:  Okay.  That wouldn't affect you as a
 4       juror in this case, would it?
 5                    PROSPECTIVE JUROR:  No.
 6                    THE COURT:  If Caltech brought in Dr. Lucy to
 7       testify, would that affect you as a juror in this case?
 8                    PROSPECTIVE JUROR:  I think it would be exciting.
 9                    THE COURT:  All right.  Thank you.  And you indicate
10       that as to the importance of Wi-Fi, it's a ten for you.
11           Why is that?
12                    PROSPECTIVE JUROR:  I use it every single day in my
13       classroom.  It's how I take attendance and access my grade
14       books online.  I'm able to see my students' grades, everything,
15       so...
16                    THE COURT:  Okay.  And you also indicate at one
17       point in time you were upset at iTunes and the iPhone.  Was the
18       mixup because of a technological problem or was the mixup
19       because of some accounting problem?
20                    PROSPECTIVE JUROR:  I think it was Apple's fault.
21       It was a mixup with credit card numbers.  I had fraud.
22       American Express canceled one card.  I wasn't able to
23       explain -- get all of my music back.
24                    THE COURT:  Oh, okay.
25                    PROSPECTIVE JUROR:  So they were telling me I had to
```

```
 1    purchase it again.  I already purchased it in my iCloud.  I was
 2    upset.  I was actually quite upset over that.
 3              THE COURT:  Would that upsetness affect you as a
 4    juror in this case since Apple is here?
 5              PROSPECTIVE JUROR:  No, they resolved it.  In my
 6    being upset, I felt unfairly treated because I had the two
 7    credit cards, one was closed out, of course, because of the
 8    fraud.  And it was just hard to prove to get it to the -- I
 9    guess the person on the other side.
10        Eventually they restored my purchases.  So I guess I can
11    honestly say I have faith in Apple again.  And honestly at my
12    anger point, I was never going to buy another Apple product.
13    So that was a lot of music I lost.  But it was restored, and I
14    was happy.
15              THE COURT:  Okay.  But that wouldn't affect you at
16    all as a juror in this case, would it?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  And Juror No. 3, after you graduated
19    from high school, what did you do after that?
20              PROSPECTIVE JUROR:  Nothing.  I was actually
21    planning to join the military.
22              THE COURT:  Okay.
23              PROSPECTIVE JUROR:  I joined up.  I went through --
24    well, when I was still in high school, I was in ROTC.  And I
25    saw a lot of recruiters, National Guard, Army, Marines.  And I
```

```
 1   got called up once for the Marines, and I'm still waiting on
 2   that call.
 3            THE COURT:  Okay.  So you are just waiting because
 4   you want to do military service at some point?
 5            PROSPECTIVE JUROR:  Yes.
 6            THE COURT:  Okay.  Do you have any part-time jobs or
 7   anything like that?
 8            PROSPECTIVE JUROR:  No.  I'm actually trying to find
 9   a school for security.  I want to go into security if I can't
10   go into the military.
11            THE COURT:  Okay.  And your sources of news,
12   primarily you indicate TV and online.  What is your primary
13   source, do you think?
14            PROSPECTIVE JUROR:  Mostly TV.
15            THE COURT:  TV, okay.  Is there any particular
16   channel that you watch?
17            PROSPECTIVE JUROR:  Not really.  Sometimes my
18   parents, my mom is seeing about TV and the news just pops up, I
19   see it.
20            THE COURT:  All right.  And I think that's all of
21   the questions.
22         Juror No. 4, what was your major when you were in college?
23            PROSPECTIVE JUROR:  I'm studying biology and
24   physiology.
25            THE COURT:  Okay.  And again, in terms of sources of
```

48

```
 1   news, what is your primary source, do you think?
 2            PROSPECTIVE JUROR:  I probably also say social
 3   media, but I will watch on TV as well.
 4            THE COURT:  Okay.  And, again, what social media?
 5            PROSPECTIVE JUROR:  Also Twitter, other stuff, like
 6   on Facebook, which is unfortunate.
 7            THE COURT:  Okay.
 8            PROSPECTIVE JUROR:  More like liberal leaning
 9   outside of the news.
10            THE COURT:  Okay.  And you indicate that your
11   general impression of the parties in this case, you had an
12   unfavorable opinion, but to read your comments, it's really not
13   particularly strong unfavorable.  And it seems to me that the
14   things that you find problematic is more categorical than
15   specific.
16        In other words, you indicate that because Broadcom is a
17   big corporation, Apple is a big corporation, you say sometimes
18   you feel that large companies like Apple and Broadcom take
19   advantage of consumers and also that sometimes you feel that
20   universities or educational institutions don't always treat --
21   or don't always act in the students' best interest.
22        And I understand that.  Not a problem.  But those aspects
23   would not arise in this case.  In other words, it's Apple --
24   Caltech is suing Apple and Broadcom, obviously.  It's not a
25   situation which involves a consumer situation per se.  And
```

```
 1    again, you know, even though Caltech is a university, the case
 2    has nothing to do with students and things of that sort.
 3         So with that in mind, do you think that you would be
 4    affected at all as a juror in this case because you have a
 5    moderately unfavorable opinion of large corporations and
 6    institutions of higher learning?
 7              PROSPECTIVE JUROR:  I don't think so.
 8              THE COURT:  Okay.  And again, you indicated that
 9    it's ten insofar as your use or reliance on Wi-Fi.  Is that
10    because you do a lot of stuff on Wi-Fi?
11              PROSPECTIVE JUROR:  Yes.  As a student, I'm
12    accessing textbooks online.  And like some of the interfaces
13    for different classes, you have to use a portal through online.
14    That is how you check your grades, what tests are and stuff
15    like that.
16              THE COURT:  All right.  Also, on your last -- answer
17    to your last question, you indicate something that you say you
18    are not sure if it's relevant but you wanted to inform us.  On
19    this particular point, do you want to have a sidebar on your
20    answer to this one?
21              PROSPECTIVE JUROR:  I can, that's fine.
22              THE COURT:  So you don't mind giving your answer in
23    open court?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  Because you mentioned that you are
```

```
 1   currently on medical leave and that you are getting some post
 2   treatment -- post-hospitalization treatment.
 3        Do you think that you would be affected at all as a juror
 4   -- potential juror in this case because I presume that you're
 5   -- well, let me just ask.  Maybe I shouldn't presume.
 6        Does the post-hospitalization treatment involve taking of
 7   any particular drugs?
 8             PROSPECTIVE JUROR:  Just like general
 9   antidepressants, antianxiety medication.
10             THE COURT:  Okay.  Do you think that those
11   medications affect your thinking process in any way?
12             PROSPECTIVE JUROR:  No.
13             THE COURT:  So, in other words, the fact you have
14   this post-hospitalization treatment won't affect you as a juror
15   in this case?
16             PROSPECTIVE JUROR:  I don't think so.
17             THE COURT:  Now, Juror No. 5, you are a teacher.
18   What subjects do you teach?
19             PROSPECTIVE JUROR:  History.
20             THE COURT:  What level?
21             PROSPECTIVE JUROR:  Eighth grade and seventh grade.
22             THE COURT:  Okay.  And same as to sources of the
23   news, which do you -- is your primary source, do you think?
24             PROSPECTIVE JUROR:  Mostly radio news, NPR,
25   Progressive.
```

```
 1                  THE COURT:  Okay.  Thank you.
 2        And you indicate you have one Apple product.  Are you
 3   happy with that product?
 4                  PROSPECTIVE JUROR:  It's okay.  It was a toss-up
 5   between Samsung and Apple.
 6                  THE COURT:  But you also indicate that Wi-Fi is
 7   extremely important.  You said ten out of ten.
 8                  PROSPECTIVE JUROR:  Yes.
 9                  THE COURT:  Why do you say that?
10                  PROSPECTIVE JUROR:  Well, I have a four-year-old at
11   home.  We're always streaming and doing things online.  I'm
12   also a teacher.  So everything is done online.
13                  THE COURT:  Okay.  Let me ask you, do you think you
14   are on the same level as your students in terms of familiarity
15   with use of -- I always refer to these things as always
16   computers or I even refer to cell phones as computers now.  Do
17   you think you are as up to date as your students are insofar as
18   the use of iPhones and things of that sort?
19                  PROSPECTIVE JUROR:  I think with the use of the
20   phone, yeah.  With social media and aspects, no.
21                  THE COURT:  Okay.  Thank you.
22                  Juror No. 6, what exactly do you do for Costco?
23                  PROSPECTIVE JUROR:  I'm a forklift operator.
24                  THE COURT:  Okay.  And you indicate that you were a
25   foreperson in a case.  I presume that was a criminal case,
```

1    right?

2                    PROSPECTIVE JUROR:  Yes.

3                    THE COURT:  And why do you think you got selected?

4    Did you run for that office or did they just point to you and

5    said you are the foreperson or how do you think that came

6    about?

7                    PROSPECTIVE JUROR:  Talking about the case?

8                    THE COURT:  No.  You were the foreperson in the case

9    you indicated.

10                   PROSPECTIVE JUROR:  Oh, explain to me what the

11   foreperson is.

12                   THE COURT:  Because it says here, "Were you the

13   foreperson?"  I thought you checked off "yes."  Basically a

14   foreperson -- a jury does not have a leader.  Usually what

15   happens when the jury goes into the jury room is they select a

16   foreperson, and the foreperson is kind of like an administrator

17   or secretary to the jury.

18        In other words, if there are votes to be taken the

19   foreperson will note who voted yes or who voted no.  And

20   sometimes if there is a question, about let's say two people or

21   three people want to speak, the foreperson will say let's have

22   Juror No. 5 go first and then Juror No. 3 and then 8.  In other

23   words, that is what a foreperson does.  In other words, it's

24   not the leader of a jury.  It's kind of an administrator

25   function.

53

```
 1              PROSPECTIVE JUROR:  I misunderstood the question.
 2              THE COURT:  Oh, so you were just a regular juror?
 3              PROSPECTIVE JUROR:  I thought it meant for the
 4    person.
 5              THE COURT:  All right.  So the answer to that
 6    question should have been no.  All right.  Not a problem.
 7         And you indicate that your primary source of news is from
 8    online.  What online sources are you talking about?
 9              PROSPECTIVE JUROR:  I like One American News.
10              THE COURT:  Pardon?
11              PROSPECTIVE JUROR:  One American News.
12              THE COURT:  Okay.  And that is your primary one?
13              PROSPECTIVE JUROR:  Yes.
14              THE COURT:  Okay.  And you didn't answer the
15    Question No. 27 which asks you if you have a favorable,
16    neutral, or unfavorable impression of the three parties that
17    are named; Broadcom, Apple, and Caltech.
18         Would you say that as to any one of them you are favorable
19    or unfavorable or as to all of them you are neutral or you
20    don't know anything about any of them?
21              PROSPECTIVE JUROR:  I'm not a social media person,
22    so I'm not up on that.
23              THE COURT:  Okay.  So, for example, you indicate you
24    have no Apple products?
25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Okay.  But you do know, for example,
 2   they make iPhone and stuff like that?
 3              PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  But you have no idea about any of their
 5   products because you don't own any?
 6              PROSPECTIVE JUROR:  I don't own anything.
 7              THE COURT:  Let me just ask you, do you have a cell
 8   phone?
 9              PROSPECTIVE JUROR:  I have an Android.
10              THE COURT:  An Android?  Okay.
11         All right.  And let me ask, have you ever heard of Caltech
12   before?
13              PROSPECTIVE JUROR:  Yes, I have heard the name.
14              THE COURT:  Okay.  But you don't know -- you know
15   it's a school but nothing more than it's a school?
16              PROSPECTIVE JUROR:  Right.
17              THE COURT:  And you don't indicate how important
18   Wi-Fi is to your life.  How important is it?
19              PROSPECTIVE JUROR:  Not much.
20              THE COURT:  Not much, okay.
21         And also on the -- you didn't answer the questions as to
22   particular individuals on the last page which asked you whether
23   or not you knew the people who are listed there.
24         I will tell the names, but I'm going to butcher the names
25   so you are going to have to bear with me.
```

1          Steven Atley, do you know who he is?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Chantel D'Apuzzo?

4              PROSPECTIVE JUROR:  No.

5              THE COURT:  Matthias Korb?

6              PROSPECTIVE JUROR:  No.

7              THE COURT:  Jennifer Lumm.

8              PROSPECTIVE JUROR:  No.

9              THE WITNESS:  Robert Bob McEliece, E-L-I-E-C-E?

10             PROSPECTIVE JUROR:  No.

11             THE COURT:  Victoria Stratman?

12             PROSPECTIVE JUROR:  No.

13             THE COURT:  Kate Saxton?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Okay.  Thank you.

16         Juror No. 9, you indicate you are an attorney.  And let me

17     ask, is the nature -- and also you have done accounting as

18     well.  So did you get a law degree and then get an accounting

19     or did you go to accounting and then get a law degree?

20             PROSPECTIVE JUROR:  I did accounting first.

21             THE COURT:  Accounting first?

22             PROSPECTIVE JUROR:  Yeah.

23             THE COURT:  Okay.  And --

24             PROSPECTIVE JUROR:  Hold on.  You said Juror

25     Number 9.  I'm 9.

```
 1              THE COURT:  I apologize.  I'm numerically dyslexic.
 2    I meant that guy there, Juror No. 7.  Wait a second.  How did
 3    he know that I was talking to him if I said No. 9?
 4              PROSPECTIVE JUROR:  I didn't know I was an attorney.
 5              THE COURT:  I apologize.
 6        Juror No. 7 -- why did I say 9?  Oh, I know why.  There is
 7    actually a valid explanation that I'm not going to tell you now
 8    because it would take too long.
 9        Juror No. 7.  All right.  So you were an accountant and
10    then decided to go to law school?
11              PROSPECTIVE JUROR:  Yes.
12              THE COURT:  And after you went -- graduated from law
13    school, what type of legal work did you do?
14              PROSPECTIVE JUROR:  Not much.  I had very minimal
15    legal experience.
16              THE COURT:  Okay.  So primarily -- most of the work
17    that you do is accounting?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Okay.  And why did you go to law school
20    then?
21              PROSPECTIVE JUROR:  When I was in college, I was
22    taking a bus to Cal State LA.  And the bus at nighttime -- at
23    nighttime and in the morning, I always stand in front of First
24    and Hill, and I see the lawyers walking through the courtroom.
25    I say those are my heros.  I wanted to be a lawyer.  So that's
```

```
 1   what I wanted to be.
 2             THE COURT:  And yet you don't practice?
 3             PROSPECTIVE JUROR:  Because most of my income comes
 4   from accounting.  So I cannot afford switching to start fresh.
 5             THE COURT:  So primarily you are an accountant, but
 6   you also went to law school.
 7             PROSPECTIVE JUROR:  Yes.
 8             THE COURT:  Let me ask, does the law -- legal issues
 9   ever arise in your accounting practice?
10             PROSPECTIVE JUROR:  Yeah, when I was a CFO, yeah.
11             THE COURT:  Okay.  All right.  And you indicate that
12   your wife is an accounting manager.  Who does she work for?
13             PROSPECTIVE JUROR:  City of LA.
14             THE COURT:  Okay.  And you indicate that 30 years
15   ago you were the plaintiff, and I guess you sued an insurance
16   company because of an automobile accident.  Was that correct?
17             PROSPECTIVE JUROR:  Yes.
18             THE COURT:  And who -- did you represent yourself or
19   what happened in that?
20             PROSPECTIVE JUROR:  No.  I had a lawyer represented
21   me.
22             THE COURT:  Okay.  Were you satisfied with that
23   lawyer's representation of you?
24             PROSPECTIVE JUROR:  Yes, I was.
25             THE COURT:  So apparently you won the case?
```

58

```
 1              PROSPECTIVE JUROR:  Oh, yeah.

 2              THE COURT:  Well, it's not a given.  Sometimes

 3    people lose.

 4       And then you always indicated that there was another time

 5    where you testified as a witness in a default judgment

 6    situation.  What was the situation that was involved there?

 7              PROSPECTIVE JUROR:  It was a malpractice lawsuit

 8    and -- about a case that previously heard and tried, and I was

 9    there.  So the judge wanted my opinion, I guess, how was the

10    punitive -- whether the judge should give punitive against the

11    attorney.

12              THE COURT:  Okay.  So, in other words, you were

13    testifying in a default judgment, and you indicated this was in

14    state court, Van Nuys Court, right?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  You also indicate you served as a juror

17    in a criminal case and that there was a verdict; is that

18    correct?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  Now, you indicate that you have a good

21    friend who is a patent attorney.

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  And that -- I can't quite read your

24    writing.  You say "and invented many for Boeing" I think is

25    what you said.
```

UNITED STATES DISTRICT COURT

1          PROSPECTIVE JUROR:  Yeah, he's a patent attorney,

2   and he invented many things for Boeing.

3          THE COURT:  Okay.  So, in other words, he's a patent

4   attorney, and he created inventions as well?

5          PROSPECTIVE JUROR:  He was the VP in Boeing, pretty

6   high up there.  He did a lot of inventions.  And a lot of time

7   he will go on a helicopter to meet generals.

8          THE COURT:  So, in other words, he was doing both

9   legal work and he was also doing technology in terms of

10  inventing stuff that could be patented?

11         PROSPECTIVE JUROR:  Actually, Boeing paid him to do

12  a lot of inventions.

13         THE COURT:  Okay.  All right.  So you discussed with

14  your friend -- did you discuss with your friend how he created

15  these inventions?

16         PROSPECTIVE JUROR:  He only told me a little bit

17  because, you know, it's very secretive.  It's confidential.

18         THE COURT:  All right.  And did he ever talk with

19  you about difficulties he had had with inventions, whether or

20  not any of his inventions were infringed on or anything of that

21  sort?

22         PROSPECTIVE JUROR:  He told me one time he wished he

23  didn't work with Boeing.  Once he worked with Boeing, whatever

24  he invented belongs to Boeing.

25         THE COURT:  Okay.  Thank you.

1          And you also indicate that at one point in time you were

2     the CFO of an Internet company.

3               PROSPECTIVE JUROR:  Yes.

4               THE COURT:  What type of company was that?

5               PROSPECTIVE JUROR:  B-to-B, business-to-business

6     procurement.

7               THE COURT:  All right.  Did you ever create anything

8     in regards to software or anything else in regards to the

9     operation of that company?

10               PROSPECTIVE JUROR:  No, no.  I don't know anything

11     about computers.

12               THE COURT:  So, in other words, if anything had to

13     be done, you hired somebody for that?

14               PROSPECTIVE JUROR:  Yes.

15               THE COURT:  And also, what is your primary source of

16     news?

17               PROSPECTIVE JUROR:  TV and Internet.

18               THE COURT:  Which -- what TV and what Internet?

19               PROSPECTIVE JUROR:  Bloomberg, CNN, BC, Internet

20     would be Bloomberg.

21               THE COURT:  Okay.  And you also indicate that many

22     years ago you applied for a trademark for a few clients.  So

23     were you acting as an attorney for them in that process?

24               PROSPECTIVE JUROR:  Actually, my friend helped me

25     out, the good friend.

1           THE COURT:  Oh, the patent attorney?

2           PROSPECTIVE JUROR:  He looked over everything, and

3   sometimes he even signed off on it, so...

4           THE COURT:  All right.  Was there any problems with

5   getting the trademarks from the patent office?

6           PROSPECTIVE JUROR:  No, it was very easy for him.  I

7   know I learned a little bit.  I didn't like trademark or

8   patent.

9           THE COURT:  All right.  Thank you.

10      You also indicate that you have taken some courses in

11  regards to the patent system through an MCLE; is that right?

12          PROSPECTIVE JUROR:  Just one.

13          THE COURT:  Can you recall anything you learned from

14  that class at this point?

15          PROSPECTIVE JUROR:  A little bit.

16          THE COURT:  Like what?

17          PROSPECTIVE JUROR:  Confusingly similar.

18          THE COURT:  Okay.

19          PROSPECTIVE JUROR:  I think first of rights.  I

20  can't remember.

21          THE COURT:  All right.  Thank you.

22      And you also indicate that you did something or you -- I

23  think if I'm reading your writing correctly, you say

24  approximately 30 years ago you audited sales tax for the state

25  in regards to Apple?

1          PROSPECTIVE JUROR:  Yeah.  Apple, yes.

2          THE COURT:  So, in other words, you were employed by

3  the state?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Which department of the state were you

6  employed?

7          PROSPECTIVE JUROR:  I was in sales tax initially.

8  Then I was transferred to income tax specializing in big

9  companies, publicly held companies.

10          THE COURT:  And so you recall doing auditing work on

11  Apple?

12          PROSPECTIVE JUROR:  It was a long time ago, way, way

13  before they became a very big company.

14          THE COURT:  Now you wish you had bought stock back

15  then.

16          PROSPECTIVE JUROR:  Yeah, I know.

17          THE COURT:  And then you were also involved

18  approximately 20 years ago insofar as you audited sales and tax

19  for tax purposes as to Broadcom as well.

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  Do you recall anything about Broadcom?

22          PROSPECTIVE JUROR:  I went to the Northern

23  California location in Irvine.  I'm not sure that Irvine is

24  still open or not.  I went to both.

25          THE COURT:  Okay.  Do you think you learned anything

```
 1    that you could utilize today in regards to Broadcom?

 2              PROSPECTIVE JUROR:  I audited over 2,000 companies.

 3    I don't remember.

 4              THE COURT:  All right.  And you also indicated about

 5    35 years ago, you went to Caltech and volunteering as a

 6    teaching assistant for something, and I can't read what it is.

 7              PROSPECTIVE JUROR:  My handwriting is really bad.

 8    Oh, you know what, a lot of times I forget when it comes to

 9    times and details and that, but I was also a CFO for a

10    nonprofit company that teaches kung fu.

11              THE COURT:  Oh, that's -- it's martial arts, that's

12    what you have.

13              PROSPECTIVE JUROR:  Martial arts.  So I was

14    assisting the instructor.

15              THE COURT:  Okay.  Thank you.

16         And, again, you indicate that your use or value of how

17    important Wi-Fi is, you say a 10 because you think it's very

18    important to yourself.

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  All right.  You also indicate that you

21    were in front of me for a default judgment 10 or 20 years

22    ago -- or 15 or 20 years ago?

23              PROSPECTIVE JUROR:  A long time ago.

24              THE COURT:  Was I nice to you?

25              PROSPECTIVE JUROR:  Oh, yeah.  You were my hero.  In
```

```
 1    fact, if you went to my office, I have your picture.

 2              THE COURT:  I didn't pay for this.  This is

 3    unsolicited what-you-call-it.

 4              PROSPECTIVE JUROR:  I have a picture about a case

 5    that you refused to shake Reverend Jackson's hand.

 6              THE COURT:  Oh, what can I say?  All right.  Thank

 7    you.  And also you say that you know my cousin.  Which cousin?

 8              PROSPECTIVE JUROR:  Lenny.

 9              THE COURT:  Oh, Lenny.  Okay.  Yeah.  Yeah, we could

10    talk about Lenny all of the time, but we won't bore anybody

11    here.

12         All right.  And also you indicate that you might know

13    Aaron Schafer.  Who is the Aaron Schafer that you know?

14              PROSPECTIVE JUROR:  You know what, to be honest a

15    lot of the names look familiar.  I know a lot of people.  So I

16    don't remember, but the name just sounds familiar.

17              THE COURT:  Okay.  But at this point in time, you

18    don't even remember why you think you might know that person?

19              PROSPECTIVE JUROR:  No.

20              THE COURT:  Okay.  Thank you.

21         Juror No. 8.  I'm getting to 9 next, but we'll delay 9 for

22    a moment.

23         All right.  Juror No. 8, you indicate -- you refer to your

24    current employer as Cintas?

25              PROSPECTIVE JUROR:  Yes.
```

```
1              THE COURT:  What is Cintas?

2              PROSPECTIVE JUROR:  It's a massive company.  They do

3    all kinds of things.  They are mainly known for the uniform

4    people.

5              THE COURT:  Okay.  All right.  And you primarily are

6    doing -- you have down new account installation technician.

7    So, in other words, you handle new accounts, the technical

8    aspects of the new accounts?

9              PROSPECTIVE JUROR:  So the portion that I work with

10   is first aid and safety, and they sell water dispensers for

11   companies.

12             THE COURT:  Okay.

13             PROSPECTIVE JUROR:  And so I would be installing

14   those -- I'm installing those.

15             THE COURT:  All right.  Thank you.  And you also

16   indicate that you have a strong opinion of the legal system.

17   You say, "I believe sometimes it can be unjust."  Why do you

18   say that?  I don't take these things personally, by the way.

19             PROSPECTIVE JUROR:  I don't have a particular

20   example.  I just think that sometimes it can be.

21             THE COURT:  Okay.  All right.  But you're not

22   referring to anything in particular?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  Okay.  Also, you indicate that primarily

25   you get news from social media, word of mouth.  Which ones are
```

1    you talking about?

2         PROSPECTIVE JUROR:  Social media, Facebook.

3         THE COURT:  Okay.  All right.  And -- now, you

4    indicate that insofar as knowledge of the patent system, you

5    have down -- you indicate that you have a basic understanding,

6    you say "yes," you say, "An invention or concept can be

7    patented so that no other person or business may duplicate that

8    invention or idea legally."

9         And then the next question asks whether or not you have

10   any beliefs about that.  And you say, "I believe it is unfair

11   that some people have their inventions or ideas stolen because

12   they can't afford patenting."  Let me ask, where did you get

13   these notions from?

14        PROSPECTIVE JUROR:  No place in particular.  I just

15   know that patenting in general costs a lot of money and it

16   involves a lot of people and paying lawyers and all of that.

17   And there's people that have spare time that come up with

18   ideas, you know, or concepts or inventions or whatever that

19   literally just don't have the money for it, but it's something

20   they thought of.

21        THE COURT:  All right.  But do you have anything --

22   let me ask, do you think you talked to somebody and got these

23   ideas or is it something you particularly read or do you have

24   any source for this?

25        PROSPECTIVE JUROR:  I mean, two things in

1  particular, one of which was very, very popular a few years

2  ago, the fidget spinner.  The story on that is that a woman

3  made a fidget spinner for her -- I believe it was her autistic

4  son to keep him occupied, and was paying for a patent, but at

5  some point wasn't able to afford to renew that.  Next thing we

6  know, they are everywhere as soon as it expired.

7              THE COURT:  Okay.

8              PROSPECTIVE JUROR:  Another one is I worked in the

9  reptile industry for ten years.  And my boss worked for a

10  company 20 or 30 years ago that was making -- manufacturing

11  reptile enclosures that didn't get patented because he couldn't

12  afford it.  And at this point, there's a whole bunch of

13  companies making the same thing and lots of people making a lot

14  of money with the same idea.

15             THE COURT:  Okay.  Thank you.

16       And you indicate that you have a neutral opinion about

17  both Broadcom and Caltech, but you like Apple because of -- you

18  like their products generally.

19             PROSPECTIVE JUROR:  Correct.

20             THE COURT:  But also, you indicate this about Apple:

21  You say, "Apple is a multibillion dollar company that would

22  have no business in, quote, 'stealing,' end of quote, ideas

23  from another entity; however, Caltech is a respectable school."

24       Do you understand that you can have patent infringement

25  even if the infringement is unintentional?

```
 1              PROSPECTIVE JUROR:  Correct.

 2              THE COURT:  Okay.  So Apple might be held to have

 3    infringed a patent, and even in a situation where it didn't

 4    realize at the time that what it was doing constituted

 5    infringement.  That could be a possibility.  Do you understand

 6    that?

 7              PROSPECTIVE JUROR:  Yes.

 8              THE COURT:  Okay.  And, again, you say as to Wi-Fi

 9    use, you list it as a ten.

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Okay.  You also indicate that you feel a

12    bias towards Apple before the case even starts because you have

13    always been an Apple consumer, and you don't believe that they

14    would be involved in intentionally violating patents, that's

15    more or less what you're saying.

16         Let me ask, obviously, you know, both sides in this case

17    have to begin at the same spot because you can't have a

18    favor -- you can't favor one side or the other.  Let me ask, do

19    you think you could put aside your general liking of Apple

20    products and Apple as a business and be -- and treat Caltech

21    the same way you would Apple at the start of the trial?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Okay.  All right.

24         Let me ask -- Juror No. 9, we finally got to you.  Let me

25    ask, you indicate that you -- in the business that you are
```

```
 1    dealing with, are you primarily dealing with financing or
 2    accounting or is it just the arrangement of these events?
 3              PROSPECTIVE JUROR:  Just the arrangement of these
 4    events.
 5              THE COURT:  So, in other words, you basically are
 6    lining up the facilities and, you know, things of that sort?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  Okay.  And you indicate that you were a
 9    plaintiff in a lawsuit, and I don't quite understand your
10    explanation.  You have Check Into Cash, Inc., or something like
11    that, and there was some sort of default.  What precisely was
12    the situation?
13              PROSPECTIVE JUROR:  Sidebar.
14              THE COURT:  All right.  Let me have counsel at
15    sidebar.
16         (Sidebar begins.)
17              THE COURT:  We need to wait for them.  They walk
18    slow.  Get exercise.  You have to speak in the microphone.
19    What's the situation there?
20              PROSPECTIVE JUROR:  So they were for a couple of --
21    one default loan that I had.  I was working and my hours got
22    cut so I wasn't able to afford the rent.
23              THE COURT:  Okay.  So, in other words, you were sued
24    because of a failure to pay certain obligations under a loan?
25              PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Okay.  And what happened in that
 2   situation?  But you indicated that you were the plaintiff.
 3              PROSPECTIVE JUROR:  I got confused.  I couldn't
 4   remember which was which.
 5              THE COURT:  Okay.  So, in other words, you were
 6   sued?
 7              PROSPECTIVE JUROR:  Yes.
 8              THE COURT:  You were the defendant?
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Okay.  That was basically my question.
11              PROSPECTIVE JUROR:  Okay.
12              THE COURT:  But was that matter resolved?
13              PROSPECTIVE JUROR:  Yes.
14              THE COURT:  In other words, the parties settled with
15   each other?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Okay.  Were you represented or did you
18   represent yourself?
19              PROSPECTIVE JUROR:  I represented myself.
20              THE COURT:  Okay.  Do you feel you were like
21   unfairly treated by the system --
22              PROSPECTIVE JUROR:  No, not at all.
23              THE COURT:  -- in that situation?  Okay.  So
24   everything kind of worked hunky-dory in the end?
25              PROSPECTIVE JUROR:  Yes.
```

```
 1              THE COURT:  Okay.  Any questions?
 2              MR. ASPERGER:  No.
 3              MR. MUELLER:  No.
 4              PROSPECTIVE JUROR:  Thank you.
 5              (Sidebar ends.)
 6              THE COURT:  All right.  While he's still walking, I
 7  will ask him another question.  You also indicate that you were
 8  on a jury at one point in time.  It was a civil jury.
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Civil case.  What type of case was it?
11  Who was suing who for what?
12              PROSPECTIVE JUROR:  It was many, many years ago.
13  Apartment complex was suing a resident for something to do with
14  back rent or something like that.
15              THE COURT:  Okay.  So, in other words, somebody was
16  leasing a premises and they failed to pay, and somebody brought
17  a suit to collect the money for that?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Okay.  Thank you.
20         And you also indicated that at one point in time you had
21  an event catering business yourself, and you stopped that.
22  Whatever happened to that business?
23              PROSPECTIVE JUROR:  Just business was slow.
24              THE COURT:  Okay.
25              PROSPECTIVE JUROR:  And I ended up getting a
```

```
 1   full-time position with another company.
 2           THE COURT:  All right.  And insofar as the places
 3   that you get your news from, which is the primary source of
 4   news for you?
 5           PROSPECTIVE JUROR:  Television, some Internet.
 6           THE COURT:  Okay.  Is there any particular station
 7   or Internet site that you refer to?
 8           PROSPECTIVE JUROR:  Not really.
 9           THE COURT:  Not really?  Okay.
10           PROSPECTIVE JUROR:  Just breaking news that comes
11   up.
12           THE COURT:  All right.  And you indicate you had
13   professional experience in business.  You're talking about
14   primarily the catering business, et cetera, and event business?
15           PROSPECTIVE JUROR:  Yes.
16           THE COURT:  Okay.  And you indicate also that you
17   feel you have a limited knowledge of the patent system.
18       What is the source of that?
19           PROSPECTIVE JUROR:  Just general, I have just
20   general.
21           THE COURT:  So, in other words, you have read stuff
22   about the patent system, how you get patents, and what patents
23   generally are?
24           PROSPECTIVE JUROR:  Yes, yes.
25           THE COURT:  Okay.  And, again, you say it's ten for
```

```
 1    you for in terms of Wi-Fi importance.

 2              PROSPECTIVE JUROR:  Yes.

 3              THE COURT:  And that's because a lot of your

 4    business is done I presume through Wi-Fi, et cetera?

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Okay.  Thank you.

 7         And Juror No. 10.  You indicate that your primary jobs

 8    have been with human resources and also finance.

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Insofar as finance is concerned, what

11    types of work have you done in the finance area?

12              PROSPECTIVE JUROR:  I was in the banking industry.

13              THE COURT:  In what particular area of banking?

14              PROSPECTIVE JUROR:  Managed.

15              THE COURT:  Okay.  Like managed a branch?

16              PROSPECTIVE JUROR:  Yes.

17              THE COURT:  Okay.  And were you primarily --

18    sometimes when you manage a branch -- and maybe I'm assuming

19    this.  Sometimes when you're managing a branch, it could be

20    more toward like dealing with employees or more towards

21    finding, you know, like investments or finding sources for

22    money and stuff of that sort.

23              PROSPECTIVE JUROR:  Right.

24              THE COURT:  So if you were to say there is a split

25    between the two as -- when you were a manager, was it more
```

1    toward employees or was it more toward finding funds and stuff
2    of that sort?
3              PROSPECTIVE JUROR:  I would say it was more business
4    development.
5              THE COURT:  Business development?  Okay.  And was
6    there a particular branch that you were primarily working in?
7              PROSPECTIVE JUROR:  A big one in downtown.
8              THE COURT:  Oh, there used to be one right at the *LA*
9    *Times* building.
10             PROSPECTIVE JUROR:  It used to be mine.
11             THE COURT:  Oh, okay.  Too bad they shut it down
12   because it was so convenient.
13             PROSPECTIVE JUROR:  It was convenient.
14             THE COURT:  I know.  We could commiserate about
15   that.  Okay.  And you also indicated that your spouse is in the
16   entertainment business.  What does he do?
17             PROSPECTIVE JUROR:  He is in the entertainment
18   industry in film.
19             THE COURT:  Film?  Okay.  What does he do for films?
20   Does he --
21             PROSPECTIVE JUROR:  Scripts.
22             THE COURT:  Scripts.  Okay.  And you also indicate
23   that you were involved as a defendant in a wrongful termination
24   situation.  Was that when you were the manager?
25             PROSPECTIVE JUROR:  Bank of America, yeah.

```
 1              THE COURT:  Okay.  And I presume that you were
 2   represented by counsel?
 3              PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  And looking back at that experience, do
 5   you have any comment about it?  Do you feel that it was a
 6   difficult experience, it was par of the common course of
 7   business or --
 8              PROSPECTIVE JUROR:  It's par for course in banking
 9   and, you know, the truth doesn't change, so --
10              THE COURT:  All right.  And so you have no bad
11   opinion about the justice system as a result of that particular
12   experience?
13              PROSPECTIVE JUROR:  The system, no.
14              THE COURT:  Okay.  But it sounds like there's
15   something, but --
16              PROSPECTIVE JUROR:  No.  It's fine.
17              THE COURT:  No?  You don't want to tell me the thing
18   that trailed off?
19              PROSPECTIVE JUROR:  No.  It's just in reference to
20   my original statement that the truth doesn't change, and it
21   wastes so much time to have to sit to just retell the truth,
22   and, you know --
23              THE COURT:  So what you are saying, it was kind of
24   frustrating because of the fact that there was a lot of stuff
25   that needed to be done, and in the end, as you said, the truth
```

**UNITED STATES DISTRICT COURT**

```
 1    comes out?

 2               PROSPECTIVE JUROR:  Yes.

 3               THE COURT:  Okay.  And that I guess is, you know,

 4    when you indicate you have a strong opinion of the legal

 5    system, that goes to what we were just talking about?

 6               PROSPECTIVE JUROR:  That's one of them, yes.

 7               THE COURT:  Okay.  You said that was one of them.

 8    What is the other?

 9               PROSPECTIVE JUROR:  Just the justice system as it

10    stands now with the current climate in our society, it's a

11    little frustrating to see things with your own eyes, and then

12    find that once it goes to court, people are still found not

13    guilty for things they have actually done.  It's a challenge.

14               THE COURT:  Okay.  So what you're saying is that

15    sometimes because of the way that things turn out in

16    litigation.

17               PROSPECTIVE JUROR:  Right.

18               THE COURT:  It's not -- you know, it's not

19    necessarily the truth of what transpired, but it's based upon

20    what witnesses perceive and et cetera, et cetera, and those

21    sorts of things?

22               PROSPECTIVE JUROR:  Sure.  I don't think it's so

23    much the system.  I think the system is fine.  I think that

24    it's people in the system.  As you mentioned earlier, we all

25    have biases.
```

```
1              THE COURT:  Okay.

2              PROSPECTIVE JUROR:  And if I am a lawyer, and I'm

3    going to defend you vigorously, even though you may be guilty,

4    you know, that's -- that is what is frustrating for me when I'm

5    someone who lives by the law.

6              THE COURT:  Okay.  So, in other words, you are

7    saying that sometimes a person may succeed in litigation

8    because they have the better attorney?

9              PROSPECTIVE JUROR:  Yeah.  Absolutely, yes.

10             THE COURT:  Okay.  All right.  And you indicate that

11   your primary source of news is online?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Okay.  What sources are your primary

14   sources of news?

15             PROSPECTIVE JUROR:  Very infrequently, but CNN,

16   Huffington Post.

17             THE COURT:  Okay.  All right.  And you indicated

18   that insofar as whether or not you knew of anyone that was

19   involved in the development or marketing of new products, you

20   say, "Not products, processes in health care research

21   treatment."

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  What exactly do you mean by that?

24             PROSPECTIVE JUROR:  My cousin is a pioneer in AIDS

25   health care research.
```

```
 1                 THE COURT:  Okay.
 2                 PROSPECTIVE JUROR:  And so he's done a lot of things
 3   in that field, but not, of course, related to anything related
 4   to this.
 5                 THE COURT:  Okay.  But he's doing like health care
 6   research, et cetera, but he's actually doing the research, he's
 7   not doing like the financing of the research, he's actually
 8   doing the research itself?
 9                 PROSPECTIVE JUROR:  No.  The research itself.
10                 THE COURT:  Okay.  Thank you.  But you don't know
11   whether or not the type of research that he does would lead --
12   because sometimes, for example, you have medical research that
13   leads toward the development of particular medicines that are
14   sometimes patented.  He's not involved in that, is he?
15                 PROSPECTIVE JUROR:  I don't know, and I didn't ask.
16                 THE COURT:  Okay.  All right.  Thank you.  But you
17   also indicate that you yourself have some training or education
18   in business which we have covered, but also in mobile devices
19   and also telecommunications.  Could you give us some details
20   about that?
21                 PROSPECTIVE JUROR:  So I currently work for
22   T-Mobile.
23                 THE COURT:  Okay.
24                 PROSPECTIVE JUROR:  I am well immersed in Apple
25   products.
```

```
 1                THE COURT:  Okay.

 2                PROSPECTIVE JUROR:  We have partnerships with them.

 3   I go to a lot of meetings with the AppleMasters, et cetera, et

 4   cetera.  I mean, it's a normal occurrence.

 5                THE COURT:  All right.  Are you ever involved in

 6   actually -- like sometimes I would presume like T-Mobile, when

 7   you say they have dealings with Apple, is it primarily just

 8   Apple -- for example, just the Apple phones and things of that

 9   sort that you would be involved -- your company would be

10   involved in or would it be something at a more -- I don't want

11   to say not intrinsic level, but a more like individual product

12   level?

13                PROSPECTIVE JUROR:  So in my role, I have a working

14   knowledge of the actual products that they use.

15                THE COURT:  Okay.

16                PROSPECTIVE JUROR:  But in addition to that, I work

17   with a lot of the representatives from Apple who come into our

18   stores.  So I do a lot of travel around the market.  So I

19   indicated Wi-Fi is important, I need to be able to fire my

20   laptop up and not necessarily, you know, have to plug it into

21   something.  So the Wi-Fi is extremely important.  We have

22   meetings in Apple Stores with Apple employees.  I know someone

23   who works up north for Apple.  I mean, it's --

24                THE COURT:  Well, let me ask you this:  Because of

25   the fact that Apple itself is a defendant in this case, do you
```

1    think that your company and your prior dealings with Apple

2    would affect you as a juror at all in this case?

3            PROSPECTIVE JUROR:  I don't know.  I couldn't answer

4    today.  I guess it would depend on what it is that I see.  I

5    mean, like some of the previous people who have spoken, I do

6    have strong opinions as well as for larger companies.  I'm not

7    the biggest fan of Tim Cook.  I'm a Steve Jobber.

8            THE COURT:  Uh-huh.

9            PROSPECTIVE JUROR:  So, you know, I don't know.  I

10    can't answer that for you right now.

11            THE COURT:  But let me ask you this question:

12    Setting aside that aspect for a moment, are you aware that --

13    for example, that certain Apple products have portions that

14    come from Broadcom, for example?

15            PROSPECTIVE JUROR:  That, I didn't know.

16            THE COURT:  Didn't know that.  Okay.  I'm not saying

17    that's true.  I was just asking if you knew.  Okay.  So you

18    don't know one way or the other?

19            PROSPECTIVE JUROR:  No, not to my knowledge.

20            THE COURT:  Okay.  So you're not really -- really --

21    really working in the real technical aspects of the stuff,

22    you're dealing more in the ultimate products and the dealings

23    between the two companies?

24            PROSPECTIVE JUROR:  Devices in the way that if I was

25    in a store and a customer asked me a question, I can answer it.

1          THE COURT:  Okay.  All right.  And you say that you

2     have an elementary understanding of the patent system that's

3     through your business and stuff of that sort.

4          PROSPECTIVE JUROR:  No.  That is from business

5     courses in college.

6          THE COURT:  Oh, okay.  All right.  And you've talked

7     about your relationship with Apple vendors.  And you're saying

8     as to Broadcom, you're unsure whether or not you own any

9     products made by Broadcom.  Why do you say unsure?

10         PROSPECTIVE JUROR:  Well, I know -- like without a

11    doubt, I know about Caltech.  Without a doubt, I know about

12    Apple.  Broadcom, I have heard of it, but I'm trying to -- I

13    was racking my brain yesterday going Broadcom, Broadcom, what

14    in my house has Broadcom on it.  And I was trying to picture my

15    little Wi-Fi, you know, whatever you call it in my house.

16         THE COURT:  Uh-huh.

17         PROSPECTIVE JUROR:  And I have seen something with a

18    Broadcom sticker, but I couldn't tell you what it was.

19         THE COURT:  Okay.  Thank you.  And so generally, you

20    have a favorable opinion of both Apple and Caltech.  Broadcom,

21    you're not familiar with.  Again, your favorable opinion of

22    Apple and Caltech you don't think would affect you as a juror

23    in this case, would you?

24         PROSPECTIVE JUROR:  I think it would be the same

25    answer.  I'm not really sure.  I would have to see the

1    evidence.

2            THE COURT:  All right.  Well, let me ask you this:

3    Is there anything -- you know, obviously, there's going to be

4    testimony from Caltech, there's going to be testimony from

5    Apple, you know, testimony from Broadcom.

6       Do you think that you would have some initial favoring of

7    one side or the other because of your knowledge of those

8    companies or something, experience that you had with one of the

9    companies or something of that sort?  In other words, do you

10   feel that one party would have a leg up in any way, shape, or

11   form?

12           PROSPECTIVE JUROR:  A leg up?  I would probably say

13   no.

14           THE COURT:  Toe up?

15           PROSPECTIVE JUROR:  Maybe a toe up.

16           THE COURT:  What toe, and why?

17           PROSPECTIVE JUROR:  I am a fan of higher education.

18   It's a big deal for me.

19           THE COURT:  Okay.

20           PROSPECTIVE JUROR:  So, you know, I'm being

21   perfectly honest, when you say Caltech yesterday, I was

22   thinking Caltech.

23           THE COURT:  Okay.  They have a great football team.

24   Actually, I should have said they have a great chess team.  I

25   guess maybe that should be the proper analogy.

1           All right.  So generally you would say that you feel

2    you could be completely fair and impartial, although you have

3    some likings of certain aspects -- of certain of the parties,

4    but you feel that in the end you could be completely fair and

5    impartial to both sides?

6           PROSPECTIVE JUROR:  Sure.

7           THE COURT:  When you say that, you don't sound

8    sincere.  Are you sincerely saying that?

9           PROSPECTIVE JUROR:  I'm not trying to sound

10   insincere, but I can't answer for what I don't know here.  If

11   there was something presented to me, that is my human resources

12   brain speaking, I can have plenty of opinions, but I need to

13   get the facts.

14          THE COURT:  Let me ask you this question then.  Is

15   there anything -- in other words, sometimes what might happen

16   is you might hear something about a company or something of

17   that sort which would, you know, trigger a -- let's say a more

18   positive or more adverse reaction than what most normal people

19   would say it should have engendered because of some aspect of

20   something that happened in a juror's past life or a family

21   member or something like that.

22       Do you think -- is there some subject area or some

23   particular aspect of, you know -- if you were to discover about

24   either Apple or Caltech or Broadcom that would kind of like set

25   you over the edge, either positively or negatively?

1              PROSPECTIVE JUROR:  That was a great question.  I
2    would say that --
3              THE COURT:  Thank you.  I like the compliment before
4    you are going to say what is wrong with my question.
5              PROSPECTIVE JUROR:  I wouldn't have any triggers,
6    no.
7              THE COURT:  You don't have -- you don't feel -- none
8    that you would recognize at this point?
9              PROSPECTIVE JUROR:  No.
10              THE COURT:  Okay.  Thank you.
11              PROSPECTIVE JUROR:  Uh-huh.
12              THE COURT:  And you also indicated that you had some
13    ideas you felt were taken from you, not in the sense of
14    actually like taken, but the fact you weren't given the credit
15    for those ideas.  Let me ask, prior to that happening, was
16    there some way that you had formalized those ideas?  In other
17    words, had you set them down in writing or something of that
18    sort?
19              PROSPECTIVE JUROR:  Everywhere I have worked,
20    including now, I tend to make a step-by-step on how to do
21    certain things.  That is for business continuity reasons.  If I
22    get promoted, who is going to replace me, here, this is what
23    you are going to have to do.  So I always think forward in that
24    way.
25         So somewhere I worked, it hasn't affected my life, of

```
 1  course, but somewhere where I worked before where I came up
 2  with these things, it was asked to be viewed, they looked at it
 3  next thing you know it was presented at a meeting.
 4              THE COURT:  Okay.  By someone else without crediting
 5  you?
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  That is frustrating, isn't it?
 8              PROSPECTIVE JUROR:  Yes.
 9              THE COURT:  Okay.  But do you note any -- in any of
10  those situations that that happened, did that person or persons
11  who did that, did they receive some sort of financial, you
12  know, compensation or something like that?
13              PROSPECTIVE JUROR:  No.
14              THE COURT:  They didn't?
15              PROSPECTIVE JUROR:  No.
16              THE COURT:  So it's just always recognition though?
17              PROSPECTIVE JUROR:  Yes.
18              THE COURT:  Nothing but recognition.
19          And you indicated that at one point in time you brought an
20  action against Wells Fargo?
21              PROSPECTIVE JUROR:  I indicated a lot of stuff on
22  there, didn't I?
23              THE COURT:  Well, you were just being so truthful,
24  that is something we want.  We want honest and candid
25  responses.  If you want a sidebar, we can have a sidebar.
```

```
 1              PROSPECTIVE JUROR:  It's simple.  It was EEOC

 2    charges against Wells Fargo, and, I mean, we all know how that

 3    all turned out.

 4              THE COURT:  Okay.  Was it -- was it -- did you claim

 5    some sort of retaliation because you did let's say like

 6    reporting or something like that?

 7              PROSPECTIVE JUROR:  There was no retaliation for me

 8    because I was able to walk away clean.  I had a new job.  I

 9    filed my charges after.  I wanted everything on record because

10    of all of the other things I knew would probably happen.  And

11    I'm happy to say I still get checks periodically from those

12    sources.

13              THE COURT:  Okay.  All right.  So, in other words,

14    you don't have a problem with the way that was resolved?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Okay.  I think that is it.

17         All right.  Thank you very much.

18         Juror No. 11.  You indicated you were a juror in a case

19    and there was a mistrial.  Without telling us which way it was

20    leaning toward one way or the other, why was there a mistrial?

21    Was it a situation where something happened or was it a

22    situation where the case was settled or what?

23              PROSPECTIVE JUROR:  It was a double homicide,

24    gang-related, and the detective in the case on the plaintiff's

25    side had failed to submit evidence to the defendant attorneys.
```

1   And once the evidence was found, they declared a mistrial while

2   the defendant attorneys looked over the evidence.

3          THE COURT:  Okay.  So, in other words, what happened

4   was because of a failure to provide evidence, I guess it was by

5   the government, to the defense counsel, when that evidence was

6   attempted to be offered in trial, there was a mistrial declared

7   so that the defense could look at the evidence, et cetera?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Okay.  And you indicate that your mother

10  and father owned a small electric supply company.  That is like

11  prior to the Lowe's and Home Depot type of situation.  Do you

12  think they were driven out of business because of Lowe's?

13         PROSPECTIVE JUROR:  Yes, they were.

14         THE COURT:  So do you have any sort of bad feeling

15  about large companies?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  Okay.  It was just something that

18  happened?

19         PROSPECTIVE JUROR:  We live in a very small town at

20  the time.  It was only 45,000 people living there.  And when

21  Home Depot was built, pretty much all of the mom-and-pop

22  electrical shops and plumbing, tile, flooring, they all went

23  out of business.

24         THE COURT:  Okay.  And do you know, what did your

25  mother and father do after that?

```
 1                 PROSPECTIVE JUROR:  My dad is a cable maintenance
 2    for Spectrum.  My mom is retired.
 3                 THE COURT:  Okay.  Thank you.
 4         And you indicated you get news from various sources.  What
 5    do you think is your primary source for news?
 6                 PROSPECTIVE JUROR:  Online.
 7                 THE COURT:  Which one?
 8                 PROSPECTIVE JUROR:  Mainly ABC 7.
 9                 THE COURT:  Okay.  And, now, you indicate you
10    currently work for Disney?
11                 PROSPECTIVE JUROR:  Correct.
12                 THE COURT:  And you indicate that you have had some
13    experience with the patent and trademark office, primarily in
14    the area, I would say, of trademarking, et cetera.  Is that --
15                 PROSPECTIVE JUROR:  Trademarking and branding.
16                 THE COURT:  Okay.  What exactly -- do you do
17    actually anything with that area or are you just familiar with
18    that area?
19                 PROSPECTIVE JUROR:  I'm familiar with the area.
20                 THE COURT:  Okay.  And, now, you also indicate that
21    you worked at a job -- or actually your current position deals
22    with developing apps and programs for employees to help use and
23    navigate benefits.  Do you yourself create those apps?
24                 PROSPECTIVE JUROR:  I do not create them, no.
25                 THE COURT:  Okay.  What exactly do you do then?
```

1          PROSPECTIVE JUROR:  I manage the invoicing and the

2    billing for those items.

3          THE COURT:  Okay.  So, in other words, you are

4    dealing with the administrative aspects.  You are not dealing

5    with the actual technical development?

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  Okay.  Great.

8       And previously you had -- did you have a previous job

9    prior to Disney that also involved similar types of work?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  Okay.  So it's primarily Disney that you

12   developed all of this?

13          PROSPECTIVE JUROR:  Correct.

14          THE COURT:  And you indicate you have business and

15   accounting that is primarily through this business -- sorry --

16   through the Disney company you have been working for?

17          PROSPECTIVE JUROR:  HR, business management.

18          THE COURT:  Okay.  You said you indicated that you

19   visited Caltech once ten years ago.  Why did you visit them?

20          PROSPECTIVE JUROR:  It was for one of my nephew's

21   field trips.  They went on a field trip to the school for the

22   school for a STEM program.

23          THE COURT:  Okay.  And you just went along?

24          PROSPECTIVE JUROR:  I just went along as a

25   chaperone.

1          THE COURT:  Okay.  But you were impressed?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  And you said that you feel that Wi-Fi --

4    your Wi-Fi use in terms of importance is ten, but then you said

5    "hate using data if possible."

6          PROSPECTIVE JUROR:  I hate using my data plan.

7          THE COURT:  Is that because of the monetary reasons?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  Oh, okay.  I thought they had unlimited

10   plans these days.

11         PROSPECTIVE JUROR:  They are very expensive.

12         THE COURT:  All right.  And I think that is it.

13   Thank you.

14      Juror No. 12.  Now, you indicate that you finished high

15   school and you are currently studying mathematics in college;

16   is that correct?

17         PROSPECTIVE JUROR:  Yes.

18         THE COURT:  What aspect of mathematics are you

19   studying?

20         PROSPECTIVE JUROR:  Calculations, variable

21   calculations, differential equations.

22         THE COURT:  What do you plan to do?

23         PROSPECTIVE JUROR:  I'm planning on becoming a

24   teacher.

25         THE COURT:  Okay.  You don't want to go into like

```
 1    developing programs and stuff?  That is where the money is.

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  No?  Okay.  All right.  But you also

 4    indicate that you received special education, you say math,

 5    physics, and something and JAVA programming.  Is it a CTT or --

 6              PROSPECTIVE JUROR:  C++.

 7              THE COURT:  What is C++?

 8              PROSPECTIVE JUROR:  It's a computer program type

 9    of --

10              THE COURT:  Okay.  But see, I'm -- I think the word

11    to describe me is a Luddite.

12         Do you know what a Luddite is?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  They are people, I think, who hate

15    modern technology.  That's why I'm so perfect to be a judge in

16    this case, because I hate technology.

17         What is the difference, for example, what is the

18    difference between C++ and JAVA programming?

19              PROSPECTIVE JUROR:  They just have like different

20    syntax and how they perform the programs.

21              THE COURT:  Okay.  Let me ask you, have you ever --

22    well, actually let me -- it's one of the questions I will ask

23    all of the rest of you, but let me -- since I have you on it

24    right now, have you ever prior to coming to this case for

25    this -- coming to this courtroom for this trial, have you ever
```

1    read or looked at a patent?

2              PROSPECTIVE JUROR:  No, I haven't.

3              THE COURT:  Okay.  And when you received this

4    education in C++ and JAVA programming, what does that entail?

5              PROSPECTIVE JUROR:  It's to obtain my degree in

6    math.  It's required.

7              THE COURT:  What actually have you studied when you

8    study programming?  What exactly are you studying?

9              PROSPECTIVE JUROR:  Just the language and how to

10   code different things, learn the terms and stuff like that.

11             THE COURT:  So do you know coding?

12             PROSPECTIVE JUROR:  Yeah, a little bit.

13             THE COURT:  Okay.

14             PROSPECTIVE JUROR:  I have taken two courses,

15   two courses in C++ and one in JAVA.

16             THE COURT:  All right.  And let's see, your primary

17   sources of news are what?

18             PROSPECTIVE JUROR:  Online.

19             THE COURT:  Which one?

20             PROSPECTIVE JUROR:  CBS, NBC, ABC.

21             THE COURT:  Okay.  And you also indicate that you

22   had some special training in electrical engineering.  What does

23   that --

24             PROSPECTIVE JUROR:  Oh, I have taken a physics

25   course in electricity and magnetism, just very minimal

 1    knowledge of that.

 2              THE COURT:  Okay.  I was going to ask you how

 3    electricity works, but I guess that would take too long.

 4        All right.  And you indicated that you feel that Caltech

 5    is an elite and well-respected institute.

 6        Let me ask, would -- do you think you could be fair to

 7    both sides in this case even though you have this kind of high

 8    opinion of Caltech?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  Okay.  And you say Wi-Fi is ten because

11    you are young and you are connected to the Wi-Fi.

12        All right.  Thank you.

13        Juror No. 13.  All right.  You also -- you indicate that

14    you have received some special education or training in Oracle

15    software, Energy/P -- it looks like you are saying "sortware"

16    or is that software again?  They are both software?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  Okay.  What's the difference between

19    Oracle software and Energy/P software?

20              PROSPECTIVE JUROR:  Oracle is customer care and

21    billing software that we use at my job.  So pretty much we take

22    care of data.  We get data from customers there.  We keep their

23    phone number, addresses, billing information, how many times

24    they paid, when they paid, and so on, how much they owe us.

25        Energy IP, it's a data management system, so it's a

1   program that pretty much we have in -- we have water and

2   electricity that we manage.  So this program kind of gets all

3   that data usage pretty much, so how much water you use, how

4   much energy you use come through this software.

5        Then we use that to calculate how much we're going to bill

6   somebody.

7             THE COURT:  So, in other words, you primarily use

8   software, you actually don't develop software itself, do you?

9             PROSPECTIVE JUROR:  I helped developed Energy IP.  I

10  was in a project to help develop that software.

11            THE COURT:  When you developed it, how did you

12  develop it?  What steps did you take?

13            PROSPECTIVE JUROR:  We were -- pretty much I entered

14  into a phase where we started seeing what we needed and how

15  we're going to get there so pretty much the testing phase.

16       So I was in the testing phase of it, pretty much helped

17  with a little bit of tweaks in order to pretty much develop it

18  how we wanted it.

19            THE COURT:  But you yourself didn't write the

20  software?

21            PROSPECTIVE JUROR:  No, I didn't write it.

22            THE COURT:  So you developed the software, telling

23  them what to put in, how it is supposed to respond and all of

24  this stuff?

25       Okay.  Thank you.

1       You don't feel you are competent in terms of writing

2   software, do you?

3           PROSPECTIVE JUROR:  No, I was supposed to take a

4   course in that, but they didn't approve it.

5           THE COURT:  All right.  Also insofar as sources of

6   news, what is your primary source of news?

7           PROSPECTIVE JUROR:  Depends if I'm bored at work, I

8   go to Apple News, whatever I find there.  And also I have a

9   news app.  It gives me breaking news from different areas.

10          THE COURT:  Okay.  Thank you.

11      And in terms of you saying you had special training and

12  education, we talked about software, but you also include Wi-Fi

13  and content streaming.

14      What is the Wi-Fi and what is the content streaming?

15          PROSPECTIVE JUROR:  Pretty much when it comes to

16  Wi-Fi, any time the Wi-Fi breaks down at either, you know, my

17  parents' businesses or at home or even sometimes at work, they

18  pretty much go to me to try to fix it.  I use the regular

19  reboots.

20          THE COURT:  They say unplug and plug in.

21          PROSPECTIVE JUROR:  Exactly, or I set it up

22  sometimes as well, but it's the regular stuff.

23          THE COURT:  So do you think you are particularly

24  adept at determining -- you know, problem solving or problems

25  fixing in the -- as to Wi-Fi and things of that sort?

1           PROSPECTIVE JUROR:  To a point, just the basics.

2           THE COURT:  Okay.  Content streaming, what

3    experience do you have in that?

4           PROSPECTIVE JUROR:  Using it all the time.

5           THE COURT:  I drive my car all the time, except I

6    don't know anything about cars.

7        All right.  And you also indicated you had friends who

8    have attended the Caltech.  What -- are you particularly close

9    with those friends?

10          PROSPECTIVE JUROR:  I haven't talked to them in a

11   while.  Every once in a while we get together.

12          THE COURT:  Okay.  So, in other words, you know they

13   went to Caltech, but other than that, nothing much about

14   Caltech?  Okay.

15       And I think that is it.  Thank you.

16       Juror No. 14.  You work -- you said that as your job,

17   Metropolitan Water District Board letter coordinator.

18       What is that?

19          PROSPECTIVE JUROR:  That basically is you go to the

20   board of directors and you ask for money.

21          THE COURT:  You ask what?

22          PROSPECTIVE JUROR:  You ask for money.  It's -- we

23   do all of the background on what they call board letters, which

24   is a legal document, and it's very specific, you know.

25          THE COURT:  Okay.  So, in other words, the water

```
 1   district periodically issues monies for certain things, and
 2   this is the process by which somebody applies for that money,
 3   and you coordinate that?
 4              PROSPECTIVE JUROR:  Basically, yes.
 5              THE COURT:  All right.  And then you also indicate
 6   that you previously had worked for Sony Pictures.  You have
 7   executive assistant, Sony Pictures Electronics.
 8        What were you doing?
 9              PROSPECTIVE JUROR:  At Pictures, I worked for the VP
10   in home entertainment IT.
11              THE COURT:  Home entertainment IT?
12              PROSPECTIVE JUROR:  Uh-huh.
13              THE COURT:  And what's the exec -- in electronics?
14              PROSPECTIVE JUROR:  Electronics, it was mostly
15   accounting.
16              THE COURT:  So when you were working for Sony
17   Pictures IT, that was doing what?
18              PROSPECTIVE JUROR:  I worked for the vice president.
19              THE COURT:  And he was in charge of IT stuff?
20              PROSPECTIVE JUROR:  Yeah.
21              THE COURT:  But do you think you know anything about
22   IT stuff because of the fact you were his assistant?
23              PROSPECTIVE JUROR:  Just on a really high level.
24   I'm not very technical.  I worked in IT for ten years.  I
25   couldn't tell you anything.  I have taken a few programming
```

1    classes just for my own information.

2              THE COURT:  But you don't think you are an expert in

3    programming?

4              PROSPECTIVE JUROR:  Oh, no.

5              THE COURT:  And you said that you were involved in a

6    small claims court action, although, some time ago.

7         Looking back on that situation, do you have any opinion,

8    thoughts, feelings about that process?

9              PROSPECTIVE JUROR:  Actually, there were two.

10             THE COURT:  Oh, there were two?  Okay.

11             PROSPECTIVE JUROR:  I forgot about the other one

12   which was long, long ago.  That was small claims also.

13             THE COURT:  Okay.

14             PROSPECTIVE JUROR:  We actually sued -- a couple of

15   friends of mine bought looms, and they never delivered it.

16             THE COURT:  Okay.  Like looms for fabrics and stuff

17   like that?

18             PROSPECTIVE JUROR:  Yes.  We took them to court and

19   got monies.

20        And then this recent one was -- oh, yeah.  I forgot about

21   that one.  I lived in a condo on the third floor, and the roof

22   failed and leaked all over my unit.

23             THE COURT:  Okay.  So you sued your landlord?

24             PROSPECTIVE JUROR:  No.  I sued the board -- I mean

25   I sued the HOA.  It was a condo.

```
 1              THE COURT:  All right.  And did you -- was that suit
 2    in small claims?
 3              PROSPECTIVE JUROR:  Yes.
 4              THE COURT:  What happened in that situation?
 5              PROSPECTIVE JUROR:  I won eventually.  I had to go
 6    to court three times.  It took me a year and a half.
 7              THE COURT:  I guess, do you still live in that
 8    condo?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  All right.  You also indicated you were
11    a juror in certain criminal cases; is that correct?
12              PROSPECTIVE JUROR:  Yeah.  This is long ago, too.  I
13    don't really remember.  Traffic, and then I think there was a
14    drug one.
15              THE COURT:  Okay.  Thank you.
16        And also primary sources of news is what?
17              PROSPECTIVE JUROR:  I have a long commute, so I
18    listen to talk a lot.
19              THE COURT:  Talk radio?
20              PROSPECTIVE JUROR:  Yeah.
21              THE COURT:  All right.  And so in terms of -- you
22    said you had special training and education in IT, computer
23    programming, accounting, and electronics.  We've covered all of
24    that, right?
25              PROSPECTIVE JUROR:  I think so.
```

```
 1              THE COURT:  All right.  And you also think that
 2   Apple makes good products?
 3              PROSPECTIVE JUROR:  Sure.
 4              THE COURT:  Okay.  You also indicate that in terms
 5   of importance of Wi-Fi, you put it down as a five.
 6         Why so low?
 7              PROSPECTIVE JUROR:  Well, where I work it doesn't
 8   work.
 9              THE COURT:  It doesn't work?
10              PROSPECTIVE JUROR:  So every time I try to get on, I
11   can't get on anyway.  So I'm at work most of the day, Wi-Fi
12   doesn't work.  They are working on fixing it, I guess.
13              THE COURT:  And I guess you have had certain
14   problems with certain companies regarding the policies, et
15   cetera.
16         None of that would relate to your serving as a juror in
17   this case, would it?
18              PROSPECTIVE JUROR:  Yeah, it would.
19              THE COURT:  Why?
20              PROSPECTIVE JUROR:  About three years ago I called
21   AAA because the car wouldn't start, and they blew the
22   electrical completely out of the car.
23              THE COURT:  Okay.
24              PROSPECTIVE JUROR:  I tried to call them.  They
25   never responded.  They left me high and dry about two weeks
```

```
 1   with no transportation.
 2       I finally called my insurance company, and they covered
 3   it, which surprises me because it wasn't a moving kind of a
 4   damage.
 5               THE COURT:  Sure.
 6               PROSPECTIVE JUROR:  It left me with a really bad
 7   feeling about AAA, which is like one of the -- it's a big
 8   company.
 9               THE COURT:  Yeah.  But AAA is not involved in this
10   case.
11               PROSPECTIVE JUROR:  No, no.
12               THE COURT:  So, in other words, you are kind of like
13   you don't like big companies at this point?
14               PROSPECTIVE JUROR:  Kind of.  I have a tendency to
15   write the president of companies if I feel like I have been
16   wronged.
17               THE COURT:  Okay.
18               PROSPECTIVE JUROR:  That's what happened in this
19   case, and they actually did respond.
20               THE COURT:  Okay.
21               PROSPECTIVE JUROR:  But they weren't sorry enough,
22   you know.  I'm still so mad about it.
23               THE COURT:  You wanted them to grovel?
24               PROSPECTIVE JUROR:  Yeah.  They actually had called
25   me, and he wasn't responding to my anger appropriately.
```

```
 1                 THE COURT:  All right.
 2                 PROSPECTIVE JUROR:  They did pay for my
 3     out-of-pocket.  But that car was never the same, and probably
 4     $2,000 later I had to replace the car.
 5                 THE COURT:  Let me ask this question:  Do you think
 6     that would affect you as a juror in this case?
 7                 PROSPECTIVE JUROR:  I don't know.  It might.
 8                 THE COURT:  Let me ask, how would it?
 9                 PROSPECTIVE JUROR:  Because I'm mad about
10     everything.
11                 THE COURT:  So -- well, so, in other words, you are
12     just an angry person?  That is the reason why you think it
13     would affect you as a juror in this case?
14                 PROSPECTIVE JUROR:  Yeah, I'm an angry person.
15                 THE COURT:  Let me ask the next juror, Juror No. 15.
16     Did you ever get a hold -- to determine your childcare issues?
17                 PROSPECTIVE JUROR:  She never returned my call.
18                 THE COURT:  But, you know, I would like to get that
19     resolved, if possible.
20         Do you think you could try to contact her when you take a
21     break in this case?
22                 PROSPECTIVE JUROR:  Yes.
23                 THE COURT:  Again, we need to get that resolved as
24     soon as possible.
25                 PROSPECTIVE JUROR:  Okay.
```

```
 1              THE COURT:  And you primarily work for this
 2   organization called Children of the Night.  Basically, what is
 3   that organization?
 4       You said primarily like a welfare organization?
 5              PROSPECTIVE JUROR:  No, it actually is a nonprofit.
 6   It focuses on young girls that have been involved in
 7   prostitution.
 8              THE COURT:  Okay.  So it basically is an assistance
 9   program for them?
10              PROSPECTIVE JUROR:  Yes.
11              THE COURT:  Okay.  And you also indicate that
12   sometimes you don't feel that the justice system works for -- I
13   think you say "works for the poor"?
14              PROSPECTIVE JUROR:  I mean, I just feel like it
15   doesn't work, period.
16       Like, I feel like it's really injustice and everything in
17   the cases that I've actually seen in settings.
18              THE COURT:  Okay.  The cases that you have primarily
19   seen are in what context, though?
20              PROSPECTIVE JUROR:  Murder cases.
21              THE COURT:  Murder?
22              PROSPECTIVE JUROR:  Yes.
23              THE COURT:  So, in other words, would you say that
24   you have problems with the criminal justice system?
25              PROSPECTIVE JUROR:  Mainly.
```

```
1              THE COURT:  Okay.  But what about -- do you feel the
2    same way in terms of the civil system?
3              PROSPECTIVE JUROR:  Never really dealt with the
4    civil system.
5              THE COURT:  Okay.  So this would be your first -- so
6    we had to make a good impression on you for this -- on this
7    one.
8              PROSPECTIVE JUROR:  Yes.
9              THE COURT:  All right.  And your primary sources of
10   news are what?
11             PROSPECTIVE JUROR:  Twitter.
12             THE COURT:  Okay.  And you are saying that you would
13   say that your level -- Wi-Fi level of importance is nine.
14             PROSPECTIVE JUROR:  Yes.
15             THE COURT:  Why didn't you say ten?
16             PROSPECTIVE JUROR:  I mean, I'm mainly kind of --
17   not so much a ten because, I mean, I have -- it's a nine
18   because I mainly use it for work only.
19             THE COURT:  Okay.  All right.  Thank you.
20        Juror No. 16.
21             PROSPECTIVE JUROR:  Yes.
22             THE COURT:  You are a lawyer?
23             PROSPECTIVE JUROR:  Yes.
24             THE COURT:  And you work as to a particular company.
25   That company has certain IP stuff generally.
```

      1            PROSPECTIVE JUROR:  Yes.

      2            THE COURT:  But do you primarily work in litigation,

      3    do you primarily work for business, or do you cover everything?

      4            PROSPECTIVE JUROR:  A little bit of everything.

      5            THE COURT:  A little bit of everything, okay.  If

      6    the case -- you indicated that your company went to court twice

      7    on patent matters; is that correct?

      8            PROSPECTIVE JUROR:  Yes.

      9            THE COURT:  So they have gone to court on other

     10    matters as well, but there are two instances where they're

     11    specifically involving patents?

     12            PROSPECTIVE JUROR:  Yes, sir.

     13            THE COURT:  And was it a situation where the

     14    company -- in other words, your company was accused of

     15    violating the patents or was it a situation where your company

     16    had patents and you were suing somebody else for infringement

     17    of those patents?

     18            PROSPECTIVE JUROR:  We were being sued for

     19    infringement.

     20            THE COURT:  Okay.  And in that -- those lawsuits,

     21    did your company hire attorneys to specifically handle the

     22    litigation or did you handle the litigation?

     23            PROSPECTIVE JUROR:  Yes.

     24            THE COURT:  They hired --

     25            PROSPECTIVE JUROR:  Hired patent attorneys.

```
 1                THE COURT:  Okay.  Who did they hire?

 2                PROSPECTIVE JUROR:  Wiley Rein & Fielding.  I think

 3    the other one was Quarles & Brady.

 4                THE COURT:  Okay.

 5                PROSPECTIVE JUROR:  That was a while ago.

 6                THE COURT:  Okay.  And do you have an opinion as to

 7    how those IP -- or patent -- sorry -- how those patent

 8    proceedings were conducted and the result?

 9                PROSPECTIVE JUROR:  The first one we settled out of

10    court.

11                THE COURT:  Okay.

12                PROSPECTIVE JUROR:  It involved a product

13    formulation, compounded chemicals.

14                THE COURT:  Yes.

15                PROSPECTIVE JUROR:  The second one, I'm not so happy

16    about, a software patent relating to retail store locators.

17                THE COURT:  Okay.

18                PROSPECTIVE JUROR:  Filed in a district known for --

19    no offense -- patent tools.  So we ended up settling that as

20    well.  That was not a great experience.

21                THE COURT:  Okay.  And let me ask, you also indicate

22    that you were a witness in a wrongful termination action, but

23    you say "against my employee."

24                PROSPECTIVE JUROR:  I should have said employer.

25                THE COURT:  Employer.  Okay.  All right.  So do you
```

1    have any opinions or recollections about that experience?

2            PROSPECTIVE JUROR:  I guess being a defendant in a

3    case is never a great experience, but, you know --

4            THE COURT:  So, in other words, you didn't think you

5    were unfairly treated by the counsel?

6            PROSPECTIVE JUROR:  No.

7            THE COURT:  Okay.  All right.  And your primary

8    sources of news are what?

9            PROSPECTIVE JUROR:  Probably newspaper and online.

10            THE COURT:  Okay.  What newspaper and -- what's your

11    primary newspaper and what your primary online would be?

12            PROSPECTIVE JUROR:  *New York Times* and *LA Times*.

13            THE COURT:  Okay.

14            PROSPECTIVE JUROR:  Online, probably NPR.

15            THE COURT:  Okay.  All right.  And you indicate you

16    have a favorable opinion of Caltech.

17        Why is that?

18            PROSPECTIVE JUROR:  It's a respected institution.

19            THE COURT:  Okay.  All right.  Thank you.

20        Juror No. 17.  You indicate that you had some study or did

21    some studying in the area of banking; is that correct?

22            PROSPECTIVE JUROR:  Yes.

23            THE COURT:  Okay.

24            PROSPECTIVE JUROR:  For 15 years, I worked for Bank

25    of America in the building that's torn down now.

1    THE COURT:  She said that she -- for 15 years, she

2  worked for Bank of America, and at a location also in downtown?

3    PROSPECTIVE JUROR:  Yeah, the one that they tore

4  down recently.  It was within the past year.

5    THE COURT:  Is that the one in the *LA Times*

6  building?

7    PROSPECTIVE JUROR:  I don't remember *LA Times* being

8  inside of that building at all.

9    THE COURT:  Okay.

10    PROSPECTIVE JUROR:  *LA Times* is over here on this

11  side?

12    THE COURT:  Yeah, *LA Times* was I think at 1st and

13  Broadway.

14    PROSPECTIVE JUROR:  Just on the other side of the

15  110 Freeway.

16    THE COURT:  Oh.  Was that near Olvera Street?

17    PROSPECTIVE JUROR:  No.  It's off of Temple and

18  Beaudry.

19    THE COURT:  Oh, Temple and Beaudry, okay.

20    All right.  So you worked for Bank of America for

21  15 years, and now you are with the City of Los Angeles as a

22  gardener/caretaker?

23    PROSPECTIVE JUROR:  Yes, from inside to outside.

24    THE COURT:  I know.  It's very strange.  Which do

25  you like better?

1              PROSPECTIVE JUROR:  You know what, I really like

2    being outside better, but I miss the -- I don't know, I kind of

3    miss the air-conditioning unit in the summer.

4              THE COURT:  Grass is always greener.  All right.

5    And you also indicated that you have some experience or

6    training in computer programming.

7         What was that experience and where did you get it?

8              PROSPECTIVE JUROR:  All of the computer system -- or

9    all of the programs on the computer system were directed

10   towards the banking information that we handled throughout the

11   day.  I used to work in centralized item processing.

12             THE COURT:  Okay.

13             PROSPECTIVE JUROR:  The center where we take in all

14   of the phone calls for the areas within the bank that didn't

15   take phone calls.

16             THE COURT:  Okay.  So, in other words, you used

17   programming stuff like that, but you never developed

18   programming and stuff?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Okay.  Thank you.  And you say your

21   primary source of news is TV, which source?

22             PROSPECTIVE JUROR:  Channel 2, 7, and 5, I kind of

23   bounce back and forth.

24             THE COURT:  Okay.  And you indicate that Wi-Fi is

25   only four.  You are the lowest, by the way.

UNITED STATES DISTRICT COURT

```
 1              PROSPECTIVE JUROR:  That's because it doesn't really
 2    work.
 3         When I'm at work, I'm outside.  I have tools, it's
 4    hands-on, and headphones.
 5              THE COURT:  All right.  Thank you.
 6         Juror No. 18.  Let me ask you these questions:
 7         You are a registered nurse.  In any particular area?
 8              PROSPECTIVE JUROR:  Orthopedics.
 9              THE COURT:  Orthopedics.  Okay.  And your primary
10    source of news is either TV or social media.
11         Which TV stations and which --
12              PROSPECTIVE JUROR:  Whatever is on at work.  I
13    usually turn it on, and then I use like the KTLA app at work so
14    I don't really watch the news or --
15              THE COURT:  Okay.  All right.  And you are
16    indicating that your Wi-Fi interest is -- or importance is
17    seven.  Why seven?
18              PROSPECTIVE JUROR:  At work, I don't use it because
19    it doesn't work.  I'm never on my phone at work.
20         At home, if it doesn't work, I'll find something else to
21    do.
22              THE COURT:  Okay.  So it's not that important to
23    you?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  All right.  And Juror No. 19.  We're
```

1    getting close to 20.

2         Juror No. 19, you are a pharmacist, right?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  You need to speak a little bit louder.

5    So you are a pharmacist.

6         You indicate you work for the State of California

7    Department of Health Care Services.

8         Are you primarily doing pharmaceutical work or are you

9    primarily doing, for example, administrative work in a

10   pharmaceutical area?

11             PROSPECTIVE JUROR:  I work as a pharmacist

12   consultant.  We review the case based on medical information,

13   assessment, documentation from doctors, providers, submit for

14   Medi-Cal patients and under health care plans.

15             THE COURT:  So, in other words, your primary

16   function is to determine whether or not the specific medicines

17   that are prescribed are covered?

18             PROSPECTIVE JUROR:  What they call it is like

19   clinical pharmacist.

20             THE COURT:  So it's a primary clinical pharmacist.

21   So, in other words, you primarily determine the efficacy of the

22   particular drug?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  So, in other words, its efficacy, not

25   prescription?

```
 1            PROSPECTIVE JUROR:  Well, actually, the provider,

 2   which is the doctor or CVS or Walgreens, can submit the

 3   medication treatment management for some medication that's not

 4   on Medi-Cal formally.

 5        We have to review to see whether the regimen is safety,

 6   efficacy, and mixture of that is not overuse.

 7            THE COURT:  Okay.  Thank you.

 8            PROSPECTIVE JUROR:  During the process, if I see

 9   something unusual, we refer to audit and investigation so they

10   can go further.

11            THE COURT:  Okay.  But that is on an

12   individual-by-individual basis.  It's not across the board.

13        So, in other words, you are getting from either CVS or

14   Walgreens a request for coverage for this particular medicine,

15   and your office determines the -- as you said, the efficacy,

16   safety, et cetera.

17            PROSPECTIVE JUROR:  Yes.

18            THE COURT:  Okay.  Thank you.  And you say that your

19   primary source of news is online?

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  Which one?  Don't be embarrassed.

22            PROSPECTIVE JUROR:  CNN.

23            THE COURT:  CNN?  Okay.

24            PROSPECTIVE JUROR:  Channel 2, 5, 9, *LA Times*.

25            THE COURT:  Okay.  And you did not answer what your
```

```
 1   general impression was of the various parties.

 2         In other words, you didn't say whether it's favorable,

 3   neutral, or unfavorable as Broadcom, Apple, or Caltech.

 4         Did you just forget to mark off that section?

 5             PROSPECTIVE JUROR:  Yeah, maybe.

 6             THE COURT:  Okay.  Let me ask, do you have any

 7   opinion on Broadcom?

 8             PROSPECTIVE JUROR:  No.

 9             THE COURT:  Okay.  Any opinion on Apple?

10             PROSPECTIVE JUROR:  No.

11             THE COURT:  Any opinion on Caltech?

12             PROSPECTIVE JUROR:  Well, I have two sons.  Their

13   dream school is Caltech, but unfortunately, they cannot get in,

14   so they went to UCLA and UC San Diego instead.

15             THE COURT:  Oh.  Would you hold that against

16   Caltech?

17             PROSPECTIVE JUROR:  Well, I know that it's a very

18   good school and their dream school.

19             THE COURT:  But their school crushed their dreams.

20             PROSPECTIVE JUROR:  Well, but anyway, they are okay

21   now.

22             THE COURT:  Okay.  All right.  How old are they now?

23             PROSPECTIVE JUROR:  Well, one is a doctor, the other

24   one is a pharmacist.

25             THE COURT:  I feel so sorry for them.  One can only
```

imagine what would have happened if they went to their dream

school.

     And you say that you are number seven insofar as the use

of importance of Wi-Fi?

          PROSPECTIVE JUROR:  Well, I feel I cannot allow to

use something else at home, browse around on the Internet, if

Wi-Fi is important to me, then I find something else.

          THE COURT:  Okay.  Let me also ask, at one point in

time, you indicated that you might have some problems.  You

felt you might have some problems in this case because of the

fact that you have limited writing capabilities at this point

in time.

     Do you still feel the same way?

          PROSPECTIVE JUROR:  Yes.

          THE COURT:  You still feel the same way.  Okay.

     And Juror No. 20, you indicate also that you have a strong

opinion about the legal system because you don't feel it's fair

to all citizens.

     Why is that?

          PROSPECTIVE JUROR:  Well, like this case, for

instance, you know, it's a lot of money on both sides, not

everybody can afford that.

          THE COURT:  Okay.  So, in other words, you think

that sometimes the legal system -- well, let me just ask.

Sometimes the legal system is divided into like criminal cases

1    and civil cases.

2        Do you feel that's the same in both areas or is it

3    primarily in the civil area or primarily in the criminal area

4    or what?

5            PROSPECTIVE JUROR:  It bleeds into both, but

6    primarily the civil.

7            THE COURT:  Okay.  All right.  Do you yourself feel

8    that way because of any personal experiences from either

9    yourself or members of your family or friends that you have

10   had?

11           PROSPECTIVE JUROR:  No.

12           THE COURT:  Okay.  So this is just an opinion from

13   what you have read?

14           PROSPECTIVE JUROR:  (Indicating.)

15           THE COURT:  Okay.  And you also indicated that your

16   brother owns his own company.

17       What type of company is that?

18           PROSPECTIVE JUROR:  He's a plumber.

19           THE COURT:  A plumber?

20           PROSPECTIVE JUROR:  Yes.

21           THE COURT:  Okay.  And you also indicated that one

22   of your co-workers invented something.  You call it a

23   "spring" --

24           PROSPECTIVE JUROR:  Energized seal.

25           THE COURT:  -- "energized seal."  What is that?

```
 1            PROSPECTIVE JUROR:  It's a seal and basically in
 2   hydraulics.
 3            THE COURT:  Okay.  Is it primarily used, for
 4   example, in plumbing?
 5            PROSPECTIVE JUROR:  No, that one is more government
 6   applications, like tanks and stuff like that.
 7            THE COURT:  All right.  And do you know whether or
 8   not that co-worker -- well, did you talk to that co-worker
 9   about his development or her development?
10        Was it him or her?
11            PROSPECTIVE JUROR:  Him.
12            THE COURT:  Okay.  Did you talk to that co-worker
13   about his development of that particular item?
14            PROSPECTIVE JUROR:  Yes, I found it fascinating.
15            THE COURT:  Okay.  And do you know whether or not he
16   ever patented that item?
17            PROSPECTIVE JUROR:  He did.
18            THE COURT:  Okay.  Did he tell you that he had
19   difficulty in obtaining the patent?
20            PROSPECTIVE JUROR:  That, no.
21            THE COURT:  Has he ever talked to you about any
22   potential infringements of that patent?
23            PROSPECTIVE JUROR:  Well, he would lease it out.  He
24   leased it out to the company that we worked at.
25        And prior to that, he leased it out to another company and
```

```
 1   so on.
 2              THE COURT:  Okay.  So, in other words, those
 3   companies concerned themselves about the infringement.  All he
 4   had to do was deal with the -- his, I guess --
 5              PROSPECTIVE JUROR:  Right.
 6              THE COURT:  Let me just ask, I presume that when
 7   he -- you said he licensed it?
 8              PROSPECTIVE JUROR:  Licensed it.
 9              THE COURT:  Did he ever talk to you about the
10   licensing process or did he ever talk to you about how he
11   figured out the amount of money that had to be paid for the
12   license?
13              PROSPECTIVE JUROR:  That, no, but he was, you know,
14   well compensated.
15              THE COURT:  He was well compensated.
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  He said that?
18              PROSPECTIVE JUROR:  Yes.
19              THE COURT:  Okay.  All right.  And your primary
20   source of news is what?
21              PROSPECTIVE JUROR:  Everything.
22              THE COURT:  Everything?  Okay.
23              PROSPECTIVE JUROR:  On my phone.
24              THE COURT:  Pardon?
25              PROSPECTIVE JUROR:  On my phone.
```

```
 1              THE COURT:  On your phone?  What type of phone do
 2    you have?
 3              PROSPECTIVE JUROR:  Apple.
 4              THE COURT:  Okay.  Let me ask you, because of the
 5    fact that you like Apple products a lot, and I think you do, do
 6    you think that it would affect you as a juror in this case?
 7              PROSPECTIVE JUROR:  No.
 8              THE COURT:  No?  Not at all?  Okay.
 9         At this point in time, ladies and gentlemen, why don't we
10    take a break.
11         We will take a 15-minute break, and we will start again at
12    five of 4:00.
13         Remember, when you are on these breaks, please do not
14    discuss this case with anyone.  And we will start again at five
15    of 4:00.  And at five of 4:00, just be in the hallway outside
16    and we will get you as soon as possible after that.
17              (JURY PANEL EXITS COURTROOM AT 3:40 P.M.)
18              THE COURT:  Something tells me we're not going to
19    get to the video even today.  But that is life.  What can I
20    say?
21         Well, we're taking a 15-minute break.  Let me have you
22    guys come back at five of.
23              (Break taken.)
24              THE COURTROOM DEPUTY:  Please be seated and come to
25    order.
```

1          THE COURT:  Let me indicate to counsel, I have

2     probably about another 20 minutes of questions, and then I

3     should be done.

4          And so I presume thereafter, the plaintiffs will ask

5     questions, and then the defense can ask questions.  You guys --

6     I indicated I would give you 15 minutes each.  So that should

7     place us around 5:00.

8          We will exercise the peremptories today.  And so we will

9     start tomorrow.

10          I will tell the jury to come in tomorrow -- I will tell

11     the jury to come in tomorrow at 9 o'clock or 9:15.  That will

12     give us time to do all of the prep that we need to do to get

13     the case started.

14          I presume there is no problem with that?

15          MR. ASPERGER:  That is fine, Your Honor.

16          MR. MUELLER:  No objection, Your Honor.

17          THE COURT:  Okay.  Let me ask Javier, are the jurors

18     all out there?

19          THE COURTROOM DEPUTY:  I will get them.

20          (JURY PANEL ENTERS COURTROOM AT 3:57 P.M.)

21          THE COURTROOM DEPUTY:  You may be seated.

22          THE COURT:  All right.  I will continue with my

23     questions.

24          Ladies and gentlemen, I'm going to start now with asking

25     some general questions that have either a "yes" or "no" answer.

```
 1   If you have a "yes" answer to any of these questions, what I
 2   want you to do is to raise your hand and I will note for the
 3   record who has raised their hand.
 4        Let me ask, do any of you have any adult children who
 5   work?
 6        Juror No. 17 and Juror No. 20 and Juror No. 19.  Anyone
 7   else?  Oh, okay.
 8        Well, let me ask, do any of you have -- whose numbers I
 9   didn't call, do any of you have adult children who don't work?
10   Okay.  Juror No. 7 and 6.
11        All right.  Let me ask Juror No. 6, have your adult
12   children ever worked or are they in college or something like
13   that?
14             PROSPECTIVE JUROR:  Would you say motherhood is --
15             THE COURT:  Motherhood is certainly work.
16             PROSPECTIVE JUROR:  I know that.
17             THE COURT:  They just don't work outside the home?
18             PROSPECTIVE JUROR:  It's not like a regular job.
19             THE COURT:  Okay.  So one of your children is an
20   adult and they work at home, so to speak.  Okay.  Thank you.
21             Juror No. 7, same thing?
22             PROSPECTIVE JUROR:  No.  She's in college.
23             THE COURT:  College.  Okay.
24        And Juror No. 17, how many adult children do you have that
25   work?
```

         1              PROSPECTIVE JUROR:  I have three adult children, and

         2    all three of them work.

         3              THE COURT:  Okay.  What do they do?

         4              PROSPECTIVE JUROR:  One works at Disneyland

         5    throughout the year.

         6              THE COURT:  Okay.

         7              PROSPECTIVE JUROR:  And the other one works for the

         8    City of Los Angeles, Senior Citizen Center.

         9              THE COURT:  Okay.

        10              PROSPECTIVE JUROR:  And the other one works at CVS.

        11              THE COURT:  At who?

        12              PROSPECTIVE JUROR:  CVS.

        13              THE COURT:  CVS.  Okay.  Thank you.

        14         And, Juror No. 19, you indicated one child is a doctor,

        15    one child is a pharmacist?

        16              PROSPECTIVE JUROR:  The pharmacist works for County

        17    of Los Angeles Mental Department.  The other one is doctor

        18    working in Irvine.

        19              THE COURT:  Irvine.  Okay.  Thank you.  What area of

        20    medicine does he work in?

        21              PROSPECTIVE JUROR:  General.

        22              THE COURT:  Oh, internist?

        23              PROSPECTIVE JUROR:  Yes.

        24              THE COURT:  Okay.  Thank you.

        25         And Juror No. 20.

```
 1              PROSPECTIVE JUROR:  I have two in college and both
 2     work.
 3              THE COURT:  Doing what?
 4              PROSPECTIVE JUROR:  One works at Costco, the other
 5     works at Crab Shack.
 6              THE COURT:  Okay.  Do any of you know anyone who has
 7     ever worked for Broadcom?  No one?  All right.
 8          How many of you have ever seen a patent before?  Okay.
 9     Juror No. 16.  Anyone else?  And Juror No. 20.  And Juror
10     No. 10.
11              PROSPECTIVE JUROR:  You mean like an example of a
12     patent?
13              THE COURT:  Yes.  Well, a patent or an example of a
14     patent, that is fine.  Okay.  Juror No. 10, Juror No. 16, and
15     Juror No. 20.
16          Juror No. 10, in what context was that?
17              PROSPECTIVE JUROR:  When I was in college.
18              THE COURT:  Oh, okay.  Do you happen to recall what
19     the patent was for?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  Okay.  Thank you.
22          And, Juror No. 16, was that because of the patents that
23     were involved in the lawsuits that your company had?
24              PROSPECTIVE JUROR:  Yes.
25              THE COURT:  And, Juror No. 20, was that the friend's
```

```
 1   patent?
 2              PROSPECTIVE JUROR:  My co-worker's and I have seen
 3   some in my school, college.
 4              THE COURT:  All right.  Thank you.
 5         Do any of you like the -- I don't want to say it so broad,
 6   but, I mean, do any of you like scientific issues, science
 7   issues?
 8         In other words, there used to be a magazine called
 9   Scientific American and things of that sort.  Do any of you
10   like just gravitate towards topics that have to do with
11   science?
12         If you feel that way, raise -- keep your hand up high for
13   a moment.
14         Okay.  So we have Juror No. 2, 4, 8, all even numbers, 10,
15   11, that's an odd number, but -- and 13, another odd number,
16   and Juror 20.  All right.  Anyone else?
17         Juror No. 2, why do you like science and how does that
18   manifest itself?
19              PROSPECTIVE JUROR:  In my classroom, I watch CNN
20   Student News with my students.
21              THE COURT:  Okay.
22              PROSPECTIVE JUROR:  So something scientific might
23   come up or something cool for kids, middle school age, and we
24   will talk about it, we will Google it.  It gets the kids really
25   excited.
```

UNITED STATES DISTRICT COURT

1           And then I'm not a science background, but my partner

2      teacher is.  She teaches the science/math part.

3           So it sparks my students' interests, and then we'll say

4      okay, we're going to ask the science teacher, who I feel is

5      more the expert, but it sparks my interest too.

6                THE COURT:  All right.  Juror No. 4, same question.

7                PROSPECTIVE JUROR:  Yeah, I would like to go to

8      medical school after I graduate from college.  I'm really

9      interested in like the medical journals, PubMed, or just like

10     TED Talks that are about new developments and different science

11     things.

12               THE COURT:  All right.  Thank you.

13          Juror No. 8, sir.

14               PROSPECTIVE JUROR:  I'm sorry.  I'm big time into

15     reptiles, in general, so that interests me big time.

16               THE COURT:  All right.  Juror No. 10?

17               PROSPECTIVE JUROR:  Because of my cousin and his

18     AIDS, health care research and friends.

19               THE COURT:  All right.  Thank you.

20          Juror No. 11?

21               PROSPECTIVE JUROR:  Because of my nephews in STEM

22     programs, so helping them learn different types of sciences.

23               THE COURT:  Thank you.

24          Juror No. 13?

25               PROSPECTIVE JUROR:  I'm just a curious person.  So

```
 1   once I see something, and especially having to do with science,
 2   I will read up on it and see how stuff gets developed and how
 3   stuff works in general.
 4           THE COURT:  All right.  Thank you.
 5       Juror No. 20?
 6           PROSPECTIVE JUROR:  I'm involved in science.  I like
 7   taking things apart and putting it back together.
 8           THE COURT:  All right.  Thank you.
 9       Do any of you like computers -- not playing with
10   computers, but computers, you know, like figuring out how
11   computers work and things of that sort?  Interest in computers?
12   If you feel that way, raise your hand.
13       Juror No. 13.  Anyone else?  And 20.
14       13 and 20, primarily for the same reasons that you have
15   talked earlier, right?  Okay.  Thank you.
16       Let me ask, have any of you ever been watching something
17   on a computer or on a cell phone and whatever you are watching
18   starts acting funny; in other words, sometimes things will
19   stop, sometimes you get these little boxes and stuff like that,
20   sometimes things look like they are smearing on the screen?
21   Have any of you ever experienced that situation?
22       Okay.  Juror No. 4 recalls that, Juror No. 7, No. 8,
23   No. 2, No. 10, No. 13, No. 16, 17, 18, and 20.
24       Let me ask, for those of you who raised your hand, did you
25   ever wonder why that particular problem occurred, any one of
```

1    you, or you just say things like that happen?

2        Did any of you wonder why there was that particular

3    problem or issue with your computer at that time?  If you felt

4    that way, raise your hand, if you ever wondered why that

5    happened.

6        Okay.  Juror No. 2 and 4 and 20 and 17.  Okay.

7        Let me ask those persons who raised their hand, did any of

8    you ever look into see why it happened, like, for example,

9    Googling it, boxes on my screen or something of that sort just

10   trying to find out why that was happening?

11       Juror No. 4 and Juror No. 20.

12       All right.  Let me ask Juror No. 4, did you ever figure

13   out why that was happening?

14           PROSPECTIVE JUROR:  It was actually with an Apple

15   product.

16       Apparently there is something wrong with the make of the

17   computer, and when you open it, sometimes it's like a pink

18   fuzzy screen.  Apparently it's a cosmetic defect.  There is

19   nothing wrong.

20           THE COURT:  But it's something that appears and it

21   just goes away?

22           PROSPECTIVE JUROR:  Yeah.

23           THE COURT:  But you don't know why that occurs, what

24   the technical --

25           PROSPECTIVE JUROR:  No, that's all they said.

1          THE COURT:  All right.  And Juror No. 4 -- sorry,

2     No. 20, what did you find out, if anything?

3          PROSPECTIVE JUROR:  Like radio waves would affect

4     that.

5          THE COURT:  Okay.  And when you -- let me just ask,

6     did you see an article that said that radio waves could affect

7     your computer reception in that fashion?

8          PROSPECTIVE JUROR:  No, it's more I have noticed it.

9     Every time certain phones were around, you know, it would act a

10    certain way, certain products were run by a computer, you know,

11    acting differently, yeah.

12         THE COURT:  Okay.  And let me ask, do any of you

13    feel that if you were a juror in a case which involved a high

14    level of technology or scientific issues, would that make any

15    one of you uncomfortable to serve as a juror in that type of

16    case because you might feel I might have trouble understanding

17    what's involved in the case?

18         If you feel that way, raise your hand and keep your hand

19    up there.  So we have Jurors 2, 3, 10, 15, and 19.

20         Let me ask those jurors who raised your hand, for example,

21    in this case, there is going to be some technical issues that

22    are going to arise in this case, but what we're going to try to

23    do is try to make it understandable to the jurors by having a

24    tutorial on like the subject matter that is going to be

25    involved and things of that sort.

1      Would that fact make you less nervous about serving as a

2 juror in this type of case?

3      Juror No. 2, would that help you calm your nerves?

4           PROSPECTIVE JUROR:  If it was explained?

5           THE COURT:  Yes.

6           PROSPECTIVE JUROR:  It would be helpful if it was.

7           THE COURT:  Okay.  Juror No. 3, do you feel the same

8 way?

9           PROSPECTIVE JUROR:  Personally, I had a lot of

10 trouble learning things at school.

11          THE COURT:  So, in other words, you feel that

12 because of your past experiences, you think you would be

13 extremely uncomfortable because, you know -- is there any

14 particular area that posed some difficulty for you in the past?

15          PROSPECTIVE JUROR:  Mostly science, mathematics, and

16 English.

17          THE COURT:  All right.  Thank you.

18      And Juror No. 10?

19          PROSPECTIVE JUROR:  It's not really a discomfort,

20 but if I don't understand it, I don't think that I could serve

21 my purpose well.

22          THE COURT:  All right.  But let me ask, obviously in

23 this case we're going to have like, as I indicated, a tutorial

24 and some other things to assist the jury.

25      Do you think that would calm your nerves, so to speak, in

1    that regard?

2        PROSPECTIVE JUROR:  It wouldn't be nerves.  Making

3    sure I understand what it is that is being presented.

4        THE COURT:  All right.  And Juror No. 15?

5        PROSPECTIVE JUROR:  If you explain fairly well.

6        THE COURT:  All right.  And Juror No. 19?

7        PROSPECTIVE JUROR:  Well, I don't have a background

8    in computers at all.  I work with that, and if anything

9    happened, the IT people come and help.  So...

10       THE COURT:  Okay.  Well, let me ask this question,

11   then, for those of you who feel uncomfortable.  As I've

12   indicated, I will allow jurors to ask questions.  And it might

13   very well be that something has not been explained sufficiently

14   to a juror so that they can understand what is going on.

15       Would any of you have a problem bringing it to the Court's

16   attention by asking a question to say, I don't understand this

17   point?

18       Would that be a problem for any of you to do that?

19       In other words, would you feel shy about doing that?  None

20   of would you feel shy about raising your hand and asking for --

21       Juror No. 3, you might?

22       Other than Juror No. 3, would anyone else?

23       All right.  Thank you.

24       Let me ask, this is a shot in the dark, but how many of

25   you have ever heard the term Tanner graph?  Any one of you ever

1   heard the term Tanner graph?

2       No one.  Okay.

3       And do all of you know what a royalty is?  I'm not talking

4   about British or aristocracy or -- in other words, I'm not

5   talking about what's his name or Meghan, whatever it is, Harry

6   and Meghan.  I'm not talking about that type of royalty.

7       I'm talking about royalties, you know, for example, that

8   somebody gets for something.

9       Does anyone not know what royalties are?  If you don't

10  know what royalties are, raise your hand.

11      Okay.  So all of you understand what royalties are.

12      Okay.  Juror No. 3 doesn't know.  Sometimes if somebody

13  has an item of some sort of let's say, for example,

14  intellectual property like a script or something of that sort,

15  you can license out that intellectual property to someone else,

16  and if that somebody else makes money off it, they will pay you

17  a certain percentage of that money in terms of what is

18  sometimes referred to as a royalty, and that is generally what

19  a royalty is.

20      If the term comes up later on, I will describe it further

21  in the course of the case.

22      Let me ask, have any of you ever been involved with

23  dealing with the issue of royalties in any of your work or any

24  of your friends or anybody of that sort ever deal with -- or

25  relatives deal with royalties?

```
 1          Juror No. 16 and Juror No. 10.

 2          Anyone else?

 3          All right.  Juror No. -- do you have your hand up?

 4               PROSPECTIVE JUROR:  Yeah.

 5               THE COURT:  Juror No. 14 and Juror No. 2.

 6          Juror No. 2, what was the situation?

 7               PROSPECTIVE JUROR:  My niece has done occasional

 8     acting and been in different commercials.

 9               THE COURT:  Okay.  So she gets royalties from that.

10     Has she ever had a problem getting her royalties?

11               PROSPECTIVE JUROR:  Not that I know of.

12               THE COURT:  Do you know how the royalties were

13     calculated in her case?

14               PROSPECTIVE JUROR:  I don't know.  She's a minor.

15     My sister took care of that and the agency.

16               THE COURT:  Okay.  Thank you.

17          And Juror No. 10?

18               PROSPECTIVE JUROR:  My friend is an actress.

19               THE COURT:  Okay.  And same time type of thing, do

20     you know how the royalties were set in her particular

21     situation?

22               PROSPECTIVE JUROR:  Not for this one in particular.

23               THE COURT:  Okay.  Thank you.

24          Juror No. 14?

25               PROSPECTIVE JUROR:  When I worked at Sony.
```

```
1                    THE COURT:  Okay.  Let me ask, did you ever have to

2       negotiate or participate in the negotiation of royalties?

3                    PROSPECTIVE JUROR:  No.

4                    THE COURT:  Do you know how the royalties were

5       calculated in particular situations at Sony?

6                    PROSPECTIVE JUROR:  No.

7                    THE COURT:  You just know that royalties were

8       obtained?

9                    PROSPECTIVE JUROR:  Yeah, in my department.

10                   THE COURT:  All right.  Juror No. 16?

11                   PROSPECTIVE JUROR:  Yes, sir.

12                   THE COURT:  Was it because of the work that your

13      company does?

14                   PROSPECTIVE JUROR:  Yes.

15                   THE COURT:  Was the royalties situation where your

16      company was collecting royalties or was it a situation where

17      your company was paying out royalties?

18                   PROSPECTIVE JUROR:  We were paying out royalties.

19                   THE COURT:  Okay.  Who were you paying royalties out

20      to?

21                   PROSPECTIVE JUROR:  To a patent holder.

22                   THE COURT:  Were you ever involved in the

23      negotiation of those royalty figures?

24                   PROSPECTIVE JUROR:  Yes.

25                   THE COURT:  How extensively?
```

1        PROSPECTIVE JUROR:  Very.

2        THE COURT:  And was -- can you describe just

3   generally how those royalty discussions were conducted?

4      In other words, I presume that there were -- you know, in

5   other words, you are indicating that your company paid out

6   royalties to certain patent holders.  So I presume at some

7   point in time somebody from your company contacted a patent

8   holder to seek to use their patent?

9        PROSPECTIVE JUROR:  Actually, the patent holder

10  contacted us, and it was through settlement of a litigation.

11       THE COURT:  Oh, so in other words, a patent holder

12  contacted your company, said you are infringing my patent?

13       PROSPECTIVE JUROR:  Yes.

14       THE COURT:  Okay.  And thereafter in the course of

15  that particular dispute, an agreement was reached for purposes

16  of giving that patent holder royalties?

17       PROSPECTIVE JUROR:  Correct.

18       THE COURT:  How was that royalty figure calculated?

19  Was it a situation where it was done pursuant to some sort of

20  mediation about settling the case, or was it a situation where

21  some sort of parties got together to do some sort of

22  calculation or how do you know what -- how was it exactly done

23  in those cases?

24       PROSPECTIVE JUROR:  So the patent holders

25  essentially had a fee schedule that if you wanted to use their

1    patent, you would pay a fee schedule based on revenue.

2           THE COURT:  Okay.  And was it a situation where

3    that -- was that fee schedule negotiable or was it take it or

4    leave it?

5           PROSPECTIVE JUROR:  Take it or leave it.

6           THE COURT:  So there wasn't any really negotiations,

7    it was just either you accept it or you don't accept it?

8           PROSPECTIVE JUROR:  Yes.

9           THE COURT:  Okay.  Thank you.

10        Now, let me ask, is there any one of you who feels that

11   there is something we should know about you before we decide

12   whether or not you should be a juror in this case?

13        In other words, you know, anything like -- it could be

14   like your Jerry Springer moment.

15        Juror No. 7.

16        Anyone else?  All of you feel that your cards are all on

17   the table?

18        Okay.  Juror No. 2, Juror No. 7, Juror No. 10.

19        Anyone else?

20        All right.  Juror No. 2, what do you think we should know

21   about you?

22           PROSPECTIVE JUROR:  I didn't think of this yesterday

23   when we were talking about Apple and Caltech.  But being an LA

24   Unified teacher, not our current superintendent but the

25   previous one, there was some type of contract with Apple.  He

```
 1    wanted iPads in every student's hands.  It kind of like was a

 2    big fiasco.  Not every student got the iPad.  Some that did

 3    knew how to break the filters.  So I totally forgot about it.

 4    I apologize to the Court.

 5         But when it all came out, a lot of us were upset because

 6    that was another year we didn't get a raise but our

 7    superintendent could pour all of this money into the iPad and

 8    Apple.  And a lot of us believed he had like a --

 9              THE COURT:  Kickback?

10              PROSPECTIVE JUROR:  Like a special deal or

11    something.  And so I remembered like driving home, oh, that is

12    right.  He hasn't been the superintendent.  He hasn't been with

13    the district the last few years.  That was a huge fiasco, and a

14    lot of us believed it was just a waste of money.  And clearly

15    not every student got an iPad.

16              THE COURT:  Do you think that would affect you as a

17    juror in this case in any way, shape, or form?

18              PROSPECTIVE JUROR:  It's another kind of -- I own

19    Apple products and use them.  Like Apple has kind of interfered

20    in my life a little bit.

21         I have to be honest, like that was -- we had a huge strike

22    last year right outside of this building and that was -- I have

23    to be honest, you could spend all of this money with Apple, and

24    you couldn't give us a raise, so...

25              THE COURT:  But let me just ask, in that particular
```

**UNITED STATES DISTRICT COURT**

```
 1   situation, do you place the blame on Apple or do you place the

 2   blame on the supervisor?

 3              PROSPECTIVE JUROR:  On the superintendent.

 4              THE COURT:  Superintendent, rather.

 5              PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Okay.  So it's the superintendent's

 7   fault?

 8              PROSPECTIVE JUROR:  I believe so.

 9              THE COURT:  So why do you think that might affect

10   you as a juror in this case?

11              PROSPECTIVE JUROR:  I just felt I needed to reveal

12   it.  I totally forgot about it.  But as I was driving home, you

13   see Grand Park, there was 50,000 of us striking last year.  It

14   probably interrupted all of your --

15              THE COURT:  No, I'm in my ivory tower.  You know,

16   nothing really affects me, I don't think.

17              PROSPECTIVE JUROR:  I thought about that driving

18   away, like, oh, so I'm just being honest.

19              THE COURT:  All right.

20         Juror No. 7?

21              PROSPECTIVE JUROR:  I guess I decided to retire five

22   years ago.  I developed this habit, I get three to four naps a

23   day.  So if you don't mind me sometimes standing up and

24   stretching --

25              THE COURT:  Oh, no.  If the alternative is seeing
```

1   you sleep, I have no problem with you standing up and

2   stretching.

3        I actually sympathize because the older I get, I

4   appreciate the virtues of napping.  And the only problem is

5   that when I'm in trial, it deprives me of my nap time.  Not

6   that I hold it against the litigants in this case, but, you

7   know, what can I say?  But I understand the situation.  But

8   there is no problem.

9        Again, if any juror at any point in time wants to stand up

10  and stretch, that is not going to be a problem.

11       Also, if at any point in time I'm going for a lengthy

12  period of time without giving anybody a bathroom break, feel

13  free to raise your hand to ask for it.  I just have a very

14  well-controlled kidney, I guess.  So not everybody necessarily

15  has one.

16       But so feel free, again, to raise that and bring that to

17  my attention.

18       All right.  Juror No. 10?

19            PROSPECTIVE JUROR:  I have kind of a question.

20  Yesterday you indicated that the case may go through next week

21  perhaps.

22            THE COURT:  No.  We expect the case to go to the

23  jury on the 28th.  That is the Tuesday of -- because next week

24  is the week of the 20th.  And it would be the week after that.

25            PROSPECTIVE JUROR:  Okay.  I'm happy to serve.  But

```
 1   my anniversary is next week, and I have plans.  I didn't want
 2   to try to --
 3             THE COURT:  What days are your plans?
 4             PROSPECTIVE JUROR:  Friday, Thursday and Friday.
 5             THE COURT:  So you are talking about the --
 6             PROSPECTIVE JUROR:  23rd and 24th.
 7             THE COURT:  Okay.  What are you doing?  Are we all
 8   going to get invited?
 9             PROSPECTIVE JUROR:  Sure, you guys can come,
10   actually, we were going up to Santa Barbara for the day, and we
11   were going to do museum hopping.
12             THE COURT:  That has already been preplanned.  Why
13   didn't you tell me that yesterday?
14             PROSPECTIVE JUROR:  Because it didn't involve
15   tickets.  You know, it's local.  I wanted to be honest.
16             THE COURT:  Let me ask this:  When would you plan --
17   were you planning to leave and when were you planning to come
18   back?
19             PROSPECTIVE JUROR:  So we were going to Santa
20   Barbara for the day on Thursday, coming back that night.  On
21   Friday we were going to The Broad.
22        We were going to dinner that night at Crossroads.  Feel
23   free to join me.
24        Wednesday, we were going to the Peterson Museum.  I can
25   cancel my vacation at work.  I don't want to cancel my
```

     1    anniversary.
     2            THE COURT:  Well, it's either all or nothing.  So,
     3    you know, I'm not going to make you, you know, cancel your
     4    vacation and not let you go on the thing for your anniversary.
     5    Okay.  So let me just mark that down.  So that's the 23rd and
     6    24th.
     7        And Juror No. 16, previously you indicated the date.  I
     8    have that down.  That's not going to be a problem.  I'm still
     9    remembering that.
    10            PROSPECTIVE JUROR:  Okay.
    11            THE COURT:  Juror No. 7?
    12            PROSPECTIVE JUROR:  Chinese New Year's,
    13    January 25th, and 24th is New Year's Eve, so if I could leave
    14    maybe an hour earlier, that would be great.  The whole family
    15    gather together.
    16            THE COURT:  You mean leave at 4:00?
    17            PROSPECTIVE JUROR:  Yeah.
    18            THE COURT:  Why?  The New Year's isn't until New
    19    Year's, that would be midnight.  You don't plan to drink all
    20    that time between 4:00 and 12:00, do you?
    21            PROSPECTIVE JUROR:  Actually --
    22            THE COURT:  I think for your own safety I don't
    23    think I could allow that.
    24            PROSPECTIVE JUROR:  Actually, I don't drink.  But I
    25    guess New Year's Eve I have all of my sisters and everything

```
 1   come to my house and have dinner.
 2          THE COURT:  We will talk about it if you are a juror
 3   in this case on the 24th.
 4          PROSPECTIVE JUROR:  Okay.
 5          THE COURT:  I will note that.
 6      All right.  Anyone else?
 7      Okay.  Juror No. 14.  You have previous -- I remember
 8   that.  That is in my notes.
 9          PROSPECTIVE JUROR:  Okay.
10          THE COURT:  That's on the 24th as well, right?
11          PROSPECTIVE JUROR:  Yes.
12          THE COURT:  And anyone else?
13          Juror No. 15, did you ever get a hold of your --
14          PROSPECTIVE JUROR:  She didn't respond.  And I
15   e-mailed her.  That is going to be my problem, as well as work
16   because I'm a supervisor, and I'm on call 24/7 basically.
17          THE COURT:  Okay.  I will discuss your situation
18   with counsel, but I do understand what your situation is.
19          PROSPECTIVE JUROR:  Yes.
20          THE COURT:  All right.  Let me ask, do all of you
21   feel that you can be a completely fair and impartial juror to
22   both sides in this case?  All of you feel that way?
23          PROSPECTIVE JURORS:  Yes.
24          THE COURT:  Is there any one of you who doesn't feel
25   that way?  Raise your hand, and don't be shy.  Any one of you
```

1   feel you cannot be completely fair and impartial to both sides

2   in this case?

3        Juror No. 3.

4        Other than Juror No. 3?

5        All right.  Other than what you have already told us so

6   far, do any of you not want to serve as a juror in this case

7   for any reason?

8        Obviously, some of you have already made some prior

9   remarks, and I have those on my notes.

10       But does anybody else have a reason that they do not want

11  to serve as a juror in this case for any reason that you have

12  not told us previously?

13       Okay.  No one?

14       Let me just ask, a couple of jurors never said anything

15  hardly.

16       Juror No. 5, you didn't say hardly anything.  We don't

17  know anything about you.  Tell us something about yourself.

18            PROSPECTIVE JUROR:  My district pays up to 20 days,

19  so if the 28th falls within 20 days, I'm okay.

20            THE COURT:  You're happy.  She's happy.  All right.

21            Juror No. 18, you hardly have said anything either.

22  Is there something -- no, she's 19.  Don't look at her.  You

23  are Juror No. 18.  Don't look at 19 and try to be somebody that

24  you are not.  You are No. 18.

25       Tell us, is there anything about yourself that you want us

1    -- you know, anything, because we didn't hear anything from

2    you?

3             PROSPECTIVE JUROR:  I have never served.  I'm happy

4    to serve.  It's my work -- they will cover ten days.  I work

5    three days a week so --

6             THE COURT:  This is the best of all possible worlds.

7    Okay.  All right.

8          Let me have counsel on sidebar.

9             (Beginning of discussion at sidebar.)

10            THE COURT:  Let me ask, I have no other questions,

11   unless you want me to ask something.  Do you want me to ask any

12   further questions?

13            MR. PRICE:  No, Your Honor.

14            MR. MUELLER:  Could I ask, if you could, please, to

15   tell the jury that was a bad joke about the kickback.

16            THE COURT:  Oh, it was a joke.

17            MR. MUELLER:  I'm not sure they all took it that

18   way.

19            THE COURT:  All right.

20            MR. MUELLER:  That's a pretty serious comment.

21            THE COURT:  All right.  Anything else?

22            MR. PRICE:  No, Your Honor.

23            THE COURT:  All right.

24            (End of discussion at sidebar.)

25            THE COURT:  Let me ask the jurors, I made a comment

1    about a kickback.  That was a joke.  You all understood that,

2    right?

3        Did anybody feel that was a serious remark?  In response

4    to your thing about the school thing.

5            PROSPECTIVE JUROR:  When you said I'm up here in my

6    ivory tower?

7            THE COURT:  No, that wasn't a joke.  That's true.  I

8    live in an ivory tower.

9        I was talking about the situation where you -- whether or

10   not you thought something was a kickback.  That was a joke.  I

11   hope you understood that, right?

12           PROSPECTIVE JUROR:  Yes.

13           THE COURT:  I was talking about it with you too,

14   though.

15           PROSPECTIVE JUROR:  Kickback, I don't remember that.

16           THE COURT:  All right.  Okay.  At this point in

17   time, we will have questions starting with plaintiff's counsel

18   first.

19           MR. ASPERGER:  Thank you, Your Honor.  Good

20   afternoon.

21           PROSPECTIVE JURORS:  Good afternoon.

22           MR. ASPERGER:  It's getting late.  The judge has

23   limited our time.  So we'll have you out of here soon, ladies

24   and gentlemen.

25       My name is Jim Asperger.  And I represent, as you probably

```
 1   know by now, the California Institute of Technology.  And what
 2   I would like to do, first of all is start off by just saying to
 3   all of you and all of you that on behalf of Caltech, on behalf
 4   of our trial team, and I'm sure on behalf of the defense trial
 5   team as well, we really appreciate your time, your effort, your
 6   commitment to being on the -- serving on the jury system, and I
 7   would like to thank you for your service, ladies and gentlemen.
 8        So given that I don't have that much time, I want to start
 9   off by asking some general questions.
10        I will just have you raise your hands, and then I want to
11   follow up on some of the questions the judge asked.
12        So, first of all, it sounded like several of you, some of
13   you have heard about the California Institute of Technology.
14   Could I just see by a show of hands how many of you, before
15   this case, were familiar with Caltech?
16        It looks like a fair number of you.
17        So I had a question -- a follow-up question for Juror 13,
18   Mr. Marinez.  Am I saying that right?
19        Mr. Marinez, you said you had a few friends who attended
20   Caltech a few years ago.
21        What were their experiences there?
22             PROSPECTIVE JUROR:  They liked it.  I haven't heard
23   nothing negative about it.
24             MR. ASPERGER:  What were your impressions?  What are
25   your impressions of Caltech?
```

1          PROSPECTIVE JUROR:  It's a good institution.  I

2    always heard of the rivalry of Caltech and MIT.  When my friend

3    picked Caltech over MIT, I found it interesting.

4          MR. ASPERGER:  There are some pretty funny stories

5    about that, aren't there?  I won't go into those now, but --

6    okay.  Well, that's -- thank you.  I appreciate your comments.

7       Does anybody else know anybody who works or teaches or has

8    attended Caltech?

9          PROSPECTIVE JUROR:  A long time ago some of the

10   staff took classes, I think one of them, and he and I kept in

11   touch with each other several years before he moved out of

12   state.

13         MR. ASPERGER:  What was his experience?

14         PROSPECTIVE JUROR:  He was I think a nuclear

15   physicist professor, and he loved the school.  He did a lot of

16   research.

17         MR. ASPERGER:  Well, thank you, thank you.  One of

18   the -- there may be one or more witnesses in this case who also

19   are from the Jet Propulsion Laboratory, which as many of you

20   know is managed by Caltech and is down the street in La Canada.

21   Do any of you know anybody who works at the Jet Propulsion

22   Laboratory?

23      I won't go through all of the experiences then.  Anybody

24   have anything they think would be important for us to know

25   about those experiences?  Sounds like the answer is no.

**UNITED STATES DISTRICT COURT**

1       How many of you are familiar with what the Jet Propulsion

2   Laboratory does?  Sort explores outer space and takes pictures

3   of Saturn and Jupiter and Mars.  The Mars Rover you probably

4   know about.

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  Okay.  So shifting gears, it sounds like

7   many of you use Apple products, iPhones, iPads, other things.

8   Can I see a show of hands as to how many of you are actually

9   Apple users?  Most of you.  Very interesting.

10       Mr. Maldonado, I think you said you were particularly a

11   big fan of Apple; is that right?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  How many Apple products do you have,

14   sir?

15              PROSPECTIVE JUROR:  Just my phone, but I have used

16   iPads and Mac Books.

17              MR. ASPERGER:  How long have you been using Apple

18   iPhones?

19              PROSPECTIVE JUROR:  Ever since middle school.

20   First, my brother had an iMac.

21              MR. ASPERGER:  Why is it you have such a favorable

22   opinion of it?

23              PROSPECTIVE JUROR:  I think like, you know, one of

24   the biggest rivalries is Android versus Apple, and I have just

25   always favored Apple just because of its simplicity.

```
 1        I don't do a whole, whole lot on those, you know, products
 2   in general.
 3        So any time anybody asks me for any recommendation, I
 4   automatically go to Apple products just because of the
 5   simplicity of them.
 6             MR. ASPERGER:  So one of the things the judge
 7   suggested in his questions is how important it is for both
 8   sides to start off -- all the parties to start off on a
 9   completely level plane in this case.
10        And it's true for Caltech, true for Apple, true for
11   Broadcom.
12        So Mr. Maldonado, given what you said in your
13   questionnaire, would you at the beginning of this case, because
14   of your favoritism for Apple, be leaning in favor of Apple?
15             PROSPECTIVE JUROR:  Not necessarily.
16             MR. ASPERGER:  Would you -- let me phrase it a
17   different way.
18        Would you feel more comfortable as a juror if you were on
19   a case that didn't involve Apple?
20             PROSPECTIVE JUROR:  No.
21             MR. ASPERGER:  Thank you.
22        Ms. Amarna, Juror No. 8.
23             PROSPECTIVE JUROR:  Perfect pronunciation.
24             MR. ASPERGER:  Did I do that one right?  Thank you
25   very much.
```

1          So you talked about your business at your work at

2     T-Mobile.  And it sounded to me like you have a lot of

3     interaction with Apple, you know, Apple suppliers, and a lot of

4     other people at Apple; is that right?

5               PROSPECTIVE JUROR:  Yes.

6               MR. ASPERGER:  And you also know a lot about the

7     products because of your interactions?

8               PROSPECTIVE JUROR:  Yes.

9               MR. ASPERGER:  So let me ask this question just

10    to -- would there be any potential -- let's say you decide this

11    case and let's say there was a verdict against the defendants.

12         Would that in any way concern you at your work as

13    something that, you know, could be -- come back adversely to

14    you?

15              PROSPECTIVE JUROR:  No.

16              MR. ASPERGER:  Ms. Gahagan, you are general counsel

17    with a cosmetics company, right?

18              PROSPECTIVE JUROR:  Yes.

19              MR. ASPERGER:  And it sounds like you have been in

20    that position for quite some time.  And it also sounds like you

21    have had some negative experiences on the defense side in at

22    least one of those two patent cases you were representing.

23              PROSPECTIVE JUROR:  Yes.

24              MR. ASPERGER:  And, you know, if I understood your

25    questionnaire right, you also have done a lot of defense cases

1    for your company in the employment area and some other areas?

2              PROSPECTIVE JUROR:  I didn't hear you.

3              MR. ASPERGER:  You have done a lot of defense cases

4    in the employment area and some other types of cases?

5              PROSPECTIVE JUROR:  I wouldn't say a lot.  The

6    normal workers' compensation that comes up through a

7    manufacturing company.  I don't think a lot -- anything out of

8    the ordinary for a manufacturer in California.

9              MR. ASPERGER:  Okay.  Thank you, thank you.  So do

10   you -- you know, putting yourself in our shoes, do you think

11   that in any way you would have any leanings on the defense side

12   in the beginning of the case?

13             PROSPECTIVE JUROR:  No.

14             MR. ASPERGER:  Do you think your knowledge of the

15   patent system or the patent laws would affect your

16   decision-making here?

17             PROSPECTIVE JUROR:  No.

18             MR. ASPERGER:  Thank you very much.

19             So ladies and gentlemen, some of you said you had

20   some experience with patents.

21        Have any of you actually applied for patents yourself?  Or

22   I think Mr. Kwok, you said you had had some friends who applied

23   for patents.

24        Anybody else have any friends who applied for patents or

25   have you had any other experience with the patent system?

     1          Do any of you have any feelings about the patent system or

     2     the patent laws?

     3               PROSPECTIVE JUROR:  I will be honest, I think there

     4     needs to be some reform.  Just having been on the receiving end

     5     of a little bit of -- shopping for patent holders, there are a

     6     lot of -- a number small/medium-sized companies who don't have

     7     the leverage to negotiate a license agreement or royalty

     8     agreement and ended up with a rate card as you are asked to

     9     sign it.

    10               MR. ASPERGER:  Are you referring to people who go to

    11     the Eastern District of Texas?

    12               PROSPECTIVE JUROR:  Yes, yes, yes.

    13               MR. ASPERGER:  They just go there because -- not

    14     companies who --

    15               PROSPECTIVE JUROR:  Yeah.  No, not reputable

    16     companies, but unfortunately one bad apple can --

    17               MR. ASPERGER:  That Eastern District is a completely

    18     different world.

    19               PROSPECTIVE JUROR:  Yeah, Eastern District of Texas.

    20               MR. ASPERGER:  All right.  So let me just ask you in

    21     general, ladies and gentlemen, after sitting here and listening

    22     to my questions, and listening to the judge's questions, is

    23     there anything else at all you think we should know about your

    24     schedule, your ability to sit on this case, or anything else

    25     that you think would be relevant to your consideration to

1   having you as a juror in this case?

2            Thank you so much for your candidness.

3            THE COURT:  All right.  For the defense?

4            MR. MUELLER:  Thank you, Your Honor.

5        And I want to thank all of you as well.  Mr. Asperger

6   thanked you for your service on behalf of his client, and I

7   want to say thank you on behalf of Broadcom and Apple.

8        It takes a lot of work to be a juror, and we really

9   appreciate it.  So thanks to each and every one of you.

10       So I'm going to ask you a few questions, if I could, which

11  are really designed to make sure that we understand enough

12  about your life experiences and perspectives to have a good

13  sense of whether you will give us a fair shake in this trial

14  and hear all of the evidence with an open mind, which is really

15  the key role for a juror.

16       So if you understand, in this case the allegation is that

17  Apple and Broadcom are using three patents that Caltech is

18  asserting against those two companies.

19       Does everybody understand that is the claim being made

20  here?

21       Now, does everyone here think that the mere filing of a

22  lawsuit doesn't prove the case; that is to say, does everyone

23  here agree with the proposition that you need to prove your

24  case, it's not enough just to file a lawsuit?

25       Does anybody disagree with that?

1        So everyone agrees you have to actually prove your case in

2   court with the types of evidence that His Honor mentioned

3   earlier?

4        Does anyone disagree with that?

5        Okay.  And is everyone here willing to wait until you have

6   heard all of the evidence as His Honor said this morning before

7   you make up your mind?

8        Is anyone here unwilling to do that?

9        That is going to include the witnesses that we call on

10  behalf of Broadcom and Apple, you are all waiting to hear them

11  as well?

12       I'll just ask one person to stand up.

13       Mr. Blanksby, could you stand up just a moment?

14       He's actually an engineer at Broadcom.  He's going to be

15  with us for the entire trial.  And he designed some of the

16  chips that are at issue and compared them to these three

17  patents.  You will hear from him.

18       Is everyone here willing to wait until you have heard from

19  Dr. Blanksby before you make up your mind?

20       No hands raised on that either.

21       Okay.  A few questions from me, if I could, just a few.

22  It sounds like you have been involved in some negotiations in

23  your capacity as general counsel; is that right?

24            PROSPECTIVE JUROR:  Correct.

25            MR. MUELLER:  And about how many over the years have

```
 1   you been involved in?
 2           PROSPECTIVE JUROR:  In patents or just general
 3   negotiations?
 4           MR. MUELLER:  All types of negotiations.
 5           PROSPECTIVE JUROR:  150.  I don't know.
 6           MR. MUELLER:  Could you give us a sense of some of
 7   the subject areas?
 8           PROSPECTIVE JUROR:  So there are things like
 9   contracts with photographers for models, there is contracts
10   with models, there is contracts with vendors, suppliers,
11   contracts for leasing space, commercial space, contracts for
12   licensing software.  I mean -- yeah.
13           MR. MUELLER:  So a whole range of areas?
14           PROSPECTIVE JUROR:  Yeah.
15           MR. MUELLER:  Now, His Honor mentioned this morning
16   that one of the most important attributes that jurors have is
17   common sense and bringing common sense to bear in a trial.
18       Have you found common sense useful in business
19   negotiations as well?
20           PROSPECTIVE JUROR:  Yes.
21           MR. MUELLER:  And why is that?
22           PROSPECTIVE JUROR:  It's a risk/benefit, the cost
23   of -- what is the cost of defense, what is the cost of
24   settlement, and you present it to your management, and they
25   make a business decision.
```

1      MR. MUELLER:  And you mentioned something called a

2  rate card earlier.

3      What is a rate card?

4      PROSPECTIVE JUROR:  So the way it was presented to

5  us, on a license agreement, you pay up front, you pay a certain

6  rate, you pay over a yearly rate, get more money.

7      So the license fee was based on what payment -- royalty

8  payment stream you chose.

9      MR. MUELLER:  Was that a good, bad, in-between way

10 to conduct negotiation in your view?

11     PROSPECTIVE JUROR:  I think it was a business.  You

12 decide do you want to pay up front, a little less, or do you

13 want to keep your cash or pay over a royalty stream.

14     MR. MUELLER:  Now, did they show you the actual rate

15 card in royalty negotiation?

16     PROSPECTIVE JUROR:  I can't remember if they showed

17 it to us.  It was negotiation with our outside counsel.

18     MR. MUELLER:  With your outside counsel?

19     PROSPECTIVE JUROR:  Yes.

20     MR. MUELLER:  But someone saw it?

21     PROSPECTIVE JUROR:  Yes.

22     MR. MUELLER:  Okay.  Understood.  And that was

23 important --

24     PROSPECTIVE JUROR:  I don't know -- they called it a

25 rate card.  I don't know if it was actually a rate card.  It

```
 1    was a schedule.

 2              MR. MUELLER:  But someone had it?

 3              PROSPECTIVE JUROR:  Yes.

 4              MR. MUELLER:  And that was important?

 5              PROSPECTIVE JUROR:  Yes.

 6              MR. MUELLER:  Okay.  Let me ask you, you mentioned

 7    that you were involved in a couple patent cases, right?

 8              PROSPECTIVE JUROR:  Two.

 9              MR. MUELLER:  And you said one was a not so great

10    experience?

11              PROSPECTIVE JUROR:  Yes.

12              MR. MUELLER:  Why was that?

13              PROSPECTIVE JUROR:  It was in the Eastern District

14    of Texas, number one.

15        Number two, I felt it was a patent holder who was filing

16    lawsuits that weren't necessarily -- I mean, he was a patent

17    troll.

18        His patent was challenged, and he was continuing to file

19    against anyone who was using a retail store locator on their

20    website.  And any retailer now does that.

21        It was -- I don't want to go into too much details, but,

22    you know, we had licensed it through a third-party vendor.  We

23    were still drug into the case even through a third-party

24    vendor.

25              MR. MUELLER:  Just because you have a patent, are
```

 1   you entitled to collect royalties?

 2            PROSPECTIVE JUROR:  No.

 3            MR. MUELLER:  Why not?

 4            PROSPECTIVE JUROR:  The patent has to be valid.

 5            THE COURT:  Let me stop counsel.  Let me stop

 6   counsel.

 7            MR. MUELLER:  Okay.  I will move on, Your Honor.

 8            PROSPECTIVE JUROR:  I mean, I just -- again, I

 9   know -- yeah.

10            MR. MUELLER:  That's fine.  I will move on, Your

11   Honor.

12       So in this case we're going to have to compare these three

13   patents to some products and see if the patents match the

14   products.

15       Is everyone here ready to dig in on doing that comparison

16   between the words and some patent claims that you are going to

17   be shown and some products?

18       Is anyone here not willing to do that?

19       Okay.  That is good.

20       Mr. Seitz, do I have that right?

21            PROSPECTIVE JUROR:  Yes.

22            MR. MUELLER:  I understand you are studying some

23   coursework that involves calculus and other types of math.  Are

24   you studying linear algebra, by any chance?

25            PROSPECTIVE JUROR:  Yes.

1                MR. MUELLER:  And have you done any work involving

2    matrices?

3                PROSPECTIVE JUROR:  Yes.

4                MR. MUELLER:  Could you explain a bit more about

5    that?

6                PROSPECTIVE JUROR:  Well, matrices are a set of

7    numbers that you can -- it's often used for computer

8    programming and such.

9                MR. MUELLER:  And you've had some experience in your

10   college coursework with studying different types of matrices?

11               PROSPECTIVE JUROR:  Yes.

12               MR. MUELLER:  Okay.  Can you tell us what other

13   types of math that you've been working on?

14               PROSPECTIVE JUROR:  So I've worked with

15   multivariable calculus, calculus, like so with integration.  I

16   mean, there's a bunch of stuff, yeah.

17               MR. MUELLER:  And what drew you to that area of

18   study?

19               PROSPECTIVE JUROR:  I generally like math.  I'm more

20   of a technical person.  Rather than into in depth stuff, I like

21   the math.  It's straightforward.

22               MR. MUELLER:  That's great.  Thank you.

23        Couple of more questions for the group here.

24        Again, I asked earlier if you're all ready to receive the

25   evidence.

1    One of the forms of evidence that you are going to receive

2    will be about different types of something called error

3    correction coding.  And you're going to have to examine

4    different types of error correction coding.

5    Are you all ready to dive into that subject starting

6    tomorrow?

7    Okay.  You have heard a lot about Wi-Fi, including in your

8    jury questionnaire, and a number of you have used Wi-Fi.

9    Do any of you use other cellular communication -- I'm

10   sorry, other types of communications, technology, other than

11   Wi-Fi?

12   For example, who here has a cell phone?  And you

13   understand those use cellular networks.

14   All right.  Does anyone use other types of communications,

15   technologies beyond cellular or Wi-Fi?

16   Does anyone own a satellite phone by any chance?

17   Okay.  Well, I thank you again for your service today.

18   And for those of you who are going to be on the jury, we really

19   appreciate your time and effort.  Thank you again.

20           THE COURT:  All right.  Let me have counsel on

21   sidebar.

22           (Sidebar begins.)

23           THE COURT:  For cause challenges.  You first.

24           MR. MUELLER:  Well, my first one is Number 2.

25   Number 2 on various occasions expressed that she would have

1    difficulty being unbiased.

2        She repeatedly expressed that she had problems with Apple

3    in the past.  And she also was saying late in jury selection --

4            THE COURT:  One moment.  She indicated that she had

5    a favorable opinion of Apple, and that she liked the use of the

6    products.

7        The only problem that she had was that at one point in

8    time, she was upset because the iTunes on her iPhone was a

9    problem.

10        In other words, it was mixed up with her credit card.  The

11    fault was not necessarily -- she didn't attribute that fault to

12    Apple.  She attributed the fault to the problem with the prior

13    credit card and it was a mixup of the credit card.  And that

14    while she was upset at the time, since that point in time, the

15    matter has been resolved, and so she doesn't have a problem.

16            MR. MUELLER:  The second thing, Your Honor, was her

17    issue with the superintendent at the school --

18            THE COURT:  Yeah, but the superintendent with the

19    iPads, she indicated that she blamed the supervisor, not Apple.

20        So anything else?  Go ahead.

21            MR. ASPERGER:  No, I was going to say that I agree

22    with -- my recollection was she said she blamed it on the

23    supervisor and not Apple.

24            THE COURT:  All right.  Anyone else have a problem

25    with any for cause challenges with the jurors?

1          MR. PRICE:  We have no for cause, Your Honor, we

2     just have some scheduling issues.

3          THE COURT:  The scheduling ones would be for cause.

4     Scheduling is for cause.

5          MR. ASPERGER:  I have two.

6          THE COURT:  Which are the two?

7          MR. ASPERGER:  The two would be Juror No. 10, who

8     has her anniversary, and she seems -- that seems obviously very

9     important to her -- Juror No. 10, who has an anniversary, and

10    that would obviously be very important to her.  And she's going

11    to be gone for two days, which are critical.

12         THE COURT:  Let me ask the defendants, what is your

13    position on Juror No. 10?

14         MR. MUELLER:  Stip.

15         THE COURT:  And what's your other one?

16         MR. ASPERGER:  15 on the childcare issue, Your

17    Honor.

18         THE COURT:  Let me ask, what's the --

19         MR. MUELLER:  We'll stipulate.

20         THE COURT:  Okay.  I would agree with 15 and 10.  So

21    I would agree as to those.

22         MR. MUELLER:  Your Honor, Number 14 said a number of

23    times that she was very angry, and then was not sure if she

24    could be fair.

25         THE COURT:  But she wasn't -- she wasn't angry at

1     any particular person.

2          Let me put it this way:  If both sides agree to a stip, I

3     will probably --

4               MR. ASPERGER:  We would stipulate.

5               THE COURT:  Let me just ask.  There was one more I

6     had a question on.

7          I'm not going to insist on this, but just a couple of the

8     answers that Juror No. 3 caused me to question Number 3 in the

9     sense that he is expressing an inability to comprehend

10    complicated issues.

11              MR. ASPERGER:  I didn't view it as him being at any

12    disadvantage compared to a number of jurors.  I know he's not

13    at the same level educationally, but I don't -- I didn't view

14    it as rising to the level of --

15              THE COURT:  He has difficulties with math and with

16    English, in addition to other things.

17         And, again, I'm not going to insist on it because if I get

18    a stip, that is fine, but he indicated problems.

19              MR. ASPERGER:  I don't want to stipulate to that,

20    Your Honor.

21              MR. MUELLER:  I would actually agree with

22    Mr. Asperger.

23              THE COURT:  All right.  Anything else, gentlemen,

24    that we need to do before?

25         Okay.  We will start with the peremptories beginning with

162

```
 1    plaintiff's counsel first.
 2              MR. ASPERGER:  Thank you, Your Honor.
 3              THE COURT:  Okay.
 4         (Sidebar ends.)
 5              THE COURT:  The Court would thank and excuse Juror
 6    No. 10.
 7         Please go back to the jury room and tell them you have
 8    been excused from this matter.
 9         And the Court would thank and excuse Juror No. 15.
10         Could you please go back to the jury room and tell them
11    you have been excused from this matter.
12         Oh, let me have counsel on sidebar for just one more
13    second.
14         (Sidebar begins.)
15              THE COURT:  The parties understand that when you
16    exercise the for cause challenges, you are basically exercising
17    for cause on nine jurors.
18         So, in other words, you are basically going between Jurors
19    Nos. 1 through 9.  And then once you excuse one of them, then
20    you go from Jurors Nos. 1 through 11.  So don't try to excuse
21    Juror No. 20 because he's not up.  So it's only as to nine.
22              MR. PRICE:  Your Honor, I don't mean to speak.  I
23    think you also agreed to 14, didn't you?
24              THE COURT:  Yeah.  Oh, that's right.  I forgot that
25    one, okay.  I will let her go now.
```

1          (Sidebar ends.)

2          THE COURT:  Okay.  The Court would thank and excuse

3    Juror No. 14 at this point in time.  Thank you very much.

4    Please go back to the jury room and tell them you have been

5    excused from this matter.

6       And we will have peremptory challenges beginning with the

7    plaintiff first.

8          MR. ASPERGER:  So, Your Honor, the -- we would thank

9    and excuse Juror No. 8, Mr. Maldonado.

10         THE COURT:  Okay.  Thank you very much, Juror No. 8.

11   Could you please go back to the jury room and tell them you

12   have been excused from this matter?

13      And for the defendant?

14         MR. MUELLER:  Your Honor, we would thank and excuse

15   Ms. Castaneda.

16         THE COURT:  All right.  Thank you very much, Juror

17   No. 2.

18      Could you please go back to the jury room and tell them

19   you have been excused from this matter.

20      For the plaintiff?

21         MR. ASPERGER:  Your Honor, we would pass.

22         THE COURT:  Okay.  And for the defense?

23         MR. MUELLER:  Your Honor, we would thank and excuse

24   Mr. Kwok.

25         THE COURT:  Thank you very much, Juror No. 7.  Could

```
 1   you please go back to the jury room and tell them you have been
 2   excused from this matter?
 3       For the plaintiff?
 4           MR. ASPERGER:  One moment.
 5           THE COURT:  All right.
 6           MR. ASPERGER:  We would pass again, Your Honor.
 7           THE COURT:  For the defendant?
 8           MR. MUELLER:  Just one moment, Your Honor.
 9           THE COURT:  Pardon?
10           MR. MUELLER:  Just one moment, Your Honor.
11           THE COURT:  Sure.
12           MR. MUELLER:  Your Honor, we'd thank and excuse
13   Ms. Calderon.
14           THE COURT:  Thank you very much, Juror No. 4.
15   Please go back to the jury room and tell them you have been
16   excused from this matter.
17       And for the plaintiff?
18           MR. ASPERGER:  Your Honor, we would thank and excuse
19   Juror No. 16, Ms. Gahaghan.
20           THE COURT:  Okay.  Thank you very much, Juror No.
21   16.  Could you please go back to the jury room and tell them
22   you have been excused from this matter?
23       And for the plaintiff again?  Wait a second.  Is that
24   right?
25           THE COURTROOM DEPUTY:  Uh-huh.
```

**UNITED STATES DISTRICT COURT**

165

```
 1              THE COURT:  Yes, this is right.  One more for the
 2   plaintiff.
 3              MR. ASPERGER:  I'm sorry, are you asking us, Your
 4   Honor?
 5              THE COURT:  Yes, there is one more, and the
 6   plaintiff has the last one.
 7              MR. ASPERGER:  We would thank and excuse Juror
 8   No. 3, Your Honor.
 9              THE COURT:  Thank you very much, Juror No. 3.  Could
10   you please go back to the jury room and tell them you have been
11   excused from this matter?
12       And we have our jury, which is Jurors Nos. 1, 5, 6, 9, 11,
13   12, 13, 17, and -- no -- yeah, 17 and 18.  Is that correct?
14   One, two, three, four, five, six, seven, eight, nine, yes.
15       Could those jurors please stand and I'll swear you in --
16   or my clerk will swear you in.
17       No, Juror No. 20, you're not in.  No, up to Juror No. 17.
18   We are only having nine jurors.
19       I know you really want to be on this jury, and, you know,
20   many are called, but not everyone is chosen.
21       All right.  Let me have the clerk swear in those jurors.
22              THE COURTROOM DEPUTY:  Please raise your right hand.
23   Ladies and gentlemen of the jury, do you solemnly swear that
24   you will well and truly try the cause now before this Court,
25   and a true verdict therein render according to the evidence, so
```

1   help you God?

2              THE JURY:  I do.

3              THE COURT:  Okay.  Let me thank and excuse Jurors

4   Nos. 19 and 20.

5        Please go back down to the jury room and tell them you

6   have been excused from this matter.  Should they have gotten

7   parking passes?

8              THE COURTROOM DEPUTY:  Did you get parking passes?

9              THE COURT:  You did get parking.  Okay.  Great.

10  Thank you very much.

11       Ladies and gentlemen, what I'm going to ask the jurors to

12  do is to follow my clerk and he will take you to the jury room

13  and show you what is going on there.  He will also give you

14  parking passes.

15       We will start again tomorrow -- normally I said we were

16  going to start at 8:30.

17       We're going to start tomorrow a little bit later because

18  there are a couple of things I have to straighten out with the

19  attorneys.

20       So tomorrow we are going to start at 9:30 which is

21  unusual.  Normally we'd start on a Wednesday back at 8:30.  But

22  we are going to start at 9:30, because I need to discuss some

23  stuff with counsel.

24       Remember, when you are on these breaks, please do not talk

25  about this case with anyone.

1          Please do not do any independent research.

2          Have a pleasant evening.  Drive safety -- safety -- safely

3  -- safety and safely both, and have a very pleasant evening.

4                    (JURY EXITS COURTROOM AT 4:54 P.M.)

5          THE COURT:  All right.  Ladies and gentlemen, a

6  couple of things.  What I'm going to try to do is try to e-mail

7  you tonight the Court's response to the preliminary patent jury

8  instructions.

9          The only problem is that some of the patent -- preliminary

10  patent instructions from the -- from the Northern District kind

11  of like duplicate stuff that is already going to be given to

12  the jury in the video, although the video, I guess, does not --

13  the video, they are going to be instructed that the video is

14  not evidence.

15          I don't think it's supposed to be treated as the same

16  thing as jury instructions.

17          So my inclination is to not give them the stuff because

18  it's already been covered.  But obviously in the concluding set

19  of jury instructions, all of this stuff would be in there

20  anyway.

21          So if either side feels that it's necessary for the jury

22  to have that stuff, we could put it in the final set of jury

23  instructions.

24          So my inclination would be -- at this point in time is to

25  edit out some of the stuff from the preliminary instructions

1   because it is duplicative of what they are going to hear in the

2   video from the CJC -- FJC.

3           MR. MUELLER:  No objection.

4           THE COURT:  All right.

5           MR. ASPERGER:  Your Honor, we're fine with that.

6   There are some of those instructions we do think are important.

7           THE COURT:  Yeah.  As I said, what I'm going to try

8   to do is I'm going to try to e-mail it to you guys tonight.  I

9   haven't had a chance to finalize stuff.

10      I will try to get this stuff to you guys tonight hopefully

11  before 8:00 -- and now the shoe is on the other foot, and

12  although -- as opposed to midnight.

13      I should stop doing these asides.  It's not nice.  But I

14  will try to get it before 8:00, and then we could talk about it

15  tomorrow.

16      Let me ask you guys to come in tomorrow at 8:00 o'clock.

17  We will start talking at 8:00.  And then as I have indicated, I

18  will have the jury come in at 9:30.

19      I presume that if we resolve all of this stuff -- the

20  stuff that needs to be put in the jury binder, that as long as

21  we get it done by 9:00 o'clock, maybe 8:30 or 9:00 o'clock,

22  there would be enough time to put it in the binder.

23      Is that all right?

24          MS. MCCRACKEN:  Yes, Your Honor.

25          THE COURT:  Let me ask, what else do we need to talk

1    about at this point in time?

2            MR. MUELLER:  That's all for us, I think, Your

3    Honor.

4            MR. ASPERGER:  That's all for us.

5            THE COURT:  Also remind me tomorrow, I did not

6    have -- normally I do this, but it was just so busy today.  I

7    didn't have everybody introduce themselves.  I will start that

8    tomorrow.

9        I will have everybody introduce themselves and stuff of

10   that sort so the jury knows who you are.  And so that way you

11   don't have to get up every single time and say I am so and so,

12   I represent so and so, because they will know.

13       Anything else I need to do at this point?

14           MR. ASPERGER:  Nothing further.

15           THE COURT:  Okay.  Let me just ask, do we have the

16   tutorial?

17       We will have all of the instructions.  Is there anything

18   else you can think of?

19       Okay.  Great.  Thank you.  Have a very pleasant evening.

20   And don't sleep too much.

21           MR. MUELLER:  Thank you, Your Honor.

22               (Proceedings concluded at 4:57 p.m.)

23                         *  *  *

24

25

1                    **CERTIFICATE OF OFFICIAL REPORTER**

2

3    COUNTY OF LOS ANGELES    )
                              )
4    STATE OF CALIFORNIA      )

5

6            I, TERRI A. HOURIGAN, Federal Official Realtime

7    Court Reporter, in and for the United States District Court for

8    the Central District of California, do hereby certify that

9    pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:  January 14, 2020

17

18

19                        /s/ TERRI A. HOURIGAN

20   _____
                 TERRI A. HOURIGAN, CSR NO. 3838, CCRR
21                  Federal Official Court Reporter

22

23

24

25

## $

**$2,000** [1] - 100:4

## '

**'stealing** [1] - 65:22

## /

**/s** [1] - 168:19

## 0

**02109** [1] - 3:14

## 1

**1** [6] - 1:14, 33:8, 34:1, 160:19, 160:20, 163:12
**10** [21] - 33:12, 61:17, 61:21, 71:7, 120:10, 120:14, 120:16, 121:14, 122:16, 123:23, 125:19, 126:18, 129:1, 129:17, 132:18, 135:18, 158:7, 158:9, 158:13, 158:20, 160:6
**10010** [1] - 2:6
**10th** [1] - 2:10
**11** [6] - 33:13, 84:18, 121:15, 122:20, 160:20, 163:12
**110** [1] - 106:15
**12** [4] - 11:9, 33:13, 88:14, 163:13
**1225** [1] - 3:17
**12:00** [1] - 137:20
**12:45** [2] - 1:15, 4:2
**13** [10] - 33:19, 33:20, 91:13, 121:15, 122:24, 123:13, 123:14, 123:23, 142:17, 163:13
**14** [11] - 1:14, 4:1, 33:21, 94:16, 129:5, 129:24, 138:7, 158:22, 160:23, 161:3, 168:16
**14th** [2] - 15:19, 15:20
**15** [14] - 30:20, 33:21, 61:22, 100:15, 105:24, 106:1, 106:21, 117:6, 125:19, 127:4, 138:13, 158:16,

158:20, 160:9
**15-minute** [2] - 116:11, 116:21
**150** [1] - 151:5
**16** [12] - 29:24, 33:22, 102:20, 120:9, 120:14, 120:22, 123:23, 129:1, 130:10, 137:7, 162:19, 162:21
**16-3714-GW** [1] - 1:7
**17** [9] - 33:23, 105:20, 118:6, 118:24, 123:23, 124:6, 163:13, 163:17
**18** [7] - 33:24, 108:6, 123:23, 139:21, 139:23, 139:24, 163:13
**19** [10] - 33:24, 108:25, 109:2, 118:6, 119:14, 125:19, 127:6, 139:22, 139:23, 164:4
**1:25** [1] - 10:11
**1:49** [1] - 31:3
**1st** [1] - 106:12

## 2

**2** [17] - 33:8, 36:17, 107:22, 110:24, 121:14, 121:17, 123:23, 124:6, 125:19, 126:3, 129:5, 129:6, 132:18, 132:20, 156:24, 156:25, 161:17
**2,000** [1] - 61:2
**20** [30] - 30:1, 31:7, 31:11, 31:12, 33:25, 60:18, 61:21, 61:22, 65:10, 109:1, 112:16, 117:2, 118:6, 119:25, 120:9, 120:15, 120:25, 121:16, 123:5, 123:13, 123:14, 123:23, 124:6, 124:11, 125:2, 139:18, 139:19, 160:21, 163:17, 164:4
**2020** [4] - 1:14, 4:1, 15:20, 168:16
**20th** [1] - 135:24
**2100** [1] - 3:6
**213** [1] - 1:25
**22nd** [1] - 2:5
**23rd** [2] - 136:6, 137:5
**24/7** [1] - 138:16

**24th** [5] - 136:6, 137:6, 137:13, 138:3, 138:10
**25th** [1] - 137:13
**2600** [1] - 3:17
**27** [1] - 51:15
**28** [1] - 168:9
**28th** [2] - 135:23, 139:19
**2:00** [1] - 30:22
**2:07** [1] - 31:5

## 3

**3** [14] - 33:9, 44:18, 50:22, 125:19, 126:7, 127:21, 127:22, 128:12, 139:3, 139:4, 159:8, 163:8, 163:9
**30** [3] - 55:14, 59:24, 65:10
**35** [1] - 61:5
**350** [2] - 1:24, 3:6
**3838** [2] - 1:23, 168:20
**3:40** [1] - 116:17
**3:57** [1] - 117:20

## 4

**4** [10] - 33:9, 45:22, 121:14, 122:6, 123:22, 124:6, 124:11, 124:12, 125:1, 162:14
**4311** [1] - 1:24
**45,000** [1] - 85:20
**4:00** [5] - 116:12, 116:15, 137:16, 137:20
**4:54** [1] - 165:4
**4:57** [1] - 167:22

## 5

**5** [8] - 5:11, 33:9, 48:17, 50:22, 107:22, 110:24, 139:16, 163:12
**50** [1] - 12:5
**50,000** [1] - 134:13
**50.0001** [1] - 12:5
**51** [1] - 25:5
**555** [1] - 2:14
**5:00** [1] - 117:7
**5th** [1] - 2:14

## 6

**6** [5] - 33:10, 49:22,

118:10, 118:11, 163:12
**60** [1] - 3:13

## 7

**7** [14] - 33:10, 54:2, 54:6, 54:9, 86:8, 107:22, 118:10, 118:21, 123:22, 132:15, 132:18, 134:20, 137:11, 161:25
**753** [1] - 168:9

## 8

**8** [10] - 33:11, 50:22, 62:21, 62:23, 121:14, 122:13, 123:22, 145:22, 161:9, 161:10
**80202** [1] - 3:17
**865** [1] - 2:10
**894-2849** [1] - 1:25
**8:00** [4] - 166:11, 166:14, 166:16, 166:17
**8:30** [3] - 164:16, 164:21, 166:21

## 9

**9** [13] - 33:12, 53:16, 53:25, 54:3, 54:6, 62:21, 66:24, 110:24, 117:11, 160:19, 163:12
**90012** [1] - 1:25
**90017** [1] - 2:11
**90071** [1] - 3:6
**94065** [1] - 2:15
**94304** [1] - 3:10
**950** [1] - 3:10
**9:00** [2] - 166:21
**9:15** [1] - 117:11
**9:30** [3] - 164:20, 164:22, 166:18

## A

**AAA** [3] - 98:21, 99:7, 99:9
**Aaron** [2] - 62:13
**ABC** [2] - 86:8, 90:20
**ability** [2] - 41:20, 148:24
**able** [8] - 14:9, 41:9, 43:14, 43:22, 65:5, 67:22, 77:19, 84:8
**above-entitled** [1] -

168:12
**absolutely** [1] - 75:9
**abuse** [1] - 28:9
**accept** [8] - 15:4, 15:12, 15:22, 19:11, 20:8, 20:15, 132:7
**acceptable** [2] - 21:13, 25:7
**access** [1] - 43:13
**accessing** [1] - 47:12
**accident** [1] - 55:16
**according** [2] - 11:19, 163:25
**account** [1] - 63:6
**accountant** [2] - 54:9, 55:5
**accounting** [4] - 43:19, 53:17, 53:18, 53:19, 53:20, 53:21, 54:17, 55:4, 55:9, 55:12, 67:2, 87:15, 95:15, 97:23
**accounts** [2] - 63:7, 63:8
**accused** [2] - 17:25, 103:14
**acknowledged** [1] - 38:3
**act** [2] - 46:21, 125:9
**acting** [4] - 58:23, 123:18, 125:11, 129:8
**action** [2] - 83:20, 96:6, 104:22
**actress** [1] - 129:18
**actual** [3] - 77:14, 87:5, 152:14
**addition** [3] - 13:15, 77:16, 159:16
**additional** [1] - 16:16
**addresses** [1] - 91:23
**adept** [1] - 93:24
**administrative** [2] - 87:4, 109:9
**administrator** [2] - 50:16, 50:24
**admitted** [3] - 14:9, 14:12, 14:23
**adopt** [1] - 13:25
**adult** [6] - 118:4, 118:9, 118:11, 118:20, 118:24, 119:1
**advantage** [1] - 46:19
**adverse** [1] - 81:18
**adversely** [1] - 146:13
**advertising** [1] - 36:1
**advocates** [1] -

16:10
**affect** [17] - 42:18, 43:3, 43:7, 44:3, 44:15, 48:11, 48:14, 78:2, 79:22, 100:6, 100:13, 116:6, 125:3, 125:6, 133:16, 134:9, 147:15
**affected** [4] - 36:6, 47:4, 48:3, 82:25
**affects** [1] - 134:16
**afford** [6] - 55:4, 64:12, 65:5, 65:12, 67:22, 112:22
**afternoon** [4] - 10:12, 11:23, 141:20, 141:21
**age** [1] - 121:23
**agency** [1] - 129:15
**ago** [21] - 55:15, 58:22, 59:24, 60:12, 60:18, 61:5, 61:22, 61:23, 65:2, 65:10, 69:12, 87:19, 96:6, 96:12, 97:12, 98:20, 104:5, 134:22, 142:20, 143:9
**agree** [10] - 15:3, 19:21, 29:1, 37:10, 149:23, 157:21, 158:20, 158:21, 159:2, 159:21
**agreed** [1] - 160:23
**agreement** [5] - 14:14, 131:15, 148:7, 148:8, 152:5
**agrees** [1] - 150:1
**ahead** [1] - 157:20
**aid** [1] - 63:10
**AIDS** [2] - 75:24, 122:18
**air** [1] - 107:3
**air-conditioning** [1] - 107:3
**al** [1] - 1:8
**Aldridge** [1] - 32:12
**algebra** [1] - 154:24
**allegation** [1] - 149:16
**allow** [14] - 15:10, 19:9, 19:10, 24:9, 25:15, 25:21, 25:25, 26:3, 26:19, 28:7, 29:18, 112:5, 127:12, 137:23
**allowed** [4] - 28:2, 30:8, 39:13, 39:20
**almost** [1] - 21:18
**ALSO** [2] - 2:17, 3:19
**altered** [1] - 4:7

**alternative** [1] - 134:25
**Alto** [1] - 3:10
**Amarna** [2] - 32:12, 145:22
**amazing** [1] - 43:2
**America** [4] - 72:25, 105:25, 106:2, 106:20
**American** [4] - 43:22, 51:9, 51:11, 121:9
**amount** [3] - 28:6, 28:10, 115:11
**analogy** [1] - 80:25
**ancient** [1] - 36:24
**Andrew** [1] - 6:23
**Android** [3] - 52:9, 52:10, 144:24
**Angeles** [5] - 2:11, 3:6, 106:21, 119:8, 119:17
**ANGELES** [4] - 1:15, 1:25, 4:1, 168:3
**anger** [2] - 44:12, 99:25
**angry** [4] - 100:12, 100:14, 158:23, 158:25
**anniversary** [5] - 136:1, 137:1, 137:4, 158:8, 158:9
**answer** [27] - 13:11, 19:20, 19:21, 19:22, 19:23, 28:16, 28:17, 29:17, 29:18, 36:11, 37:4, 47:16, 47:20, 47:22, 51:5, 51:14, 52:21, 78:3, 78:10, 78:25, 79:25, 81:10, 110:25, 117:25, 118:1, 143:25
**answered** [3] - 25:17, 27:24, 39:22
**answers** [7] - 13:24, 19:17, 27:18, 27:20, 27:22, 27:23, 159:8
**antianxiety** [1] - 48:9
**antidepressants** [1] - 48:9
**anyway** [3] - 98:11, 111:20, 165:20
**Apache** [1] - 39:2
**apart** [1] - 123:7
**apartment** [1] - 69:13
**apologize** [4] - 7:8, 54:1, 54:5, 133:4
**app** [2] - 93:9, 108:13
**APPEARANCES** [2] - 2:1, 3:1

**APPEARING** [2] - 2:17, 3:19
**Apple** [87] - 11:7, 35:7, 35:15, 35:18, 35:23, 36:4, 36:5, 36:8, 42:16, 42:18, 44:4, 44:11, 44:12, 46:17, 46:18, 46:23, 46:24, 49:2, 49:5, 51:17, 51:24, 59:25, 60:1, 60:11, 65:17, 65:20, 65:21, 66:2, 66:12, 66:13, 66:19, 66:20, 66:21, 76:24, 77:7, 77:8, 77:17, 77:22, 77:23, 77:25, 78:1, 78:13, 79:7, 79:12, 79:20, 79:22, 80:5, 81:24, 93:8, 98:2, 111:3, 111:9, 116:3, 116:5, 124:14, 132:23, 132:25, 133:8, 133:19, 133:23, 134:1, 144:7, 144:9, 144:11, 144:13, 144:17, 144:24, 144:25, 145:4, 145:10, 145:14, 145:19, 146:3, 146:4, 149:7, 149:17, 150:10, 157:2, 157:5, 157:12, 157:19, 157:23
**apple** [1] - 148:16
**Apple's** [1] - 43:20
**Applemasters** [1] - 77:3
**applicable** [1] - 26:14
**applications** [1] - 114:6
**applied** [5] - 37:23, 58:22, 147:21, 147:22, 147:24
**applies** [1] - 95:2
**apply** [3] - 10:17, 12:12, 42:6
**appreciate** [5] - 135:4, 142:5, 143:6, 149:9, 156:19
**approach** [1] - 4:19
**appropriately** [1] - 99:25
**approve** [1] - 93:4
**apps** [2] - 86:22, 86:23
**Ardriono** [1] - 32:12
**area** [20] - 26:20, 28:9, 34:4, 71:11, 71:13, 81:22, 86:14,

86:17, 86:18, 86:19, 105:21, 108:7, 109:10, 113:3, 119:19, 126:14, 147:1, 147:4, 155:17
**areas** [7] - 36:23, 93:9, 107:14, 113:2, 147:1, 151:7, 151:13
**arguing** [1] - 22:23
**argument** [2] - 22:14, 22:17
**arguments** [4] - 22:4, 22:11, 22:12, 22:21
**arise** [4] - 26:23, 46:23, 55:9, 125:22
**arisen** [1] - 17:14
**arises** [1] - 25:6
**aristocracy** [1] - 128:4
**army** [1] - 44:25
**arrangement** [2] - 67:2, 67:3
**article** [1] - 125:6
**arts** [3] - 36:22, 61:11, 61:13
**Asian** [1] - 33:14
**aside** [3] - 13:18, 66:19, 78:12
**asides** [1] - 166:13
**aspect** [4] - 78:12, 81:19, 81:23, 88:18
**aspects** [6] - 46:22, 49:20, 63:8, 78:21, 81:3, 87:4
**Asperger** [4] - 4:18, 141:25, 149:5, 159:22
**ASPERGER** [54] - 2:8, 4:14, 6:13, 6:16, 6:25, 8:8, 8:12, 8:16, 9:8, 69:2, 117:15, 141:19, 141:22, 142:24, 143:4, 143:13, 143:17, 144:17, 144:21, 145:6, 145:16, 145:21, 145:24, 146:6, 146:9, 146:16, 146:19, 146:24, 147:3, 147:9, 147:14, 147:18, 148:10, 148:13, 148:17, 148:20, 157:21, 158:5, 158:7, 158:16, 159:4, 159:11, 159:19, 160:2, 161:8, 161:21, 162:4, 162:6, 162:18, 163:3, 163:7, 166:5, 167:4, 167:14
**asserting** [1] -

149:18
**assessment** [1] - 109:13
**assist** [1] - 126:24
**assistance** [1] - 101:8
**assistant** [3] - 61:6, 95:7, 95:22
**assisting** [1] - 61:14
**assume** [8] - 13:9, 13:21, 17:19, 19:16, 19:19, 20:10, 20:17, 24:2
**assuming** [1] - 71:18
**AT** [6] - 10:11, 31:3, 31:5, 116:17, 117:20, 165:4
**Atley** [1] - 53:1
**attempt** [3] - 16:7, 22:15, 23:24
**attempted** [1] - 85:6
**attendance** [1] - 43:13
**attended** [3] - 94:8, 142:19, 143:8
**attention** [3] - 31:22, 127:16, 135:17
**Attorney** [3] - 3:9, 3:13, 3:16
**attorney** [22] - 13:5, 13:8, 13:10, 13:22, 15:2, 17:23, 19:19, 19:21, 22:14, 22:18, 22:23, 24:18, 26:16, 53:16, 54:4, 56:11, 56:21, 57:1, 57:4, 58:23, 59:1, 75:8
**attorneys** [19] - 12:22, 13:3, 14:3, 15:1, 16:9, 16:12, 22:13, 24:16, 24:24, 26:14, 26:19, 28:1, 28:3, 30:7, 84:25, 85:2, 103:21, 103:25, 164:19
**Attorneys** [4] - 2:5, 2:10, 2:14, 3:5
**attribute** [1] - 157:11
**attributed** [1] - 157:12
**attributes** [1] - 151:16
**audible** [1] - 17:1
**audience** [1] - 10:3
**audiotape** [1] - 14:11
**audit** [1] - 110:9
**audited** [3] - 59:24, 60:18, 61:2
**auditing** [1] - 60:10
**authority** [1] - 26:20

**autistic** [1] - 65:3
**automatically** [1] - 145:4
**automobile** [1] - 55:16
**Avenue** [2] - 2:5, 3:6
**avenues** [1] - 16:22
**aware** [2] - 22:4, 78:12

# B

**B-to-B** [1] - 58:5
**background** [5] - 26:22, 27:12, 94:23, 122:1, 127:7
**bad** [9] - 17:8, 61:7, 72:11, 73:10, 85:14, 99:6, 140:15, 148:16, 152:9
**BALLARD** [1] - 2:9
**Bank** [4] - 72:25, 105:24, 106:2, 106:20
**bank** [1] - 107:14
**banking** [5] - 71:12, 71:13, 73:8, 105:21, 107:10
**Baragan** [1] - 32:13
**Barbara** [2] - 136:10, 136:20
**base** [1] - 22:20
**based** [6] - 16:2, 27:21, 74:19, 109:12, 132:1, 152:7
**basic** [1] - 64:5
**basics** [1] - 94:1
**basis** [1] - 110:12
**bathroom** [1] - 135:12
**BBC** [1] - 40:5
**BC** [1] - 58:19
**bear** [2] - 52:25, 151:17
**beat** [1] - 26:17
**Beaudry** [2] - 106:18, 106:19
**became** [1] - 60:13
**becoming** [1] - 88:23
**begin** [1] - 66:17
**beginning** [4] - 145:13, 147:12, 159:25, 161:6
**Beginning** [1] - 140:9
**begins** [4] - 4:25, 67:16, 156:22, 160:14
**behalf** [6] - 142:3, 142:4, 149:6, 149:7, 150:10
**behind** [2] - 10:25,

31:9
**beliefs** [1] - 64:10
**belongs** [2] - 41:16, 57:24
**benefits** [1] - 86:23
**Benjamin** [1] - 3:20
**best** [2] - 46:21, 140:6
**better** [5] - 27:1, 27:3, 75:8, 106:25, 107:2
**between** [1] - 19:6, 35:16, 49:5, 71:25, 78:23, 89:18, 91:18, 137:20, 152:9, 154:16, 160:18
**beyond** [3] - 11:16, 15:11, 156:15
**bias** [2] - 28:20, 66:12
**biased** [1] - 28:17
**biases** [2] - 28:19, 74:25
**BIDDINGER** [1] - 2:4
**big** [14] - 39:2, 39:3, 46:17, 60:8, 60:13, 72:7, 80:18, 99:7, 99:13, 122:14, 122:15, 133:2, 144:11
**biggest** [2] - 78:7, 144:24
**bill** [1] - 92:5
**billing** [3] - 87:2, 91:21, 91:23
**binder** [2] - 166:20, 166:22
**binding** [1] - 24:23
**biology** [1] - 45:23
**bit** [14] - 15:9, 26:21, 57:16, 59:7, 59:15, 90:12, 92:17, 103:4, 103:5, 109:4, 133:20, 148:5, 155:4, 164:17
**Bladimir** [1] - 32:18
**blame** [1] - 134:1, 134:2
**blamed** [1] - 157:19, 157:22
**Blanksby** [3] - 6:23, 150:13, 150:19
**bleeds** [1] - 113:5
**blew** [1] - 98:21
**Bloomberg** [2] - 58:19, 58:20
**Board** [1] - 94:17
**board** [4] - 94:20, 94:23, 96:24, 110:12
**Bob** [1] - 53:9
**Boeing** [1] - 56:24, 57:2, 57:5, 57:11,

57:23, 57:24
**bonus** [1] - 38:15
**books** [2] - 43:14, 144:16
**bore** [1] - 62:10
**bored** [1] - 93:7
**boring** [1] - 16:12
**boss** [1] - 65:9
**Boston** [1] - 3:14
**bought** [3] - 10:5, 60:14, 96:15
**bounce** [1] - 107:23
**bound** [1] - 29:5
**box** [1] - 18:4
**boxes** [2] - 123:19, 124:9
**Brady** [1] - 104:3
**brain** [2] - 79:13, 81:12
**branch** [4] - 71:15, 71:18, 71:19, 72:6
**branding** [1] - 86:15
**breach** [1] - 29:8
**break** [8] - 10:5, 40:14, 100:21, 116:10, 116:11, 116:21, 133:3, 135:12
**Break** [1] - 116:23
**breaking** [5] - 34:25, 35:3, 40:12, 70:10, 93:9
**breaks** [3] - 93:16, 116:13, 164:24
**Breverman** [1] - 3:19
**BRIAN** [1] - 2:4
**brianbiddinger@ quinnemanuel.com** [1] - 2:6
**brief** [2] - 13:13, 28:2
**Brief** [2] - 4:17, 8:17
**briefly** [2] - 4:19, 17:20
**BRIGGS** [1] - 2:13
**bring** [5] - 7:12, 10:8, 10:10, 31:21, 135:16
**bringing** [3] - 9:4, 127:15, 151:17
**British** [1] - 128:4
**broad** [1] - 121:5, 136:21
**Broadcom** [28] - 11:7, 46:16, 46:18, 46:24, 51:17, 60:19, 60:21, 61:1, 65:17, 78:14, 79:8, 79:9, 79:12, 79:13, 79:14, 79:18, 79:20, 80:5, 81:24, 111:3, 111:7, 120:7, 145:11, 149:7, 149:17, 150:10,

150:14
**BROADCOM** [1] - 1:8
**broadcom** [1] - 42:17
**Broadway** [1] - 106:13
**brother** [2] - 113:16, 144:20
**brought** [5] - 10:24, 11:6, 43:6, 69:16, 83:19
**browse** [1] - 112:6
**building** [6] - 39:17, 72:9, 105:25, 106:6, 106:8, 133:22
**built** [1] - 85:21
**bunch** [2] - 65:12, 155:16
**burden** [2] - 11:12, 12:10
**bus** [1] - 54:22
**business** [31] - 58:5, 64:7, 65:22, 66:20, 66:25, 69:21, 69:22, 69:23, 70:13, 70:14, 71:4, 72:3, 72:5, 72:16, 73:7, 76:18, 79:3, 79:4, 82:21, 85:12, 85:23, 87:14, 87:15, 87:17, 103:3, 146:1, 151:18, 151:25, 152:11
**business-to-business** [1] - 58:5
**businesses** [1] - 93:17
**busy** [1] - 167:6
**butcher** [1] - 52:24
**buy** [1] - 44:12
**BY** [7] - 2:4, 2:8, 2:13, 3:4, 3:9, 3:12, 3:16

# C

**C++** [1] - 89:6
**cable** [1] - 86:1
**Cal** [3] - 54:22, 109:14, 110:4
**calculate** [1] - 92:5
**calculated** [3] - 129:13, 130:5, 131:18
**calculation** [1] - 131:22
**calculations** [2] - 88:20, 88:21
**calculus** [1] - 154:23, 155:15
**Calderon** [2] - 32:7,

162:13
**California** [10] - 2:11, 2:15, 3:6, 3:10, 60:23, 109:6, 142:1, 142:13, 147:8, 168:8
**CALIFORNIA** [6] - 1:2, 1:5, 1:15, 1:25, 4:1, 168:4
**calm** [2] - 126:3, 126:25
**Caltech** [45] - 4:6, 5:7, 10:7, 11:6, 42:16, 42:18, 42:22, 43:6, 46:24, 47:1, 51:17, 52:11, 61:5, 65:17, 65:23, 66:20, 79:11, 79:20, 79:22, 80:4, 80:21, 80:22, 81:24, 87:19, 91:4, 91:8, 94:8, 94:13, 94:14, 105:16, 111:3, 111:11, 111:13, 111:16, 132:23, 142:3, 142:15, 142:20, 142:25, 143:2, 143:3, 143:8, 143:20, 145:10, 149:17
**Caltech's** [1] - 8:11
**Canada** [1] - 143:20
**cancel** [3] - 136:25, 137:3
**canceled** [1] - 43:22
**candid** [1] - 83:24
**candidness** [1] - 149:2
**cannot** [11] - 16:7, 16:20, 19:24, 19:25, 24:20, 28:20, 33:6, 55:4, 111:13, 112:5, 139:1
**capabilities** [1] - 112:11
**capacity** [1] - 150:23
**car** [5] - 94:5, 98:21, 98:22, 100:3, 100:4
**card** [11] - 43:21, 43:22, 148:8, 152:2, 152:3, 152:15, 152:25, 157:10, 157:13
**cards** [2] - 44:7, 132:16
**care** [9] - 75:20, 75:25, 76:5, 91:20, 91:22, 109:7, 109:14, 122:18, 129:15
**cars** [1] - 94:6
**Case** [1] - 1:7
**case** [138] - 7:3,

10:17, 10:22, 10:23, 10:24, 11:4, 11:9, 11:10, 11:12, 11:13, 11:15, 13:15, 14:12, 14:19, 16:2, 16:11, 16:16, 16:24, 17:6, 17:7, 17:10, 17:24, 18:2, 18:11, 20:1, 20:10, 20:11, 21:10, 23:1, 23:3, 23:4, 23:8, 23:23, 24:2, 24:6, 25:13, 26:6, 27:4, 28:21, 28:22, 29:2, 29:4, 29:6, 29:7, 29:9, 30:16, 36:6, 36:7, 37:16, 37:17, 37:18, 37:19, 42:19, 43:4, 43:7, 44:4, 44:16, 46:11, 46:23, 47:1, 47:4, 48:4, 48:15, 49:25, 50:7, 50:8, 55:25, 56:8, 56:17, 62:4, 66:12, 66:16, 69:10, 77:25, 78:2, 79:23, 84:18, 84:22, 84:24, 89:16, 89:24, 91:7, 98:17, 99:10, 99:19, 100:6, 100:13, 100:21, 103:6, 105:3, 109:12, 112:10, 112:20, 116:6, 116:14, 117:13, 125:13, 125:16, 125:17, 125:21, 125:22, 126:2, 126:23, 128:21, 129:13, 131:20, 132:12, 133:17, 134:10, 135:6, 135:20, 135:22, 138:3, 138:22, 139:2, 139:6, 139:11, 142:15, 143:18, 145:9, 145:13, 145:19, 146:11, 147:12, 148:24, 149:1, 149:16, 149:22, 149:24, 150:1, 153:23, 154:12, 164:25
**cash** [2] - 67:10, 152:13
**Castaneda** [2] - 32:7,

161:15
**categorical** [1] - 46:14
**catering** [2] - 69:21, 70:14
**caused** [1] - 159:8
**CBS** [1] - 90:20
**CCRR** [1] - 168:20
**cell** [4] - 49:16, 52:7, 123:17, 156:12
**cellular** [3] - 156:9, 156:13, 156:15
**center** [2] - 107:13, 119:8
**CENTRAL** [1] - 1:2
**Central** [1] - 168:8
**centralized** [1] - 107:11
**certain** [21] - 15:11, 16:15, 24:20, 41:18, 41:25, 67:24, 78:13, 81:3, 82:21, 95:1, 97:11, 98:13, 98:14, 102:25, 125:9, 125:10, 128:17, 131:6, 152:5
**certainly** [1] - 118:15
**CERTIFICATE** [1] - 168:1
**certify** [1] - 168:8
**cetera** [12] - 41:16, 70:14, 71:4, 74:20, 76:6, 77:3, 77:4, 85:7, 86:14, 98:15, 110:16
**CFO** [3] - 55:10, 58:2, 61:9
**chairs** [2] - 32:25, 33:1
**challenge** [1] - 74:13
**challenged** [1] - 153:18
**challenges** [4] - 156:23, 157:25, 160:16, 161:6
**chance** [3] - 154:24, 156:16, 166:9
**change** [3] - 25:7, 73:9, 73:20
**channel** [2] - 45:16, 107:22
**Channel** [1] - 110:24
**Chantal** [1] - 2:17
**Chantel** [1] - 53:3
**chaperone** [1] - 87:25
**charge** [1] - 95:19
**charges** [2] - 84:2, 84:9
**check** [4] - 6:20, 7:9, 47:14, 67:10

**checked** [1] - 50:13
**checking** [1] - 7:23
**checks** [1] - 84:11
**chemicals** [1] - 104:13
**Cher** [3] - 17:16, 17:22, 18:2
**chess** [1] - 80:24
**child** [2] - 119:14, 119:15
**childcare** [2] - 100:16, 158:16
**children** [6] - 118:4, 118:9, 118:12, 118:19, 118:24, 119:1
**Children** [1] - 101:2
**Chinese** [2] - 33:18, 137:12
**chips** [1] - 150:16
**choose** [1] - 36:13
**chose** [1] - 152:8
**chosen** [2] - 5:15, 163:20
**CHOY** [1] - 3:5
**Cintas** [2] - 62:24, 63:1
**Circuit** [2] - 4:8, 6:2
**circumstantial** [4] - 20:5, 21:8, 21:11, 21:12
**citizen** [1] - 119:8
**citizens** [1] - 112:18
**City** [3] - 55:13, 106:21, 119:8
**civil** [13] - 10:23, 10:24, 11:5, 11:9, 11:16, 24:10, 37:17, 69:8, 102:2, 102:4, 113:1, 113:3, 113:6
**Civil** [1] - 69:10
**civilization** [1] - 36:25
**CJC** [1] - 166:2
**claim** [3] - 41:20, 84:4, 149:19
**claims** [4] - 96:6, 96:12, 97:2, 154:16
**class** [1] - 59:14
**classes** [3] - 47:13, 96:1, 143:10
**classroom** [2] - 43:13, 121:19
**clean** [1] - 84:8
**clearly** [2] - 18:8, 133:14
**clerk** [7] - 29:23, 30:12, 30:15, 32:4, 163:16, 163:21, 164:12
**client** [1] - 149:6

**clients** [1] - 58:22
**climate** [1] - 74:10
**clinical** [2] - 109:19, 109:20
**close** [2] - 94:8, 109:1
**closed** [1] - 44:7
**closing** [4] - 22:4, 22:10, 22:12, 22:14
**CNN** [6] - 40:6, 58:19, 75:15, 110:22, 110:23, 121:19
**co** [5] - 113:22, 114:8, 114:12, 121:2
**co-worker** [3] - 114:8, 114:12
**co-worker's** [1] - 121:2
**co-workers** [1] - 113:22
**Code** [1] - 168:9
**code** [1] - 90:10
**coding** [3] - 90:11, 156:3, 156:4
**cold** [1] - 31:19
**colleague** [1] - 41:10
**collect** [2] - 69:17, 154:1
**collected** [1] - 7:12
**collecting** [1] - 130:16
**college** [12] - 34:4, 45:22, 54:21, 79:5, 88:15, 118:12, 118:22, 120:1, 120:17, 121:3, 122:8, 155:10
**College** [1] - 118:23
**Colorado** [1] - 3:17
**combination** [1] - 21:12
**comfortable** [1] - 145:18
**coming** [4] - 4:22, 89:24, 89:25, 136:20
**comment** [2] - 73:5, 140:20, 140:25
**comments** [2] - 46:12, 143:6
**commercial** [1] - 151:11
**commercials** [1] - 129:8
**commiserate** [1] - 72:14
**commitment** [1] - 142:6
**common** [9] - 18:15, 18:16, 18:17, 18:18, 73:6, 151:17, 151:18

**communication** [1] - 156:9
**communications** [2] - 156:10, 156:14
**commute** [1] - 97:17
**companies** [20] - 11:7, 46:18, 60:9, 61:2, 63:11, 65:13, 78:6, 78:23, 80:8, 80:9, 85:15, 98:14, 99:13, 99:15, 115:3, 148:6, 148:14, 148:16, 149:18
**company** [39] - 36:5, 55:16, 58:2, 58:4, 58:9, 60:13, 61:10, 63:2, 65:10, 65:21, 70:1, 77:9, 78:1, 81:16, 85:10, 87:16, 99:2, 99:8, 102:24, 102:25, 103:6, 103:14, 103:15, 103:21, 113:16, 113:17, 114:24, 114:25, 120:23, 130:13, 130:16, 130:17, 131:5, 131:7, 131:12, 146:17, 147:1, 147:7
**compare** [1] - 154:12
**compared** [2] - 150:16, 159:12
**comparison** [2] - 35:16, 154:15
**compensated** [2] - 115:14, 115:15
**compensation** [2] - 83:12, 147:6
**competent** [1] - 93:1
**completed** [2] - 23:2, 28:1
**completely** [7] - 81:2, 81:4, 98:22, 138:21, 139:1, 145:9, 148:17
**complex** [1] - 69:13
**complicated** [1] - 159:10
**compliment** [1] - 82:3
**compounded** [1] - 104:13
**comprehend** [1] - 159:9
**computer** [11] - 89:8, 97:22, 107:6, 107:8, 107:9, 123:17, 124:3, 124:17, 125:7, 125:10, 155:7
**computers** [9] -

49:16, 58:11, 123:9,
123:10, 123:11, 127:8
**concept** [1] - 64:6
**concepts** [3] - 10:16,
64:18
**concern** [1] - 146:12
**concerned** [4] -
22:12, 41:17, 71:10,
115:3
**concluded** [1] -
167:22
**concluding** [1] -
165:18
**conclusions** [1] -
16:15
**conditioning** [1] -
107:3
**condo** [3] - 96:21,
96:25, 97:8
**conduct** [2] - 17:4,
152:10
**conducted** [2] -
104:8, 131:3
**conference** [1] -
168:13
**confidential** [1] -
57:17
**conformance** [1] -
168:13
**confused** [1] - 68:3
**confusingly** [1] -
59:17
**connected** [1] -
91:11
**consequences** [2] -
12:14, 27:9
**consider** [14] -
12:24, 13:6, 13:20,
14:4, 14:5, 14:10,
14:13, 14:23, 14:24,
15:5, 15:23, 16:4,
19:24, 19:25
**consideration** [1] -
148:25
**considered** [2] -
21:9, 41:24
**considering** [2] -
18:14, 18:19
**constituted** [1] -
66:4
**constitutes** [1] - 14:4
**consultant** [1] -
109:12
**consumer** [2] -
46:25, 66:13
**consumers** [1] -
46:19
**contact** [1] - 100:20
**contacted** [3] -
131:7, 131:10, 131:12

**contained** [1] - 14:14
**content** [4] - 23:6,
93:13, 93:14, 94:2
**context** [2] - 101:19,
120:16
**continue** [1] - 117:22
**continuing** [1] -
153:18
**continuity** [1] - 82:21
**contract** [2] - 29:8,
132:25
**contracts** [5] - 151:9,
151:10, 151:11
**control** [1] - 22:8
**controlled** [1] -
135:14
**convenient** [2] -
72:12, 72:13
**cook** [1] - 78:7
**cookies** [1] - 4:24
**cool** [1] - 121:23
**coordinate** [1] - 95:3
**coordinator** [1] -
94:17
**copy** [2] - 4:10, 8:14
**copyright** [3] -
41:22, 41:23, 41:24
**corner** [1] - 20:13
**corporate** [1] - 6:22
**corporation** [2] -
46:17
**corporations** [1] -
47:5
**correct** [15] - 55:16,
56:18, 65:19, 66:1,
86:11, 87:6, 87:13,
88:16, 97:11, 103:7,
105:21, 131:17,
150:24, 163:13,
168:10
**correction** [2] -
156:3, 156:4
**correctly** [1] - 59:23
**cosmetic** [1] -
124:18
**cosmetics** [1] -
146:17
**cost** [3] - 151:22,
151:23
**Costco** [2] - 49:22,
120:4
**costs** [1] - 64:15
**counsel** [28] - 4:6,
8:2, 8:11, 9:15, 10:21,
22:4, 22:11, 22:21,
30:25, 32:9, 67:14,
73:2, 85:5, 105:5,
117:1, 138:18, 140:8,
141:17, 146:16,
150:23, 152:17,

152:18, 154:5, 154:6,
156:20, 160:1,
160:12, 164:23
**COUNSEL** [2] - 2:1,
3:1
**count** [1] - 31:8
**County** [1] - 119:16
**COUNTY** [1] - 168:3
**couple** [12] - 5:9,
10:14, 16:6, 17:18,
67:20, 96:14, 139:14,
153:7, 155:23, 159:7,
164:18, 165:6
**course** [23] - 13:2,
14:7, 16:3, 16:5,
16:19, 18:15, 19:5,
20:4, 21:21, 23:11,
24:21, 25:22, 26:24,
31:25, 44:7, 73:6,
73:8, 76:3, 83:1,
90:25, 93:4, 128:21,
131:14
**courses** [4] - 59:10,
79:5, 90:14, 90:15
**coursework** [2] -
154:23, 155:10
**Court** [16] - 15:9,
15:10, 15:12, 15:14,
15:24, 15:25, 24:5,
56:14, 133:4, 160:5,
160:9, 161:2, 163:24,
168:7, 168:20
**court** [13] - 12:21,
28:16, 29:17, 47:23,
56:14, 74:12, 96:6,
96:18, 97:6, 103:6,
103:9, 104:10, 150:2
**COURT** [660] - 1:1,
1:24, 4:6, 4:16, 4:20,
4:24, 5:2, 5:5, 5:7,
6:15, 6:18, 6:21, 6:24,
7:2, 7:7, 7:11, 7:18,
7:22, 7:24, 8:2, 8:9,
8:13, 8:20, 8:23, 9:3,
9:7, 9:9, 9:13, 10:10,
10:12, 17:3, 17:13,
17:21, 18:14, 19:4,
19:15, 20:4, 21:18,
23:1, 23:11, 23:22,
24:9, 27:17, 28:14,
29:15, 29:22, 30:11,
30:14, 31:7, 31:9,
31:12, 31:25, 32:8,
32:16, 32:19, 32:22,
33:16, 33:18, 34:7,
34:9, 34:13, 34:16,
34:18, 34:20, 34:23,
35:1, 35:3, 35:6,
35:11, 35:14, 35:21,
35:25, 36:3, 36:10,

36:16, 36:20, 37:1,
37:11, 37:14, 37:19,
38:2, 38:6, 38:9,
38:12, 38:19, 38:22,
39:4, 39:7, 39:11,
39:14, 39:21, 40:3,
40:7, 40:9, 40:14,
40:18, 40:23, 41:3,
41:6, 41:12, 41:23,
42:11, 42:15, 42:21,
42:24, 43:3, 43:6,
43:9, 43:16, 43:24,
44:3, 44:15, 44:18,
44:22, 45:3, 45:6,
45:11, 45:15, 45:20,
45:25, 46:4, 46:7,
46:10, 47:8, 47:16,
47:22, 47:25, 48:10,
48:13, 48:17, 48:20,
48:22, 49:1, 49:6,
49:9, 49:13, 49:21,
49:24, 50:3, 50:8,
50:12, 51:2, 51:5,
51:10, 51:12, 51:14,
51:23, 52:1, 52:4,
52:7, 52:10, 52:14,
52:17, 52:20, 53:3,
53:5, 53:7, 53:11,
53:13, 53:15, 53:21,
53:23, 54:1, 54:5,
54:12, 54:16, 54:19,
55:2, 55:5, 55:8,
55:11, 55:14, 55:18,
55:22, 55:25, 56:2,
56:12, 56:16, 56:20,
56:23, 57:3, 57:8,
57:13, 57:18, 57:25,
58:4, 58:7, 58:12,
58:15, 58:18, 58:21,
59:1, 59:4, 59:9,
59:13, 59:16, 59:18,
59:21, 60:2, 60:5,
60:10, 60:14, 60:17,
60:21, 60:25, 61:4,
61:11, 61:15, 61:20,
61:24, 62:2, 62:6,
62:9, 62:17, 62:20,
63:1, 63:5, 63:12,
63:15, 63:21, 63:24,
64:3, 64:21, 65:7,
65:15, 65:20, 66:2,
66:8, 66:11, 66:23,
67:5, 67:8, 67:14,
67:17, 67:23, 68:1,
68:5, 68:8, 68:10,
68:12, 68:14, 68:17,
68:20, 68:23, 69:1,
69:6, 69:10, 69:15,
69:19, 69:24, 70:2,
70:6, 70:9, 70:12,
70:16, 70:21, 70:25,

71:3, 71:6, 71:10,
71:13, 71:15, 71:17,
71:24, 72:5, 72:8,
72:11, 72:14, 72:19,
72:22, 73:1, 73:4,
73:10, 73:14, 73:17,
73:23, 74:3, 74:7,
74:14, 74:18, 75:1,
75:6, 75:10, 75:13,
75:17, 75:23, 76:1,
76:5, 76:10, 76:16,
76:23, 77:1, 77:5,
77:15, 77:24, 78:8,
78:11, 78:16, 78:20,
79:1, 79:6, 79:16,
79:19, 80:2, 80:14,
80:16, 80:19, 80:23,
81:7, 81:14, 82:3,
82:7, 82:10, 82:12,
83:4, 83:7, 83:9,
83:14, 83:16, 83:18,
83:23, 84:4, 84:13,
84:16, 85:3, 85:9,
85:14, 85:17, 85:24,
86:3, 86:7, 86:9,
86:12, 86:16, 86:20,
86:25, 87:3, 87:7,
87:11, 87:14, 87:18,
87:23, 88:1, 88:3,
88:7, 88:9, 88:12,
88:18, 88:22, 88:25,
89:3, 89:7, 89:10,
89:14, 89:21, 90:3,
90:7, 90:11, 90:13,
90:16, 90:19, 90:21,
91:2, 91:10, 91:18,
92:7, 92:11, 92:19,
92:22, 93:5, 93:10,
93:20, 93:23, 94:2,
94:5, 94:12, 94:21,
94:25, 95:5, 95:11,
95:13, 95:16, 95:19,
95:21, 96:2, 96:5,
96:10, 96:13, 96:16,
96:23, 97:1, 97:4,
97:7, 97:10, 97:15,
97:19, 97:21, 98:1,
98:4, 98:9, 98:13,
98:19, 98:23, 99:5,
99:9, 99:12, 99:17,
99:20, 99:23, 100:1,
100:5, 100:8, 100:11,
100:15, 100:18,
100:23, 101:1, 101:8,
101:11, 101:18,
101:21, 101:23,
102:1, 102:5, 102:9,
102:12, 102:15,
102:19, 102:22,
102:24, 103:2, 103:5,
103:9, 103:13,

103:20, 103:24, 104:1, 104:4, 104:6, 104:11, 104:14, 104:17, 104:21, 104:25, 105:4, 105:7, 105:10, 105:13, 105:15, 105:19, 105:23, 106:1, 106:5, 106:9, 106:12, 106:16, 106:19, 106:24, 107:4, 107:12, 107:16, 107:20, 107:24, 108:5, 108:9, 108:15, 108:22, 108:25, 109:4, 109:15, 109:20, 109:24, 110:7, 110:11, 110:18, 110:21, 110:23, 110:25, 111:6, 111:9, 111:11, 111:15, 111:19, 111:22, 111:25, 112:8, 112:15, 112:23, 113:7, 113:12, 113:15, 113:19, 113:21, 113:25, 114:3, 114:7, 114:12, 114:15, 114:18, 114:21, 115:2, 115:6, 115:9, 115:15, 115:17, 115:19, 115:22, 115:24, 116:1, 116:4, 116:8, 116:18, 117:1, 117:17, 117:22, 118:15, 118:17, 118:19, 118:23, 119:3, 119:6, 119:9, 119:11, 119:13, 119:19, 119:22, 119:24, 120:3, 120:6, 120:13, 120:18, 120:21, 120:25, 121:4, 121:21, 122:6, 122:12, 122:16, 122:19, 122:23, 123:4, 123:8, 124:20, 124:23, 125:1, 125:5, 125:12, 126:5, 126:7, 126:11, 126:17, 126:22, 127:4, 127:6, 127:10, 129:5, 129:9, 129:12, 129:16, 129:19, 129:23, 130:1, 130:4, 130:7, 130:10, 130:12, 130:15, 130:19, 130:22, 130:25, 131:2, 131:11, 131:14, 131:18,

132:2, 132:6, 132:9, 133:9, 133:16, 133:25, 134:4, 134:6, 134:9, 134:15, 134:19, 134:25, 135:22, 136:3, 136:5, 136:7, 136:12, 136:16, 137:2, 137:11, 137:16, 137:18, 137:22, 138:2, 138:5, 138:10, 138:12, 138:17, 138:20, 138:24, 139:20, 140:6, 140:10, 140:16, 140:19, 140:21, 140:23, 140:25, 141:7, 141:13, 141:16, 144:6, 144:13, 149:3, 154:5, 156:20, 156:23, 157:4, 157:18, 157:24, 158:3, 158:6, 158:12, 158:15, 158:18, 158:20, 158:25, 159:5, 159:15, 159:23, 160:3, 160:5, 160:15, 160:24, 161:2, 161:10, 161:16, 161:22, 161:25, 162:5, 162:7, 162:9, 162:11, 162:14, 162:20, 163:1, 163:5, 163:9, 164:3, 164:9, 165:5, 166:4, 166:7, 166:25, 167:5, 167:15
**Court's** [4] - 8:3, 22:3, 127:15, 165:7
**COURTROOM** [27] - 6:20, 7:23, 8:1, 8:18, 8:21, 9:2, 9:11, 10:11, 30:13, 31:3, 31:5, 31:6, 31:8, 31:11, 32:6, 32:11, 32:18, 32:21, 116:17, 116:24, 117:19, 117:20, 117:21, 162:25, 163:22, 164:8, 165:4
**courtroom** [9] - 7:3, 7:25, 9:22, 10:6, 10:15, 29:19, 54:24, 89:25
**cousin** [4] - 62:7, 75:24, 122:17
**cover** [4] - 37:8, 42:1, 103:3, 140:4
**cover-up** [1] - 37:8
**coverage** [1] -

110:14
**covered** [5] - 76:18, 97:23, 99:2, 109:17, 165:18
**Crab** [1] - 120:5
**create** [3] - 58:7, 86:23, 86:24
**created** [4] - 40:25, 41:4, 57:4, 57:14
**credit** [8] - 38:10, 38:14, 43:21, 44:7, 82:14, 157:10, 157:13
**crediting** [1] - 83:4
**crime** [1] - 18:6
**criminal** [11] - 10:24, 11:15, 37:17, 37:18, 37:19, 49:25, 56:17, 97:11, 101:24, 112:25, 113:3
**critical** [1] - 158:11
**crossroads** [1] - 136:22
**CRR** [1] - 1:23
**crushed** [1] - 111:19
**Crystal** [1] - 32:14
**CSR** [2] - 1:23, 168:20
**CTT** [1] - 89:5
**curious** [1] - 122:25
**current** [4] - 62:24, 74:10, 86:21, 132:24
**customer** [2] - 78:25, 91:20
**customers** [1] - 91:22
**cut** [1] - 67:22
**CUTLER** [4] - 3:4, 3:8, 3:12, 3:15
**CV** [1] - 1:7
**CVS** [5] - 110:2, 110:13, 119:10, 119:12, 119:13

# D

**D'Appuzzo** [1] - 2:17
**D'Apuzzo** [1] - 53:3
**dad** [1] - 86:1
**daily** [1] - 36:11
**damage** [1] - 99:4
**dark** [1] - 127:24
**data** [6] - 88:5, 88:6, 91:22, 91:25, 92:3
**Date** [1] - 168:16
**date** [2] - 49:17, 137:7
**daughter** [1] - 28:25
**Dave** [1] - 7:1
**David** [1] - 32:13
**DAY** [1] - 1:14

**days** [7] - 88:10, 136:3, 139:18, 139:19, 140:4, 140:5, 158:11
**deal** [5] - 80:18, 115:4, 128:24, 128:25, 133:10
**dealing** [7] - 67:1, 71:20, 78:22, 87:4, 128:23
**dealings** [3] - 77:7, 78:1, 78:22
**deals** [1] - 86:21
**dealt** [1] - 102:3
**decide** [3] - 132:11, 146:10, 152:12
**decided** [5] - 17:4, 28:10, 35:23, 54:10, 134:21
**decision** [3] - 22:20, 147:16, 151:25
**decision-making** [1] - 147:16
**declare** [2] - 17:6, 18:9
**declared** [2] - 85:1, 85:6
**default** [5] - 56:5, 56:13, 61:21, 67:11, 67:21
**defect** [1] - 124:18
**defend** [1] - 75:3
**DEFENDANT** [1] - 3:3
**defendant** [8] - 68:8, 72:23, 77:25, 84:25, 85:2, 105:2, 161:13, 162:7
**defendants** [4] - 11:6, 27:5, 146:11, 158:12
**Defendants** [1] - 1:9
**defense** [12] - 8:6, 85:5, 85:7, 117:5, 142:4, 146:21, 146:25, 147:3, 147:11, 149:3, 151:23, 161:22
**definition** [1] - 5:25
**definitions** [1] - 16:23
**degree** [3] - 53:18, 53:19, 90:5
**delay** [1] - 62:21
**deliberations** [2] - 22:8, 26:6
**delivered** [1] - 96:15
**Dennis** [3] - 18:1, 18:3
**Denver** [1] - 3:17

**department** [3] - 60:5, 109:7, 130:9
**Department** [1] - 119:17
**Depot** [1] - 85:11, 85:21
**deprives** [1] - 135:5
**depth** [1] - 155:20
**DEPUTY** [21] - 6:20, 7:23, 8:1, 8:18, 8:21, 9:2, 9:11, 30:13, 31:6, 31:8, 31:11, 32:6, 32:11, 32:18, 32:21, 116:24, 117:19, 117:21, 162:25, 163:22, 164:8
**describe** [3] - 89:11, 128:20, 131:2
**described** [1] - 38:22
**describing** [1] - 5:20
**design** [8] - 37:24, 38:7, 38:16, 39:12, 41:20, 41:24, 42:2, 42:5
**designed** [5] - 37:21, 37:23, 41:15, 149:11, 150:15
**designing** [1] - 39:17
**designs** [4] - 41:14, 41:17, 41:18, 41:25
**desire** [1] - 4:21
**details** [3] - 61:9, 76:19, 153:21
**detective** [1] - 84:24
**determine** [5] - 12:9, 16:2, 100:16, 109:16, 109:21
**determines** [1] - 110:15
**determining** [1] - 93:24
**develop** [4] - 92:8, 92:10, 92:12, 92:17
**developed** [7] - 87:12, 92:9, 92:11, 92:22, 107:17, 123:2, 134:22
**developing** [2] - 86:22, 89:1
**development** [8] - 72:4, 72:5, 75:19, 76:13, 87:5, 114:9, 114:13
**developments** [1] - 122:10
**devices** [2] - 76:18, 78:24
**Diego** [1] - 111:14
**difference** [3] - 89:17, 89:18, 91:18

**different** [14] - 5:15, 40:11, 47:13, 89:19, 90:10, 93:9, 122:10, 122:22, 129:8, 145:17, 148:18, 155:10, 156:2, 156:4
**differential** [1] - 88:21
**differently** [2] - 22:19, 125:11
**difficult** [1] - 73:6
**difficulties** [2] - 57:19, 159:15
**difficulty** [3] - 114:19, 126:14, 157:1
**dig** [1] - 154:15
**dinner** [2] - 136:22, 138:1
**dire** [9] - 10:18, 10:20, 26:9, 26:11, 26:12, 26:25, 27:3, 29:23, 31:13
**direct** [7] - 20:5, 20:7, 20:15, 21:9, 21:11, 21:12
**directed** [1] - 107:9
**directly** [1] - 20:7
**directors** [1] - 94:20
**disadvantage** [1] - 159:12
**disagree** [3] - 19:1, 149:25, 150:4
**discombobulated** [1] - 25:18
**discomfort** [1] - 126:19
**discover** [1] - 81:23
**discretion** [1] - 26:21
**discuss** [7] - 23:5, 23:8, 24:16, 57:14, 116:14, 138:17, 164:22
**discussed** [1] - 57:13
**discussion** [2] - 140:9, 140:24
**discussions** [2] - 23:2, 131:3
**disinterested** [1] - 16:11
**Disney** [4] - 86:10, 87:9, 87:11, 87:16
**Disneyland** [1] - 119:4
**dispensers** [1] - 63:10
**dispute** [3] - 15:12, 19:6, 131:15
**distracting** [2] - 31:17, 32:3

**DISTRICT** [3] - 1:1, 1:2, 1:3
**District** [7] - 148:11, 148:17, 148:19, 153:13, 165:10, 168:7, 168:8
**district** [5] - 94:17, 95:1, 104:18, 133:13, 139:18
**dive** [1] - 156:5
**divided** [1] - 112:25
**DIVISION** [1] - 1:2
**doctor** [4] - 110:2, 111:23, 119:14, 119:17
**doctors** [1] - 109:13
**document** [1] - 94:24
**documentation** [1] - 109:13
**dollar** [1] - 65:21
**Dolphin** [1] - 2:14
**Dominic** [1] - 32:12
**done** [20] - 18:8, 21:18, 28:8, 30:5, 49:12, 53:17, 58:13, 71:4, 71:11, 73:25, 74:13, 76:2, 117:3, 129:17, 131:19, 131:22, 146:25, 147:3, 155:1, 166:21
**DORR** [4] - 3:4, 3:8, 3:12, 3:15
**dory** [1] - 68:24
**double** [1] - 84:23
**doubt** [3] - 11:16, 79:11
**DOWD** [1] - 3:4
**down** [19] - 7:4, 7:8, 7:25, 9:10, 20:22, 21:4, 39:17, 63:6, 64:5, 72:11, 82:17, 93:16, 98:5, 105:25, 106:4, 137:5, 137:8, 143:20, 164:5
**downstairs** [1] - 6:19
**downtown** [2] - 72:7, 106:2
**Dr** [4] - 6:23, 42:22, 43:6, 150:19
**dream** [3] - 111:13, 111:18, 112:1
**dreams** [1] - 111:19
**drew** [1] - 155:17
**drill** [2] - 38:23, 38:24
**drink** [2] - 137:19, 137:24
**drive** [2] - 94:5, 165:2
**Drive** [1] - 2:14

**driven** [1] - 85:12
**driver** [1] - 28:25
**driving** [5] - 28:23, 29:11, 133:11, 134:12, 134:17
**drug** [3] - 97:14, 109:22, 153:23
**drugs** [1] - 48:7
**drunk** [1] - 28:25
**dry** [1] - 98:25
**duplicate** [2] - 64:7, 165:11
**duplicative** [1] - 166:1
**during** [15] - 12:18, 13:14, 14:6, 16:3, 16:4, 16:19, 19:4, 20:4, 23:18, 24:21, 25:22, 26:23, 31:15, 31:25, 110:8
**dyslexic** [1] - 54:1

### E

**e-mail** [2] - 165:6, 166:8
**e-mailed** [1] - 138:15
**eager** [1] - 30:11
**early** [1] - 21:24
**earthquake** [1] - 42:24
**easier** [1] - 11:23
**Eastern** [4] - 148:11, 148:17, 148:19, 153:13
**easy** [1] - 59:6
**edge** [1] - 81:25
**edit** [1] - 165:25
**education** [8] - 36:18, 76:17, 80:17, 89:4, 90:4, 91:14, 93:12, 97:22
**educational** [1] - 46:20
**educationally** [1] - 159:13
**EEOC** [1] - 84:1
**efficacy** [4] - 109:21, 109:24, 110:6, 110:15
**effort** [2] - 142:5, 156:19
**eight** [3] - 36:12, 36:13, 163:14
**eighth** [1] - 48:21
**either** [17] - 16:23, 18:24, 27:21, 27:24, 30:23, 81:24, 81:25, 93:16, 108:10, 110:13, 113:8, 117:25, 132:7, 137:2,

139:21, 150:20, 165:21
**elect** [1] - 17:4
**elected** [1] - 15:14
**electric** [1] - 85:10
**electrical** [3] - 85:22, 90:22, 98:22
**electricity** [3] - 90:25, 91:3, 92:2
**electronics** [4] - 95:7, 95:13, 95:14, 97:23
**elects** [1] - 15:12
**element** [3] - 13:24, 13:25, 14:2
**elementary** [2] - 38:21, 79:2
**ELIECE** [1] - 53:9
**elite** [1] - 91:5
**Elizabeth** [1] - 32:14
**EMANUEL** [3] - 2:4, 2:8, 2:13
**embarrassed** [1] - 110:21
**Emilio** [1] - 32:11
**emotion** [1] - 29:5
**employed** [2] - 60:2, 60:6
**employee** [1] - 104:23
**employees** [4] - 71:20, 72:1, 77:22, 86:22
**employer** [4] - 23:12, 62:24, 104:24
**Employer** [1] - 104:25
**employment** [2] - 147:1, 147:4
**enclosures** [1] - 65:11
**encouraging** [1] - 26:3
**end** [7] - 18:5, 24:11, 65:22, 68:24, 73:25, 81:4, 148:4
**End** [1] - 140:24
**ended** [3] - 69:25, 104:19, 148:8
**ends** [4] - 5:6, 69:5, 160:4, 161:1
**energized** [2] - 113:24, 113:25
**energy** [2] - 91:25, 92:4
**Energy** [1] - 92:9
**energy/P** [1] - 91:15
**Energy/P** [1] - 91:19
**engendered** [1] - 81:19

**engineer** [1] - 150:14
**engineering** [1] - 90:22
**English** [3] - 36:24, 126:16, 159:16
**ensure** [1] - 27:10
**entail** [1] - 90:4
**entered** [1] - 92:13
**ENTERS** [3] - 10:11, 31:5, 117:20
**entertainment** [4] - 72:16, 72:17, 95:10, 95:11
**entire** [2] - 29:6, 150:15
**entirely** [1] - 22:20
**entitled** [5] - 21:15, 27:5, 27:6, 154:1, 168:12
**entity** [1] - 65:23
**equations** [1] - 88:21
**error** [2] - 156:2, 156:4
**especially** [1] - 123:1
**essentially** [1] - 131:25
**established** [1] - 21:11
**establishes** [1] - 20:9
**et** [13] - 1:8, 41:15, 70:14, 71:4, 74:20, 76:6, 77:3, 85:7, 86:14, 98:14, 110:16
**Eve** [2] - 137:13, 137:25
**evening** [3] - 165:2, 165:3, 167:19
**event** [2] - 69:21, 70:14
**events** [2] - 67:2, 67:4
**eventually** [2] - 44:10, 97:5
**everywhere** [2] - 65:6, 82:19
**Evidence** [1] - 25:8
**evidence** [57] - 11:14, 11:18, 11:19, 11:20, 11:25, 12:2, 12:3, 12:4, 12:6, 12:7, 12:8, 12:12, 12:13, 12:16, 12:17, 12:19, 12:24, 13:3, 13:5, 13:6, 13:11, 13:20, 14:1, 14:4, 14:5, 14:23, 14:24, 15:2, 15:5, 15:7, 15:8, 15:13, 15:23, 16:1, 16:3, 16:4, 16:8,

16:14, 16:15, 16:17, 18:4, 18:14, 18:18, 18:19, 19:7, 19:9, 19:10, 19:18, 20:6, 20:7, 20:8, 20:16, 21:7, 21:8, 21:9, 21:11, 21:12, 21:13, 21:15, 21:23, 21:25, 22:2, 22:10, 22:14, 22:16, 22:18, 22:19, 22:22, 24:19, 24:20, 24:25, 25:3, 26:1, 27:7, 27:8, 29:4, 29:6, 31:17, 80:1, 84:25, 85:1, 85:2, 85:4, 85:5, 85:7, 149:14, 150:2, 150:6, 155:25, 156:1, 163:25, 165:14

**exactly** [8] - 37:8, 49:22, 75:23, 86:16, 86:25, 90:8, 93:21, 131:22

**examine** [1] - 156:3

**example** [31] - 12:1, 14:11, 15:16, 16:18, 17:13, 19:15, 19:16, 20:10, 23:14, 23:23, 28:22, 31:18, 31:19, 36:21, 51:23, 52:1, 63:20, 76:12, 77:8, 78:13, 78:14, 89:17, 109:9, 114:4, 120:11, 120:13, 124:8, 125:20, 128:7, 128:13, 156:12

**except** [5] - 13:3, 20:23, 21:5, 35:10, 94:5

**exceptional** [1] - 13:4

**excited** [1] - 121:25

**exciting** [1] - 43:8

**exclude** [1] - 26:18

**excuse** [14] - 26:14, 30:17, 160:5, 160:9, 160:19, 160:20, 161:2, 161:9, 161:14, 161:23, 162:12, 162:18, 163:7, 164:3

**excused** [10] - 160:8, 160:11, 161:5, 161:12, 161:19, 162:2, 162:16, 162:22, 163:11, 164:6

**exec** [1] - 95:13

**executive** [1] - 95:7

**exercise** [4] - 26:19, 67:18, 117:8, 160:16

**exercising** [1] - 160:16

**exhibit** [4] - 14:9, 14:13, 14:22

**exhibits** [1] - 14:8

**existence** [2] - 21:1, 42:7

**EXITS** [3] - 31:3, 116:17, 165:4

**expect** [1] - 135:22

**expense** [1] - 17:10

**expensive** [1] - 88:11

**experience** [19] - 40:19, 54:15, 70:13, 73:4, 73:6, 73:12, 80:8, 86:13, 94:3, 104:20, 105:1, 105:3, 107:5, 107:7, 143:13, 147:20, 147:25, 153:10, 155:9

**experienced** [1] - 123:21

**experiences** [7] - 113:8, 126:12, 142:21, 143:23, 143:25, 146:21, 149:12

**expert** [1] - 96:2, 122:5

**expired** [1] - 65:6

**explain** [6] - 10:14, 26:11, 43:23, 50:10, 127:5, 155:4

**explained** [4] - 25:25, 31:20, 126:4, 127:13

**explains** [1] - 16:19

**explanation** [7] - 26:13, 26:25, 27:1, 27:3, 54:7, 67:10

**explanations** [1] - 26:12

**explores** [1] - 144:2

**Express** [1] - 43:22

**expressed** [2] - 156:25, 157:2

**expressing** [1] - 159:9

**extensively** [1] - 130:25

**extremely** [4] - 33:19, 49:7, 77:21, 126:13

**eyes** [1] - 74:11

---

## F

**fabrics** [1] - 96:16

**Facebook** [2] - 46:6, 64:2

**faces** [1] - 6:21

**facilities** [1] - 67:6

**fact** [30] - 4:11, 15:3, 15:4, 15:15, 15:16, 15:22, 16:13, 20:8, 20:9, 20:16, 21:1, 22:23, 23:13, 24:1, 25:14, 28:3, 28:19, 39:6, 48:13, 62:1, 73:24, 77:25, 82:14, 95:22, 112:11, 116:5, 126:1

**facts** [4] - 15:6, 16:2, 22:22, 81:13

**failed** [3] - 69:16, 84:25, 96:22

**failure** [2] - 67:24, 85:4

**fair** [12] - 27:5, 27:10, 37:7, 81:2, 81:4, 91:6, 112:17, 138:21, 139:1, 142:16, 149:13, 158:24

**fairly** [2] - 29:5, 127:5

**faith** [1] - 44:11

**falls** [1] - 139:19

**familiar** [7] - 62:15, 62:16, 79:21, 86:17, 86:19, 142:15, 144:1

**familiarity** [1] - 49:14

**families** [1] - 37:13

**family** [5] - 35:20, 35:22, 81:20, 113:9, 137:14

**fan** [3] - 78:7, 80:17, 144:11

**far** [2] - 10:13, 139:6

**Fargo** [2] - 83:20, 84:2

**fascinating** [1] - 114:14

**fashion** [1] - 125:7

**father** [3] - 37:21, 85:10, 85:25

**fault** [5] - 43:20, 134:7, 157:11, 157:12

**favor** [4] - 40:9, 66:18, 145:14

**favorable** [13] - 36:4, 36:7, 42:16, 42:17, 51:15, 51:18, 79:20, 79:21, 105:16, 111:2, 144:21, 157:5

**favored** [1] - 144:25

**favoring** [2] - 21:24, 80:6

**favoritism** [1] - 145:14

**FEDERAL** [1] - 1:24

**Federal** [2] - 168:6,

168:20

**fee** [4] - 131:25, 132:1, 132:3, 152:7

**feelings** [2] - 96:8, 148:1

**Felix** [1] - 32:7

**felt** [6] - 44:6, 82:13, 112:10, 124:3, 134:11, 153:15

**few** [9] - 58:22, 65:1, 95:25, 133:13, 142:19, 142:20, 149:10, 150:21

**Fi** [33] - 36:11, 43:10, 47:9, 47:10, 49:6, 52:18, 61:17, 66:8, 71:1, 71:4, 77:19, 77:21, 79:15, 88:3, 88:4, 91:10, 91:11, 93:12, 93:14, 93:16, 93:25, 98:5, 98:11, 102:13, 107:24, 108:16, 112:4, 112:7, 156:7, 156:8, 156:11, 156:15

**fiasco** [2] - 133:2, 133:13

**fictional** [2] - 17:15, 17:22

**fidget** [2] - 65:2, 65:3

**field** [3] - 76:3, 87:21

**fielding** [1] - 104:2

**Figueroa** [1] - 2:10

**figure** [4] - 41:10, 124:12, 131:18

**figured** [1] - 115:11

**figures** [1] - 130:23

**figuring** [1] - 123:10

**file** [2] - 149:24, 153:18

**filed** [2] - 84:9, 104:18

**filing** [3] - 5:20, 149:21, 153:15

**filled** [1] - 29:25

**film** [1] - 72:18

**Film** [1] - 72:19

**films** [1] - 72:19

**filters** [1] - 133:3

**final** [4] - 8:13, 22:3, 22:7, 165:22

**finalize** [1] - 166:9

**finally** [2] - 66:24, 99:2

**finance** [3] - 71:8, 71:10, 71:11

**financial** [2] - 38:15, 83:11

**financing** [2] - 67:1, 76:7

**fine** [8] - 47:21, 73:16, 74:23, 117:15, 120:14, 154:10, 159:18, 166:5

**finish** [2] - 30:7, 32:9

**finished** [1] - 88:14

**fire** [1] - 77:19

**first** [36] - 5:18, 7:4, 7:8, 7:9, 7:12, 12:19, 12:24, 13:6, 13:20, 14:4, 16:7, 18:22, 21:25, 26:13, 26:25, 27:2, 27:19, 28:18, 30:3, 50:22, 53:20, 53:21, 54:23, 59:19, 63:10, 102:5, 104:9, 141:18, 142:2, 142:12, 144:20, 156:23, 156:24, 160:1, 161:7

**FIRST** [1] - 1:24

**five** [11] - 14:6, 14:17, 14:21, 30:21, 98:5, 116:12, 116:14, 116:15, 116:22, 134:21, 163:14

**fix** [1] - 93:18

**fixated** [1] - 25:20

**fixing** [2] - 93:25, 98:12

**FJC** [2] - 6:5, 166:2

**flexing** [1] - 18:16

**floor** [5] - 7:4, 7:8, 7:9, 7:12, 96:21

**Floor** [3] - 2:5, 2:10, 2:14

**flooring** [1] - 85:22

**Florence** [1] - 32:13

**focuses** [1] - 101:6

**focusing** [1] - 25:19

**follow** [10] - 18:19, 18:25, 19:12, 24:18, 27:21, 27:25, 42:22, 142:11, 142:17, 164:12

**follow-up** [2] - 27:25, 142:17

**follows** [1] - 20:18

**foot** [1] - 166:11

**football** [1] - 80:23

**FOR** [2] - 2:3, 3:3

**foregoing** [1] - 168:10

**foreperson** [11] - 49:25, 50:5, 50:8, 50:11, 50:13, 50:14, 50:16, 50:19, 50:21, 50:23

**forget** [2] - 61:8, 111:4

**forgot** [5] - 96:11, 96:20, 133:3, 134:12, 160:24
**forklift** [1] - 49:23
**form** [7] - 21:22, 27:19, 27:23, 34:2, 37:4, 80:11, 133:17
**formalized** [1] - 82:16
**formally** [1] - 110:4
**format** [1] - 168:12
**forms** [2] - 30:4, 156:1
**formulation** [1] - 104:13
**forth** [1] - 107:23
**forward** [2] - 32:6, 82:23
**four** [7] - 12:17, 16:1, 29:25, 49:10, 107:25, 134:22, 163:14
**four-year-old** [1] - 49:10
**fourth** [2] - 15:8, 15:23
**fox** [1] - 40:5
**FRANCIS** [1] - 3:5
**fraud** [2] - 43:21, 44:8
**free** [6] - 29:17, 30:18, 30:23, 135:13, 135:16, 136:23
**freeway** [1] - 106:15
**fresh** [1] - 55:4
**Friday** [3] - 136:4, 136:21
**friend** [7] - 56:21, 57:14, 58:24, 58:25, 129:18, 143:2
**friend's** [1] - 120:25
**friendly** [1] - 23:25
**friends** [9] - 94:7, 94:9, 96:15, 113:9, 122:18, 128:24, 142:19, 147:22, 147:24
**front** [9] - 11:2, 25:19, 29:25, 33:12, 33:23, 54:23, 61:21, 152:5, 152:12
**frustrating** [4] - 73:24, 74:11, 75:4, 83:7
**fu** [1] - 61:10
**full** [1] - 70:1
**full-time** [1] - 70:1
**fully** [1] - 22:4
**fun** [1] - 33:1
**function** [2] - 50:25, 109:16

**funds** [1] - 72:1
**funny** [3] - 27:2, 123:18, 143:4
**fuzzy** [1] - 124:18

## G

**Gahagan** [1] - 146:16
**Gahaghan** [2] - 32:14, 162:19
**gain** [1] - 42:6
**gang** [1] - 84:24
**gang-related** [1] - 84:24
**gardener/caretaker** [1] - 106:22
**gather** [1] - 137:15
**gears** [1] - 144:6
**general** [21] - 4:11, 27:24, 30:5, 42:4, 46:11, 48:8, 64:15, 66:19, 70:19, 70:20, 111:1, 117:25, 119:21, 122:15, 123:3, 142:9, 145:2, 146:16, 148:21, 150:23, 151:2
**generally** [9] - 14:18, 65:18, 70:23, 79:19, 81:1, 102:25, 128:18, 131:3, 155:19
**generals** [1] - 57:7
**gentlemen** [11] - 10:13, 116:9, 117:24, 141:24, 142:7, 147:19, 148:21, 159:23, 163:23, 164:11, 165:5
**GEORGE** [1] - 1:3
**girls** [1] - 101:6
**given** [12] - 5:11, 5:25, 6:9, 19:20, 23:4, 28:10, 35:9, 56:2, 82:14, 142:8, 145:12, 165:11
**glance** [1] - 40:1
**glancing** [1] - 40:4
**God** [1] - 164:1
**Google** [2] - 16:21, 121:24
**Googling** [1] - 124:9
**government** [3] - 42:6, 85:5, 114:5
**grade** [3] - 43:13, 48:21
**grades** [2] - 43:14, 47:14
**graduate** [1] - 122:8
**graduated** [2] -

44:18, 54:12
**Grand** [1] - 3:6
**grand** [1] - 134:13
**graph** [2] - 127:25, 128:1
**grass** [1] - 107:4
**gravitate** [1] - 121:10
**great** [13] - 9:13, 17:10, 80:23, 80:24, 82:1, 87:7, 104:20, 105:3, 137:14, 153:9, 155:22, 164:9, 167:19
**Great** [2] - 6:18, 8:2
**greater** [1] - 11:21
**greener** [1] - 107:4
**group** [1] - 155:23
**grovel** [1] - 99:23
**guard** [1] - 44:25
**guess** [22] - 10:16, 10:25, 38:11, 39:25, 44:9, 44:10, 55:15, 56:9, 74:3, 78:4, 80:25, 85:4, 91:3, 97:7, 98:12, 98:13, 105:2, 115:4, 134:21, 135:14, 137:25, 165:12
**guilty** [2] - 74:13, 75:3
**guy** [1] - 54:2
**guys** [8] - 5:11, 9:19, 116:22, 117:5, 136:9, 166:8, 166:10, 166:16

## H

**habit** [1] - 134:22
**HALE** [4] - 3:4, 3:8, 3:12, 3:15
**half** [1] - 97:6
**hallway** [1] - 116:15
**hand** [19] - 31:21, 32:1, 62:5, 118:2, 118:3, 121:12, 123:12, 123:24, 124:4, 124:7, 125:18, 125:20, 127:20, 128:10, 129:3, 135:13, 138:25, 163:22
**handle** [3] - 63:7, 103:21, 103:22
**handled** [1] - 107:10
**hands** [6] - 108:4, 133:1, 142:10, 142:14, 144:8, 150:20
**hands-on** [1] - 108:4
**handwriting** [1] - 61:7
**happy** [9] - 38:6,

44:14, 49:3, 84:11, 104:15, 135:25, 139:20, 140:3
**hard** [2] - 11:22, 44:8
**hardly** [3] - 139:15, 139:16, 139:21
**Harry** [1] - 128:5
**hate** [5] - 40:14, 88:5, 88:6, 89:14, 89:16
**headlines** [1] - 40:13
**headphones** [1] - 108:4
**health** [6] - 75:20, 75:25, 76:5, 109:7, 109:14, 122:18
**hear** [15] - 16:18, 20:5, 22:3, 25:24, 27:6, 31:16, 31:20, 32:2, 81:16, 140:1, 147:2, 149:14, 150:10, 150:17, 166:1
**heard** [20] - 4:5, 14:12, 19:25, 20:20, 21:23, 22:2, 22:9, 43:1, 52:11, 52:13, 56:8, 79:12, 127:25, 128:1, 142:13, 142:2, 143:2, 150:6, 150:18, 156:7
**hearing** [1] - 29:19
**hears** [1] - 18:4
**heart's** [2] - 4:21, 23:6
**heavier** [1] - 11:21
**held** [3] - 60:9, 66:2, 168:11
**helicopter** [2] - 39:2, 57:7
**helicopters** [1] - 37:22
**Helicopters** [1] - 38:4
**hello** [2] - 23:25, 24:1
**help** [6] - 26:1, 86:22, 92:10, 126:3, 127:9, 164:1
**helped** [3] - 58:24, 92:9, 92:16
**helpful** [2] - 26:5, 126:6
**helping** [1] - 122:22
**hereby** [1] - 168:8
**hero** [1] - 61:25
**heros** [1] - 54:25
**high** [11] - 11:15, 26:17, 44:19, 44:24, 57:6, 88:14, 91:7, 95:23, 98:25, 121:12,

125:13
**higher** [2] - 47:6, 80:17
**hill** [1] - 54:24
**hire** [2] - 103:21, 104:1
**hired** [3] - 58:13, 103:24, 103:25
**history** [2] - 36:21, 48:19
**HOA** [1] - 96:25
**hold** [5] - 53:24, 100:16, 111:15, 135:6, 138:13
**holder** [6] - 130:21, 131:8, 131:9, 131:11, 131:16, 153:15
**holders** [1] - 131:6, 131:24, 148:5
**home** [11] - 23:14, 49:11, 93:17, 95:10, 95:11, 108:20, 112:6, 118:17, 118:20, 133:11, 134:12
**Home** [2] - 85:11, 85:21
**homicide** [1] - 84:23
**honest** [10] - 27:17, 28:18, 62:14, 80:21, 83:24, 133:21, 133:23, 134:18, 136:15, 148:3
**honestly** [2] - 44:11
**Honor** [47] - 4:14, 4:15, 4:18, 6:12, 6:14, 6:23, 6:25, 7:16, 8:7, 8:8, 8:12, 8:16, 9:6, 9:8, 31:2, 117:15, 117:16, 140:13, 140:22, 141:19, 149:4, 150:6, 151:15, 154:7, 154:11, 157:16, 158:1, 158:17, 158:22, 159:20, 160:2, 160:22, 161:8, 161:14, 161:21, 161:23, 162:6, 162:8, 162:10, 162:12, 162:18, 163:4, 163:8, 166:5, 166:24, 167:3, 167:21
**honor** [1] - 150:2
**HONORABLE** [1] - 1:3
**hope** [1] - 141:11
**hopefully** [3] - 10:13, 15:18, 166:10
**hopping** [1] - 136:11
**hospitalization** [3] -

48:2, 48:6, 48:14
**hot** [1] - 31:18
**hour** [1] - 137:14
**HOURIGAN** [4] -
1:23, 168:6, 168:19,
168:20
**hours** [1] - 67:21
**house** [3] - 79:14,
79:15, 138:1
**housekeeping** [1] -
5:9
**HR** [1] - 87:17
**Huffington** [1] -
75:16
**huge** [2] - 133:13,
133:21
**Hughes** [2] - 37:22,
38:4
**human** [2] - 71:8,
81:11
**hunky** [1] - 68:24
**hunky-dory** [1] -
68:24
**hush** [2] - 39:8
**hush-hush** [1] - 39:8
**hydraulics** [1] -
114:2

## I

**iCloud** [1] - 44:1
**idea** [6] - 39:16,
40:23, 40:24, 52:4,
64:8, 65:14
**ideas** [7] - 64:11,
64:18, 64:23, 65:22,
82:13, 82:15, 82:16
**iMac** [1] - 144:20
**imagine** [1] - 112:1
**immersed** [1] - 76:24
**impartial** [6] - 27:5,
27:11, 81:2, 81:5,
138:21, 139:1
**importance** [7] -
43:10, 71:1, 88:4,
98:5, 102:13, 108:16,
112:4
**important** [18] -
36:11, 49:7, 52:17,
52:18, 61:17, 61:18,
77:19, 77:21, 108:22,
112:7, 143:24, 145:7,
151:16, 152:23,
153:4, 158:9, 158:10,
166:6
**impressed** [1] - 88:1
**impression** [4] -
46:11, 51:16, 102:6,
111:1
**impressions** [2] -

142:24, 142:25
**improper** [2] - 18:8,
24:25
**in-between** [1] -
152:9
**inability** [1] - 159:9
**Inaudible** [1] - 5:1
**Inc** [2] - 11:7, 67:10
**inclination** [2] -
165:17, 165:24
**inclined** [2] - 12:1,
12:4
**include** [2] - 93:12,
150:9
**including** [2] - 82:20,
156:7
**income** [2] - 55:3,
60:8
**inconvenience** [1] -
17:8
**incorporated** [2] -
14:7, 14:22
**independent** [3] -
17:4, 25:14, 165:1
**indicate** [71] - 9:15,
13:14, 24:17, 34:9,
35:6, 36:3, 36:10,
37:1, 41:13, 42:21,
43:9, 43:16, 45:12,
46:10, 46:16, 47:17,
49:2, 49:6, 49:24,
51:7, 51:23, 52:17,
53:16, 55:11, 55:14,
56:16, 56:20, 58:1,
58:21, 59:10, 59:22,
62:12, 62:15, 62:22,
62:23, 63:16, 63:24,
64:4, 64:5, 65:16,
65:20, 66:11, 66:25,
67:8, 69:7, 70:12,
70:16, 71:7, 72:22,
74:4, 75:10, 76:17,
85:9, 86:9, 86:12,
86:20, 87:14, 88:14,
89:4, 90:21, 91:13,
95:5, 98:4, 101:11,
104:21, 105:15,
105:20, 107:24,
109:6, 112:16, 117:1
**indicated** [41] - 5:11,
10:23, 11:5, 36:18,
37:20, 40:19, 42:15,
47:8, 50:9, 56:4,
56:13, 61:4, 68:2,
69:20, 72:15, 75:17,
77:19, 82:12, 83:19,
83:21, 84:18, 86:4,
87:18, 91:4, 94:7,
97:10, 103:6, 107:5,
112:9, 113:15,

113:21, 117:6,
119:14, 126:23,
127:12, 135:20,
137:7, 157:4, 157:19,
159:18, 166:17
**indicating** [5] - 19:9,
34:3, 108:16, 113:14,
131:5
**individual** [5] - 17:5,
32:3, 77:11, 110:12
**individual-by-
individual** [1] - 110:12
**individuals** [1] -
52:22
**industry** [3] - 65:9,
71:12, 72:18
**infer** [1] - 21:1
**inform** [1] - 47:18
**information** [5] -
18:11, 91:23, 96:1,
107:10, 109:12
**infrequently** [1] -
75:15
**infringed** [2] - 57:20,
66:3
**infringement** [7] -
11:8, 65:24, 65:25,
66:5, 103:16, 103:19,
115:3
**infringements** [1] -
114:22
**infringing** [1] -
131:12
**initial** [3] - 5:13,
10:16, 80:6
**injustice** [1] - 101:16
**inside** [2] - 106:8,
106:23
**insincere** [1] - 81:10
**insist** [3] - 10:7,
159:7, 159:17
**insofar** [22] - 22:12,
36:11, 41:17, 47:9,
49:17, 60:18, 64:4,
70:2, 71:10, 75:18,
93:5, 112:3
**installation** [1] - 63:6
**installing** [2] - 63:13,
63:14
**instance** [2] - 41:4,
112:21
**instances** [1] -
103:10
**instead** [1] - 111:14
**INSTITUTE** [1] - 1:5
**Institute** [2] - 142:1,
142:13
**institute** [1] - 91:5
**institution** [2] -
105:18, 143:1

**institutions** [2] -
46:20, 47:6
**instruct** [2] - 15:9,
21:10
**instructed** [3] -
15:24, 23:19, 165:13
**instruction** [2] - 4:7,
4:8
**instructions** [25] -
4:8, 5:12, 5:23, 6:2,
6:3, 6:6, 8:4, 8:24,
8:25, 18:20, 18:21,
18:25, 22:3, 22:7,
22:10, 165:8, 165:10,
165:16, 165:19,
165:23, 165:25,
166:6, 167:17
**instructor** [1] - 61:14
**insurance** [2] -
55:15, 99:2
**Integon** [1] - 30:14
**integration** [1] -
155:15
**intellectual** [4] -
42:4, 42:8, 128:14,
128:15
**intelligence** [1] -
26:21
**intentionally** [1] -
66:14
**intents** [1] - 28:5
**interaction** [1] -
146:3
**interactions** [1] -
146:7
**interest** [4] - 46:21,
108:16, 122:5, 123:11
**interested** [4] -
16:12, 28:4, 28:6,
122:9
**interesting** [2] -
143:3, 144:9
**interests** [2] - 122:3,
122:15
**interfaces** [1] - 47:12
**interfered** [1] -
133:19
**Internet** [10] - 16:20,
16:22, 40:1, 58:2,
58:17, 58:18, 58:19,
70:5, 70:7, 112:6
**internist** [1] - 119:22
**interrupted** [1] -
134:14
**interruption** [2] -
4:17, 13:14
**intoxicated** [2] -
28:24, 29:12
**intrinsic** [1] - 77:11
**introduce** [2] -

167:7, 167:9
**introductory** [1] -
9:16
**invented** [4] - 56:24,
57:2, 57:24, 113:22
**inventing** [1] - 57:10
**invention** [3] - 41:21,
64:6, 64:8
**inventions** [9] - 42:1,
57:4, 57:6, 57:12,
57:15, 57:19, 57:20,
64:11, 64:18
**investigate** [1] -
18:11
**investigating** [2] -
18:7, 18:16
**investigation** [2] -
17:5, 110:9
**investigators** [1] -
25:13
**investments** [1] -
71:21
**invited** [1] - 136:8
**invoicing** [1] - 87:1
**involve** [4] - 14:18,
48:6, 136:14, 145:19
**involved** [31] - 11:12,
14:19, 17:6, 23:23,
24:1, 28:22, 29:8,
56:6, 60:17, 66:14,
72:23, 75:19, 76:14,
77:5, 77:9, 77:10,
87:9, 96:5, 99:9,
101:6, 104:12,
120:23, 123:6,
125:13, 125:17,
125:25, 128:22,
130:22, 150:22,
151:1, 153:7
**involves** [4] - 22:5,
46:25, 64:16, 154:23
**involving** [2] -
103:11, 155:1
**IP** [4] - 91:25, 92:9,
102:25, 104:7
**iPad** [3] - 133:2,
133:7, 133:15
**iPads** [4] - 133:1,
144:7, 144:16, 157:19
**iPhone** [4] - 35:16,
43:17, 52:2, 157:8
**iPhones** [3] - 49:18,
144:7, 144:18
**Irvine** [4] - 60:23,
119:18, 119:19
**issue** [11] - 11:12,
11:21, 20:11, 21:10,
28:22, 29:11, 124:3,
128:23, 150:16,
157:17, 158:16

**issues** [10] - 26:23, 55:8, 95:1, 100:16, 121:6, 121:7, 125:14, 125:21, 158:2, 159:10
**IT** [10] - 41:7, 41:11, 95:10, 95:11, 95:17, 95:19, 95:22, 95:24, 97:22, 127:9
**item** [14] - 14:10, 14:23, 15:13, 19:6, 19:9, 19:10, 19:18, 37:21, 37:23, 42:7, 107:11, 114:13, 114:16, 128:13
**items** [4] - 5:13, 15:23, 17:5, 87:2
**itself** [5] - 76:8, 76:9, 77:25, 92:8, 121:18
**iTunes** [2] - 43:17, 157:8
**ivory** [3] - 134:15, 141:6, 141:8

**J**

**Jackson's** [1] - 62:5
**JAMES** [3] - 2:8, 3:4, 3:5
**Jamie** [1] - 7:16
**January** [5] - 15:17, 15:18, 15:20, 137:13, 168:16
**JANUARY** [2] - 1:14, 4:1
**jason.choy@ wilmerhale.com** [1] - 3:7
**JAVA** [4] - 89:5, 89:18, 90:4, 90:15
**Javier** [6] - 6:18, 9:9, 9:14, 31:10, 32:16, 117:17
**Jennifer** [1] - 53:7
**Jerry** [1] - 132:14
**jet** [3] - 143:19, 143:21, 144:1
**Jim** [1] - 141:25
**job** [7] - 39:19, 84:8, 86:21, 87:8, 91:21, 94:16, 118:18
**Jobber** [1] - 78:7
**jobs** [2] - 45:6, 71:7
**Johnny** [8] - 20:11, 20:13, 20:16, 20:23, 21:2, 21:5
**join** [2] - 44:21, 136:23
**joined** [1] - 44:23
**joke** [5] - 140:15, 140:16, 141:1, 141:7,

141:10
**JOSEPH** [1] - 3:12
**Joseph** [1] - 32:13
**joseph.mueller@ wilmerhale.com** [1] - 3:14
**journals** [1] - 122:9
**judge** [7] - 23:19, 56:9, 56:10, 89:15, 141:22, 142:11, 145:6
**JUDGE** [1] - 1:3
**Judge** [1] - 30:13
**judge's** [1] - 148:22
**judgment** [3] - 56:5, 56:13, 61:21
**judicial** [6] - 15:10, 15:14, 15:16, 15:21, 15:25, 168:13
**jump** [1] - 20:13
**Jupiter** [1] - 144:3
**juror** [69] - 7:5, 7:24, 10:25, 11:20, 11:22, 12:1, 16:10, 17:3, 18:8, 21:15, 22:17, 24:24, 25:16, 25:24, 25:25, 26:1, 26:15, 28:21, 28:24, 29:1, 29:7, 29:10, 30:3, 33:3, 36:7, 36:17, 42:19, 43:4, 43:7, 44:4, 44:16, 47:4, 48:3, 48:4, 48:14, 49:22, 51:2, 56:16, 78:2, 79:22, 84:18, 97:11, 98:16, 100:6, 100:13, 100:15, 116:6, 123:13, 123:22, 125:13, 125:15, 126:2, 127:14, 129:3, 132:12, 133:17, 134:10, 135:9, 138:2, 138:21, 139:6, 139:11, 145:18, 149:1, 149:8, 149:15, 163:9
**Juror** [130] - 33:8, 33:9, 33:10, 33:12, 33:13, 33:20, 33:21, 33:22, 33:23, 33:24, 34:1, 44:18, 45:22, 48:17, 50:22, 53:16, 53:24, 54:2, 54:6, 54:9, 62:21, 62:23, 66:24, 71:7, 84:18, 88:14, 91:13, 94:16, 100:15, 102:20, 105:20, 108:6, 108:25, 109:2, 112:16, 118:6,

118:10, 118:11, 118:21, 118:24, 119:14, 119:25, 120:9, 120:14, 120:15, 120:16, 120:22, 120:25, 121:14, 121:16, 121:17, 122:6, 122:13, 122:16, 122:20, 122:24, 123:5, 124:6, 124:11, 124:12, 125:1, 126:3, 126:7, 126:18, 127:4, 127:6, 127:21, 127:22, 128:12, 129:1, 129:5, 129:6, 129:17, 129:24, 130:10, 132:15, 132:18, 132:20, 134:20, 135:18, 137:7, 137:11, 138:7, 138:13, 139:3, 139:4, 139:16, 139:21, 139:23, 142:17, 145:22, 158:7, 158:9, 158:13, 159:8, 160:5, 160:9, 160:21, 161:3, 161:9, 161:10, 161:16, 161:25, 162:14, 162:19, 162:20, 163:7, 163:17
**JUROR** [605] - 7:6, 7:10, 7:15, 17:20, 33:15, 33:17, 34:5, 34:8, 34:12, 34:15, 34:17, 34:19, 34:22, 34:25, 35:2, 35:5, 35:10, 35:13, 35:19, 35:24, 36:2, 36:9, 36:14, 36:19, 36:24, 37:10, 37:12, 37:18, 37:25, 38:3, 38:8, 38:10, 38:17, 38:20, 39:1, 39:5, 39:10, 39:13, 39:19, 39:25, 40:5, 40:8, 40:12, 40:17, 40:22, 41:1, 41:5, 41:9, 41:22, 42:10, 42:14, 42:20, 42:23, 43:1, 43:5, 43:8, 43:12, 43:20, 43:25, 44:5, 44:17, 44:20, 44:23, 45:5, 45:8, 45:14, 45:17, 45:23, 46:2, 46:5, 46:8, 47:7, 47:11, 47:21, 47:24, 48:8, 48:12, 48:16, 48:19, 48:21, 48:24, 49:4, 49:8, 49:10, 49:19, 49:23, 50:2, 50:7,

50:10, 51:1, 51:3, 51:9, 51:11, 51:13, 51:21, 51:25, 52:3, 52:6, 52:9, 52:13, 52:16, 52:19, 53:2, 53:4, 53:6, 53:8, 53:10, 53:12, 53:14, 53:20, 53:22, 53:24, 54:4, 54:11, 54:14, 54:18, 54:21, 55:3, 55:7, 55:10, 55:13, 55:17, 55:20, 55:24, 56:1, 56:7, 56:15, 56:19, 56:22, 57:1, 57:5, 57:11, 57:16, 57:22, 58:3, 58:5, 58:10, 58:14, 58:17, 58:19, 58:24, 59:2, 59:6, 59:12, 59:15, 59:17, 59:19, 60:1, 60:4, 60:7, 60:12, 60:16, 60:20, 60:22, 61:2, 61:7, 61:13, 61:19, 61:23, 61:25, 62:4, 62:8, 62:14, 62:19, 62:25, 63:2, 63:9, 63:13, 63:19, 63:23, 64:2, 64:14, 64:25, 65:8, 65:19, 66:1, 66:7, 66:10, 66:22, 67:3, 67:7, 67:13, 67:20, 67:25, 68:3, 68:7, 68:9, 68:11, 68:13, 68:16, 68:19, 68:22, 68:25, 69:4, 69:9, 69:12, 69:18, 69:23, 69:25, 70:5, 70:8, 70:10, 70:15, 70:19, 70:24, 71:2, 71:5, 71:9, 71:12, 71:14, 71:16, 71:23, 72:3, 72:7, 72:10, 72:13, 72:17, 72:21, 72:25, 73:3, 73:8, 73:13, 73:16, 73:19, 74:2, 74:6, 74:9, 74:17, 74:22, 75:2, 75:9, 75:12, 75:15, 75:22, 75:24, 76:2, 76:9, 76:15, 76:21, 76:24, 77:2, 77:13, 77:16, 78:3, 78:9, 78:15, 78:19, 78:24, 79:4, 79:10, 79:17, 79:24, 80:12, 80:15, 80:17, 80:20, 81:6, 81:9, 82:1, 82:5, 82:9, 82:11, 82:19, 83:6, 83:8, 83:13, 83:15, 83:17, 83:21, 84:1, 84:7, 84:15,

84:23, 85:8, 85:13, 85:16, 85:19, 86:1, 86:6, 86:8, 86:11, 86:15, 86:19, 86:24, 87:1, 87:6, 87:10, 87:13, 87:17, 87:20, 87:24, 88:2, 88:6, 88:8, 88:11, 88:17, 88:20, 88:23, 89:2, 89:6, 89:8, 89:13, 89:19, 90:2, 90:5, 90:9, 90:12, 90:14, 90:18, 90:20, 90:24, 91:9, 91:17, 91:20, 92:9, 92:13, 92:21, 93:3, 93:7, 93:15, 93:21, 94:1, 94:4, 94:10, 94:19, 94:22, 95:4, 95:9, 95:12, 95:14, 95:18, 95:20, 95:23, 96:4, 96:9, 96:11, 96:14, 96:18, 96:24, 97:3, 97:5, 97:9, 97:12, 97:17, 97:20, 97:25, 98:3, 98:7, 98:10, 98:18, 98:20, 98:24, 99:6, 99:11, 99:14, 99:18, 99:21, 99:24, 100:2, 100:7, 100:9, 100:14, 100:17, 100:22, 100:25, 101:5, 101:10, 101:14, 101:20, 101:22, 101:25, 102:3, 102:8, 102:11, 102:14, 102:16, 102:21, 102:23, 103:1, 103:4, 103:8, 103:12, 103:18, 103:23, 103:25, 104:2, 104:5, 104:9, 104:12, 104:15, 104:18, 104:24, 105:2, 105:6, 105:9, 105:12, 105:14, 105:18, 105:22, 105:24, 106:3, 106:7, 106:10, 106:14, 106:17, 106:23, 107:1, 107:8, 107:13, 107:19, 107:22, 108:1, 108:8, 108:12, 108:18, 108:24, 109:3, 109:11, 109:18, 109:23, 110:1, 110:8, 110:17, 110:20, 110:22, 110:24, 111:5, 111:8, 111:10, 111:12, 111:17, 111:20, 111:23,

112:5, 112:14, 112:20, 113:5, 113:11, 113:14, 113:18, 113:20, 113:24, 114:1, 114:5, 114:11, 114:14, 114:17, 114:20, 114:23, 115:5, 115:8, 115:13, 115:16, 115:18, 115:21, 115:23, 115:25, 116:3, 116:7, 118:14, 118:16, 118:18, 118:22, 119:1, 119:4, 119:7, 119:10, 119:12, 119:16, 119:21, 119:23, 120:1, 120:4, 120:11, 120:17, 120:20, 120:24, 121:2, 121:19, 121:22, 122:7, 122:14, 122:17, 122:21, 122:25, 123:6, 124:14, 124:22, 124:25, 125:3, 125:8, 126:4, 126:6, 126:9, 126:15, 126:19, 127:2, 127:5, 127:7, 129:4, 129:7, 129:11, 129:14, 129:18, 129:22, 129:25, 130:3, 130:6, 130:9, 130:11, 130:14, 130:18, 130:21, 130:24, 131:1, 131:9, 131:13, 131:17, 131:24, 132:5, 132:8, 132:22, 133:10, 133:18, 134:3, 134:5, 134:8, 134:11, 134:17, 134:21, 135:19, 135:25, 136:4, 136:6, 136:9, 136:14, 136:19, 137:10, 137:12, 137:17, 137:21, 137:24, 138:4, 138:9, 138:11, 138:14, 138:19, 139:18, 140:3, 141:5, 141:12, 141:15, 142:22, 143:1, 143:9, 143:14, 144:5, 144:12, 144:15, 144:19, 144:23, 145:15, 145:20, 145:23, 146:5, 146:8, 146:15, 146:18, 146:23, 147:2, 147:5, 147:13, 147:17, 148:3,

148:12, 148:15, 148:19, 150:24, 151:2, 151:5, 151:8, 151:14, 151:20, 151:22, 152:4, 152:11, 152:16, 152:19, 152:21, 152:24, 153:3, 153:5, 153:8, 153:11, 153:13, 154:2, 154:4, 154:8, 154:21, 154:25, 155:3, 155:6, 155:11, 155:14, 155:19
  **juror's** [2] - 25:5, 81:20
  **JURORS** [19] - 17:2, 17:12, 18:13, 19:3, 19:14, 20:3, 21:17, 22:25, 23:10, 23:21, 24:8, 27:16, 28:13, 29:14, 29:21, 30:10, 31:24, 138:23, 141:21
  **Jurors** [1] - 125:19
  **jurors** [46] - 6:19, 7:2, 7:5, 7:11, 9:2, 9:4, 9:17, 9:24, 10:3, 10:21, 11:10, 11:11, 24:6, 24:9, 25:10, 25:11, 25:15, 25:18, 25:21, 26:3, 26:5, 29:24, 29:25, 31:14, 32:3, 117:17, 125:20, 125:23, 127:12, 139:14, 140:25, 151:16, 157:25, 159:12, 160:17, 160:18, 160:20, 163:12, 163:15, 163:18, 163:21, 164:3, 164:11
  **jurors'** [2] - 11:19, 32:4
  **jury** [75] - 4:7, 4:8, 5:12, 5:14, 5:19, 5:22, 5:23, 5:25, 6:1, 6:2, 6:6, 7:17, 8:23, 8:25, 10:10, 12:12, 13:20, 14:12, 15:14, 18:2, 18:4, 18:5, 18:25, 21:14, 22:6, 22:7, 23:4, 23:6, 23:12, 23:14, 23:15, 24:12, 27:5, 27:6, 27:11, 50:14, 50:15, 50:17, 50:24, 69:8, 117:10, 117:11, 126:24, 135:23, 140:15, 142:6, 156:8, 156:18, 157:3, 160:7, 160:10,

161:4, 161:11, 161:18, 162:1, 162:15, 162:21, 163:10, 163:12, 163:19, 163:23, 164:5, 164:12, 165:7, 165:12, 165:16, 165:19, 165:21, 165:22, 166:18, 166:20, 167:10
  **JURY** [8] - 1:14, 10:11, 31:3, 31:5, 116:17, 117:20, 164:2, 165:4
  **justice** [4] - 73:11, 74:9, 101:12, 101:24

# K

  **kate** [1] - 53:13
  **keep** [7] - 21:20, 22:9, 65:4, 91:22, 121:12, 125:18, 152:13
  **Kelley** [1] - 32:14
  **kept** [1] - 143:10
  **key** [1] - 149:15
  **kickback** [5] - 133:9, 140:15, 141:1, 141:10, 141:15
  **kidney** [1] - 135:14
  **kids** [2] - 121:23, 121:24
  **killed** [1] - 28:25
  **Kim** [1] - 32:12
  **Kind** [1] - 32:25
  **kind** [23] - 11:2, 17:1, 25:18, 33:1, 42:3, 50:16, 50:24, 68:24, 73:23, 81:24, 91:7, 92:2, 99:3, 99:12, 99:14, 102:16, 107:2, 107:22, 133:1, 133:18, 133:19, 135:19, 165:10
  **kinds** [1] - 63:3
  **knowledge** [7] - 64:4, 70:17, 77:14, 78:19, 80:7, 91:1, 147:14
  **known** [2] - 63:3, 104:18
  **knows** [1] - 167:10
  **Korb** [1] - 53:5
  **KTLA** [1] - 108:13
  **kung** [1] - 61:10
  **Kwok** [3] - 32:11, 147:22, 161:24

# L

  **LA** [11] - 40:6, 54:22, 55:13, 72:8, 105:12, 106:5, 106:7, 106:10, 106:12, 110:24, 132:23
  **laboratory** [3] - 143:19, 143:22, 144:2
  **ladies** [10] - 10:12, 116:9, 117:24, 141:23, 142:7, 147:19, 148:21, 163:23, 164:11, 165:5
  **Laird** [1] - 7:16
  **landlord** [1] - 96:23
  **language** [3] - 4:10, 36:21, 90:9
  **laptop** [1] - 77:20
  **large** [3] - 46:18, 47:5, 85:15
  **larger** [1] - 78:6
  **last** [12] - 4:7, 15:8, 33:10, 33:21, 33:24, 47:16, 47:17, 52:22, 133:13, 133:22, 134:13, 163:6
  **late** [2] - 141:22, 157:3
  **Lauren** [1] - 32:7
  **law** [16] - 12:13, 18:20, 18:23, 18:24, 19:1, 19:8, 22:3, 22:10, 53:18, 53:19, 54:10, 54:12, 54:19, 55:6, 55:8, 75:5
  **Law** [7] - 2:5, 2:10, 2:14, 3:5, 3:9, 3:13, 3:16
  **laws** [3] - 26:13, 147:15, 148:2
  **lawsuit** [7] - 11:5, 22:5, 28:23, 56:7, 67:9, 149:22, 149:24
  **lawsuits** [4] - 14:18, 103:20, 120:23, 153:16
  **lawyer** [4] - 54:25, 55:20, 75:2, 102:22
  **lawyer's** [1] - 55:23
  **lawyers** [2] - 54:24, 64:14
  **lead** [1] - 76:11
  **leader** [2] - 50:14, 50:24
  **leads** [1] - 76:13
  **leaked** [1] - 96:22
  **lean** [1] - 11:3
  **leaning** [2] - 46:8, 84:20, 145:14

  **leanings** [1] - 147:11
  **learn** [2] - 90:10, 122:22
  **learned** [3] - 59:7, 59:13, 60:25
  **learning** [2] - 47:6, 126:10
  **lease** [1] - 114:23
  **leased** [2] - 114:24, 114:25
  **leasing** [2] - 69:16, 151:11
  **least** [2] - 33:24, 146:22
  **leave** [8] - 30:21, 30:25, 48:1, 132:4, 132:5, 136:17, 137:13, 137:16
  **left** [4] - 9:22, 12:23, 98:25, 99:6
  **leg** [2] - 80:10, 80:12
  **legal** [12] - 10:16, 37:2, 54:13, 54:15, 55:8, 57:9, 63:16, 74:4, 94:24, 112:17, 112:24, 112:25
  **legally** [1] - 64:8
  **lengthy** [1] - 135:11
  **Lenny** [3] - 62:8, 62:9, 62:10
  **less** [3] - 66:15, 126:1, 152:12
  **letter** [1] - 94:17
  **letters** [2] - 33:7, 94:23
  **level** [11] - 48:20, 49:14, 77:11, 77:12, 95:23, 102:13, 125:14, 145:9, 159:13, 159:14
  **leverage** [1] - 148:7
  **Liam** [2] - 17:24, 18:3
  **liberal** [1] - 46:8
  **license** [5] - 115:12, 128:15, 148:7, 152:5, 152:7
  **licensed** [3] - 115:7, 115:8, 153:22
  **licensing** [2] - 115:10, 151:12
  **life** [8] - 36:12, 40:16, 52:18, 81:20, 82:25, 116:19, 133:20, 149:12
  **likings** [1] - 81:3
  **limit** [2] - 28:6, 28:10
  **limited** [3] - 70:17, 112:11, 141:23
  **LIMITED** [1] - 1:8

**Linda** [1] - 32:6
**linear** [1] - 154:24
**lining** [1] - 67:6
**Lisa** [1] - 32:12
**list** [1] - 66:9
**listed** [1] - 52:23
**listen** [2] - 27:7, 97:18
**listening** [2] - 148:21, 148:22
**literally** [1] - 64:19
**literary** [1] - 41:24
**litigants** [1] - 135:6
**litigation** [6] - 74:16, 75:7, 103:2, 103:22, 131:10
**live** [3] - 85:19, 97:7, 141:8
**lived** [1] - 96:21
**lives** [1] - 75:5
**living** [1] - 85:20
**LLP** [4] - 3:4, 3:8, 3:12, 3:15
**loan** [2] - 67:21, 67:24
**local** [1] - 136:15
**location** [2] - 60:23, 106:2
**locations** [1] - 16:23
**locator** [1] - 153:19
**locators** [1] - 104:16
**look** [11] - 8:3, 11:3, 17:5, 22:18, 34:21, 62:15, 85:7, 123:20, 124:8, 139:22, 139:23
**looked** [4] - 59:2, 83:2, 85:2, 90:1
**looking** [4] - 34:1, 34:21, 73:4, 96:7
**looks** [3] - 18:6, 91:15, 142:16
**looms** [2] - 96:15, 96:16
**LOS** [4] - 1:15, 1:25, 4:1, 168:3
**Los** [5] - 2:11, 3:6, 106:21, 119:8, 119:17
**lose** [1] - 56:3
**lost** [1] - 44:13
**louder** [1] - 109:4
**loved** [2] - 23:13, 23:15, 143:15
**low** [1] - 98:6
**Lowe's** [2] - 85:11, 85:12
**lower** [1] - 11:17
**lowest** [1] - 107:25
**lucky** [1] - 33:19
**Lucy** [2] - 42:22, 43:6

**Luddite** [2] - 89:11, 89:12
**Lumm** [1] - 53:7
**LYNN** [1] - 2:9

**M**

**ma'am** [4] - 33:8, 33:21, 33:23
**Ma'am** [7] - 33:9, 33:12, 33:13, 33:21, 33:23, 33:24
**Mac** [1] - 144:16
**MacBook** [2] - 35:10, 35:12
**machine** [2] - 38:23, 38:25
**mad** [2] - 99:22, 100:9
**Madison** [1] - 2:5
**magazine** [1] - 121:8
**magnetism** [1] - 90:25
**mail** [2] - 165:6, 166:8
**mailed** [1] - 138:15
**maintenance** [1] - 86:1
**major** [1] - 45:22
**Maldonado** [4] - 32:12, 144:10, 145:12, 161:9
**malpractice** [1] - 56:7
**manage** [3] - 71:18, 87:1, 92:2
**managed** [3] - 71:14, 71:15, 143:20
**management** [4] - 87:17, 91:25, 110:3, 151:24
**manager** [3] - 55:12, 71:25, 72:24
**managing** [1] - 71:19
**manifest** [1] - 121:18
**manufacturer** [1] - 147:8
**manufacturing** [2] - 65:10, 147:7
**Marc** [1] - 3:19
**Marie** [1] - 32:12
**Marines** [2] - 44:25, 45:1
**Marinez** [3] - 32:13, 142:18, 142:19
**mark** [2] - 111:4, 137:5
**MARK** [1] - 3:9
mark.selwyn@
wilmerhale.com [1] -

3:11
**market** [1] - 77:18
**marketing** [1] - 75:19
**Mars** [1] - 144:3
**martial** [2] - 61:11, 61:13
**Martin** [1] - 32:14
**Martinez** [5] - 32:18, 32:20, 32:21, 32:23, 32:24
**MARY** [1] - 3:16
**Massachussets** [1] - 3:14
**massive** [1] - 63:2
**match** [1] - 154:13
**math** [7] - 89:4, 90:6, 154:23, 155:13, 155:19, 155:21, 159:15
**mathematically** [1] - 12:4
**mathematics** [3] - 88:15, 88:18, 126:15
**matrices** [3] - 155:2, 155:6, 155:10
**matter** [19] - 4:5, 4:6, 5:8, 23:5, 27:13, 68:12, 125:24, 157:15, 160:8, 160:11, 161:5, 161:12, 161:19, 162:2, 162:16, 162:22, 163:11, 164:6, 168:12
**matters** [4] - 5:9, 37:9, 103:7, 103:10
**Matthias** [1] - 53:5
**MCCRACKEN** [2] - 2:9, 166:24
**McEliece** [1] - 53:9
**MCLE** [1] - 59:11
**mean** [25] - 25:11, 28:4, 28:20, 30:18, 36:12, 36:15, 38:18, 64:25, 75:23, 77:4, 77:23, 78:5, 84:2, 96:24, 101:14, 102:16, 102:17, 120:11, 121:6, 137:16, 151:12, 153:16, 154:8, 155:16, 160:22
**meaning** [2] - 26:1, 31:20
**means** [6] - 11:19, 16:18, 17:7, 19:23, 21:14, 23:22
**meant** [2] - 51:3, 54:2
**Medi** [2] - 109:14,

110:4
**Medi-Cal** [2] - 109:14, 110:4
**media** [9] - 34:11, 34:12, 46:3, 46:4, 49:20, 51:21, 63:25, 64:2, 108:10
**mediation** [1] - 131:20
**medical** [5] - 48:1, 76:12, 109:12, 122:8, 122:9
**medication** [3] - 48:9, 110:3
**medications** [1] - 48:11
**medicine** [2] - 110:14, 119:20
**medicines** [2] - 76:13, 109:16
**meet** [2] - 12:10, 57:7
**meeting** [1] - 83:3
**meetings** [2] - 77:3, 77:22
**Meghan** [2] - 128:5, 128:6
**member** [6] - 6:25, 7:16, 81:21
**members** [1] - 113:9
**Mendoza** [1] - 32:11
**Mental** [1] - 119:17
**mention** [1] - 23:13
**mentioned** [6] - 47:25, 74:24, 150:2, 151:15, 152:1, 153:6
**mere** [3] - 28:3, 28:19, 149:21
**metropolitan** [1] - 94:17
**Michelle** [1] - 32:14
**microphone** [1] - 67:18
**middle** [3] - 38:20, 121:23, 144:19
**midnight** [2] - 137:19, 166:12
**might** [26] - 10:16, 12:15, 14:14, 15:17, 19:5, 21:24, 22:4, 25:23, 26:23, 28:17, 40:1, 62:12, 62:18, 66:2, 81:15, 81:16, 100:7, 112:9, 112:10, 121:22, 125:16, 127:12, 127:21, 134:9
**military** [4] - 39:9, 44:21, 45:4, 45:10
**Mill** [1] - 3:10
**mind** [1] - 21:20,

21:23, 22:9, 25:17, 32:16, 47:3, 47:22, 134:23, 149:14, 150:7, 150:19
mindy.sooter@
wilmerhale.com [1] - 3:18
**mine** [2] - 72:10, 96:15
**minimal** [1] - 54:14, 90:25
**minor** [1] - 129:14
**minutes** [4] - 8:15, 30:20, 117:2, 117:6
**miss** [2] - 107:2, 107:3
**missing** [2] - 8:21, 40:15
**mistrial** [6] - 17:6, 18:9, 84:19, 84:20, 85:1, 85:6
**misunderstood** [1] - 51:1
**MIT** [2] - 143:2, 143:3
**mixed** [1] - 157:10
**mixture** [1] - 110:6
**mixup** [4] - 43:18, 43:21, 157:13
**mobile** [1] - 76:18
**Mobile** [3] - 76:22, 77:6, 146:2
**models** [2] - 39:18, 151:9, 151:10
**moderately** [1] - 47:5
**modern** [1] - 89:15
**modest** [1] - 4:20
**modicum** [1] - 26:20
**Molina** [1] - 32:7
**mom** [3] - 45:18, 85:21, 86:2
**mom-and-pop** [1] - 85:21
**moment** [11] - 13:4, 32:10, 62:22, 78:12, 121:13, 132:14, 150:13, 157:4, 162:4, 162:8, 162:10
**momentarily** [1] - 13:18
**monetary** [1] - 88:7
**money** [17] - 64:15, 64:19, 65:14, 69:17, 71:22, 89:1, 94:20, 94:22, 95:2, 112:21, 115:11, 128:16, 128:17, 133:7, 133:14, 133:23, 152:6
**monies** [2] - 95:1, 96:19
**months** [2] - 39:17

**morning** [4] - 11:23, 54:23, 150:6, 151:15
**most** [7] - 14:18, 54:16, 55:3, 81:18, 98:11, 144:9, 151:16
**mostly** [5] - 34:25, 45:14, 48:24, 95:14, 126:15
**mother** [2] - 85:9, 85:25
**motherhood** [1] - 118:14
**Motherhood** [1] - 118:15
**mouth** [1] - 63:25
**move** [4] - 9:19, 10:2, 154:7, 154:10
**moved** [1] - 143:11
**moves** [1] - 19:20
**movie** [4] - 17:15, 17:16, 17:21, 17:23
**moving** [3] - 20:22, 21:4, 99:3
**MR** [118] - 4:14, 4:15, 4:18, 4:23, 5:1, 5:4, 6:12, 6:13, 6:16, 6:17, 6:22, 6:25, 7:16, 7:20, 8:7, 8:8, 8:12, 8:16, 9:6, 9:8, 31:2, 69:2, 69:3, 117:15, 117:16, 140:13, 140:14, 140:17, 140:20, 140:22, 141:19, 141:22, 142:24, 143:4, 143:13, 143:17, 144:17, 144:21, 145:6, 145:16, 145:21, 145:24, 146:6, 146:9, 146:16, 146:19, 146:24, 147:3, 147:9, 147:14, 147:18, 148:10, 148:13, 148:17, 148:20, 149:4, 150:25, 151:4, 151:6, 151:13, 151:15, 151:21, 152:1, 152:9, 152:14, 152:18, 152:20, 152:22, 153:2, 153:4, 153:6, 153:9, 153:12, 153:25, 154:3, 154:7, 154:10, 154:22, 155:1, 155:4, 155:9, 155:12, 155:17, 155:22, 156:24, 157:16, 157:21, 158:1, 158:5, 158:7, 158:14, 158:16, 158:19, 158:22,

159:4, 159:11, 159:19, 159:21, 160:2, 160:22, 161:8, 161:14, 161:21, 161:23, 162:4, 162:6, 162:8, 162:10, 162:12, 162:18, 163:3, 163:7, 166:3, 166:5, 167:2, 167:4, 167:14, 167:21
**MS** [1] - 166:24
**MUELLER** [62] - 3:12, 4:15, 4:18, 4:23, 5:1, 5:4, 6:12, 6:17, 6:22, 7:16, 7:20, 8:7, 9:6, 31:2, 69:3, 117:16, 140:14, 140:17, 140:20, 149:4, 150:25, 151:4, 151:6, 151:13, 151:15, 151:21, 152:1, 152:9, 152:14, 152:18, 152:20, 152:22, 153:2, 153:4, 153:6, 153:9, 153:12, 153:25, 154:3, 154:7, 154:10, 154:22, 155:1, 155:4, 155:9, 155:12, 155:17, 155:22, 156:24, 157:16, 158:14, 158:19, 158:22, 159:21, 161:14, 161:23, 162:8, 162:10, 162:12, 166:3, 167:2, 167:21
**multibillion** [1] - 65:21
**multivariable** [1] - 155:15
**Murder** [2] - 101:20, 101:21
**murder** [2] - 17:25, 18:2
**muscle** [1] - 18:16
**museum** [1] - 136:11
**Museum** [1] - 136:24
**music** [3] - 32:25, 43:23, 44:13
**musical** [2] - 32:25, 33:1

## N

**name** [4] - 52:13, 62:16, 128:5, 141:25
**named** [1] - 51:17
**names** [6] - 29:24, 32:5, 33:6, 52:24, 62:15

**nap** [1] - 135:5
**napping** [1] - 135:4
**naps** [1] - 134:22
**national** [1] - 44:25
**nature** [1] - 53:17
**navigate** [1] - 86:23
**NBC** [1] - 90:20
**near** [1] - 106:16
**necessarily** [8] - 26:4, 28:20, 74:19, 77:20, 155:14, 145:15, 153:16, 157:11
**necessary** [1] - 165:21
**necessity** [1] - 36:15
**need** [21] - 10:1, 17:1, 24:14, 24:16, 26:7, 26:21, 27:11, 30:19, 32:9, 36:15, 67:17, 77:19, 81:12, 100:23, 109:4, 117:12, 149:23, 159:24, 164:22, 166:25, 167:13
**needed** [3] - 73:25, 92:14, 134:11
**needs** [2] - 148:4, 166:20
**Neeson** [2] - 17:24, 18:3
**negative** [2] - 142:23, 146:21
**negatively** [1] - 81:25
**negotiable** [1] - 132:3
**negotiate** [2] - 130:2, 148:7
**negotiation** [5] - 130:2, 130:23, 152:10, 152:15, 152:17
**negotiations** [5] - 132:6, 150:22, 151:3, 151:4, 151:19
**nephew's** [1] - 87:20
**nephews** [1] - 122:21
**nerves** [3] - 126:3, 126:25, 127:2
**nervous** [1] - 126:1
**networks** [1] - 156:13
**neutral** [5] - 42:17, 51:16, 51:19, 65:16, 111:3
**never** [13] - 32:16, 39:13, 44:12, 96:15, 98:25, 100:3, 100:17,

102:3, 105:3, 107:17, 108:19, 139:14, 140:3
**New** [2] - 2:6, 105:12, 137:13, 137:18, 137:25
**new** [5] - 5:11, 6:21, 63:6, 63:7, 63:8, 75:19, 84:8, 122:10, 137:12
**news** [44] - 34:10, 34:11, 34:14, 34:23, 34:25, 35:4, 39:22, 39:24, 40:5, 40:13, 40:14, 45:11, 45:18, 46:1, 46:9, 48:23, 48:24, 51:7, 51:9, 51:11, 58:16, 63:25, 70:3, 70:4, 70:10, 75:11, 75:14, 86:4, 86:5, 90:17, 93:6, 93:8, 93:9, 97:16, 102:10, 105:8, 107:21, 108:10, 108:14, 110:19, 115:20, 121:20
**newspaper** [3] - 105:9, 105:10, 105:11
**next** [12] - 20:19, 20:23, 21:5, 36:17, 62:21, 64:9, 65:5, 83:3, 100:15, 135:20, 135:23, 136:1
**Nguyen** [1] - 32:15
**Nhung** [1] - 32:15
**nice** [3] - 10:13, 61:24, 166:13
**niece** [1] - 129:7
**Night** [1] - 101:2
**night** [2] - 136:20, 136:22
**nighttime** [2] - 54:22, 54:23
**nine** [7] - 11:10, 102:13, 102:17, 160:17, 160:21, 163:14, 163:18
**Ninth** [2] - 4:8, 6:2
**NO** [2] - 1:23, 168:20
**nobody** [4] - 16:19, 20:22, 21:5, 32:1
**noncommitted** [1] - 16:13
**none** [4] - 40:9, 82:7, 98:16, 127:19
**nonprofit** [2] - 61:10, 101:5
**noontime** [1] - 26:18
**normal** [3] - 77:4, 81:18, 147:6
**normally** [3] -

164:15, 164:21, 167:6
**north** [1] - 77:23
**Northern** [2] - 60:22, 165:10
**Nos** [4] - 160:19, 160:20, 163:12, 164:4
**note** [5] - 30:13, 50:19, 83:9, 118:2, 138:5
**notes** [2] - 138:8, 139:9
**nothing** [11] - 32:3, 44:20, 47:2, 52:15, 83:18, 94:13, 124:19, 134:16, 137:2, 142:23, 167:14
**notice** [5] - 15:10, 15:14, 15:16, 15:21, 15:25
**noticed** [3] - 33:5, 33:6, 125:8
**notions** [1] - 64:13
**NPR** [2] - 48:24, 105:14
**nuclear** [1] - 143:14
**number** [15] - 33:3, 33:19, 36:13, 91:23, 112:3, 121:15, 142:16, 148:6, 153:14, 153:15, 156:8, 158:22, 159:12
**Number** [5] - 53:25, 156:24, 156:25, 158:22, 159:8
**numbers** [6] - 33:4, 43:21, 118:8, 121:14, 155:7
**numerically** [1] - 54:1
**nurse** [1] - 108:7
**nursing** [2] - 34:6, 34:7
**Nursing** [1] - 34:8
**Nuygen** [4] - 32:19, 32:20, 32:23, 32:24
**Nuys** [1] - 56:14

## O

**o'clock** [4] - 117:11, 166:16, 166:21
**oath** [1] - 27:14
**objecting** [1] - 19:21
**objection** [7] - 6:15, 6:16, 6:17, 8:8, 19:22, 117:16, 166:3
**objections** [1] - 8:7
**objects** [1] - 19:19
**obligated** [1] - 24:18
**obligations** [1] -

67:24
**obtain** [1] - 90:5
**obtained** [2] - 37:24, 130:8
**obtaining** [1] - 114:19
**obvious** [1] - 37:15
**obviously** [17] - 13:11, 17:23, 18:18, 19:18, 23:5, 25:25, 36:5, 37:15, 38:13, 46:24, 66:16, 80:3, 126:22, 139:8, 158:8, 158:10, 165:18
**occasional** [1] - 129:7
**occasions** [1] - 156:25
**occupied** [1] - 65:4
**occurred** [1] - 123:25
**occurrence** [1] - 77:4
**occurs** [1] - 124:23
**odd** [2] - 121:15
**OF** [8] - 1:2, 1:5, 1:13, 2:1, 3:1, 168:1, 168:3, 168:4
**offense** [1] - 104:19
**offered** [3] - 16:3, 16:4, 85:6
**office** [5] - 50:4, 59:5, 62:1, 86:13, 110:15
**Office** [1] - 5:21
**Official** [2] - 168:6, 168:20
**OFFICIAL** [2] - 1:24, 168:1
**often** [1] - 155:7
**OJ** [1] - 37:16
**Okano** [1] - 32:13
**old** [3] - 17:18, 49:10, 111:22
**older** [1] - 135:3
**Olivia** [1] - 32:14
**Olvera** [1] - 106:16
**once** [14] - 5:19, 14:19, 19:11, 28:1, 30:4, 30:7, 45:1, 57:23, 74:12, 85:1, 87:19, 94:11, 123:1, 160:19
**one** [118] - 7:24, 8:21, 10:25, 11:21, 12:4, 12:7, 12:14, 13:3, 14:6, 14:17, 14:20, 14:21, 16:10, 18:21, 27:9, 28:19, 28:22, 31:12, 36:5,

37:14, 37:15, 39:23, 43:16, 43:22, 44:7, 47:20, 49:2, 51:11, 51:12, 51:18, 57:22, 58:1, 59:12, 65:1, 65:8, 66:18, 67:21, 69:8, 69:20, 72:7, 72:8, 74:6, 74:7, 78:18, 80:7, 80:8, 80:10, 83:19, 84:20, 86:7, 87:20, 89:22, 90:15, 90:19, 96:11, 96:20, 96:21, 97:14, 99:7, 102:7, 104:3, 104:9, 104:15, 106:3, 106:5, 110:21, 111:23, 111:24, 111:25, 112:8, 113:21, 114:5, 118:19, 119:7, 119:10, 119:14, 119:15, 119:17, 120:4, 120:7, 123:25, 125:15, 127:25, 128:2, 129:22, 132:10, 132:25, 135:15, 138:24, 138:25, 139:13, 143:10, 143:17, 143:18, 144:23, 145:6, 145:24, 146:22, 148:16, 149:9, 150:12, 151:16, 153:9, 153:14, 156:1, 156:24, 157:7, 159:15, 159:5, 160:12, 160:19, 160:25, 162:4, 162:8, 162:10, 163:1, 163:5, 163:6
**One** [4] - 51:9, 119:4, 157:4, 163:14
**ones** [6] - 5:15, 8:4, 23:13, 23:15, 63:25, 158:3
**online** [16] - 34:10, 43:14, 45:12, 47:12, 47:13, 49:11, 49:12, 51:8, 75:11, 86:6, 90:18, 105:9, 105:11, 105:14, 110:19
**oOo** [1] - 4:3
**open** [8] - 21:20, 22:9, 28:16, 29:17, 47:23, 60:24, 124:17, 149:14
**opening** [1] - 6:9
**operate** [1] - 10:15
**operated** [1] - 38:25

**operation** [1] - 58:9
**operator** [1] - 49:23
**opinion** [27] - 21:22, 36:4, 36:7, 37:2, 42:16, 42:18, 46:12, 47:5, 56:9, 63:16, 65:16, 73:11, 74:4, 79:20, 79:21, 91:8, 96:7, 104:6, 105:16, 111:7, 111:9, 111:11, 112:17, 113:12, 144:22, 157:5
**opinions** [3] - 78:6, 81:12, 105:1
**opportunity** [4] - 6:9, 8:3, 21:25, 25:10
**opposed** [1] - 166:12
**oracle** [2] - 91:14, 91:19
**Oracle** [1] - 91:20
**orally** [1] - 18:24
**order** [9] - 5:13, 5:14, 8:19, 24:5, 27:10, 41:17, 42:4, 92:17, 116:25
**ordinary** [1] - 147:8
**organization** [3] - 101:2, 101:3, 101:4
**original** [3] - 4:10, 6:1, 73:20
**originally** [3] - 5:16, 22:19, 26:12
**orthopedics** [2] - 108:8, 108:9
**otherwise** [4] - 13:5, 17:9, 21:10, 42:25
**ourselves** [2] - 28:18, 41:11
**out-of-pocket** [1] - 100:3
**outer** [1] - 144:2
**outside** [10] - 29:18, 46:9, 106:23, 107:2, 108:3, 116:15, 118:17, 133:22, 152:17, 152:18
**overlap** [1] - 42:3
**overuse** [1] - 110:6
**owe** [1] - 91:24
**own** [15] - 16:7, 16:8, 16:16, 16:20, 18:10, 33:3, 52:5, 52:6, 74:11, 79:8, 96:1, 113:16, 133:18, 137:22, 156:16
**owned** [1] - 85:10
**owns** [1] - 113:16

## P

**P.M** [8] - 1:15, 4:2, 10:11, 31:3, 31:5, 116:17, 117:20, 165:4
**p.m** [1] - 167:22
**Page** [1] - 3:10
**page** [3] - 5:11, 52:22, 168:12
**paid** [5] - 57:11, 91:24, 115:11, 131:5
**Palo** [1] - 3:10
**PANEL** [4] - 10:11, 31:3, 116:17, 117:20
**paper** [1] - 24:15
**par** [2] - 73:6, 73:8
**pardon** [1] - 51:10
**Pardon** [2] - 115:24, 162:9
**parents** [1] - 45:18
**parents'** [1] - 93:17
**park** [1] - 134:13
**parking** [4] - 164:7, 164:8, 164:9, 164:14
**part** [2] - 45:6, 122:2
**part-time** [1] - 45:6
**participate** [1] - 130:2
**particular** [52] - 15:12, 15:15, 22:17, 22:22, 25:16, 25:20, 26:2, 26:15, 26:20, 27:13, 31:22, 36:20, 37:5, 37:21, 37:22, 37:24, 38:24, 40:3, 41:4, 41:20, 42:1, 42:5, 42:7, 45:15, 47:19, 48:7, 52:22, 63:19, 63:22, 64:14, 65:1, 70:6, 71:13, 72:6, 73:11, 76:13, 81:23, 102:24, 108:7, 109:22, 110:14, 114:13, 123:25, 124:2, 126:14, 129:20, 129:22, 130:5, 131:15, 133:25, 159:1
**particularly** [5] - 46:13, 64:23, 93:23, 94:8, 144:10
**parties** [14] - 6:9, 9:3, 15:6, 19:6, 23:3, 36:6, 46:11, 51:16, 68:14, 81:3, 111:1, 131:21, 145:8, 160:15
**partner** [1] - 122:1
**partnerships** [1] - 77:2
**party** [4] - 28:23,

80:10, 153:22, 153:23
**pass** [2] - 161:21, 162:6
**passed** [1] - 20:21
**passes** [3] - 164:7, 164:8, 164:14
**past** [6] - 20:19, 81:20, 106:4, 126:12, 126:14, 157:3
**patent** [64] - 5:20, 6:7, 11:8, 29:9, 37:23, 41:19, 42:2, 56:21, 57:1, 57:3, 59:1, 59:5, 59:8, 59:11, 64:4, 65:4, 65:24, 66:3, 70:17, 70:22, 79:2, 86:13, 90:1, 103:7, 103:25, 104:7, 104:16, 104:19, 114:19, 114:22, 120:8, 120:12, 120:13, 120:14, 130:21, 131:6, 131:7, 131:8, 131:9, 131:11, 131:12, 131:16, 131:24, 132:1, 146:22, 147:15, 147:25, 148:1, 148:2, 148:5, 153:7, 153:15, 153:16, 153:18, 153:25, 154:4, 154:16, 165:7, 165:9, 165:10
**Patent** [1] - 5:21
**patented** [5] - 57:10, 64:7, 65:11, 76:14, 114:16
**patenting** [2] - 64:12, 64:15
**patents** [20] - 41:13, 41:25, 42:12, 66:14, 70:22, 103:11, 103:15, 103:16, 103:17, 120:22, 147:20, 147:21, 147:23, 147:24, 149:17, 150:17, 151:2, 154:13
**patients** [1] - 109:14
**Pause** [2] - 9:1, 10:9
**pay** [11] - 62:2, 67:24, 69:16, 100:2, 128:16, 132:1, 152:5, 152:6, 152:12, 152:13
**paying** [5] - 64:16, 65:4, 130:17, 130:18, 130:19
**payment** [2] - 152:7, 152:8

**pays** [1] - 139:18
**people** [24] - 9:21, 17:8, 17:18, 21:7, 23:23, 50:20, 50:21, 52:23, 56:3, 62:15, 63:4, 64:11, 64:16, 64:17, 65:13, 74:12, 74:24, 78:5, 81:18, 85:20, 89:14, 127:9, 146:4, 148:10
**per** [1] - 46:25
**perceive** [1] - 74:20
**percent** [1] - 12:5
**percentage** [1] - 128:17
**perception** [1] - 11:20
**peremptories** [2] - 117:8, 159:25
**peremptory** [1] - 161:6
**perfect** [2] - 89:15, 145:23
**perfectly** [1] - 80:21
**perform** [1] - 89:20
**perhaps** [1] - 135:21
**period** [4] - 28:2, 28:8, 101:15, 135:12
**periodically** [2] - 84:11, 95:1
**person** [22] - 21:3, 24:3, 29:1, 29:2, 29:4, 29:7, 29:10, 29:11, 35:22, 44:9, 51:4, 51:21, 62:18, 64:7, 75:7, 83:10, 100:12, 100:14, 122:25, 150:12, 155:20, 159:1
**personable** [1] - 33:5
**personal** [1] - 113:8
**personally** [2] - 63:18, 126:9
**persons** [3] - 29:19, 83:10, 124:7
**perspectives** [1] - 149:12
**persuade** [1] - 22:15
**persuasive** [2] - 22:18, 22:20
**Peterson** [1] - 136:24
**pharmaceutical** [2] - 109:8, 109:10
**pharmacist** [8] - 109:2, 109:5, 109:11, 109:19, 109:20, 111:24, 119:15, 119:16
**phase** [3] - 92:14, 92:15, 92:16

**phone** [17] - 35:17, 36:15, 40:1, 49:20, 52:8, 91:23, 107:14, 107:15, 108:19, 115:23, 115:25, 116:1, 123:17, 144:15, 156:12, 156:16
**phones** [3] - 49:16, 77:8, 125:9
**photograph** [1] - 14:15
**photographers** [1] - 151:9
**phrase** [2] - 25:4, 145:16
**phrasing** [1] - 25:6
**physicist** [1] - 143:15
**physics** [2] - 89:5, 90:24
**physiology** [1] - 45:24
**pick** [1] - 9:10
**picked** [1] - 143:3
**PICKERING** [4] - 3:4, 3:8, 3:12, 3:15
**picture** [3] - 62:1, 62:4, 79:14
**pictures** [5] - 95:6, 95:7, 95:9, 95:17, 144:2
**pink** [1] - 124:17
**pioneer** [1] - 75:24
**place** [5] - 28:6, 64:14, 117:7, 134:1
**places** [1] - 70:2
**plaintiff** [11] - 11:13, 12:10, 21:24, 21:25, 55:15, 67:9, 68:2, 161:7, 161:20, 162:3, 162:17, 162:23, 163:2, 163:6
**PLAINTIFF** [1] - 2:3
**Plaintiff** [1] - 1:6
**plaintiff's** [3] - 84:24, 141:17, 160:1
**plaintiffs** [2] - 27:4, 117:4
**plan** [4] - 88:6, 88:22, 136:16, 137:19
**plane** [1] - 145:9
**planning** [4] - 44:21, 88:23, 136:17
**plans** [4] - 88:10, 109:14, 136:1, 136:3
**played** [1] - 14:11
**playing** [3] - 17:22, 17:23, 123:9
**pleasant** [3] - 165:2,

165:3, 167:19
**plenty** [1] - 81:12
**plug** [3] - 16:20, 77:20, 93:20
**plumber** [2] - 113:18, 113:19
**plumbing** [2] - 85:22, 114:4
**PM** [1] - 1:14
**pocket** [1] - 100:3
**point** [55] - 5:8, 5:10, 5:18, 7:3, 9:4, 9:5, 10:14, 13:12, 14:1, 14:10, 17:14, 21:18, 23:5, 23:17, 24:5, 25:9, 25:23, 26:8, 26:9, 28:14, 29:15, 30:1, 30:9, 30:22, 31:15, 43:17, 44:12, 45:4, 47:19, 50:4, 58:1, 59:14, 62:17, 65:5, 65:12, 69:8, 69:20, 82:8, 83:19, 94:1, 99:13, 112:8, 112:11, 116:9, 127:17, 131:7, 135:9, 135:11, 141:16, 157:7, 157:14, 161:3, 165:24, 167:1, 167:13
**policies** [1] - 98:14
**pool** [12] - 20:12, 20:13, 20:14, 20:16, 20:21, 20:22, 20:23, 21:2, 21:3, 21:4, 21:5
**poor** [1] - 101:13
**pop** [1] - 85:21
**pops** [1] - 45:18
**popular** [1] - 65:1
**portal** [1] - 47:13
**portion** [5] - 10:18, 10:20, 10:21, 31:13, 63:9
**portions** [1] - 78:13
**posed** [1] - 126:14
**position** [4] - 70:1, 86:21, 146:20, 158:13
**positive** [1] - 81:18
**positively** [1] - 81:25
**possibility** [1] - 66:5
**possible** [6] - 10:2, 88:5, 100:19, 100:24, 116:16, 140:6
**post** [4] - 48:1, 48:2, 48:6, 48:14
**Post** [1] - 75:16
**post-hospitalization** [3] - 48:2, 48:6, 48:14
**potential** [3] - 48:4, 114:22, 146:10

**pour** [1] - 133:7
**power** [1] - 26:20
**practice** [2] - 55:2, 55:9
**practices** [1] - 5:20
**precisely** [1] - 67:11
**preliminary** [9] - 5:11, 5:23, 6:6, 8:4, 8:24, 22:6, 165:7, 165:9, 165:25
**premise** [1] - 17:21
**premises** [1] - 69:16
**prep** [1] - 117:12
**preplanned** [1] - 136:12
**preponderance** [5] - 11:13, 11:18, 12:3, 12:6
**prescribed** [1] - 109:17
**prescription** [1] - 109:25
**present** [4] - 5:19, 12:12, 21:25, 151:24
**presentation** [2] - 9:25, 31:18
**presented** [9] - 5:13, 14:6, 14:16, 14:17, 14:21, 81:11, 83:3, 127:3, 152:4
**president** [2] - 95:18, 99:15
**presume** [14] - 32:1, 37:16, 48:4, 48:5, 49:25, 71:4, 73:1, 77:6, 115:6, 117:4, 117:14, 131:4, 131:6, 166:19
**pretty** [15] - 38:1, 40:10, 57:5, 85:21, 91:21, 92:1, 92:3, 92:13, 92:15, 92:16, 92:17, 93:15, 93:18, 140:20, 143:4
**Previous** [1] - 4:5
**previous** [4] - 78:5, 87:8, 132:25, 138:7
**previously** [5] - 56:8, 87:8, 95:6, 137:7, 139:12
**PRICE** [5] - 2:9, 140:13, 140:22, 158:1, 160:22
**primarily** [32] - 34:14, 35:3, 35:18, 35:19, 40:20, 45:12, 54:16, 55:5, 63:5, 63:24, 67:1, 70:14, 71:17, 72:6, 77:7, 86:13, 87:11, 87:15,

92:7, 101:1, 101:4, 101:18, 103:2, 103:3, 109:8, 109:9, 109:21, 113:3, 113:6, 114:3, 123:14
**primary** [26] - 34:11, 39:23, 45:12, 46:1, 48:23, 51:7, 51:12, 58:15, 70:3, 71:7, 75:11, 75:13, 86:5, 90:16, 93:6, 97:16, 102:9, 105:7, 105:11, 107:21, 108:9, 109:15, 109:20, 110:19, 115:19
**print** [2] - 8:9, 8:10
**problem** [32] - 5:17, 9:18, 25:2, 25:5, 25:6, 26:2, 30:24, 32:17, 43:18, 43:19, 46:22, 51:6, 84:14, 93:24, 117:14, 123:25, 124:3, 127:15, 127:18, 129:10, 135:1, 135:4, 135:8, 135:10, 137:8, 138:15, 157:7, 157:9, 157:12, 157:15, 157:24, 165:9
**problematic** [1] - 46:14
**problems** [9] - 8:5, 59:4, 93:24, 98:14, 101:24, 112:9, 112:10, 157:2, 159:18
**proceedings** [4] - 9:1, 10:9, 104:8, 168:11
**Proceedings** [1] - 167:22
**process** [13] - 5:20, 26:10, 26:11, 26:25, 27:3, 29:23, 42:12, 48:11, 58:23, 95:2, 96:8, 110:8, 115:10
**processes** [1] - 75:20
**processing** [1] - 107:11
**procurement** [1] - 58:6
**product** [7] - 35:18, 44:12, 49:2, 49:3, 77:11, 104:12, 124:15
**products** [30] - 35:7, 35:8, 35:15, 35:17, 36:8, 51:24, 52:5, 65:18, 66:20, 75:19, 75:20, 76:25, 77:14, 78:13, 78:22, 79:9,

98:2, 116:5, 125:10, 133:19, 144:7, 144:13, 145:1, 145:4, 146:7, 154:13, 154:14, 154:17, 157:6

**professional** [1] - 70:13

**professor** [1] - 143:15

**program** [5] - 87:22, 89:8, 92:1, 92:2, 101:9

**programming** [11] - 89:5, 89:18, 90:4, 90:8, 95:25, 96:3, 97:23, 107:6, 107:17, 107:18, 155:8

**programs** [5] - 86:22, 89:1, 89:20, 107:9, 122:22

**progressive** [1] - 48:25

**project** [2] - 39:3, 92:10

**promise** [2] - 31:21, 31:23

**promised** [1] - 27:17

**promoted** [1] - 82:22

**pronounce** [1] - 33:6

**pronunciation** [1] - 145:23

**proof** [5] - 11:15, 11:16, 11:17, 12:10, 21:14

**proper** [2] - 22:20, 80:25

**property** [4] - 42:4, 42:8, 128:14, 128:15

**proposed** [1] - 4:7

**proposition** [1] - 149:23

**propulsion** [3] - 143:19, 143:21, 144:1

**PROSPECTIVE** [624] - 7:6, 7:10, 7:15, 17:2, 17:12, 17:20, 18:13, 19:3, 19:14, 20:3, 21:17, 22:25, 23:10, 23:21, 24:8, 27:16, 28:13, 29:14, 29:21, 30:10, 31:24, 33:15, 33:17, 34:5, 34:8, 34:12, 34:15, 34:17, 34:19, 34:22, 34:25, 35:2, 35:5, 35:10, 35:13, 35:19, 35:24, 36:2, 36:9, 36:14, 36:19, 36:24, 37:10, 37:12, 37:18, 37:25, 38:3, 38:8, 38:10,

38:17, 38:20, 39:1, 39:5, 39:10, 39:13, 39:19, 39:25, 40:5, 40:8, 40:12, 40:17, 40:22, 41:1, 41:5, 41:9, 41:22, 42:10, 42:14, 42:20, 42:23, 43:1, 43:5, 43:8, 43:12, 43:20, 43:25, 44:5, 44:17, 44:20, 44:23, 45:5, 45:8, 45:14, 45:17, 45:23, 46:2, 46:5, 46:8, 47:7, 47:11, 47:21, 47:24, 48:8, 48:12, 48:16, 48:19, 48:21, 48:24, 49:4, 49:8, 49:10, 49:19, 49:23, 50:2, 50:7, 50:10, 51:1, 51:3, 51:9, 51:11, 51:13, 51:21, 51:25, 52:3, 52:6, 52:9, 52:13, 52:16, 52:19, 53:2, 53:4, 53:6, 53:8, 53:10, 53:12, 53:14, 53:20, 53:22, 53:24, 54:4, 54:11, 54:14, 54:18, 54:21, 55:3, 55:7, 55:10, 55:13, 55:17, 55:20, 55:24, 56:1, 56:7, 56:15, 56:19, 56:22, 57:1, 57:5, 57:11, 57:16, 57:22, 58:3, 58:5, 58:10, 58:14, 58:17, 58:19, 58:24, 59:2, 59:6, 59:12, 59:15, 59:17, 59:19, 60:1, 60:4, 60:7, 60:12, 60:16, 60:20, 60:22, 61:2, 61:7, 61:13, 61:19, 61:23, 61:25, 62:4, 62:8, 62:14, 62:19, 62:25, 63:2, 63:9, 63:13, 63:19, 63:23, 64:2, 64:14, 64:25, 65:8, 65:19, 66:1, 66:7, 66:10, 66:22, 67:3, 67:7, 67:13, 67:20, 67:25, 68:3, 68:7, 68:9, 68:11, 68:13, 68:16, 68:19, 68:22, 68:25, 69:4, 69:9, 69:12, 69:18, 69:23, 69:25, 70:5, 70:8, 70:10, 70:15, 70:19, 70:24, 71:2, 71:5, 71:9, 71:12, 71:14, 71:16, 71:23, 72:3, 72:7, 72:10, 72:13, 72:17,

72:21, 72:25, 73:3, 73:8, 73:13, 73:16, 73:19, 74:2, 74:6, 74:9, 74:17, 74:22, 75:2, 75:9, 75:12, 75:15, 75:22, 75:24, 76:2, 76:9, 76:15, 76:21, 76:24, 77:2, 77:13, 77:16, 78:3, 78:9, 78:15, 78:19, 78:24, 79:4, 79:10, 79:17, 79:24, 80:12, 80:15, 80:17, 80:20, 81:6, 81:9, 82:1, 82:5, 82:9, 82:11, 82:19, 83:6, 83:8, 83:13, 83:15, 83:17, 83:21, 84:1, 84:7, 84:15, 84:23, 85:8, 85:13, 85:16, 85:19, 86:1, 86:6, 86:8, 86:11, 86:15, 86:19, 86:24, 87:1, 87:6, 87:10, 87:13, 87:17, 87:20, 87:24, 88:2, 88:6, 88:8, 88:11, 88:17, 88:20, 88:23, 89:2, 89:6, 89:8, 89:13, 89:19, 90:2, 90:5, 90:9, 90:12, 90:14, 90:18, 90:20, 90:24, 91:9, 91:17, 91:20, 92:9, 92:13, 92:21, 93:3, 93:7, 93:15, 93:21, 94:1, 94:4, 94:10, 94:19, 94:22, 95:4, 95:9, 95:12, 95:14, 95:18, 95:20, 95:23, 96:4, 96:9, 96:11, 96:14, 96:18, 96:24, 97:3, 97:5, 97:9, 97:12, 97:17, 97:20, 97:25, 98:3, 98:7, 98:10, 98:18, 98:20, 98:24, 99:6, 99:11, 99:14, 99:18, 99:21, 99:24, 100:2, 100:7, 100:9, 100:14, 100:17, 100:22, 100:25, 101:5, 101:10, 101:14, 101:20, 101:22, 101:25, 102:3, 102:8, 102:11, 102:14, 102:16, 102:21, 102:23, 103:1, 103:4, 103:8, 103:12, 103:18, 103:23, 103:25, 104:2, 104:5, 104:9, 104:12, 104:15, 104:18,

104:24, 105:2, 105:6, 105:9, 105:12, 105:14, 105:18, 105:22, 105:24, 106:3, 106:7, 106:10, 106:14, 106:17, 106:23, 107:1, 107:8, 107:13, 107:19, 107:22, 108:1, 108:8, 108:12, 108:18, 108:24, 109:3, 109:11, 109:18, 109:23, 110:1, 110:8, 110:17, 110:20, 110:22, 110:24, 111:5, 111:8, 111:10, 111:12, 111:17, 111:20, 111:23, 112:5, 112:14, 112:20, 113:5, 113:11, 113:14, 113:18, 113:20, 113:24, 114:1, 114:5, 114:11, 114:14, 114:17, 114:20, 114:23, 115:5, 115:8, 115:13, 115:16, 115:18, 115:21, 115:23, 115:25, 116:3, 116:7, 118:14, 118:16, 118:18, 118:22, 119:1, 119:4, 119:7, 119:10, 119:12, 119:16, 119:21, 119:23, 120:1, 120:4, 120:11, 120:17, 120:20, 120:24, 121:2, 121:19, 121:22, 122:7, 122:14, 122:17, 122:21, 122:25, 123:6, 124:14, 124:22, 124:25, 125:3, 125:8, 126:4, 126:6, 126:9, 126:15, 126:19, 127:2, 127:5, 127:7, 129:4, 129:7, 129:11, 129:14, 129:18, 129:22, 129:25, 130:3, 130:6, 130:9, 130:11, 130:14, 130:18, 130:21, 130:24, 131:1, 131:9, 131:13, 131:17, 131:24, 132:5, 132:8, 132:22, 133:10, 133:18, 134:3, 134:5, 134:8, 134:11, 134:17, 134:21, 135:19, 135:25,

136:4, 136:6, 136:9, 136:14, 136:19, 137:10, 137:12, 137:17, 137:21, 137:24, 138:4, 138:9, 138:11, 138:14, 138:19, 138:23, 139:18, 140:3, 141:5, 141:12, 141:15, 141:21, 142:22, 143:1, 143:9, 143:14, 144:5, 144:12, 144:15, 144:19, 144:23, 145:15, 145:20, 145:23, 146:5, 146:8, 146:15, 146:18, 146:23, 147:2, 147:5, 147:13, 147:17, 148:3, 148:12, 148:15, 148:19, 150:24, 151:2, 151:5, 151:8, 151:14, 151:20, 151:22, 152:4, 152:11, 152:16, 152:19, 152:21, 152:24, 153:3, 153:5, 153:8, 153:11, 153:13, 154:2, 154:4, 154:8, 154:21, 154:25, 155:3, 155:6, 155:11, 155:14, 155:19

**prospective** [2] - 9:17, 28:24

**prostitution** [1] - 101:7

**protection** [1] - 41:18

**prove** [5] - 11:13, 44:8, 149:22, 149:23, 150:1

**proves** [1] - 20:8

**provide** [1] - 85:4

**provided** [1] - 16:22

**provider** [1] - 110:1

**providers** [1] - 109:13

**publicly** [1] - 60:9

**PubMed** [1] - 122:9

**punitive** [2] - 56:10

**purchase** [2] - 35:8, 44:1

**purchased** [2] - 35:11, 44:1

**purchases** [1] - 44:10

**purpose** [4] - 12:9, 12:11, 16:1, 126:21

**purposes** [5] - 19:25,

28:5, 40:21, 60:19, 131:15
 **pursuant** [2] - 131:19, 168:9
 **put** [10] - 12:1, 16:13, 32:5, 66:19, 92:23, 98:5, 159:2, 165:22, 166:20, 166:22
 **putting** [2] - 123:7, 147:10

**Q**

 **Quaid** [3] - 18:1, 18:4
 **Quarles** [1] - 104:3
 **questioned** [1] - 12:22
 **questioning** [2] - 28:1, 30:7
 **questionnaire** [8] - 27:19, 27:23, 30:4, 34:2, 37:4, 145:13, 146:25, 156:8
 **questions** [48] - 13:2, 13:8, 24:10, 24:13, 25:11, 25:12, 25:15, 25:21, 26:3, 26:4, 27:18, 27:20, 27:21, 27:22, 27:24, 27:25, 28:2, 28:4, 28:7, 28:11, 30:4, 30:5, 30:8, 30:9, 34:2, 45:21, 52:21, 69:1, 89:22, 108:6, 117:2, 117:5, 117:23, 117:25, 118:1, 127:12, 140:10, 140:12, 141:17, 142:9, 142:11, 145:7, 148:22, 149:10, 150:21, 155:23
 **QUINN** [3] - 2:4, 2:8, 2:13
 **quite** [4] - 44:2, 56:23, 67:9, 146:20
 **quote** [2] - 65:22

**R**

 **RACHAEL** [1] - 2:9
 **rachaelmccracken @quinnemanuel. com** [1] - 2:11
 **racking** [1] - 79:13
 **radio** [4] - 48:24, 97:19, 125:3, 125:6
 **raise** [15] - 30:8, 31:21, 118:2, 121:12, 123:12, 124:4, 125:18, 128:10,

133:6, 133:24, 135:13, 135:16, 138:25, 142:10, 163:22
 **raised** [7] - 13:8, 32:1, 118:3, 123:24, 124:7, 125:20, 150:20
 **raising** [1] - 127:20
 **range** [1] - 151:13
 **rarer** [1] - 15:9
 **rate** [8] - 148:8, 152:2, 152:3, 152:6, 152:14, 152:25
 **rather** [2] - 134:4, 155:20
 **reach** [4] - 11:11, 12:13, 16:15, 27:8
 **reached** [1] - 131:15
 **reaching** [1] - 20:1
 **reaction** [2] - 29:4, 81:18
 **read** [13] - 5:22, 14:15, 29:23, 30:12, 32:4, 46:12, 56:23, 61:6, 64:23, 70:21, 90:1, 113:13, 123:2
 **reading** [1] - 59:23
 **ready** [3] - 154:15, 155:24, 156:5
 **real** [2] - 4:19, 78:21
 **realize** [1] - 66:4
 **really** [29] - 35:25, 45:17, 46:12, 61:7, 70:8, 70:9, 78:20, 78:21, 79:25, 95:23, 97:13, 99:6, 101:16, 102:3, 107:1, 108:1, 108:14, 121:24, 122:8, 126:19, 132:6, 134:16, 142:5, 149:8, 149:11, 149:14, 156:18, 163:19
 **Realtime** [1] - 168:6
 **reason** [13] - 5:12, 7:13, 24:4, 25:15, 25:21, 26:15, 26:18, 33:7, 100:12, 139:7, 139:10, 139:11
 **reasonable** [2] - 11:16, 28:8
 **reasons** [4] - 24:21, 82:21, 88:7, 123:14
 **reboots** [1] - 93:19
 **receive** [4] - 39:22, 83:11, 155:24, 156:1
 **received** [4] - 41:1, 89:4, 90:3, 91:14
 **receiving** [1] - 148:4
 **recent** [1] - 96:20
 **recently** [1] - 106:4

 **reception** [1] - 125:7
 **Recess** [1] - 31:4
 **recess** [1] - 8:17
 **recognition** [5] - 38:13, 38:14, 42:6, 83:16, 83:18
 **recognize** [2] - 29:3, 82:8
 **recognizes** [2] - 29:9, 41:19
 **recollection** [1] - 157:22
 **recollections** [1] - 105:1
 **recommendation** [1] - 145:3
 **record** [2] - 84:9, 118:3
 **recruiters** [1] - 44:25
 **Redwood** [1] - 2:15
 **refer** [7] - 33:3, 36:17, 49:15, 49:16, 62:23, 70:7, 110:9
 **reference** [4] - 4:11, 8:5, 36:21, 73:19
 **referenced** [1] - 37:3
 **references** [1] - 20:5
 **referencing** [1] - 6:1
 **referred** [4] - 21:8, 37:15, 37:16, 128:18
 **referring** [5] - 6:3, 63:22, 148:10
 **reflected** [1] - 5:14
 **reform** [1] - 148:4
 **refused** [1] - 62:5
 **regard** [2] - 12:10, 127:1
 **regarding** [2] - 5:21, 98:14
 **regardless** [2] - 12:13, 27:9
 **regards** [7] - 18:18, 41:13, 58:8, 59:11, 59:25, 61:1
 **regimen** [1] - 110:5
 **registered** [1] - 108:7
 **regular** [8] - 4:8, 5:12, 8:4, 8:24, 51:2, 93:18, 93:22, 118:18
 **regulations** [1] - 168:13
 **Rein** [1] - 104:2
 **relate** [1] - 98:16
 **related** [4] - 11:7, 76:3, 84:24
 **relating** [1] - 104:16
 **relationship** [1] - 79:7
 **relatives** [1] - 128:25

 **released** [1] - 18:5
 **relevant** [2] - 47:18, 148:25
 **reliance** [1] - 47:9
 **reluctance** [1] - 28:15
 **reluctant** [1] - 29:16
 **rely** [1] - 34:10
 **remain** [1] - 8:18
 **remark** [1] - 141:3
 **remarks** [1] - 139:9
 **remember** [13] - 38:18, 59:20, 61:3, 62:16, 62:18, 68:4, 97:13, 106:7, 116:13, 138:7, 141:15, 152:16, 164:24
 **remembered** [1] - 133:11
 **remembering** [1] - 137:9
 **remind** [1] - 26:16, 167:5
 **reminded** [1] - 30:16
 **remove** [1] - 8:6
 **render** [1] - 163:25
 **renew** [1] - 65:5
 **rent** [2] - 67:22, 69:14
 **repeatedly** [1] - 157:2
 **repeating** [1] - 13:1
 **replace** [1] - 82:22, 100:4
 **reported** [1] - 168:11
 **REPORTER** [2] - 1:24, 168:1
 **Reporter** [2] - 168:7, 168:20
 **REPORTER'S** [1] - 1:13
 **reporting** [1] - 84:6
 **represent** [4] - 55:18, 68:18, 141:25, 167:12
 **representation** [1] - 55:23
 **representative** [1] - 6:22
 **representatives** [1] - 77:17
 **represented** [4] - 55:20, 68:17, 68:19, 73:2
 **representing** [3] - 17:24, 18:2, 146:22
 **reptile** [2] - 65:9, 65:11
 **reptiles** [1] - 122:15
 **reputable** [1] -

148:15
 **request** [1] - 110:14
 **required** [1] - 90:6
 **research** [13] - 35:15, 75:20, 75:25, 76:6, 76:7, 76:8, 76:9, 76:11, 76:12, 122:18, 143:16, 165:1
 **resident** [1] - 69:13
 **resolve** [1] - 166:19
 **resolved** [6] - 44:5, 68:12, 84:14, 100:19, 100:23, 157:15
 **resources** [2] - 71:8, 81:11
 **respectable** [1] - 65:23
 **respected** [2] - 91:5, 105:18
 **respond** [5] - 23:17, 24:2, 92:23, 99:19, 138:14
 **responded** [1] - 98:25
 **responding** [1] - 99:25
 **response** [3] - 29:16, 141:3, 165:7
 **responses** [3] - 13:7, 27:22, 83:25
 **rest** [1] - 89:23
 **restored** [2] - 44:10, 44:13
 **result** [3] - 38:16, 73:11, 104:8
 **retail** [2] - 104:16, 153:19
 **retailer** [1] - 153:20
 **retaliation** [2] - 84:5, 84:7
 **retell** [1] - 73:21
 **retire** [1] - 134:21
 **retired** [1] - 86:2
 **returned** [1] - 100:17
 **reveal** [1] - 134:11
 **revenue** [1] - 132:1
 **Reverend** [1] - 62:5
 **review** [2] - 109:12, 110:5
 **rights** [2] - 42:7, 59:19
 **rising** [1] - 159:14
 **risk/benefit** [1] - 151:22
 **rivalries** [1] - 144:24
 **rivalry** [1] - 143:2
 **Road** [1] - 3:10
 **Robert** [1] - 53:9
 **role** [2] - 77:13, 149:15

**roll** [1] - 9:12
**roof** [1] - 96:21
**ROOM** [1] - 1:24
**room** [16] - 7:18, 23:4, 23:6, 39:16, 50:15, 160:7, 160:10, 161:4, 161:11, 161:18, 162:1, 162:15, 162:21, 163:10, 164:5, 164:12
**ROTC** [1] - 44:24
**Rover** [1] - 144:3
**row** [6] - 5:3, 29:25, 33:10, 33:12, 33:22, 33:23
**royalties** [21] - 128:7, 128:9, 128:10, 128:11, 128:23, 128:25, 129:9, 129:10, 129:12, 129:20, 130:2, 130:4, 130:7, 130:15, 130:16, 130:17, 130:18, 130:19, 131:6, 131:16, 154:1
**royalty** [11] - 128:3, 128:6, 128:18, 128:19, 130:23, 131:3, 131:18, 148:7, 152:7, 152:13, 152:15
**RPR** [1] - 1:23
**rule** [1] - 10:6
**rules** [5] - 16:7, 24:18, 24:22, 24:23, 25:3
**Rules** [2] - 24:25, 25:8
**ruling** [2] - 19:11
**rulings** [1] - 19:8
**run** [3] - 23:15, 50:4, 125:10

## S

**safely** [2] - 165:2, 165:3
**safety** [7] - 63:10, 110:5, 110:16, 137:22, 165:2, 165:3
**sales** [3] - 59:24, 60:7, 60:18
**Samel** [1] - 32:7
**Samsung** [3] - 10:8, 35:17, 49:5
**San** [1] - 111:14
**Sandina** [1] - 32:7
**Santa** [2] - 136:10, 136:19
**satellite** [1] - 156:16
**satisfied** [1] - 55:22

**Saturn** [1] - 144:3
**saw** [8] - 17:16, 17:19, 20:13, 20:14, 20:21, 44:25, 152:20
**Saxton** [1] - 53:13
**scale** [2] - 12:2
**scene** [1] - 18:6
**Schafer** [2] - 62:13
**schedule** [5] - 131:25, 132:1, 132:3, 148:24, 153:1
**scheduling** [3] - 158:2, 158:3, 158:4
**school** [28] - 26:17, 38:20, 44:19, 44:24, 45:9, 52:15, 54:10, 54:13, 54:19, 55:6, 65:23, 87:21, 87:22, 88:15, 111:13, 111:18, 111:19, 112:2, 121:3, 121:23, 122:8, 126:10, 141:4, 143:15, 144:19, 157:17
**science** [9] - 121:6, 121:11, 121:17, 122:1, 122:4, 122:10, 123:1, 123:6, 126:15
**science/math** [1] - 122:2
**sciences** [1] - 122:22
**scientific** [4] - 121:6, 121:9, 121:22, 125:14
**screen** [7] - 9:18, 9:19, 10:2, 10:25, 123:20, 124:9, 124:18
**script** [1] - 128:14
**Scripts** [2] - 72:21, 72:22
**se** [1] - 46:25
**seal** [3] - 113:24, 113:25, 114:1
**seat** [1] - 30:3
**seated** [5] - 8:18, 12:23, 31:6, 116:24, 117:21
**seats** [4] - 29:24, 31:1, 32:5
**second** [8] - 14:5, 19:4, 27:1, 54:2, 104:15, 157:16, 160:13, 162:23
**seconds** [1] - 20:20
**secretary** [1] - 50:17
**secretive** [1] - 57:17
**Section** [1] - 168:9
**section** [2] - 9:24, 111:4
**security** [2] - 45:9
**see** [25] - 10:4, 11:1,

16:21, 20:19, 23:23, 30:17, 39:11, 43:14, 45:19, 54:24, 74:11, 78:4, 79:25, 89:10, 90:16, 110:5, 110:8, 123:1, 123:2, 124:8, 125:6, 134:13, 142:14, 144:8, 154:13
**seeing** [3] - 45:18, 92:14, 134:25
**seek** [3] - 26:14, 26:18, 131:8
**seem** [2] - 21:7, 28:17
**Seitz** [2] - 32:13, 154:20
**select** [3] - 10:21, 50:15
**selected** [1] - 50:3
**selection** [2] - 7:17, 157:3
**sell** [1] - 63:10
**SELWYN** [1] - 3:9
**sending** [1] - 7:25
**senior** [1] - 119:8
**sense** [5] - 14:16, 18:15, 18:16, 18:17, 18:18, 39:10, 82:13, 149:13, 151:6, 151:17, 151:18, 159:9
**senses** [3] - 14:6, 14:17, 14:22
**serious** [2] - 140:20, 141:3
**seriously** [1] - 21:9
**serve** [10] - 28:21, 29:1, 29:7, 29:10, 125:15, 126:20, 135:25, 139:6, 139:11, 140:4
**served** [2] - 56:16, 140:3
**service** [4] - 45:4, 142:7, 149:6, 156:17
**services** [1] - 109:7
**serving** [3] - 98:16, 126:1, 142:6
**SESSION** [1] - 1:14
**set** [17] - 5:12, 5:23, 6:1, 6:6, 8:10, 8:23, 22:6, 22:7, 24:22, 81:24, 82:17, 93:21, 129:20, 155:6, 165:18, 165:22
**setting** [1] - 78:12
**settings** [1] - 101:17
**settled** [3] - 68:14, 84:22, 104:9
**settlement** [2] - 131:10, 151:24

**settling** [2] - 104:19, 131:20
**seven** [4] - 108:17, 112:3, 163:14
**Seventeenth** [1] - 3:17
**seventh** [1] - 48:21
**several** [3] - 35:7, 142:12, 143:11
**shack** [1] - 120:5
**shake** [2] - 62:5, 149:13
**shape** [2] - 80:10, 133:17
**sheet** [1] - 24:15
**shifting** [1] - 144:6
**shoe** [1] - 166:11
**shoes** [1] - 147:10
**shopping** [1] - 148:5
**shops** [1] - 85:22
**Shores** [1] - 2:15
**shot** [1] - 127:24
**show** [4] - 142:14, 144:8, 152:14, 164:13
**showed** [1] - 152:16
**shown** [2] - 14:15, 154:17
**shut** [1] - 72:11
**shy** [3] - 127:19, 127:20, 138:25
**side** [25] - 4:9, 6:15, 8:24, 9:20, 9:22, 9:23, 11:21, 11:25, 12:4, 12:7, 12:8, 12:14, 16:10, 19:19, 27:9, 44:9, 66:18, 80:7, 84:25, 106:11, 106:14, 146:21, 147:11, 165:21
**sidebar** [21] - 4:19, 4:20, 4:25, 29:17, 29:18, 32:10, 47:19, 67:13, 67:15, 67:16, 69:5, 83:25, 140:8, 140:9, 140:24, 156:21, 156:22, 160:4, 160:12, 160:14
**Sidebar** [2] - 5:6, 161:1
**sides** [13] - 6:11, 15:3, 27:4, 27:10, 66:16, 81:5, 91:7, 112:21, 138:22, 139:1, 145:8, 159:2
**sideways** [1] - 10:2
**Sierra** [4] - 32:15, 32:20, 32:24
**sight** [1] - 14:16
**sign** [1] - 148:9
**signed** [1] - 59:3

**similar** [3] - 39:21, 59:17, 87:9
**simple** [1] - 84:1
**simplicity** [2] - 144:25, 145:5
**simply** [5] - 11:19, 29:3, 29:9
**Simpson** [1] - 37:16
**simultaneous** [1] - 13:16
**sincere** [1] - 81:8
**sincerely** [1] - 81:8
**single** [2] - 43:12, 167:11
**sister** [1] - 129:15
**sisters** [1] - 137:25
**sit** [5] - 9:24, 30:17, 30:23, 73:21, 148:24
**site** [2] - 39:20, 70:7
**sites** [4] - 34:14, 40:3, 40:7, 40:11
**sits** [1] - 18:4
**sitting** [6] - 6:23, 7:17, 7:25, 9:21, 10:25, 148:21
**situation** [41] - 13:4, 13:9, 13:13, 13:22, 17:14, 17:15, 21:2, 25:1, 25:24, 26:5, 31:22, 46:25, 56:6, 66:3, 67:12, 67:19, 68:2, 68:23, 72:24, 84:21, 84:22, 85:11, 96:7, 97:4, 103:13, 103:15, 123:21, 129:6, 129:21, 130:15, 130:16, 131:19, 131:20, 132:2, 134:1, 135:7, 138:17, 138:18, 141:9
**situations** [2] - 83:10, 130:5
**six** [1] - 163:14
**sized** [1] - 148:6
**sleep** [2] - 135:1, 167:20
**slightly** [2] - 5:15, 12:2
**slow** [2] - 67:18, 69:23
**small** [5] - 85:10, 85:19, 96:6, 96:12, 97:2
**small/medium** [1] - 148:6
**small/medium-sized** [1] - 148:6
**smearing** [1] - 123:20
**smell** [1] - 14:19

**so..** [4] - 43:15, 59:3, 127:9, 133:24

**social** [9] - 34:10, 34:12, 46:2, 46:4, 49:20, 51:21, 63:25, 64:2, 108:10

**society** [1] - 74:10

**software** [23] - 40:20, 40:24, 40:25, 41:3, 41:7, 58:8, 91:15, 91:16, 91:19, 91:21, 92:4, 92:8, 92:10, 92:20, 92:22, 93:2, 93:12, 104:16, 151:12

**solemnly** [1] - 163:23

**solving** [1] - 93:24

**someone** [8] - 41:13, 41:15, 75:5, 77:22, 83:4, 128:15, 152:20, 153:2

**sometimes** [34] - 19:5, 22:17, 25:15, 25:16, 25:17, 41:17, 45:17, 46:17, 46:19, 50:20, 56:2, 59:3, 63:17, 63:20, 71:18, 71:19, 74:15, 75:7, 76:12, 76:14, 77:6, 81:15, 93:17, 93:22, 101:12, 112:24, 112:25, 123:18, 123:19, 123:20, 124:17, 128:12, 128:18, 134:23

**Sometimes** [1] - 41:9

**somewhere** [2] - 82:25, 83:1

**son** [2] - 28:24, 65:4

**sons** [1] - 111:12

**Sony** [5] - 95:6, 95:7, 95:16, 129:25, 130:5

**soon** [5] - 7:11, 65:6, 100:24, 116:16, 141:23

**SOOTER** [1] - 3:16

**Sorry** [1] - 34:7

**sorry** [11] - 13:23, 22:22, 27:22, 87:15, 99:21, 104:7, 111:25, 122:14, 125:1, 156:10, 163:3

**sort** [35] - 13:23, 17:4, 18:7, 28:19, 38:23, 41:25, 42:5, 47:2, 49:18, 57:21, 67:6, 67:11, 71:22, 72:2, 77:9, 79:3, 80:9, 81:17, 82:18, 83:11, 84:5, 85:14, 93:25,

**121**:9, 123:11, 124:9, 125:25, 128:13, 128:14, 128:24, 131:19, 131:21, 144:2, 167:10

**sorts** [1] - 74:21

**sortware** [1] - 91:15

**sound** [4] - 20:20, 21:3, 81:7, 81:9

**sounded** [2] - 142:12, 146:2

**sounds** [7] - 62:16, 73:14, 143:25, 144:6, 146:19, 146:20, 150:22

**source** [18] - 34:11, 39:24, 45:13, 46:1, 48:23, 51:7, 58:15, 64:24, 70:3, 70:18, 75:11, 86:5, 93:6, 107:21, 108:10, 110:19, 115:20

**sources** [15] - 39:23, 45:11, 45:25, 48:22, 51:8, 71:21, 75:13, 75:14, 84:12, 86:4, 90:17, 93:5, 97:16, 102:9, 105:8

**South** [2] - 2:10, 3:6

**space** [3] - 144:2, 151:11

**spare** [1] - 64:17

**sparks** [2] - 122:3, 122:5

**speaking** [1] - 81:12

**special** [7] - 36:18, 89:4, 90:22, 91:14, 93:11, 97:22, 133:10

**specializing** [1] - 60:8

**specific** [5] - 6:6, 34:14, 46:15, 94:24, 109:16

**specifically** [2] - 103:11, 103:21

**Spectrum** [1] - 86:2

**spend** [1] - 133:23

**spent** [1] - 39:17

**spiel** [1] - 9:16

**spinner** [2] - 65:2, 65:3

**splash** [2] - 20:20, 21:4

**split** [1] - 71:24

**spoken** [1] - 78:5

**spot** [1] - 66:17

**spouse** [1] - 72:15

**spring** [1] - 113:23

**Springer** [1] - 132:14

**staff** [1] - 143:10

**stand** [6] - 19:16, 54:23, 135:9, 150:12, 150:13, 163:15

**standard** [4] - 5:21, 6:2, 11:15, 11:17

**standing** [4] - 20:23, 21:6, 134:23, 135:1

**stands** [1] - 74:10

**star** [2] - 17:24, 18:1

**start** [28] - 10:18, 17:7, 17:9, 26:9, 30:2, 30:11, 30:22, 31:13, 55:4, 66:21, 98:21, 116:11, 116:14, 117:9, 117:24, 142:2, 142:8, 145:8, 159:25, 164:15, 164:16, 164:17, 164:20, 164:21, 164:22, 166:17, 167:7

**started** [2] - 92:14, 117:13

**starting** [2] - 141:17, 156:5

**starts** [3] - 18:6, 66:12, 123:18

**state** [5] - 56:14, 59:24, 60:3, 60:5, 143:12

**State** [3] - 3:13, 54:22, 109:6

**STATE** [1] - 168:4

**statement** [1] - 73:20

**statements** [3] - 6:10, 13:3, 22:13

**STATES** [1] - 1:1

**States** [3] - 168:7, 168:9, 168:14

**station** [1] - 70:6

**stations** [1] - 108:11

**STEM** [2] - 87:22, 122:21

**stenographically** [1] - 168:11

**step** [4] - 5:24, 32:6, 82:20

**step-by-step** [1] - 82:20

**steps** [1] - 92:12

**Steve** [1] - 78:7

**Steven** [1] - 53:1

**sticker** [1] - 79:18

**still** [13] - 8:21, 44:24, 45:1, 60:24, 69:6, 74:12, 84:11, 97:7, 99:22, 112:13, 112:15, 137:8, 153:23

**Still** [1] - 10:5

**stip** [3] - 158:14, 159:2, 159:18

**stipulate** [4] - 15:3, 158:19, 159:4, 159:19

**stipulations** [2] - 14:25, 15:6

**stock** [1] - 60:14

**stolen** [1] - 64:11

**stop** [5] - 25:19, 123:19, 154:5, 166:13

**stopped** [1] - 69:21

**store** [3] - 78:25, 104:16, 153:19

**stores** [2] - 77:18, 77:22

**stories** [1] - 143:4

**story** [1] - 65:2

**straight** [2] - 35:18, 35:19

**straighten** [1] - 164:18

**straightforward** [1] - 155:21

**strange** [1] - 106:24

**Stratman** [1] - 53:11

**stream** [2] - 152:8, 152:13

**streaming** [4] - 49:11, 93:13, 93:14, 94:2

**Street** [4] - 2:10, 3:13, 3:17, 106:16

**STREET** [1] - 1:24

**street** [1] - 143:20

**stretch** [1] - 135:10

**stretching** [2] - 134:24, 135:2

**stricken** [1] - 19:23

**strike** [4] - 19:20, 19:22, 19:23, 133:21

**striking** [1] - 134:13

**strong** [6] - 37:2, 46:13, 63:16, 74:4, 78:6, 112:16

**strongly** [2] - 37:5, 37:8

**student** [4] - 47:11, 121:20, 133:2, 133:15

**student's** [1] - 133:1

**students** [4] - 47:2, 49:14, 49:17, 121:20

**students'** [3] - 43:14, 46:21, 122:3

**studied** [1] - 90:7

**study** [4] - 34:4, 90:8, 105:20, 155:18

**studying** [8] - 45:23, 88:15, 88:19, 90:8, 105:21, 154:22, 154:24, 155:10

**stuff** [44] - 21:19, 23:19, 30:25, 34:23,

**42**:13, 46:5, 47:10, 47:14, 52:2, 57:10, 70:21, 71:22, 72:1, 73:24, 78:21, 79:3, 83:21, 89:1, 90:10, 92:24, 93:22, 95:19, 95:22, 96:16, 102:25, 107:17, 107:18, 114:6, 123:2, 123:3, 123:19, 155:16, 155:20, 164:23, 165:11, 165:17, 165:19, 165:22, 165:25, 166:9, 166:10, 166:19, 166:20, 167:9

**subject** [5] - 36:20, 81:22, 125:24, 151:7, 156:5

**subjects** [1] - 48:18

**submit** [3] - 84:25, 109:13, 110:2

**succeed** [1] - 75:7

**sued** [8] - 55:15, 67:23, 68:6, 96:14, 96:23, 96:24, 96:25, 103:18

**sufficiently** [1] - 127:13

**suggested** [1] - 145:7

**suing** [4] - 46:24, 69:11, 69:13, 103:16

**suit** [2] - 69:17, 97:1

**Suite** [2] - 3:6, 3:17

**SULLIVAN** [3] - 2:4, 2:8, 2:13

**summer** [1] - 107:3

**superintendent** [7] - 132:24, 133:7, 133:12, 134:3, 134:4, 157:17, 157:18

**superintendent's** [1] - 134:6

**supervisor** [5] - 38:4, 134:2, 138:16, 157:19, 157:23

**suppliers** [2] - 146:3, 151:10

**supply** [1] - 85:10

**supports** [1] - 22:22

**supposed** [4] - 39:8, 92:23, 93:3, 165:15

**supposition** [3] - 13:24, 13:25, 14:2

**surprises** [1] - 99:3

**suspect** [1] - 17:16

**sustain** [1] - 19:22

**swam** [3] - 20:11, 20:16, 21:2

**swear** [4] - 163:15, 163:16, 163:21, 163:23
**swim** [1] - 20:14
**swimming** [1] - 20:11
**switching** [1] - 55:4
**sworn** [2] - 5:19, 12:22
**sympathize** [1] - 135:3
**syntax** [1] - 89:20
**system** [29] - 37:2, 59:11, 63:16, 64:4, 68:21, 70:17, 70:22, 73:11, 73:13, 74:5, 74:9, 74:23, 74:24, 79:2, 91:25, 101:12, 101:24, 102:2, 102:4, 107:8, 107:9, 112:17, 112:24, 112:25, 142:6, 147:15, 147:25, 148:1

## T

**T-Mobile** [3] - 76:22, 77:6, 146:2
**table** [1] - 132:17
**talks** [1] - 122:10
**tangential** [1] - 16:7
**tanks** [1] - 114:6
**Tanner** [2] - 127:25, 128:1
**taste** [1] - 14:19
**tax** [5] - 59:24, 60:7, 60:8, 60:18, 60:19
**teach** [4] - 36:21, 36:23, 36:24, 48:18
**teacher** [7] - 36:18, 48:17, 49:12, 88:24, 122:2, 122:4, 132:24
**teaches** [3] - 61:10, 122:2, 143:7
**teaching** [2] - 40:21, 61:6
**team** [7] - 7:1, 7:17, 38:4, 80:23, 80:24, 142:4, 142:5
**techie** [1] - 35:22
**techie-type** [1] - 35:22
**technical** [7] - 63:7, 78:21, 87:5, 95:24, 124:24, 125:21, 155:20
**technician** [1] - 63:6
**technological** [2] - 42:1, 43:18
**technologies** [1] -

156:15
**technology** [8] - 6:8, 57:9, 89:15, 89:16, 125:14, 142:1, 142:13, 156:10
**TECHNOLOGY** [1] - 1:5
**TED** [1] - 122:10
**telecommunications** [1] - 76:19
**television** [1] - 70:5
**temple** [2] - 106:17, 106:19
**ten** [16] - 20:20, 36:12, 43:10, 47:9, 49:7, 65:9, 66:9, 70:25, 87:19, 88:4, 91:10, 95:24, 102:15, 102:17, 140:4
**tend** [1] - 82:20
**tendency** [1] - 99:14
**term** [8] - 25:24, 26:1, 31:20, 127:25, 128:1, 128:20
**termination** [2] - 72:23, 104:22
**terms** [17] - 16:18, 16:20, 26:5, 34:10, 35:14, 45:25, 49:14, 57:9, 71:1, 88:4, 90:10, 93:1, 93:11, 97:21, 98:4, 102:2, 128:17
**TERRI** [4] - 1:23, 168:6, 168:19, 168:20
**testified** [2] - 20:17, 56:5
**testifies** [1] - 20:12
**testify** [1] - 43:7
**testifying** [1] - 56:13
**testimony** [11] - 12:20, 12:25, 13:7, 13:21, 14:2, 20:15, 20:25, 24:12, 80:4, 80:5
**testing** [2] - 92:15, 92:16
**tests** [1] - 47:14
**Texas** [3] - 148:11, 148:19, 153:14
**textbooks** [1] - 47:12
**thanked** [1] - 149:6
**THE** [684] - 1:5, 2:3, 3:3, 4:6, 4:16, 4:20, 4:24, 5:2, 5:5, 5:7, 6:15, 6:18, 6:20, 6:21, 6:24, 7:2, 7:7, 7:11, 7:18, 7:22, 7:23, 7:24, 8:1, 8:2, 8:9, 8:13, 8:18, 8:20, 8:21, 8:23,

9:2, 9:3, 9:7, 9:9, 9:11, 9:13, 10:10, 10:12, 17:3, 17:13, 17:21, 18:14, 19:4, 19:15, 20:4, 21:18, 23:1, 23:11, 23:22, 24:9, 27:17, 28:14, 29:15, 29:22, 30:11, 30:13, 30:14, 31:6, 31:7, 31:8, 31:9, 31:11, 31:12, 31:25, 32:6, 32:8, 32:11, 32:16, 32:18, 32:19, 32:21, 32:22, 33:16, 33:18, 34:7, 34:9, 34:13, 34:16, 34:18, 34:20, 34:23, 35:1, 35:3, 35:6, 35:11, 35:14, 35:21, 35:25, 36:3, 36:10, 36:16, 36:20, 37:1, 37:11, 37:14, 37:19, 38:2, 38:6, 38:9, 38:12, 38:19, 38:22, 39:4, 39:7, 39:11, 39:14, 39:21, 40:3, 40:7, 40:9, 40:14, 40:18, 40:23, 41:3, 41:6, 41:12, 41:23, 42:11, 42:15, 42:21, 42:24, 43:3, 43:6, 43:9, 43:16, 43:24, 44:3, 44:15, 44:18, 44:22, 45:3, 45:6, 45:11, 45:15, 45:20, 45:25, 46:4, 46:7, 46:10, 47:8, 47:16, 47:22, 47:25, 48:10, 48:13, 48:17, 48:20, 48:22, 49:1, 49:6, 49:9, 49:13, 49:21, 49:24, 50:3, 50:8, 50:12, 51:2, 51:5, 51:10, 51:12, 51:14, 51:23, 52:1, 52:4, 52:7, 52:10, 52:14, 52:17, 52:20, 53:3, 53:5, 53:7, 53:9, 53:11, 53:13, 53:15, 53:21, 53:23, 54:1, 54:5, 54:12, 54:16, 54:19, 55:2, 55:5, 55:8, 55:11, 55:14, 55:18, 55:22, 55:25, 56:2, 56:12, 56:16, 56:20, 56:23, 57:3, 57:8, 57:13, 57:18, 57:25, 58:4, 58:7, 58:12, 58:15, 58:18, 58:21, 59:1, 59:4, 59:9, 59:13, 59:16, 59:18,

59:21, 60:2, 60:5, 60:10, 60:14, 60:17, 60:21, 60:25, 61:4, 61:11, 61:15, 61:20, 61:24, 62:2, 62:6, 62:9, 62:17, 62:20, 63:1, 63:5, 63:12, 63:15, 63:21, 63:24, 64:3, 64:21, 65:7, 65:15, 65:20, 66:2, 66:8, 66:11, 66:23, 67:5, 67:8, 67:14, 67:17, 67:23, 68:1, 68:5, 68:8, 68:10, 68:12, 68:14, 68:17, 68:20, 68:23, 69:1, 69:6, 69:10, 69:15, 69:19, 69:24, 70:2, 70:6, 70:9, 70:12, 70:16, 70:21, 70:25, 71:3, 71:6, 71:10, 71:13, 71:15, 71:17, 71:24, 72:5, 72:8, 72:11, 72:14, 72:19, 72:22, 73:1, 73:4, 73:10, 73:14, 73:17, 73:23, 74:3, 74:7, 74:14, 74:18, 75:1, 75:6, 75:10, 75:13, 75:17, 75:23, 76:1, 76:5, 76:10, 76:16, 76:23, 77:1, 77:5, 77:15, 77:24, 78:8, 78:11, 78:16, 78:20, 79:1, 79:6, 79:16, 79:19, 80:2, 80:14, 80:16, 80:19, 80:23, 81:7, 81:14, 82:3, 82:7, 82:10, 82:12, 83:4, 83:7, 83:9, 83:14, 83:16, 83:18, 83:23, 84:4, 84:13, 84:16, 85:3, 85:9, 85:14, 85:17, 85:24, 86:3, 86:7, 86:9, 86:12, 86:16, 86:20, 86:25, 87:3, 87:7, 87:11, 87:14, 87:18, 87:23, 88:1, 88:3, 88:7, 88:9, 88:12, 88:18, 88:22, 88:25, 89:3, 89:7, 89:10, 89:14, 89:21, 90:3, 90:7, 90:11, 90:13, 90:16, 90:19, 90:21, 91:2, 91:10, 91:18, 92:7, 92:11, 92:19, 92:22, 93:5, 93:10, 93:20, 93:23, 94:2, 94:5, 94:12, 94:21, 94:25, 95:5, 95:11,

95:13, 95:16, 95:19, 95:21, 96:2, 96:5, 96:10, 96:13, 96:16, 96:23, 97:1, 97:4, 97:7, 97:10, 97:15, 97:19, 97:21, 98:1, 98:4, 98:9, 98:13, 98:19, 98:23, 99:5, 99:9, 99:12, 99:17, 99:20, 99:23, 100:1, 100:5, 100:8, 100:11, 100:15, 100:18, 100:23, 101:1, 101:8, 101:11, 101:18, 101:21, 101:23, 102:1, 102:5, 102:9, 102:12, 102:15, 102:19, 102:22, 102:24, 103:2, 103:5, 103:9, 103:13, 103:20, 103:24, 104:1, 104:4, 104:6, 104:11, 104:14, 104:17, 104:21, 104:25, 105:4, 105:7, 105:10, 105:13, 105:15, 105:19, 105:23, 106:1, 106:5, 106:9, 106:12, 106:16, 106:19, 106:24, 107:4, 107:12, 107:16, 107:20, 107:24, 108:5, 108:9, 108:15, 108:22, 108:25, 109:4, 109:15, 109:20, 109:24, 110:7, 110:11, 110:18, 110:21, 110:23, 110:25, 111:6, 111:9, 111:11, 111:15, 111:19, 111:22, 111:25, 112:8, 112:15, 112:23, 113:7, 113:12, 113:15, 113:19, 113:21, 113:25, 114:3, 114:7, 114:12, 114:15, 114:18, 114:21, 115:2, 115:6, 115:9, 115:15, 115:17, 115:19, 115:22, 115:24, 116:1, 116:4, 116:8, 116:18, 116:24, 117:1, 117:17, 117:19, 117:21, 117:22, 118:15, 118:17, 118:19, 118:23, 119:3, 119:6, 119:9,

119:11, 119:13, 119:19, 119:22, 119:24, 120:3, 120:6, 120:13, 120:18, 120:21, 120:25, 121:4, 121:21, 122:6, 122:12, 122:16, 122:19, 122:23, 123:4, 123:8, 124:20, 124:23, 125:1, 125:5, 125:12, 126:5, 126:7, 126:11, 126:17, 126:22, 127:4, 127:6, 127:10, 129:5, 129:9, 129:12, 129:16, 129:19, 129:23, 130:1, 130:4, 130:7, 130:10, 130:12, 130:15, 130:19, 130:22, 130:25, 131:2, 131:11, 131:14, 131:18, 132:2, 132:6, 132:9, 133:9, 133:16, 133:25, 134:4, 134:6, 134:9, 134:15, 134:19, 134:25, 135:22, 136:3, 136:5, 136:7, 136:12, 136:16, 137:2, 137:11, 137:16, 137:18, 137:22, 138:2, 138:5, 138:10, 138:12, 138:17, 138:20, 138:24, 139:20, 140:6, 140:10, 140:16, 140:19, 140:21, 140:23, 140:25, 141:7, 141:13, 141:16, 144:6, 144:13, 149:3, 154:5, 156:20, 156:23, 157:4, 157:18, 157:24, 158:3, 158:6, 158:12, 158:15, 158:18, 158:20, 158:25, 159:5, 159:15, 159:23, 160:3, 160:5, 160:15, 160:24, 161:2, 161:10, 161:16, 161:22, 161:25, 162:5, 162:7, 162:9, 162:11, 162:14, 162:20, 162:25, 163:1, 163:5, 163:9, 163:22, 164:2, 164:3, 164:8, 164:9, 165:5, 166:4, 166:7, 166:25, 167:5, 167:15

theirs [1] - 41:14
themselves [4] - 30:8, 115:3, 167:7, 167:9
thereafter [6] - 5:22, 6:5, 6:8, 30:2, 117:4, 131:14
therefore [6] - 16:6, 18:9, 19:24, 24:20, 27:10, 31:25
therein [1] - 163:25
thinking [2] - 48:11, 80:22
third [7] - 14:24, 15:5, 15:6, 18:1, 96:21, 153:22, 153:23
third-party [2] - 153:22, 153:23
thoughts [1] - 96:8
three [13] - 8:15, 50:21, 51:16, 97:6, 98:20, 119:1, 119:2, 134:22, 140:5, 149:17, 150:16, 154:12, 163:14
throughout [4] - 13:2, 21:21, 107:10, 119:5
Thursday [2] - 136:4, 136:20
tickets [1] - 136:15
tile [1] - 85:22
Tim [1] - 78:7
tips [1] - 12:2
Title [1] - 168:9
today [11] - 13:19, 15:17, 15:18, 15:19, 23:16, 61:1, 78:4, 116:19, 117:8, 156:17, 167:6
TODD [1] - 2:13
toddbriggs@ quinemanuel.com [1] - 2:15
toe [3] - 80:14, 80:15, 80:16
together [4] - 94:11, 123:7, 131:21, 137:15
tomorrow [11] - 117:9, 117:10, 117:11, 156:6, 164:15, 164:17, 164:20, 166:15, 166:16, 167:5, 167:8
tonight [3] - 165:7, 166:8, 166:10
took [6] - 27:14, 96:18, 97:6, 129:15, 140:17, 143:10
tools [2] - 104:19,

108:3
topics [1] - 121:10
tore [1] - 106:3
torn [1] - 105:25
tort [1] - 29:9
toss [1] - 49:4
toss-up [1] - 49:4
totally [2] - 133:3, 134:12
touch [1] - 143:11
toward [7] - 35:18, 42:17, 71:20, 72:1, 76:13, 84:20
towards [4] - 66:12, 71:20, 107:10, 121:10
tower [3] - 134:15, 141:6, 141:8
town [1] - 85:19
Trademark [1] - 5:21
trademark [3] - 58:22, 59:7, 86:13
trademarking [2] - 86:14, 86:15
trademarks [1] - 59:5
traffic [1] - 97:13
trailed [1] - 73:18
training [7] - 41:1, 76:17, 90:22, 91:14, 93:11, 97:22, 107:6
transcript [2] - 168:10, 168:12
TRANSCRIPT [1] - 1:13
transferred [1] - 60:8
transpired [1] - 74:19
transportation [1] - 99:1
travel [1] - 77:18
treat [2] - 46:20, 66:20
treated [4] - 44:6, 68:21, 105:5, 165:15
treatment [6] - 48:2, 48:6, 48:14, 75:21, 110:3
trial [39] - 4:17, 10:19, 10:20, 12:9, 12:11, 12:18, 13:2, 13:14, 13:16, 13:17, 14:7, 14:9, 16:2, 16:3, 16:5, 16:19, 19:5, 19:24, 20:5, 21:21, 24:21, 25:22, 26:14, 26:24, 28:8, 31:15, 32:1, 37:7, 66:21, 85:6, 89:25, 135:5, 142:4, 149:13, 150:15, 151:17
TRIAL [1] - 1:14

tried [2] - 56:8, 98:24
triers [2] - 25:13, 25:14
trigger [1] - 81:17
triggers [1] - 82:5
trip [1] - 87:21
trips [1] - 87:21
troll [1] - 153:17
trouble [2] - 125:16, 126:10
true [11] - 4:22, 15:4, 15:22, 15:24, 78:17, 141:7, 145:10, 163:25, 168:10
truly [1] - 163:24
truth [5] - 73:9, 73:20, 73:21, 73:25, 74:19
truthful [2] - 27:18, 83:23
truthfully [1] - 28:17
try [21] - 16:16, 16:22, 17:5, 18:10, 21:22, 41:7, 93:18, 98:10, 100:20, 125:22, 125:23, 136:2, 139:23, 160:20, 163:24, 165:6, 166:7, 166:8, 166:10, 166:14
trying [6] - 23:24, 45:8, 79:12, 79:14, 81:9, 124:10
TUESDAY [2] - 1:14, 4:1
Tuesday [3] - 15:18, 15:20, 135:23
turn [3] - 24:12, 74:15, 108:13
turned [2] - 20:13, 84:3
tutorial [5] - 6:8, 125:24, 126:23, 167:16
tutorials [2] - 4:12, 4:13
TV [13] - 10:8, 17:19, 34:10, 45:12, 45:14, 45:15, 45:18, 46:3, 58:17, 58:18, 107:21, 108:10, 108:11
tweaks [1] - 92:17
twice [1] - 103:6
Twin [1] - 2:14
Twitter [14] - 34:15, 34:17, 34:18, 34:21, 34:23, 40:5, 40:13, 40:15, 42:23, 46:5, 102:11
two [26] - 18:21,

26:12, 33:6, 34:3, 44:6, 50:20, 64:25, 71:25, 78:23, 90:14, 90:15, 96:9, 96:10, 98:25, 103:10, 111:12, 120:1, 146:22, 149:18, 153:8, 153:15, 158:5, 158:6, 158:7, 158:11, 163:14
type [30] - 12:19, 12:24, 13:6, 13:20, 14:4, 14:5, 14:24, 15:5, 15:6, 15:8, 15:23, 21:7, 29:2, 29:8, 35:22, 38:24, 54:13, 58:4, 69:10, 76:11, 85:11, 89:8, 113:17, 116:1, 125:15, 126:2, 128:6, 129:19, 132:25
types [21] - 12:17, 16:1, 16:21, 21:13, 24:20, 34:13, 41:18, 42:1, 71:11, 87:9, 122:22, 147:4, 150:2, 151:4, 154:23, 155:10, 155:13, 156:2, 156:4, 156:10, 156:14

## U

U.S [1] - 1:3
UC [1] - 111:14
UCLA [1] - 111:14
ultimate [1] - 78:22
unanimous [1] - 11:11
unbiased [1] - 157:1
uncomfortable [3] - 125:15, 126:13, 127:11
under [8] - 24:5, 24:24, 25:2, 25:8, 26:13, 41:23, 67:24, 109:14
understandable [1] - 125:23
understood [6] - 6:11, 6:13, 141:1, 141:11, 146:24, 152:22
unfair [3] - 29:3, 37:12, 64:10
unfairly [3] - 44:6, 68:21, 105:5
unfavorable [6] - 46:12, 46:13, 47:5, 51:16, 51:19, 111:3

**unfortunate** [1] - 46:6
**unfortunately** [2] - 111:13, 148:16
**unfriendly** [1] - 24:3
**unhappy** [1] - 37:3
**unified** [1] - 132:24
**uniform** [2] - 40:10, 63:3
**unintentional** [1] - 65:25
**unit** [2] - 96:22, 107:3
**United** [3] - 168:7, 168:9, 168:14
**UNITED** [1] - 1:1
**universities** [1] - 46:20
**university** [1] - 47:1
**unjust** [1] - 63:17
**unless** [4] - 16:12, 21:9, 30:17, 140:11
**Unless** [1] - 4:21
**unlimited** [1] - 88:9
**unplug** [1] - 93:20
**unreasonable** [1] - 29:3
**unsolicited** [1] - 62:3
**unsure** [2] - 79:8, 79:9
**unusual** [2] - 110:9, 164:21
**unwilling** [1] - 150:8
**up** [67] - 4:9, 7:12, 9:4, 9:10, 9:11, 10:1, 10:8, 17:5, 18:1, 20:22, 21:4, 21:14, 21:23, 21:24, 23:15, 26:17, 27:21, 27:25, 29:25, 37:8, 40:1, 44:23, 45:1, 45:18, 49:4, 49:17, 51:22, 57:6, 64:17, 67:6, 69:25, 70:11, 77:20, 77:23, 80:10, 80:12, 80:14, 80:15, 83:1, 93:21, 104:19, 121:12, 121:23, 123:2, 125:19, 128:20, 129:3, 134:23, 135:1, 135:9, 136:10, 139:18, 141:5, 142:11, 142:17, 147:6, 148:8, 150:7, 150:12, 150:13, 150:19, 152:5, 152:12, 157:10, 160:21, 163:17, 167:11
**upper** [1] - 38:21

**upset** [8] - 37:3, 43:17, 44:2, 44:6, 133:5, 157:8, 157:14
**upsetness** [1] - 44:3
**URQUHART** [3] - 2:4, 2:8, 2:13
**usage** [1] - 92:3
**useful** [1] - 151:18
**users** [1] - 144:9
**utilize** [1] - 61:1

**V**

**vacate** [1] - 31:1
**vacation** [2] - 136:25, 137:4
**valid** [2] - 54:7, 154:4
**value** [2] - 22:21, 61:16
**Van** [1] - 56:14
**variable** [1] - 88:20
**variety** [1] - 39:22
**various** [5] - 24:21, 37:3, 86:4, 111:1, 156:25
**vendor** [2] - 153:22, 153:24
**vendors** [2] - 79:7, 151:10
**verdict** [15] - 11:11, 12:13, 13:17, 13:18, 20:1, 27:9, 30:16, 30:18, 30:19, 30:20, 30:23, 37:10, 56:17, 146:11, 163:25
**verdicts** [2] - 37:3, 37:6
**versus** [2] - 35:16, 144:24
**vice** [1] - 95:18
**victims'** [1] - 37:13
**Victoria** [1] - 53:11
**video** [9] - 5:20, 5:21, 6:4, 116:19, 165:12, 165:13, 166:2
**view** [5] - 22:15, 41:13, 152:10, 159:11, 159:13
**viewed** [1] - 83:2
**viewing** [1] - 40:11
**views** [2] - 26:22, 27:12
**vigorously** [1] - 75:3
**violating** [2] - 66:14, 103:15
**virtues** [1] - 135:4
**visit** [1] - 87:19
**visited** [1] - 87:19
**visually** [1] - 12:1
**voir** [9] - 10:18,

10:20, 26:9, 26:11, 26:12, 26:25, 27:3, 29:23, 31:13
**volunteering** [1] - 61:5
**voted** [2] - 50:19
**votes** [1] - 50:18
**VP** [2] - 57:5, 95:9
**vs** [1] - 1:7

**W**

**wait** [5] - 54:2, 67:17, 150:5, 150:18, 162:23
**waiting** [3] - 45:1, 45:3, 150:10
**wake** [1] - 40:1
**Walgreens** [2] - 110:2, 110:14
**walk** [2] - 67:17, 84:8
**walked** [1] - 39:15
**walking** [5] - 20:12, 20:18, 20:19, 54:24, 69:6
**wall** [5] - 9:20, 20:18, 20:19, 20:20, 20:21
**wants** [1] - 135:9
**waste** [1] - 133:14
**wastes** [1] - 73:21
**watch** [5] - 30:23, 45:16, 46:3, 108:14, 121:19
**watching** [2] - 123:16, 123:17
**water** [7] - 20:22, 21:4, 63:10, 92:1, 92:3, 94:17, 94:25
**waves** [2] - 125:3, 125:6
**ways** [1] - 18:21
**website** [1] - 153:20
**Wednesday** [2] - 136:24, 164:21
**week** [6] - 135:20, 135:23, 135:24, 136:1, 140:5
**weeks** [1] - 98:25
**weigh** [4] - 12:12, 16:14, 27:8, 29:6
**weighers** [1] - 16:13
**weighs** [2] - 11:25, 12:7
**weight** [4] - 11:20, 11:21, 11:22, 21:14
**Weinberg** [1] - 7:1
**welcome** [1] - 4:16
**welfare** [1] - 101:4
**well-controlled** [1] - 135:14
**well-respected** [1] -

91:5
**Wells** [2] - 83:20, 84:2
**WEST** [1] - 1:24
**WESTERN** [1] - 1:2
**wet** [2] - 20:24, 21:6
**what-you-call-it** [1] - 62:3
**whatsoever** [1] - 26:15
**whereas** [1] - 41:25
**whole** [7] - 12:11, 35:20, 65:12, 137:14, 145:1, 151:13
**Wi** [33] - 36:11, 43:10, 47:9, 47:10, 49:6, 52:18, 61:17, 66:8, 71:1, 71:4, 77:19, 77:21, 79:15, 88:3, 88:4, 91:10, 91:11, 93:12, 93:14, 93:16, 93:25, 98:5, 98:11, 102:13, 107:24, 108:16, 112:4, 112:7, 156:7, 156:8, 156:11, 156:15
**Wi-Fi** [33] - 36:11, 43:10, 47:9, 47:10, 49:6, 52:18, 61:17, 66:8, 71:1, 71:4, 77:19, 77:21, 79:15, 88:3, 88:4, 91:10, 91:11, 93:12, 93:14, 93:16, 93:25, 98:5, 98:11, 102:13, 107:24, 108:16, 112:4, 112:7, 156:7, 156:8, 156:11, 156:15
**wife** [1] - 55:12
**Wiley** [1] - 104:2
**WILLIAM** [1] - 2:9
**willing** [3] - 150:5, 150:18, 154:18
**WILMER** [4] - 3:4, 3:8, 3:12, 3:15
**wind** [1] - 21:24
**winds** [1] - 18:1
**wish** [1] - 60:14
**wished** [1] - 57:22
**witness** [18] - 13:7, 13:10, 13:11, 13:22, 13:23, 13:24, 13:25, 14:3, 19:16, 19:17, 19:20, 20:12, 20:17, 24:13, 24:14, 56:5, 104:22
**WITNESS** [1] - 53:9
**witness's** [3] - 20:15, 20:25, 24:12
**witnesses** [9] -

12:20, 12:21, 12:25, 13:7, 13:21, 23:3, 74:20, 143:18, 150:9
**woman** [4] - 5:2, 11:2, 17:18, 65:2
**won** [2] - 55:25, 97:5
**wonder** [2] - 123:25, 124:2
**wondered** [1] - 124:4
**wondering** [1] - 7:13
**word** [2] - 63:25, 89:10
**wording** [1] - 25:7
**words** [76] - 6:2, 10:3, 12:7, 12:21, 14:16, 15:1, 15:3, 15:11, 16:9, 16:14, 18:22, 21:13, 26:16, 27:6, 34:20, 35:21, 35:23, 38:13, 38:23, 39:15, 40:10, 40:24, 41:4, 46:16, 46:23, 48:13, 50:18, 50:23, 56:12, 57:3, 57:8, 58:12, 60:2, 63:7, 67:5, 67:23, 68:5, 68:14, 69:15, 70:21, 75:6, 80:9, 81:15, 82:17, 84:13, 85:3, 87:3, 92:7, 94:12, 94:25, 99:12, 100:11, 101:23, 103:14, 105:4, 107:16, 109:15, 109:21, 109:24, 110:13, 111:2, 112:23, 115:2, 121:8, 123:18, 126:11, 127:19, 128:4, 131:4, 131:5, 131:11, 132:13, 154:16, 157:10, 160:18
**worker** [3] - 114:8, 114:12
**worker's** [1] - 121:2
**workers** [1] - 113:22
**workers'** [1] - 147:6
**works** [13] - 77:23, 91:3, 101:12, 101:13, 119:4, 119:7, 119:10, 119:16, 120:4, 120:5, 123:3, 143:7, 143:21
**world** [2] - 16:22, 148:18
**worlds** [1] - 140:6
**worry** [2] - 13:19, 25:4
**wow** [1] - 40:7
**write** [4] - 24:15, 92:19, 92:21, 99:15

**writing** [8] - 14:14, 18:24, 24:22, 56:24, 59:23, 82:17, 93:1, 112:11
**wronged** [1] - 99:16
**wrongful** [2] - 72:23, 104:22
**wrote** [1] - 39:16
**WU** [1] - 1:3
**Wynn** [1] - 32:11

## Y

**year** [7] - 49:10, 97:6, 106:4, 119:5, 133:6, 133:22, 134:13
**year's** [1] - 137:12
**Year's** [4] - 137:13, 137:18, 137:19, 137:25
**yearly** [1] - 152:6
**years** [23] - 34:3, 55:14, 58:22, 59:24, 60:18, 61:5, 61:21, 61:22, 65:1, 65:9, 65:10, 69:12, 87:19, 95:24, 98:20, 105:24, 106:1, 106:21, 133:13, 134:22, 142:20, 143:11, 150:25
**yesterday** [6] - 27:15, 79:13, 80:21, 132:22, 135:20, 136:13
**York** [3] - 2:6, 105:12
**young** [4] - 17:17, 38:1, 91:11, 101:6
**yourself** [16] - 35:8, 35:11, 41:8, 55:18, 61:18, 68:18, 69:21, 76:17, 86:23, 92:19, 113:7, 113:9, 139:17, 139:25, 147:10, 147:21