UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

             Plaintiff,

  vs.                              Case No. CV 16-3714-GW

BROADCOM LIMITED, et al,

             Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE TELEPHONICALLY
THURSDAY, FEBRUARY 6, 2020
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA 90012
(213) 894-2849

UNITED STATES DISTRICT COURT

```
 1                    APPEARANCES OF COUNSEL:

 2

 3  FOR THE PLAINTIFF:   Appearances via telephone

 4      QUINN EMANUEL URQUHART and SULLIVAN
        BY:  BRIAN P. BIDDINGER
 5      RON HAGIZ
        Attorneys at Law
 6      51 Madison Avenue 22nd Floor
        New York, New York 10010
 7      brianbiddinger@quinnemanuel.com

 8
        QUINN EMANUEL URQUHART and SULLIVAN
 9      BY:  JAMES R. ASPERGER
        Attorney at Law
10      865 South Figueroa Street, 10th Floor
        Los Angeles, California  90017
11      jamesasperger@quinnemanuel.com

12
        QUINN EMANUEL URQUHART and SULLIVAN
13      BY:  KEVIN P.B. JOHNSON
             TODD M. BRIGGS
14      Attorneys at Law
        555 Twin Dolphin Drive, 5th Floor
15      Redwood Shores, California  94065
        kevinjohnson@quinnemanuel.com

16

17  ALSO APPEARING:    Chantal D'Appuzzo
                       Steve Atley
18                     Marc Breverman
                       Amanda Swain
19

20

21

22

23

24

25
```

```
 1                     APPEARANCES OF COUNSEL:
 2

 3
     FOR THE DEFENDANT:   Appearance via telephone
 4
         WILMER CUTLER PICKERING HALE and DORR, LLP
 5       BY:  JASON FRANCIS CHOY
              JAMES DOWD
 6       Attorneys at Law
         350 South Grand Avenue, Suite 2100
 7       Los Angeles, California  90071
         jason.choy@wilmerhale.com
 8

 9       WILMER CUTLER PICKERING HALE and DORR, LLP
         BY:  MARK D. SELWYN
10       950 Page Mill Road
         Palo Alto, California  94304
11       mark.selwyn@wilmerhale.com

12
         WILMER CUTLER PICKERING HALE and DORR, LLP
13       BY:  JOSEPH J. MUELLER
         Attorney at Law
14       60 State Street
         Boston, Massachusetts  02109
15       joseph.mueller@wilmerhale.com

16

17

18

19

20

21

22

23

24

25
```

```
 1              LOS ANGELES, CALIFORNIA; THURSDAY, FEBRUARY 6, 2020
 2                              8:30 A.M.
 3                              --oOo--
 4
 5
 6          THE COURT:  All right.  Let me call the matter of
 7   Caltech versus Broadcom.
 8       On the phone for the plaintiff, we have?
 9          MR. ASPERGER:  Jim Asperger, Kevin Johnson, Todd
10   Briggs, and Brian Biddinger on behalf of Caltech.  Also,
11   Chantal D'Appuzo and Steve Atley of Caltech.
12          THE COURT:  All right.  For the defendants, we have?
13       Anyone for the defendants?
14          MR. SELWYN:  Good morning, Your Honor.  This is Mark
15   Selwyn, also on the line is Joe Mueller, Jason Choy, and Jim
16   Dowd, and from Broadcom is Amanda Swain and from Apple is
17   Marc Breverman.
18          THE COURT:  Let me ask counsel, did the parties
19   discuss going into some form of mediation before I enter a
20   judgment in this case?
21          MR. ASPERGER:  Your Honor, this is Jim Asperger.
22       We have spoken to the mediator and consistent with what we
23   told the Court in the past, we're very willing to engage in
24   further discussions with the defendants.
25          I understand that the defendants are willing to meet as
```

1  well, but I will let Mr. Selwyn speak to that.
2              THE COURT:  All right.  Let me hear from the defense
3  counsel.
