QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California
Institute of Technology

*Additional Counsel Listed On Signature Page*

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

Attorneys for Broadcom Limited,
Broadcom Corporation, Avago
Technologies Limited, and Apple Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**JOINT REPORT ON MEDIATION AND POST-TRIAL BRIEFING**<br><br>Hon. George H. Wu<br>United States District Court Judge |

Pursuant to the Court's February 6, 2020 Minute Order (Dkt. 2116), Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple," and together with Broadcom, "Defendants") together submit the following joint report addressing the status of mediation and a proposed schedule for post-trial briefing.

## I.  MEDIATION UPDATE

Pursuant to the Court's direction, the parties held a mediation before Phillips ADR Enterprises on March 2, 2020.  The mediation did not result in settlement.

## II.  POST-TRIAL BRIEFING

The parties have discussed a framework for post-trial briefing and jointly respectfully request that the Court permit each side to submit an omnibus brief with their requests for post-trial relief, other than Caltech's application for costs.  The parties further respectfully request that the Court set the following page limits for those post-trial briefs:  35 pages for opening briefs, 35 pages for opposition briefs, and 20 pages for reply briefs.

The parties respectfully request that judgment be entered once post-trial briefing is resolved and jointly propose that the Court enter the briefing and hearing schedule set forth in the table below.

| Event | Joint Proposed Date |
| --- | --- |
| Opening Briefs | April 6, 2020 |
| Opposition Briefs | April 30, 2020 |
| Reply Briefs | May 14, 2020 |
| Hearing | June 1, 2020 at 8:30 a.m. |

DATED:  March 5, 2020                    Respectfully submitted,

By  /s/ James R. Asperger
James R. Asperger
jimasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff California Institute of Technology*

By  /s/ Aaron S. Thompson
Aaron S. Thompson (Bar No. 272391)
aaron.thompson@wilmerhale.com

WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*