MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S JUNE 30, 2020 TENTATIVE RULING**<br><br>Hon. George H. Wu<br>United States District Judge<br>Hearing: July 17, 2020<br>Time: 10:00 AM |

I, Mark D. Selwyn, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct copy of the January 23, 2020 trial transcript as received by my law firm from the court reporter on January 23, 2020.

3. Attached hereto as **Exhibit B** is an index that cross-references citations to the full, sealed trial transcripts in Broadcom and Apple's post-trial briefs to the public, docketed versions of the trial transcripts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 6th day of July 2020.

By: /s/ *Mark D. Selwyn*
MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

Attorney for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc*

-2-