QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California Institute of Technology

*Additional Counsel Listed On Signature Page*

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**JOINT REPORT FOR JULY 23, 2020 CONFERENCE**<br><br>Hon. George H. Wu<br>United States District Court Judge |

Pursuant to the Court's July 20, 2020 Order, Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple," and together with Broadcom, "Defendants") together submit the following joint report for the conference on July 23, 2020.

## I.   SETTLEMENT

The parties do not believe that entry of judgment should be delayed for further settlement discussions.

## II.   SEALING OF ORDERS ON POST-TRIAL MOTIONS

Defendants provided proposed redactions to the Court's final orders on post-trial motions on the evening of July 20, 2020.  Caltech provided objections to Defendants' proposed redactions on the morning of July 21, 2020.  The parties will continue to discuss the redactions and will notify the Court if they reach agreement or impasse.

## III.   STIPULATION REGARDING STAY OF ENFORCEMENT OF JUDGMENT PENDING APPEAL

The parties are making progress on an agreement under which Broadcom and Apple would not be required to post a bond or other security pending appeal and Caltech would not execute the judgment against either Broadcom or Apple until after exhaustion of all appeals.  The parties will continue to meet and confer and will notify the Court shortly of any agreement.

## IV.   CALCULATION OF PRE-JUDGMENT INTEREST

The parties intend to meet and confer this week in an effort to reach agreement on the calculation of prejudgment interest.  The parties will notify the Court shortly of any agreement.

/

/

/

## V. ENTRY OF JUDGMENT

The parties request that the Court defer entry of judgment until July 27, 2020 to allow the parties an opportunity to accomplish items III and IV above.

DATED: July 21, 2020              Respectfully submitted,

By   */s/ James R. Asperger*
James R. Asperger
jimasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
*Attorneys for Plaintiff California Institute of Technology*

By   */s/ Mark D. Selwyn*
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com

WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*