MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>    Defendants.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>    Counterclaim-Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Counterclaim-Defendant. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. George H. Wu<br>United States District Judge |

1  **PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 79-5 and
2  the Court's Guide to Electronically Filing Under-Seal Documents in Civil Cases,
3  Defendants Broadcom Inc., Broadcom Corporation, Avago Technologies Ltd.,
4  (collectively, "Broadcom"), and Apple Inc. ("Apple") submit this application to the
5  Court for an order sealing the under seal portions of the materials listed below filed
6  by Broadcom and Apple in connection with their Notice of Filing Regarding
7  Certain Trial Transcripts:

- Exhibit A – January 16, 2020 (PM) trial transcript;
- Exhibit C – January 21, 2020 (PM) trial transcript;
- Exhibit D – January 22, 2020 (PM) trial transcript;
- Exhibit E – January 23, 2020 trial transcript;
- Exhibit F – January 28, 2020 trial transcript;
- Exhibit G – January 22, 2020 (AM) trial transcript;
- Exhibit 1 – Transcript of video clips from the deposition of David Baczewski (Dkt. 2026-1);
- Exhibit 2 – Transcript of video clips from the deposition of Aaron Schafer (Dkt. 2026-2);
- Exhibit 3 – Transcript of video clips from the deposition of Michael Hurlston (Dkt. 2026-3);
- Exhibit 4 – Transcript of video clips from the deposition of Danny George (Dkt. 2026-4);
- Exhibit 5 – Transcript of Caltech's video clips from the deposition of Andrew Blanksby played during examination of Andrew Blanksby (Dkt. 2026-5);
- Exhibit 7 – Transcript of video clips from the deposition of Andrew Blanksby (Dkt. 2046-1)

1  Defendants seek to file these materials under seal for the reasons set forth in the
2  accompanying Declaration of Mark D. Selwyn in Support of Application to File
3  Documents Under Seal.
4       For the foregoing reasons, Defendants respectfully request that the Court
5  grant their application to file under seal.

DATED:  August 7, 2020     By:  /s/ *Mark D. Selwyn*
          MARK D. SELWYN (SBN 244180)
          mark.selwyn@wilmerhale.com
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          950 Page Mill Road
          Palo Alto, California 94304
          Tel:  (650) 858-6000
          Fax:  (650) 858-6100

          JAMES M. DOWD (SBN 259578)
          james.dowd@wilmerhale.com
          AARON S. THOMPSON (SBN 272391)
          aaron.thompson@wilmerhale.com
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          350 South Grand Avenue, Suite 2100
          Los Angeles, California 90071
          Tel:  (213) 443-5300
          Fax:  (213) 443-5400

          Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*