MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-
Claim Plaintiffs *Broadcom Limited,
Broadcom Corporation, Avago
Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>               Plaintiff,<br><br>    vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>               Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS'<br>NOTICE OF APPEAL**<br><br>Hon. George H. Wu<br>United States District Judge |

1  BROADCOM LIMITED, BROADCOM
   CORPORATION, AVAGO
2  TECHNOLOGIES LIMITED, AND
   APPLE INC.,
3
                    Counterclaim-
4                   Plaintiffs,

5       vs.

6  THE CALIFORNIA INSTITUTE OF
   TECHNOLOGY,
7
                    Counterclaim-
8                   Defendant.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF APPEAL

NOTICE IS GIVEN that Defendants Broadcom Inc., Broadcom Corporation, Avago Technologies Ltd. (collectively, "Broadcom"), and Apple Inc. ("Apple") appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on August 3, 2020 (Dkt. 2245) and from any and all other orders, rulings, findings, and conclusions underlying and related to that order, including but not limited to claim construction rulings (Dkts. 213, 1957), summary judgment rulings (Dkts. 830, 849, 1395, 1431, 1432, 1518, 1628, 1639, 1923), pre-trial rulings (Dkts. 673, 746, 1626, 1627, 1630, 1853, 1918, 1919, 1922, 1926, 1976), rulings at trial (Dkts. 2150, 2117, 2151, 2118, 2152, 2253-1, 2153, 2121, 2154, 2253-2, 2253-6, 2253-3, 2253-4, 2156, 2128, 2129, 2253-5, 2133), jury instructions (Dkts. 2111, 2112, 2159), jury verdict (Dkt. 2114), and post-trial rulings (Dkts. 2238, 2239, 2259).

DATED: August 28, 2020     Respectfully submitted,

            By: _/s/ Mark D. Selwyn_
            MARK D. SELWYN
            mark.selwyn@wilmerhale.com
            WILMER CUTLER PICKERING
             HALE AND DORR LLP
            950 Page Mill Road
            Palo Alto, California 94304
            Tel: (650) 858-6000
            Fax: (650) 858-6100

            JAMES M. DOWD
            james.dowd@wilmerhale.com
            AARON S. THOMPSON
            aaron.thompson@wilmerhale.com
            WILMER CUTLER PICKERING
             HALE AND DORR LLP
            350 South Grand Avenue, Suite 2100
            Los Angeles, California 90071

Case No. 2:16-cv-3714-GW-AGRx
DEFENDANTS' NOTICE OF APPEAL

1

2

Tel:    (213) 443-5300
Fax:    (213) 443-5400

3

4

5

*Attorneys for Defendants and Counter-Claim Plaintiffs Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:16-cv-3714-GW-AGRx
DEFENDANTS' NOTICE OF APPEAL