MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Plaintiff,<br><br>    vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>              Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Hon. George H. Wu<br>United States District Judge |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>              Counterclaim-Plaintiffs,<br><br>  vs.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Counterclaim-Defendant. |

# NOTICE OF APPEAL

NOTICE IS GIVEN that Defendants Broadcom Inc., Broadcom Corporation, Avago Technologies Ltd. (collectively, "Broadcom") and Apple Inc. ("Apple") appeal to the United States Court of Appeals for the Federal Circuit from the Bill of Costs entered in this action on December 17, 2020 (Dkt. 2277) and from any and all other orders, rulings, findings, and conclusions underlying and related to that order, including but not limited to Order Regarding Plaintiff's Application for Costs of Visual Aids Pursuant to Civil Local Rule 54.3-12 entered in this action on August 13, 2020 (Dkt. 2259).

DATED: January 8, 2021

Respectfully submitted,

By: */s/ Mark D. Selwyn*
MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD
james.dowd@wilmerhale.com
AARON S. THOMPSON
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*