**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
AARON S. THOMPSON (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(B)**<br><br>Hon. George H. Wu<br>United States District Court Judge<br>Hearing Date: March 14, 2022_____<br>Time: 8:30 AM<br>Place: Courtroom 9D |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC., | |
| | Counterclaim-Plaintiffs, |
| vs. | |
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, | |
| | Counterclaim-Defendant. |