1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　Defendants.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　Counterclaim-Plaintiffs,<br><br>　vs.<br><br>THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Counterclaim-Defendant. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(B)** |

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(B)

HAVING CONSIDERED the papers in connection with Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom"), and Apple Inc.'s ("Apple") Motion for Relief from Judgment Under Rule 60(b), it is hereby ORDERED that the motion is GRANTED.

**IT IS SO ORDERED** this _____ day of _____, 2021.

By:_____
Honorable George H. Wu
United States District Judge