RECEIVED
CLERK, U.S. DISTRICT COURT

2/4/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

# United States Court of Appeals for the Federal Circuit

---

**THE CALIFORNIA INSTITUTE OF TECHNOLOGY,**

*Plaintiff-Appellee*

v.

**BROADCOM LIMITED, NKA BROADCOM INC., BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, NKA AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, APPLE INC.,**

*Defendants-Appellants*

---

2020-2222, 2021-1527

---

Appeals from the United States District Court for the Central District of California in No. 2:16-cv-03714-GW-AGR, Judge George H. Wu.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

<u>February 4, 2022</u>
　　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court