| | |
|---|---|
| 1 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 3 | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 4 | Tel:  (650) 858-6000 |
| | Fax:  (650) 858-6100 |
| 5 | |
| 6 | JAMES M. DOWD (SBN 259578) |
| | james.dowd@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 8 | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, CA 90071 |
| 9 | Tel:  (213) 443-5300 |
| | Fax:  (213) 443-5400 |

Attorneys for Defendants and Counter-Claim Plaintiffs *Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>              Defendants.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>              Counterclaim-Plaintiffs,<br><br>vs.<br><br>The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>              Counterclaim-Defendant. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**REQUEST FOR AN ORDER TO ALLOW DEFENDANTS ACCESS TO SEALED TRANSCRIPT**<br><br>Hon. George H. Wu<br>United States District Judge |

1   Defendants Broadcom Limited, Broadcom Corporation, Avago
2  Technologies Ltd., and Apple Inc. (collectively "Defendants"), through their
3  counsel, hereby request an Order allowing Defendants to have access to the sealed
4  transcript portions of the hearing held on April 11, 2022 ("hearing").  There is
5  good cause to allow Defendants to have a copy of the hearing transcript because
6  Defendants' counsel is permitted access under the provisions of the Protective
7  Order entered in this action on February 2, 2017 (Dkt. No. 101), and they
8  participated in this specific hearing.  Defendants' counsel requests the hearing
9  transcript for litigation purposes, which includes ensuring compliance with the
10 Court's orders.

| | | |
|---|---|---|
| 1 | DATED: May 3, 2022 | Respectfully submitted, |
| 2 | | By:  /s/ *James M. Dowd* |
| 3 | | James M. Dowd |
| | | james.dowd@wilmerhale.com |
| 4 | | 350 South Grand Avenue, Suite 2400 |
| | | Los Angeles, CA  90071 |
| 5 | | Telephone:   (213) 443-5300 |
| | | Facsimile:    (213) 443-5400 |
| 6 | | |
| 7 | | Attorneys for Defendants and Counter-Claim *Plaintiffs Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.* |