# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT** |

BROADCOM LIMITED,
BROADCOM CORPORATION,
AVAGO TECHNOLOGIES LIMITED,
AND APPLE INC.,

        Counterclaim-Plaintiffs,

vs.

THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

        Counterclaim-Defendant.

# [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT

Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc. ("Defendants") submitted with this Court their request for an Order allowing access to the sealed transcript of the hearing held on April 11, 2022.

Having considered the request and determined that Defendants are authorized to receive the sealed transcript, IT IS HEREBY ORDERED that Defendants' request for access to the sealed transcript of the hearing held on April 11, 2022, is GRANTED.

**IT IS SO ORDERED** this _____ day of _____, 2022.

By:_____
Honorable George H. Wu
United States District Judge

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR ACCESS TO SEALED TRANSCRIPT
CASE NO. 2:16-CV-3714-GW-AGRX