REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:   (650) 858-6000
Fax:   (650) 858-6100

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel:   (213) 443-5300
Fax:   (213) 443-5400

Attorneys for Defendants and Counter-
Claim Plaintiffs *Broadcom Limited,*
*Broadcom Corporation, Avago*
*Technologies Limited, and Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>          Plaintiff,<br><br>   vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>          Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**DEFENDANTS' STATEMENT REGARDING SCOPE OF NEW TRIAL AND ADDITIONAL DISCOVERY**<br><br>**FILED UNDER SEAL**<br><br>Hon. George H. Wu<br>United States District Court Judge<br>Hearing Date: June 27, 2022<br>Time: 8:30 AM<br>Place: Courtroom 9D |

BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,

               Counterclaim-Plaintiffs,

    vs.

THE CALIFORNIA INSTITUTE OF TECHNOLOGY,

               Counterclaim-Defendant.