| | |
|---|---|
| QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>James R. Asperger (Bar No. 083188)<br>jimasperger@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Todd M. Briggs (Bar No. 209282)<br>toddbriggs@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiff The California Institute of Technology<br><br>*Additional Counsel Listed On Signature Page* | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn (Bar No. 244180)<br>Mark.Selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>James M. Dowd (Bar No. 259578)<br>James.Dowd@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Telephone: (213) 443-6309<br>Facsimile: (213) 443-5400<br><br>Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>              Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**FILED UNDER SEAL**<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu<br>United States District Judge |