UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3714-GW-AGRx | Date | August 10, 2023 |
|---|---|---|---|
| Title | *The California Institute of Technology v. Broadcom Limited, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Rachel L.B. McCracken
James R. Asperger
Ray Zado

Attorneys Present for Defendants:

Mark D. Selwyn
James M. Dowd

**PROCEEDINGS:**   **TELEPHONIC CONFERENCE**

Court and counsel confer. Potential settlement is reached. For reasons stated on the record, the status conference is continued to August 24, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on August 18, 2023.

: 02

Initials of Preparer   JG