**REDACTED DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California
Institute of Technology

*Additional Counsel Listed On Signature Page*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

Attorneys for Broadcom Limited,
Broadcom Corporation, Avago
Technologies Limited, and Apple Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu<br>United States District Judge |