QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff the California Institute of Technology

HOLLAND & KNIGHT LLP
Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@hklaw.com
Adrienne E. Dominguez (pro hac vice)
adrienne.dominguez@hklaw.com
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Robert K. Jain (Bar No. 309728)
Robert.Jain@hklaw.com
98 San Jacinto Boulevard
Suite 1900
Austin, Texas 78701
Telephone: (512) 472-1081
Facsimile: (512) 472-7473

Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW(AGRx)<br><br>**STIPULATION AND REQUEST FOR DISMISSAL**<br><br>Hon. George H. Wu<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") hereby request and stipulate that all claims and counterclaims between them shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees. Caltech further stipulates to the dismissal of all of its claims against Apple with prejudice. In addition, Caltech respectfully requests that all counterclaims asserted by Apple also be dismissed with prejudice, with each party bearing its own costs and attorneys' fees. Broadcom does not oppose this request.

Respectfully submitted,

DATED: October 11, 2023     By  */s/ James R. Asperger*
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

DATED: October 11, 2023     By  */s/ Richard L. Wynne, Jr.*
Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited*