1  QUINN EMANUEL URQUHART          WILMER CUTLER PICKERING
      & SULLIVAN, LLP                 HALE AND DORR LLP
2  James R. Asperger (Bar No. 083188)  Mark D. Selwyn (Bar No. 244180)
   jimasperger@quinnemanuel.com     Mark.Selwyn@wilmerhale.com
3  865 S. Figueroa St., 10th Floor  2600 El Camino Real, Suite 400
   Los Angeles, California 90017    Palo Alto, California 94306
4  Telephone: (213) 443-3000        Telephone: (650) 858-6000
   Facsimile: (213) 443-3100        Facsimile: (650) 858-6100
5
   Kevin P.B. Johnson (Bar No. 177129)  James M. Dowd (Bar No. 259578)
6  kevinjohnson@quinnemanuel.com    James.Dowd@wilmerhale.com
   Todd M. Briggs (Bar No. 209282)  350 South Grand Avenue, Suite 2400
7  toddbriggs@quinnemanuel.com      Los Angeles, California 90071
   555 Twin Dolphin Drive, 5th Floor Telephone: (213) 443-6309
8  Redwood Shores, California 94065  Facsimile: (213) 443-5400
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100        Attorneys for Defendant Apple Inc.

10 Attorneys for Plaintiff The California
   Institute of Technology

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**FILED UNDER SEAL**<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu<br>United States District Judge |