QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff The California Institute of Technology

HOLLAND & KNIGHT LLP
Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@hklaw.com
Adrienne E. Dominguez (pro hac vice)
adrienne.dominguez@hklaw.com
Robert K. Jain (Bar No. 309728)
Robert.Jain@hklaw.com
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Telephone: (512) 472-1081
Facsimile: (512) 472-7473

Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

James M. Dowd (Bar No. 259578)
James.Dowd@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-6309
Facsimile: (213) 443-5400

Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. George H. Wu<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple") hereby stipulate and agree that all claims and counterclaims shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees, provided that if Caltech or any other party asserts claims for infringement of the patents-in-suit against Apple in the future, then Apple shall have the right to assert any and all claims, counterclaims, and defenses against the asserting party, be it Caltech or that other party.

DATED:  November 6, 2023

Respectfully submitted,

By  /s/ James R. Asperger
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

DATED:  November 6, 2023

By  /s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited*

DATED: November 6, 2023    By    */s/ Mark D. Selwyn*
Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited, and Apple Inc.*