| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>James R. Asperger (Bar No. 083188)<br>jimasperger@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Todd M. Briggs (Bar No. 209282)<br>toddbriggs@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiff The California Institute of Technology<br><br>*Additional Counsel Listed On Signature Page* | HOLLAND & KNIGHT LLP<br>Richard L. Wynne, Jr. (pro hac vice)<br>richard.wynne@hklaw.com<br>Adrienne E. Dominguez (pro hac vice)<br>adrienne.dominguez@hklaw.com<br>Robert K. Jain (Bar No. 309728)<br>Robert.Jain@hklaw.com<br>98 San Jacinto Boulevard, Suite 1900<br>Austin, Texas 78701<br>Telephone: (512) 472-1081<br>Facsimile: (512) 472-7473<br><br>Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>Mark D. Selwyn (Bar No. 244180)<br>Mark.Selwyn@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>James M. Dowd (Bar No. 259578)<br>James.Dowd@wilmerhale.com<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Telephone: (213) 443-6309<br>Facsimile: (213) 443-5400<br><br>Attorneys for Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, and Apple Inc. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>      Defendants. | CASE NO. 2:16-cv-3714-GW-AGRx<br><br>**CORRECTED STIPULATION OF DISMISSAL**<br><br>Hon. George H. Wu<br>United States District Judge |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff California Institute of Technology ("Caltech") and Defendants Broadcom Limited, Broadcom Corporation, Avago Technologies Limited (collectively, "Broadcom") and Apple Inc. ("Apple") hereby stipulate and agree that all claims and counterclaims shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees, provided that if Caltech or any other party asserts claims for infringement of the patents-in-suit against Apple in the future, then Apple shall have the right to assert any and all claims, counterclaims, and defenses against the asserting party, be it Caltech or that other party.

Caltech and Broadcom agree that the Court retains jurisdiction to enforce the terms of their settlement agreement with an effective date of September 22, 2023.

DATED:  November 22, 2023     Respectfully submitted,

By   /s/ *James R. Asperger*
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

DATED:  November 22, 2023     By   /s/ *Richard L. Wynne, Jr.*

Richard L. Wynne, Jr. (pro hac vice)
richard.wynne@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited*

DATED: November 22, 2023     By    /s/ *Mark D. Selwyn*

Mark D. Selwyn (Bar No. 244180)
Mark.Selwyn@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited, and Apple Inc.*