# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BROADCOM LIMITED, BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, AND APPLE INC.,<br><br>　　　　　　　Defendants. | CASE NO. CV 16-3714-GW-AGRx<br><br>**ORDER DISMISSING WITH PREJUDICE**<br><br>Hon. George H. Wu<br>United States District Judge |

Before the Court is a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41, submitted by Plaintiff The California Institute of Technology ("Caltech"), and Defendants Broadcom Limited, Broadcom Corporation, and Avago Technologies Limited ("Broadcom"), and Apple, Inc. ("Apple") (collectively, the "Parties"). Having reviewed the stipulation, the Court is of the opinion that it is well-taken and should be and is hereby GRANTED.

It is therefore Ordered that:

1. Caltech's claims against Broadcom and Apple are hereby dismissed with prejudice;

2. Broadcom's counterclaims against Caltech are hereby dismissed with prejudice;

3. Apple's counterclaims against Caltech are hereby dismissed with prejudice, provided that if Caltech or any other party asserts claims for infringement of the patents-in-suit against Apple in the future, then

Apple shall have the right to assert any and all claims, counterclaims, and defenses against the asserting party, be it Caltech or that other party;

4. This action is hereby terminated with respect to Caltech, Broadcom and Apple; and

5. All costs, attorneys' fees, and expenses are to be borne by the party that incurred them.

6. The Court retains jurisdiction to enforce the terms of the settlement agreement with an effective date of September 22, 2023.

SO ORDERED.

DATED: November 22, 2023

*George H. Wu*
_____
Hon. George H. Wu
United States District Judge