4              MR. SELWYN:  Your Honor, this is Mark Selwyn.
5  Mr. Asperger has appropriately characterized, we are willing to
6  meet with the mediator and Caltech once again.
7              THE COURT:  Okay.  Again, which mediator are you
8  using?
9              MR. ASPERGER:  Lane Phillips and David Murphy, Your
10 Honor.
11             THE COURT:  Let me just ask this, do you want me to
12 simply set a status conference date, and I will hold off on
13 doing anything in this matter until I have heard from you to
14 either indicate that it looks like something might be fruitful
15 or if the mediation efforts have been unsuccessful, then I will
16 schedule further proceedings in this case.
17        Is that acceptable to both sides?
18             MR. ASPERGER:  Your Honor, this is Jim Asperger.  We
19 think it would be much preferable to set a date for hearing for
20 post-trial motions sometime probably in mid April or so, and to
21 proceed with discussions in tandem with the briefing and
22 getting ready for the entry of a final judgment, if we can't
23 reach a resolution.
24        As you know, Your Honor, we would welcome resolution.  We
25 welcome further discussions, but reaching a resolution has been

1  very challenging in the past, and we feel very strongly that we
2  should not have any delays of entering a final judgment if
3  we're unable to resolve the case.
4          THE COURT: Let me hear from defense counsel, what
5  is your position?
6          MR. MUELLER: Your Honor, this is Joe Mueller.
7     I guess, two things: One, Broadcom and Apple are indeed
8  open to further mediation including with Judge Phillips who
9  mediated previously.
10     We do think it would be useful to have some time for that
11 process to unfold, and in particular, a term of four to
12 six weeks, we think would be a useful time period to explore
13 the possibilities of mediation and see what we can get
14 accomplished.
15          THE COURT: All right.
16          MR. MUELLER: That would be our request, Your Honor.
17          THE COURT: All right. I'm inclined to have
18 mediation before further litigation in this case.
19     But what I will do is this: I will set a date for status
20 conference for -- today is the 6th of February, I will put it
21 for March the 9th, and what I want is by noon on the 5th, a
22 status report insofar as where the parties are, if it's
23 looking, you know, hopeful or if it is not looking hopeful, you
24 will let me know by noon on the 5th, and we will talk about
25 further dates on the 9th of March, and that would be at 8:30.

```
 1  The parties can appear telephonically.
 2         Anything else I need to discuss with you guys?
 3             MR. MUELLER:  I don't think so.  This would
 4  effectively toll the dates that would otherwise --
 5             THE COURT:  Yes, I will not be issuing any form of
 6  judgment, et cetera.
 7      I will hold off until we discuss the matter again on March
 8  the 9th.
 9             MR. MUELLER:  Thank you, Your Honor.
10             THE COURT:  All right.  That is understood by the
11  plaintiff as well, right?
12             MR. ASPERGER:  That is understood, Your Honor.
13             THE COURT:  Thank you.  Have a nice day.
14             MR. MUELLER:  Thanks very much, Your Honor.
15             MR. ASPERGER:  Thank you, Your Honor.
16                (Proceedings concluded at 8:54 a.m.)
17                            * * *
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:  February 28, 2020


                /s/ TERRI A. HOURIGAN
         —————————————————————————
        TERRI A. HOURIGAN, CSR NO. 3838, CCRR
           Federal Official Court Reporter

## /

**/s** [1] - 8:19

## 0

**02109** [1] - 3:14

## 1

**10010** [1] - 2:6
**10th** [1] - 2:10
**16-3714-GW** [1] - 1:7

## 2

**2020** [3] - 1:14, 4:1, 8:16
**2100** [1] - 3:6
**213** [1] - 1:25
**22nd** [1] - 2:6
**28** [2] - 8:9, 8:16

## 3

**350** [2] - 1:24, 3:6
**3838** [2] - 1:23, 8:20

## 4

**4311** [1] - 1:24

## 5

**51** [1] - 2:6
**555** [1] - 2:14
**5th** [3] - 2:14, 6:21, 6:24

## 6

**6** [2] - 1:14, 4:1
**60** [1] - 3:13
**6th** [1] - 6:20

## 7

**753** [1] - 8:9

## 8

**865** [1] - 2:10
**894-2849** [1] - 1:25
**8:30** [3] - 1:15, 4:2, 6:25
**8:54** [1] - 7:16

## 9

**90012** [1] - 1:25
**90017** [1] - 2:10

**90071** [1] - 3:7
**94065** [1] - 2:15
**94304** [1] - 3:10
**950** [1] - 3:10
**9th** [3] - 6:21, 6:25, 7:8

## A

**A.M** [2] - 1:15, 4:2
**a.m** [1] - 7:16
**above-entitled** [1] - 8:12
**acceptable** [1] - 5:17
**accomplished** [1] - 6:14
**al** [1] - 1:8
**ALSO** [1] - 2:17
**Alto** [1] - 3:10
**Amanda** [2] - 2:18, 4:16
**ANGELES** [4] - 1:15, 1:25, 4:1, 8:3
**Angeles** [2] - 2:10, 3:7
**appear** [1] - 7:1
**Appearance** [1] - 3:3
**APPEARANCES** [2] - 2:1, 3:1
**Appearances** [1] - 2:3
**APPEARING** [1] - 2:17
**Apple** [2] - 4:16, 6:7
**appropriately** [1] - 5:5
**April** [1] - 5:20
**ASPERGER** [7] - 2:9, 4:9, 4:21, 5:9, 5:18, 7:12, 7:15
**Asperger** [4] - 4:9, 4:21, 5:5, 5:18
**Atley** [2] - 2:17, 4:11
**Attorney** [2] - 2:9, 3:13
**Attorneys** [3] - 2:5, 2:14, 3:6
**Avenue** [2] - 2:6, 3:6

## B

**behalf** [1] - 4:10
**BIDDINGER** [1] - 2:4
**Biddinger** [1] - 4:10
**Boston** [1] - 3:14
**Breverman** [2] - 2:18, 4:17
**Brian** [1] - 4:10
**BRIAN** [1] - 2:4
**brianbiddinger@**

**quinnemanuel.com** [1] - 2:7
 **briefing** [1] - 5:21
 **Briggs** [1] - 4:10
 **BRIGGS** [1] - 2:13
 **BROADCOM** [1] - 1:8
 **Broadcom** [3] - 4:7, 4:16, 6:7
 **BY** [6] - 2:4, 2:9, 2:13, 3:5, 3:9, 3:12

## C

**CALIFORNIA** [6] - 1:2, 1:5, 1:15, 1:25, 4:1, 8:4
 **California** [5] - 2:10, 2:15, 3:7, 3:10, 8:8
 **Caltech** [4] - 4:7, 4:10, 4:11, 5:6
 **case** [4] - 4:20, 5:16, 6:3, 6:18
 **Case** [1] - 1:7
 **CCRR** [1] - 8:20
 **CENTRAL** [1] - 1:2
 **Central** [1] - 8:8
 **CERTIFICATE** [1] - 8:1
 **certify** [1] - 8:8
 **cetera** [1] - 7:6
 **challenging** [1] - 6:1
 **Chantal** [2] - 2:17, 4:11
 **characterized** [1] - 5:5
 **CHOY** [1] - 3:5
 **Choy** [1] - 4:15
 **Code** [1] - 8:9
 **concluded** [1] - 7:16
 **CONFERENCE** [1] - 1:14
 **conference** [3] - 5:12, 6:20, 8:13
 **conformance** [1] - 8:13
 **consistent** [1] - 4:22
 **correct** [1] - 8:10
 **counsel** [3] - 4:18, 5:3, 6:4
 **COUNSEL** [2] - 2:1, 3:1
 **COUNTY** [1] - 8:3
 **COURT** [14] - 1:1, 1:24, 4:6, 4:12, 4:18, 5:2, 5:7, 5:11, 6:4, 6:15, 6:17, 7:5, 7:10, 7:13
 **Court** [4] - 4:23, 8:7, 8:20

**CRR** [1] - 1:23
**CSR** [2] - 1:23, 8:20
**CUTLER** [3] - 3:4, 3:9, 3:12
**CV** [1] - 1:7

## D

**D'Appuzo** [1] - 4:11
**D'Appuzzo** [1] - 2:17
**Date** [1] - 8:16
**date** [3] - 5:12, 5:19, 6:19
**dates** [2] - 6:25, 7:4
**David** [1] - 5:9
**DEFENDANT** [1] - 3:3
**defendants** [4] - 4:12, 4:13, 4:24, 4:25
**Defendants** [1] - 1:9
**defense** [2] - 5:2, 6:4
**delays** [1] - 6:2
**discuss** [3] - 4:19, 7:2, 7:7
**discussions** [3] - 4:24, 5:21, 5:25
**District** [2] - 8:7, 8:8
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**Dolphin** [1] - 2:14
**DORR** [3] - 3:4, 3:9, 3:12
**DOWD** [1] - 3:5
**Dowd** [1] - 4:16
**Drive** [1] - 2:14

## E

**effectively** [1] - 7:4
**efforts** [1] - 5:15
**either** [1] - 5:14
**EMANUEL** [3] - 2:4, 2:8, 2:12
**engage** [1] - 4:23
**enter** [1] - 4:19
**entering** [1] - 6:2
**entitled** [1] - 8:12
**entry** [1] - 5:22
**et** [2] - 1:8, 7:6
**explore** [1] - 6:12

## F

**FEBRUARY** [2] - 1:14, 4:1
**February** [2] - 6:20, 8:16
**FEDERAL** [1] - 1:24
**Federal** [2] - 8:6,

8:20
**Figueroa** [1] - 2:10
**final** [2] - 5:22, 6:2
**FIRST** [1] - 1:24
**Floor** [3] - 2:6, 2:10, 2:14
**FOR** [2] - 2:3, 3:3
**foregoing** [1] - 8:10
**form** [2] - 4:19, 7:5
**format** [1] - 8:12
**four** [1] - 6:11
**FRANCIS** [1] - 3:5
**fruitful** [1] - 5:14

## G

**GEORGE** [1] - 1:3
**Grand** [1] - 3:6
**guess** [1] - 6:7
**guys** [1] - 7:2

## H

**HAGIZ** [1] - 2:5
**HALE** [3] - 3:4, 3:9, 3:12
**hear** [2] - 5:2, 6:4
**heard** [1] - 5:13
**hearing** [1] - 5:19
**held** [1] - 8:11
**hereby** [1] - 8:8
**hold** [2] - 5:12, 7:7
**Honor** [12] - 4:14, 4:21, 5:4, 5:10, 5:18, 5:24, 6:6, 6:16, 7:9, 7:12, 7:14, 7:15
**HONORABLE** [1] - 1:3
**hopeful** [2] - 6:23
**HOURIGAN** [4] - 1:23, 8:6, 8:19, 8:20

## I

**inclined** [1] - 6:17
**including** [1] - 6:8
**indeed** [1] - 6:7
**indicate** [1] - 5:14
**insofar** [1] - 6:22
**INSTITUTE** [1] - 1:5
**issuing** [1] - 7:5

## J

**JAMES** [2] - 2:9, 3:5
**jamesasperger@
quinnemanuel.com** [1] - 2:11
**JASON** [1] - 3:5
**Jason** [1] - 4:15

| | | | | |
|---|---|---|---|---|
| jason.choy@wilmerhale.com [1] - 3:7<br>**Jim** [4] - 4:9, 4:15, 4:21, 5:18<br>**Joe** [2] - 4:15, 6:6<br>**JOHNSON** [1] - 2:13<br>**Johnson** [1] - 4:9<br>**JOSEPH** [1] - 3:12<br>joseph.mueller@wilmerhale.com [1] - 3:14<br>**JUDGE** [1] - 1:3<br>**Judge** [1] - 6:8<br>**judgment** [4] - 4:20, 5:22, 6:2, 7:6<br>**judicial** [1] - 8:13<br><br>**K**<br><br>**Kevin** [1] - 4:9<br>**KEVIN** [1] - 2:13<br>kevinjohnson@quinnemanuel.com [1] - 2:15<br><br>**L**<br><br>**Lane** [1] - 5:9<br>**Law** [5] - 2:5, 2:9, 2:14, 3:6, 3:13<br>**LIMITED** [1] - 1:8<br>**line** [1] - 4:15<br>**litigation** [1] - 6:18<br>**LLP** [3] - 3:4, 3:9, 3:12<br>**looking** [2] - 6:23<br>**looks** [1] - 5:14<br>**LOS** [4] - 1:15, 1:25, 4:1, 8:3<br>**Los** [2] - 2:10, 3:7<br><br>**M**<br><br>**Madison** [1] - 2:6<br>**Marc** [2] - 2:18, 4:17<br>**March** [3] - 6:21, 6:25, 7:7<br>**MARK** [1] - 3:9<br>**Mark** [2] - 4:14, 5:4<br>mark.selwyn@wilmerhale.com [1] - 3:11<br>**Massachusetts** [1] - 3:14<br>**matter** [4] - 4:6, 5:13, 7:7, 8:12<br>**mediated** [1] - 6:9<br>**mediation** [5] - 4:19, 5:15, 6:8, 6:13, 6:18 | **mediator** [3] - 4:22, 5:6, 5:7<br>**meet** [2] - 4:25, 5:6<br>**mid** [1] - 5:20<br>**might** [1] - 5:14<br>**Mill** [1] - 3:10<br>**morning** [1] - 4:14<br>**motions** [1] - 5:20<br>**MR** [13] - 4:9, 4:14, 4:21, 5:4, 5:9, 5:18, 6:6, 6:16, 7:3, 7:9, 7:12, 7:14, 7:15<br>**MUELLER** [6] - 3:12, 6:6, 6:16, 7:3, 7:9, 7:14<br>**Mueller** [2] - 4:15, 6:6<br>**Murphy** [1] - 5:9<br><br>**N**<br><br>**need** [1] - 7:2<br>**New** [2] - 2:6<br>**nice** [1] - 7:13<br>**NO** [2] - 1:23, 8:20<br>**noon** [2] - 6:21, 6:24<br><br>**O**<br><br>**OF** [8] - 1:2, 1:5, 1:13, 2:1, 3:1, 8:1, 8:3, 8:4<br>**Official** [2] - 8:6, 8:20<br>**OFFICIAL** [2] - 1:24, 8:1<br>**once** [1] - 5:6<br>**one** [1] - 6:7<br>**oOo** [1] - 4:3<br>**open** [1] - 6:8<br>**otherwise** [1] - 7:4<br><br>**P**<br><br>**P.B** [1] - 2:13<br>**page** [1] - 8:12<br>**Page** [1] - 3:10<br>**Palo** [1] - 3:10<br>**particular** [1] - 6:11<br>**parties** [3] - 4:18, 6:22, 7:1<br>**past** [2] - 4:23, 6:1<br>**period** [1] - 6:12<br>**Phillips** [2] - 5:9, 6:8<br>**phone** [1] - 4:8<br>**PICKERING** [3] - 3:4, 3:9, 3:12<br>**Plaintiff** [1] - 1:6<br>**plaintiff** [2] - 4:8, 7:11<br>**PLAINTIFF** [1] - 2:3 | **position** [1] - 6:5<br>**possibilities** [1] - 6:13<br>**post** [1] - 5:20<br>**post-trial** [1] - 5:20<br>**preferable** [1] - 5:19<br>**previously** [1] - 6:9<br>**proceed** [1] - 5:21<br>**Proceedings** [1] - 7:16<br>**proceedings** [2] - 5:16, 8:11<br>**process** [1] - 6:11<br>**pursuant** [1] - 8:9<br>**put** [1] - 6:20<br><br>**Q**<br><br>**QUINN** [3] - 2:4, 2:8, 2:12<br><br>**R**<br><br>**reach** [1] - 5:23<br>**reaching** [1] - 5:25<br>**ready** [1] - 5:22<br>**Realtime** [1] - 8:6<br>**Redwood** [1] - 2:15<br>**regulations** [1] - 8:13<br>**report** [1] - 6:22<br>**reported** [1] - 8:11<br>**REPORTER** [2] - 1:24, 8:1<br>**Reporter** [2] - 8:7, 8:20<br>**REPORTER'S** [1] - 1:13<br>**request** [1] - 6:16<br>**resolution** [3] - 5:23, 5:24, 5:25<br>**resolve** [1] - 6:3<br>**Road** [1] - 3:10<br>**RON** [1] - 2:5<br>**ROOM** [1] - 1:24<br>**RPR** [1] - 1:23<br><br>**S**<br><br>**schedule** [1] - 5:16<br>**Section** [1] - 8:9<br>**see** [1] - 6:13<br>**SELWYN** [3] - 3:9, 4:14, 5:4<br>**Selwyn** [3] - 4:15, 5:1, 5:4<br>**set** [3] - 5:12, 5:19, 6:19<br>**Shores** [1] - 2:15<br>**sides** [1] - 5:17 | **simply** [1] - 5:12<br>**six** [1] - 6:12<br>**sometime** [1] - 5:20<br>**South** [2] - 2:10, 3:6<br>**spoken** [1] - 4:22<br>**State** [1] - 3:13<br>**STATE** [1] - 8:4<br>**STATES** [1] - 1:1<br>**States** [3] - 8:7, 8:9, 8:14<br>**status** [3] - 5:12, 6:19, 6:22<br>**STATUS** [1] - 1:14<br>**stenographically** [1] - 8:11<br>**Steve** [2] - 2:17, 4:11<br>**STREET** [1] - 1:24<br>**Street** [2] - 2:10, 3:13<br>**strongly** [1] - 6:1<br>**Suite** [1] - 3:6<br>**SULLIVAN** [3] - 2:4, 2:8, 2:12<br>**Swain** [2] - 2:18, 4:16<br><br>**T**<br><br>**tandem** [1] - 5:21<br>**TECHNOLOGY** [1] - 1:5<br>**telephone** [2] - 2:3, 3:3<br>**telephonically** [1] - 7:1<br>**TELEPHONICALLY** [1] - 1:14<br>**term** [1] - 6:11<br>**TERRI** [4] - 1:23, 8:6, 8:19, 8:20<br>**THE** [15] - 1:5, 2:3, 3:3, 4:6, 4:12, 4:18, 5:2, 5:7, 5:11, 6:4, 6:15, 6:17, 7:5, 7:10, 7:13<br>**THURSDAY** [2] - 1:14, 4:1<br>**Title** [1] - 8:9<br>**today** [1] - 6:20<br>**Todd** [1] - 4:9<br>**TODD** [1] - 2:13<br>**toll** [1] - 7:4<br>**TRANSCRIPT** [1] - 1:13<br>**transcript** [2] - 8:10, 8:12<br>**trial** [1] - 5:20<br>**true** [1] - 8:10<br>**Twin** [1] - 2:14<br>**two** [1] - 6:7 | **U**<br><br>**U.S** [1] - 1:3<br>**unable** [1] - 6:3<br>**understood** [2] - 7:10, 7:12<br>**unfold** [1] - 6:11<br>**UNITED** [1] - 1:1<br>**United** [3] - 8:7, 8:9, 8:14<br>**unsuccessful** [1] - 5:15<br>**URQUHART** [3] - 2:4, 2:8, 2:12<br>**useful** [2] - 6:10, 6:12<br><br>**V**<br><br>**versus** [1] - 4:7<br>**via** [2] - 2:3, 3:3<br>**vs** [1] - 1:7<br><br>**W**<br><br>**weeks** [1] - 6:12<br>**welcome** [2] - 5:24, 5:25<br>**WEST** [1] - 1:24<br>**WESTERN** [1] - 1:2<br>**willing** [3] - 4:23, 4:25, 5:5<br>**WILMER** [3] - 3:4, 3:9, 3:12<br>**WU** [1] - 1:3<br><br>**Y**<br><br>**York** [2] - 2:6 |